IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JERRY EUGENE WHITLEY, #227 246            *

    Petitioner,            *

    v.            * CIVIL ACTION NO. 3:05-CV-427-F

J.C. GILES, WARDEN, *et al.*,            *

    Respondents.            *

**ORDER ON MOTION**

Upon consideration of Respondents' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Respondents' Motion for Extension of Time (Doc. No. 6) is GRANTED;

2. Respondents are GRANTED an extension from June 6, 2005 to July 5, 2005 to file their answer.

Done this 15th day of June, 2005.

            /s/Charles S. Coody
           CHARLES S. COODY
           CHIEF UNITED STATES MAGISTRATE JUDGE