IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JERRY EUGENE WHITLEY, #227246, )<br>)<br>Petitioner, )<br>)<br>VS. )<br>)<br>)<br>J.C. GILES, WARDEN, et al., )<br>)<br>Respondents. ) | CIVIL ACTION NO.<br>3:05CV-427-F |

## SECOND REQUEST FOR ADDITIONAL TIME
## IN WHICH TO RESPOND

COME NOW the Respondents in the above-styled cause, requesting an additional seven days in which to respond to this Court's May 16, 2005 <u>Order to Show Cause</u>. The undersigned has been involved in other work in the state appellate courts, and in the federal district and circuit courts, to an extent that has not allow sufficient time in which to respond to the Court's <u>Order</u> within the time allotted.

WHEREFORE, in consideration of the foregoing reasons, Respondents request that the Court grant this request for seven days additional time in which to respond in this case, making said response due on or before July 12, 2005.

I am, this date, mailing a copy of this request for an extension of time to the Petitioner.

        Respectfully submitted,

        Troy King (KIN047)
        *Attorney General*
        By:


        <u>/s/ Stephen N. Dodd</u>
        Stephen N. Dodd
        *Assistant Attorney General*
        ID #ASB-6492

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Jerry Eugene Whitley, #227246, P. O. Box 767, Clayton, AL 36016.

                                        **s/ Stephen N. Dodd**
                                        Stephen N. Dodd (ASB-6492)
                                        *Assistant Attorney General*
                                        Attorney for Respondents
                                        Alabama Attorney General's Office
                                        11 South Union Street
                                        Montgomery, AL 36130
                                        Telephone: 334-242-7378
                                        Fax:        334-242-2848
                                        E-mail:    sdodd@ago.state.al.us

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

210118/81026-001