IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

JERRY EUGENE WHITLEY, #227 246           *

    Petitioner,                              *

    v.                                       * CIVIL ACTION NO. 3:05-CV-427-F

J.C. GILES, WARDEN, *et al.*,            *

    Respondents.                             *

_____

**ORDER ON MOTION**

Upon consideration of Respondents' Motion for Extension of Time, and for good cause, it is ORDERED that:

1.  Respondents' Motion for Extension of Time (Doc. No. 8) is GRANTED;

2.  Respondents are GRANTED an extension from July 5, 2005 to July 12, 2005 to file their answer.

Done this 7th day of July, 2005.

                                            /s/Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE