IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JERRY EUGENE WHITLEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| vs. | ) | 3:05-CV-427-F |
| | ) | |
| J. C. GILES, WARDEN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**SUBMISSION OF EXHIBITS**

Come now the Respondents, by and through the Attorney General of Alabama, and submit the following exhibits in support of their Answer filed on July 12, 2005.

| | |
|---|---|
| Exhibit 1 | the record of Whitley's direct appeal in Whitley v. State, CR 02-0739 mem. op. (Ala. Crim. App. Mar. 11, 2004); |
| Exhibit 2 | the brief filed by Whitley in his direct appeal; |
| Exhibit 3 | the brief filed by the State in Whitley's direct appeal; |
| Exhibit 4 | the Alabama Court of Criminal Appeals's memorandum opinion in Whitley v. State CR 02-0739 mem. op. (Ala. Crim. App. Mar. 11, 2004); |

| | |
|---|---|
| Exhibit 5 | the Alabama Court of Criminal Appeals's order overruling Whitley's application for rehearing; and |
| Exhibit 6 | the Alabama Supreme Court's order denying Whitley's petition for writ of certiorari. |

Respectfully submitted,

Troy King, ASB #KIN047
*Attorney General*
By-


/s/ Stephen N. Dodd
Stephen N. Dodd
*Assistant Attorney General*
ID #ASB-6492

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2005, I electronically filed the foregoing (excluding exhibit 1, being transcripts) with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document (excluding all exhibits) to the following non-CM/ECF participants:   Jerry Eugene Whitley, AIS # 227246, Ventress Correctional Facility, P. O. Box 767, Clayton, AL  36016.

                                                **s/ Stephen N. Dodd**
Stephen N. Dodd (ASB-6492)
*Assistant Attorney General*
Attorney for Respondents
Alabama Attorney General's Office
11 South Union Street
Montgomery, AL  36130
Telephone:  334-242-7378
Fax:          334-242-2848
E-mail:      sdodd@ago.state.al.us

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, AL  36130
(334) 242-7300

211237/81026-001

3