# COURT OF CRIMINAL APPEALS
## STATE OF ALABAMA

Lane W. Mann
  Clerk
Wanda K. Ivey
  Assistant Clerk



P. O. Box 301555
Montgomery, AL 36130-1555
(334) 242-4590
Fax (334) 242-4689

April 16, 2004

CR-02-0739

Jerry E. Whitley v. State of Alabama  (Appeal from Russell Circuit Court: CC02-186; CC02-187; CC02-188).

## NOTICE

You are hereby notified that on April 16, 2004 the following action was taken in the above referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

                                                Lane W. Mann, Clerk
                                                Court of Criminal Appeals

cc: Hon. Kathy S. Coulter, Circuit Clerk
    J. Michael Williams, Sr., Attorney
    Stephen N. Dodd, Asst. Atty. Gen.



EXHIBIT 5