Dodd
49788

# IN THE SUPREME COURT OF ALABAMA



August 13, 2004

**1031174**

Ex parte Jerry E. Whitley. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS (In re: Jerry E. Whitley v. State of Alabama) (Russell Circuit Court: CC02-186; CC02-187; CC02-188; Criminal Appeals : CR-02-0739).

## CERTIFICATE OF JUDGMENT

### Writ Denied

The above cause having been duly submitted, IT IS CONSIDERED AND ORDERED that the petition for writ of certiorari is denied.

COST TAXED TO PETITIONER.

**Writ Denied - No Opinion**

WOODALL, J. - Nabers, C.J., and Houston, Lyons, and Johnstone, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this 13th day of August, 2004

*[signature]*
Clerk, Supreme Court of Alabama



EXHIBIT 6

/bb