RECEIVED

2005 JUL 19 P 4: 24

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JERRY EUGENE WHITLEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| vs. | ) | 3:05-CV-427-F |
| | ) | |
| J. C. GILES, WARDEN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## SUBMISSION OF EXHIBIT 1

Come now the Respondents and submit Exhibit 1 (transcripts) in support of

their Answer to the Court's Order to Show Cause which was electronically filed

with this Court on July 12, 2005. All other exhibits were electronically filed with

this Court on July 19, 2005.

Respectfully submitted,

TROY KING
*Attorney General*
*By-*

STEPHEN N. DODD
*Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2005, I served a copy of the

foregoing on Whitley (excluding exhibits), by placing the same in the United

States Mail, first class postage prepaid, and addressed as follows:

> Jerry Eugene Whitley
> AIS # 227246
> Ventress Correctional Facility
> P. O. Box 767
> Clayton, AL  36016

STEPHEN N. DODD
*Assistant Attorney General*

ADDRESS OF COUNSEL:

Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, AL  36130
(334) 242-7300

211362/81026-001