COURT OF CRIMINAL APPEALS NO. _____ CR-02-0739

# Appeal To Alabama Court of Criminal Appeals

### FROM

### Circuit Court of Russell County, Alabama

CIRCUIT COURT NO _____ CC-02-186-188

CIRCUIT JUDGE _____ HONORABLE GEORGE R. GREENE

Type of Conviction/ Order Appealed From:     TRAFFICKING METH , POSS OF REC CONT SUBS, RESISTING ARREST

Sentence Imposed:     35 YRS CONCUR, 5 YRS CONCUR, 6 MTHS CONSEC

Defendant Indigent:     ☐ YES     ☑ NO

## JERRY E. WHITLEY

**Name of Appellant**

ATTY MICHAEL J WILLIAMS SR (205)-705-0200

(Appellant's Attorney)                          (Telephone No.)

P.O. BOX 1068

(Address)

AUBURN, AL 36831

(City)                    (State)                    (Zip Code)

### V.

## STATE OF ALABAMA

**Name of Appellee**

(State represented by Attorney General)

NOTE: If municipal appeal, indicate above, and enter

name and address of municipal attorney below.

_____

_____

(For Court of Criminal Appeals Use Only)



INDEX TO TRANSCRIPT

|  | PAGE |
|---|---|
| **CC-02-186** | |
| Case Action Summary | 1 |
| Arrest Report | 11 |
| Indictment | 12 |
| Arrest Warrant | 14 |
| Affidavit of Substantial Hardship and Order | 15 |
| Arraignment Order | 17 |
| Motion for Approval of Expenses | 18 |
| Request for Discovery | 19 |
| Order on Defendant's Request for Discovery | 23 |
| Motion for Consolidation of Offenses | 24 |
| Motion for Discovery | 25 |
| Notice of Compliance witn Discovery Request | 26 |
| Order Granting Motion for Discovery | 28 |
| Order on Motion for Approval of Expenses | 29 |
| Motion for Reduction of Bond | 30 |
| Plea of Not Guilty and Waiver of Arraignment | 32 |
| Order Denying Motion for Reduction of Bond | 33 |
| Petition for Writ of Habeas Corpus | 34 |
| Order from Court of Criminal Appeals | 37 |
| Bond Notice to Sheriff | 38 |
| Order from Court of Criminal Appeals Dismissing Writ of Habeas Corpus | 39 |

Consolidated Bond                                                        40

Motion for Joinder of Defendants for Trial                              42

Objection to Consolidation                                              43

Motion to Suppress Arrest and Evidence and Search
Warrant                                                                 45

Motion for Approval of Extraordinary Expenses Pursuant
To May v. State                                                         49

Motion to Permit Independent Analysis                                   51

Motion to Exclude Laboratory Report                                     54

Motion to Further Analysis of Alleged Controlled
Substance                                                               57

Order Denying Motion for Approval of Extraordinary
Expenses Pursuant To May v. State                                       60

Motion for Reconsideration of Defendant's Motion for
Approval of Extraordinary Expenses Pursuant To May v.
State                                                                   61

Order Denying Motion for Reconsideration of Defendant's
Motion for Approval of Extraordinary Expenses Pursuant
To May v. State                                                         63

Supplemental Information in Support of Defendant's
Motion for Reconsideration of Defendant's Motion for
Approval of Extraordinary Expenses Pursuant To May v.
State                                                                   64

Order                                                                   66

Order Approving Extraordinary Expenses                                  67

Order for Transport of Samples for Independent Analysis                 68

Motion to Amend Order                                                   70

Objection to Motion to Amend Order                                      72

Order Granting Motion to Consolidate                             76

Correspondence from Attorney Laurel Farrar to District
Attorney Buster Landreau                                        77

Motion to Transport                                             78

Order on Motion to Transport                                    80

Arrest Report                                                   81

Defendant's Motion in Limine                                    82

Notice of Intent to Seek Sentencing Enhancements               86

Defendant's Second Motion to Continue                          87

Order Denying Motion to Suppress                               89

Order                                                          90

Alias Writ                                                     91

Arrest Report                                                  92

Bond Notice to the Sheriff                                     93

Motion to Set Aside Writ of Arrest and Withdraw
Revocation of Bond                                             94

Correspondence from District Attorney Buster Landreau
To Attorney Laurel Farrar                                      97

Correspondence from Attorney Laurel Farrar to District
Attorney Buster Landreau                                       98

Amendment to Motion to Set Aside Writ of Arrest and
Withdraw Revocation of Bond                                    99

Petition for Writ of Habeas Corpus                            101

Motion to Compel Compliance with the with the Court's
Order for Transport of Samples of Samples for
Independent Analysis                                          104

Response to Motion to Compel                                  108

Reply to Response to Motion to Compel       111

Order       114

Order       115

Order Denying Motion to Compel       116

Order       117

Motion to Continue       118

Order       121

Order Denying Motion to Reduce Bond and Granting
Partially Motion in Limine       122

Order Denying Petition for Writ of Habeas Corpus       123

Order from Court of Criminal Appeals Denying Petition
Of Habeas Corpus       124

Defendant's Motion to Continue       125

Motion for Approval of Extraordinary Expenses Pursuant
To May v. State       128

Motion in Limine       131

Motion for Approval of Court Reporter's Expenses
Pursuant to May v. State       133

Response to Motion for Continuance and Motion for
Expenses       135

Order Denying Motion to Continue       138

Jury Strike List       139

State's Potential Witnesses       140

Defendant's Witnesses       141

State's Requested Jury Charge #1       142

State's Requested Jury Charge #2                      143

State's Requested Jury Charge #3                      144

State's Requested Jury Charge #4                      145

State's Requested Jury Charge #5                      146

Defendant's Requested Jury Charge #1                 147

Defendant's Requested Jury Charge #2                 148

Defendant's Requested Jury Charge #3                 149

Guilty Verdict                                        150

Jury Recommendation                                   151

Verdict                                               152

Order on Motion for Approval of Court Reporter's
Expenses                                              153

Order Granting in Part Motion in Limine               154

Order Denying Motion for Approval of Extraordinary
Expenses Pursuant to May v. State                     155

Extension of Probation or Parole Date Notice for
Failure to Pay Court Ordered Monies                   156

Sentencing Order                                      157

Notice of Appeal and Motion to Appoint Appellate
Counsel                                               159

Conviction Report                                     161

Clerk's Notice of Appeal                              162

Motion to Withdraw                                    163

Motion for Designation of Indigency to Proceed on
Appeal In Forma Pauperis                              165

Amended Clerk's Notice of Appeal                      167

Amended Conviction Report                                          168

Docketing Statement                                               169

Transcript Purchase Order                                         171

Notice of Appearance                                             172

Order on Motion to Withdraw and Appointing Counsel
On Appeal                                                        176

Affidavit of Substantial Hardship and Order                     177

Order Designating Indigency To Proceed on Appeal
In Forma Pauperis                                               179

Amended Clerk's Notice of Appeal                                180

Order Recalling Order Designating Indigency to Proceed
On Appeal In Forma Pauperis                                     181

Amended Clerk's Notice of Appeal                               182

Attorney's Fee Declaration                                     183

Request for Local Extension of Time to Complete the
Reporter's Transcript                                          194

Acknowledgment from Court of Criminal Appeals                 195

Motion to Court of Criminal Appeal for Extension of
Time to File Transcript                                        196

Order Granting Additional Time to File Transcript            197

Motion to Court of Criminal Appeal for Extension of
Time to File Transcript                                        198

Order Granting Additional Time to File Transcript            199

CC-2002-187
Case Action Summary                                          200

Arrest Report                                                208

Indictment                                                    209

Arrest Warrant                                                211

Affidavit of Substantial Hardship and Order                  212

Arraignment Order                                            214

Motion for Approval of Expenses                              215

Request for Discovery                                        216

Order on Defendant's Request for Discovery                   218

Motion for Consolidation of Offenses                         219

Motion for Discovery                                         220

Notice of Compliance with Discovery Request                  222

Order Granting Motion for Discovery                          223

Order on Motion for Approval of Expenses                     224

Motion for Reduction of Bond                                 225

Plea of Not Guilty and Waiver of Arraignment                 227

Order Denying Motion for Reduction of Bond                   228

Petition for Writ of Habeas Corpus                           229

Order from Court of Criminal Appeals                         232

Order Reducing Bond                                          233

Bond Notice to Sheriff                                       234

Order from Court of Criminal Appeals Dismissing Writ of
Habeas Corpus                                                235

Consolidated Bond                                            236

Motion for Joinder of Defendants for Trial                   238

Objection to Consolidation                                   239

Motion to Suppress Arrest and Evidence and Search Warrant                                241

Motion for Approval of Extraordinary Expenses Pursuant To May v. State                  245

Motion to Permit Independent Analysis                                                    247

Motion to Exclude Laboratory Report                                                      250

Motion to Further Analysis of Alleged Controlled Substance                              253

Order Denying Motion for Approval of Extraordinary Expenses Pursuant To May v. State    256

Motion for Reconsideration of Defendant's Motion for Approval of Extraordinary Expenses Pursuant To May v. State                                                            257

Order Denying Motion for Reconsideration of Defendant's Motion for Approval of Extraordinary Expenses Pursuant To May v. State                                          259

Supplemental Information in Support of Defendant's Motion for Reconsideration of Defendant's Motion for Approval of Extraordinary Expenses Pursuant To May v. State     260

Order                                                                                   262

Objection to Motion to Amend Order                                                      263

Order Granting Motion to Consolidate                                                    267

Correspondence from Attorney Laurel Farrar to District Attorney Buster Landreau          268

Defendant's Motion in Limine                                                            269

Motion to Transport                                                                     271

Order on Motion to Transport                                                            273

Defendant's Second Motion to Continue                                                   274

Order Denying Motion to Suppress                                    276

Order                                                              277

Alias Writ                                                         278

Arrest Report                                                      279

Bond Notice to the Sheriff                                        280

Motion to Set Aside Writ of Arrest and Withdraw
Revocation of Bond                                                281

Correspondence from District Attorney Buster Landreau
To Attorney Laurel Farrar                                         284

Correspondence from Attorney Laurel Farrar to District
Attorney Buster Landreau                                          285

Amendment to Motion to Set Aside Writ of Arrest and
Withdraw Revocation of Bond                                       286

Petition for Writ of Habeas Corpus                                289

Motion to Compel Compliance with the with the Court's
Order for Transport of Samples of Samples for
Independent Analysis                                              292

Response to Motion to Compel                                      296

Reply to Response to Motion to Compel                             299

Order                                                             302

Order Denying Motion to Compel                                    303

Order                                                             304

Order Denying Motion to Reduce Bond and Granting
Partially Motion in Limine                                        305

Order Denying Petition for Writ of Habeas Corpus                  306

Order from Court of Criminal Appeals Denying Petition
Of Habeas Corpus                                                  307

Motion for Approval of Extraordinary Expenses Pursuant
To May v. State                                          308

Response to Motion for Continuance and Motion for
Expenses                                                 311

Motion for Approval of Court Reporter's Expenses
Pursuant to May v. State                                 314

Jury Strike List                                         316

State's Requested Jury Charge #1                          317

State's Requested Jury Charge #2                          318

State's Requested Jury Charge #3                          319

State's Requested Jury Charge #4                          320

State's Requested Jury Charge #5                          321

Defendant's Requested Jury Charge #1                      322

Defendant's Requested Jury Charge #2                      323

Defendant's Requested Jury Charge #3                      324

Guilty Verdict                                           325

Verdict                                                  326

Order on Motion for Approval of Court Reporter's
Expenses                                                 327

Order Granting in Part Motion in Limine                  328

Order Denying Motion for Approval of Extraordinary
Expenses Pursuant to May v. State                        329

Extension of Probation or Parole Date Notice for
Failure to Pay Court Ordered Monies                      330

Sentencing Order                                         331

Notice of Appeal and Motion to Appoint Appellate

Counsel                                                                    333

Conviction Report                                                          335

Notice of Appeal and Motion to Appoint Appellate
Counsel                                                                    336

Clerk's Notice of Appeal                                                   338

Motion for Designation of Indigency to Proceed on
Appeal In Forma Pauperis                                                   339

Docketing Statement                                                        341

Transcript Purchase Order                                                  343

Order on Motion to Withdraw and Appointing Counsel
On Appeal                                                                  344

Affidavit of Substantial Hardship and Order                               345

Order Designating Indigency To Proceed on Appeal
In Forma Pauperis                                                          346

Amended Clerk's Notice of Appeal                                           347

Order Recalling Order Designating Indigency to Proceed
On Appeal In Forma Pauperis                                                348

Amended Clerk's Notice of Appeal                                           349

Attorney's Fee Declaration                                                 350

Request for Local Extension of Time to Complete the
Reporter's Transcript                                                      361

Acknowledgment from Court of Criminal Appeals                             362

Motion to Court of Criminal Appeal for Extension of
Time to File Transcript                                                    363

Order Granting Additional Time to File Transcript                         364

Motion to Court of Criminal Appeal for Extension of
Time to File Transcript                                                    365

Order Granting Additional Time to File Transcript          366

CC-02-188
Case Action Summary          367

Arrest Report          375

Indictment          376

Arrest Warrant          378

Affidavit of Substantial Hardship and Order          379

Arraignment Order          381

Motion for Approval of Expenses          382

Request for Discovery          383

Order on Defendant's Request for Discovery          385

Motion for Consolidation of Offenses          386

Motion for Discovery          387

Notice of Compliance with Discovery Request          389

Order Granting Motion for Discovery          390

Order on Motion for Approval of Expenses          391

Motion for Reduction of Bond          392

Plea of Not Guilty and Waiver of Arraignment          394

Order Denying Motion for Reduction of Bond          395

Petition for Writ of Habeas Corpus          396

Order from Court of Criminal Appeals          399

Order Reducing Bond          400

Order from Court of Criminal Appeals Dismissing Writ of
Habeas Corpus          401

Consolidated Bond                                                          402

Motion for Joinder of Defendants for Trial                                 404

Objection to Consolidation                                                 405

Motion to Suppress Arrest and Evidence and Search
Warrant                                                                    407

Motion for Approval of Extraordinary Expenses Pursuant
To May v. State                                                            411

Motion to Permit Independent Analysis                                      413

Motion to Exclude Laboratory Report                                        416

Motion to Further Analysis of Alleged Controlled
Substance                                                                  419

Order Denying Motion for Approval of Extraordinary
Expenses Pursuant To May v. State                                          421

Motion for Reconsideration of Defendant's Motion for
Approval of Extraordinary Expenses Pursuant To May v.
State                                                                      422

Order Denying Motion for Reconsideration of Defendant's
Motion for Approval of Extraordinary Expenses Pursuant
To May v. State                                                            424

Supplemental Information in Support of Defendant's
Motion for Reconsideration of Defendant's Motion for
Approval of Extraordinary Expenses Pursuant To May v.
State                                                                      425

Order                                                                      427

Objection to Motion to Amend Order                                         428

Order Granting Motion to Consolidate                                       432

Correspondence from Attorney Laurel Farrar to District
Attorney Buster Landreau                                                   433

Defendant's Motion in Limine                                               434

Motion to Transport                                              436

Order on Motion to Transport                                     438

Order Denying Motion to Suppress                                 439

Order                                                            440

Alias Writ                                                       441

Arrest Report                                                    442

Bond Notice to the Sheriff                                       443

Motion to Set Aside Writ of Arrest and Withdraw
Revocation of Bond                                               444

Correspondence from District Attorney Buster Landreau
To Attorney Laurel Farrar                                        447

Correspondence from Attorney Laurel Farrar to District
Attorney Buster Landreau                                         448

Amendment to Motion to Set Aside Writ of Arrest and
Withdraw Revocation of Bond                                      449

Petition for Writ of Habeas Corpus                               451

Motion to Compel Compliance with the with the Court's
Order for Transport of Samples of Samples for
Independent Analysis                                             454

Response to Motion to Compel                                     458

Reply to Response to Motion to Compel                            461

Order                                                            464

Order Denying Motion to Compel                                   465

Order                                                            466

Order Denying Motion to Reduce Bond and Granting
Partially Motion in Limine                                       467

Order Denying Petition for Writ of Habeas Corpus                 468

Order from Court of Criminal Appeals Denying Petition
Of Habeas Corpus                                                    469

Motion for Approval of Extraordinary Expenses Pursuant
To May v. State                                                    470

Motion for Approval of Court Reporter's Expenses
Pursuant to May v. State                                           473

Jury Strike List                                                   475

State's Requested Jury Charge #1                                   476

State's Requested Jury Charge #2                                   477

State's Requested Jury Charge #3                                   478

State's Requested Jury Charge #4                                   479

State's Requested Jury Charge #5                                   480

Defendant's Requested Jury Charge #1                               481

Defendant's Requested Jury Charge #2                               482

Defendant's Requested Jury Charge #3                               483

Guilty Verdict                                                     484

Verdict                                                            485

Order on Motion for Approval of Court Reporter's
Expenses                                                           486

Order Denying Motion for Approval of Extraordinary
Expenses Pursuant to May v. State                                  487

Order Granting in Part Motion in Limine                            488

Extension of Probation or Parole Date Notice for
Failure to Pay Court Ordered Monies                                489

Sentencing Order                                                   490

Notice of Appeal and Motion to Appoint Appellate

Counsel                                                        492

Notice of Appeal and Motion to Appoint Appellate
Counsel                                                        494

Clerk's Notice of Appeal                                       496

Motion to Withdraw                                             497

Motion for Designation of Indigency to Proceed on
Appeal In Forma Pauperis                                       499

Docketing Statement                                           501

Transcript Purchase Order                                     503

Order on Motion to Withdraw and Appointing Counsel
On Appeal                                                     504

Affidavit of Substantial Hardship and Order                  505

Order Designating Indigency To Proceed on Appeal
In Forma Pauperis                                             506

Amended Clerk's Notice of Appeal                             507

Order Recalling Order Designating Indigency to Proceed
On Appeal In Forma Pauperis                                  508

Amended Clerk's Notice of Appeal                             509

Attorney's Fee Declaration                                   510

Request for Local Extension of Time to Complete the
Reporter's Transcript                                        521

Acknowledgment from Court of Criminal Appeals               522

Motion to Court of Criminal Appeal for Extension of
Time to File Transcript                                      523

Order Granting Additional Time to File Transcript           524

Motion to Court of Criminal Appeal for Extension of
Time to File Transcript                                      525

Order Granting Additional Time to File Transcript           526

Reporter's Index to Exhibits                                527

State's Exhibit 1                                           529

State's Exhibit 16                                          531

State's Exhibit 17                                          533

State's Exhibit 18                                          534

State's Exhibit 19                                          535

State's Exhibit 20                                          536

State's Exhibit 21                                          537

State's Exhibit 22                                          538

State's Exhibit 23                                          539

State's Exhibit 24                                          540

State's Exhibit 25                                          541

State's Exhibit 26                                          542

State's Exhibit 27                                          543

State's Exhibit 28                                          544

Certificate of Incapability of Photocopying Exhibit        545

State's Exhibit 32                                          546

Defendant's Exhibit 1                                       547

Reporter's Transcript Order                                   1

Index                                                         2

Suppression Hearing                                           3

Caption                                                      78

Court's Introduction of Case to Jury Venire     79

Challenges     81

Motions     83

Court's Opening Instructions to Jury     93

Opening Statement by Mr. Landreau     101

Opening Statement by Ms. Farrar     107

For the State:
Testimony of Chris McKinstry     112

Testimony of Jody Williford     115

Testimony of Jim Price     117

Testimony of Melissa Kelly     137

Testimony of Sherwin Boswell     143

Testimony of Wayne Meadows     198

Testimony of John Memmo     206

Testimony of Jason Whitten     212

Charge Conference     236

Motion     240

For the Defendant:
Testimony of Steve Moseson     241

Objections to Closing Arguments     247

Jury Charge     248

Verdict     267

Sentencing     272

Reporter's Certificate     278

```
ACRO.070              ALABAMA JUDICIAL INFORMATION SYSTEM     CASE: CC 2002 000186.00
OPER: TIW                  CASE ACTION SUMMARY
PAGE:   1                  CIRCUIT   CRIMINAL                  RUN DATE: 06/05/2003
IN THE CIRCUIT COURT OF  RUSSELL                                         JUDGE: GRG
```

CITY OF SL0105214                 VS      WHITLEY JERRY EUGENE
                                          312003
CASE: CC 2002 000186.00                   VENTRESS
                                          CLAYTON, AL  00000 0000

DOB: 09/20/1965         SEX: M  RACE: W  HT: 5 06  WT: 145   HP: BRO EYES: BRO
SSN: 259177161  ALIAS NAMES:

CHARGE01: TRAFFICKING-METHAMPH CODE01: TRAK  LIT: TRAFFICKING-ME TYP: F #: 001
OFFENSE DATE: 09/21/2001             AGENCY/OFFICER: 0570000

DATE WAR/CAP ISS: 09/04/2002         DATE ARRESTED: 09/21/2001
DATE    INDICTED: 01/16/2002         DATE    FILED: 01/23/2002
DATE    RELEASED:                    DATE  HEARING:
      BOND AMOUNT:    $250,000.00       SURETIES:

DATE 1: 01/14/2003  DESC: SENT        TIME: 1000 A
DATE 2: 12/02/2002  DESC: JTRL        TIME: 0900 A

TRACKING NOS: GJ 2001 000285 00  /  DC 2001 002355 00  /  WR 2001 003010 00

    DEF/ATY: FARRAR LAUREL WHEELING    TYPE: A                    TYPE:
            PO DRAWER 2500

        PHENIX CITY   AL 36868                          00000

    PROSECUTOR: LANDREAU BUSTER

```
OTH CSE: GJ200100028500 CHK/TICKET NO:              GRAND JURY: 166
COURT REPORTER:                  SID NO:    000000000
DEF STATUS: PRISON               DEMAND:                          OPER: TIW
```

| TRANS DATE | ACTIONS, JUDGEMENTS, AND NOTES | OPE |
|------------|--------------------------------|-----|
| 01/23/2002 | SET FOR:  ARRAIGNMENT ON 02/20/2002 AT 1000A(AR01) | JOS |
| 02/20/2002 | ***ARRAIGNMENT ORDER*** | JOS |
| 02/20/2002 | ORDER APPOINTING THE HON. LAUREL FARRAR, DEFENDANT | JOS |
| 02/20/2002 |   WAIVES READING OF INDICTMENT AND ENTERS | JOS |
| 02/20/2002 |   A PLEA OF NOT GUILTY. | JOS |
| 02/20/2002 | SET FOR: JURY TRIAL ON 05/13/2002 AT 0900A  (AR10) | JOS |
| 02/20/2002 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP | JOS |
| 02/22/2002 | MOTION FOR APPROVAL OF EXPENSES | JOS |
| 02/22/2002 | REQUEST FOR DISCOVERY | JOS |
| 02/26/2002 | ORDER ON DEFENDANT'S REQUEST FOR DISCOVERY | JOS |
| 02/27/2002 | MOTION FOR CONSOLIDATION OF OFFENSES | JOS |
| 02/27/2002 | MOTION FOR DISCOVERY BY STATE | JOS |
| 02/27/2002 | NOTICE OF COMPLIANCE WITH DISCOVERY REQUEST | JOS |
| 02/28/2002 | ORDER ON MOTION FOR DISCOVERY BY STATE | JOS |
| 03/01/2002 | MOTION FOR APPROVAL OF EXPENSES GRANTED | JOS |
| 03/04/2002 | MOTION FOR REDUCTION OF BOND | JOS |
| 03/05/2002 | WRITTEN PLEA OF NOT GUILTY AND WAIVER OF | JOS |

```
ACRO370              ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2002 000186.00
OPER: TIW                     CASE ACTION SUMMARY
PAGE:   2                     CIRCUIT   CRIMINAL             RUN DATE: 06/05/2003
```

IN THE CIRCUIT COURT OF  RUSSELL                                      JUDGE: GRG

CITY OF SL0105214                 VS     WHITLEY JERRY EUGENE
                                         312003
CASE: CC 2002 000186.00                  VENTRESS
                                         CLAYTON, AL  00000 0000

DOB: 09/20/1965        SEX: M  RACE: W  HT: 5 06  WT: 145    HR: BRO EYES: BRO
SSN: 259177161  ALIAS NAMES:

| TRANS DATE | ACTIONS, JUDGEMENTS, AND NOTES | OPE |
|------------|-------------------------------|-----|
| 03/05/2002 | ARRAIGNMENT | JOS |
| 03/06/2002 | MOTION FOR REDUCTION OF BOND DENIED | JOS |
| 03/13/2002 | PETITION FOR WRIT OF HABEAS CORPUS (BOND REDUCED) | JOS |
| 03/15/2002 | CASE SET ON 04/23/2002 | JOS |
| 03/15/2002 | NOTICE FLAG SET TO: N | JOS |
| 03/18/2002 | ORDER FROM THE COURT OF CRIMINAL APPEALS THAT THE | JOS |
| 03/18/2002 | RESPONDENT IS GRANTED 14 DAYS TO RESPOND TO | JOS |
| 03/18/2002 | THE ALLEGATIONS CONTAINED IN THIS PETITION FOR | JOS |
| 03/18/2002 | THE WRIT OF HABEAS CORPUS | JOS |
| 03/27/2002 | ORDER REDUCING BOND TO $60,000.00. | JOS |
| 04/09/2002 | SET FOR: JURY TRIAL ON 05/13/2002 AT 0900A (AR10) | JOS |
| 04/10/2002 | ORDER OF DISMISSAL OF WRIT OF HABEAS CORPUS FROM | JOS |
| 04/10/2002 | THE COURT OF CRIMINAL APPEALS | JOS |
| 04/15/2002 | (4/9/02) ORDER CONTINUING CASE TO THE MAY 13, | JOS |
| 04/15/2002 | 2002, TRIAL DOCKET. | JOS |
| 04/19/2002 | ADDR1 CHANGED FROM: R.C. JAIL            (AR01) | JOS |
| 04/19/2002 | STATUS CHANGED TO: "B" - BOND            (AR01) | JOS |
| 04/19/2002 | HOME CITY CHANGED FROM: PHENIX CITY      (AR01) | JOS |
| 04/19/2002 | SURETY ADDED: AAA BONDING CO.            (AR01) | JOS |
| 04/19/2002 | DEFENDANT RELEASED FROM JAIL: 04/16/2002 (AR01) | JOS |
| 04/30/2002 | SET FOR: JURY TRIAL ON 06/24/2002 AT 0900A (AR10) | JOS |
| 05/22/2002 | WITNESS SUBPOENA ISSUED                    AWP24 | JOS |
| 05/23/2002 | MOTION FOR JOINDER OF DEFENDANTS FOR TRIAL | JOS |
| 05/24/2002 | OBJECTION TO CONSOLIDATION | JOS |
| 06/13/2002 | MOTION TO SUPPRESS ARREST AND EVIDENCE AND | JOS |
| 06/13/2002 | SEARCH WARRANT | JOS |
| 06/13/2002 | MOTION FOR APPROVAL OF EXTRAORDINARY EXPENSES | JOS |
| 06/13/2002 | MOTION TO PERMIT INDEPENDENT ANALYSIS | JOS |
| 06/19/2002 | SET FOR:  HEARING ON 06/20/2002 AT 1000A  (AR10) | DEB |
| 06/19/2002 | PARTY ADDED  W005  CINDY BAKER           (AW21) | DEB |
| 06/19/2002 | PARTY ADDED  W006  CAROLYN MARTIN        (AW21) | DEB |
```

```
ACRO370              ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2002 000186.00
OPER: TIW                   CASE ACTION SUMMARY
PAGE:   3                    CIRCUIT  CRIMINAL              RUN DATE: 06/05/2003
```

IN THE CIRCUIT COURT OF RUSSELL                                      JUDGE: GRG

CITY OF SL0105214                 VS      WHITLEY JERRY EUGENE
                                          312003
CASE: CC 2002 000186.00                   VENTRESS
                                          CLAYTON, AL  00000 0000

DOB: 09/20/1965       SEX: M  RACE: W  HT: 5 06  WT: 145    HR: BRO EYES: BRO
SSN: 259177161   ALIAS NAMES:

| Date | Action | |
|------|--------|---|
| 06/19/2002 | WITNESS SUBPOENA ISSUED TO W005 CINDY BAKER (AW21) | DEB |
| 06/19/2002 | WITNESS SUBPOENA ISSUED TO W006 CAROLYN MARTIN | DEB |
| 06/19/2002 | MOTION TO CONTINUE | JOS |
| 06/19/2002 | MOTION TO EXCLUDE LABORATORY REPORT | JOS |
| 06/19/2002 | MOTION FOR FURTHER ANALYSIS OF ALLEGED CONTROLLED | JOS |
| 06/19/2002 | SUBSTANCE | JOS |
| 06/20/2002 | SET FOR: JURY TRIAL ON 08/05/2002 AT 0900A  (AR10) | JOS |
| 06/21/2002 | MOTION FOR RECONSIDERATION OF DEFENDANT'S MOTION | JOS |
| 06/21/2002 | FOR APPROVAL OF EXTRAORDINARY EXPENSES | JOS |
| 06/21/2002 | (6/19/02) ORDER CONTINUING TRIAL TO AUGUST 5, 2002 | JOS |
| 06/21/2002 | MOTION FOR APPROVAL OF EXTRAORDINARY EXPENSES | JOS |
| 06/21/2002 | DENIED | JOS |
| 06/25/2002 | MOTION FOR RECONSIDERATION OF DEFENDANT'S MOTION | JOS |
| 06/25/2002 | FOR APPROVAL OF EXTRAORDINARY EXPENSES DENIED | JOS |
| 07/11/2002 | WITNESS SUBPOENA ISSUED                    AWP24 | JOS |
| 07/19/2002 | PARTY W005 ADD1 CHANGED FROM: LOT 24 RUSK DRIVE | JOS |
| 07/29/2002 | SUPPLEMENTAL INFORMATION IN SUPPORT OF DEFEN- | JOS |
| 07/29/2002 | DANT'S MOTION FOR RECONSIDERATION OF DEFEN- | JOS |
| 07/29/2002 | DANT'S MOTION FOR APPROVAL OF EXTRAORDINARY | JOS |
| 07/29/2002 | EXPENSES PURSUANT TO MAY V. STATE | JOS |
| 08/05/2002 | (7/29/02) ORDER CONTINUING CASE TO SEPTEMBER 16, | JOS |
| 08/05/2002 | 2002, TRIAL DOCKET. HEARING ON MOTION TO | JOS |
| 08/05/2002 | SUPPRESS SET FOR AUGUST 26, 2002, AT 2:00 PM | JOS |
| 08/05/2002 | MOTION TO CONSOLIDATE GRANTED | JOS |
| 08/05/2002 | SET FOR: JURY TRIAL ON 09/16/2002 AT 0900A  (AR10) | JOS |
| 08/05/2002 | SET FOR: MOTION TO SUPPRESS ON 08/26/2002 AT 0200P | JOS |
| 08/07/2002 | ORDER APPROVING EXTRAORDINARY EXPENSES | JOS |
| 08/08/2002 | PARTY ADDED  W007  AGENT PRICE          (AW21) | JOS |
| 08/08/2002 | WITNESS SUBPOENA ISSUED TO W001 AGENT JASON WHITTE | JOS |
| 08/08/2002 | WITNESS SUBPOENA ISSUED TO W007 AGENT PRICE (AW21) | JOS |
| 08/09/2002 | ORDER FOR TRANSPORT OF SAMPLES FOR INDEPENDENT | JOS |
| 08/09/2002 | ANALYSIS | JOS |



```
ACR0370          ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2002 000186.00
OPER: TIW                     CASE ACTION SUMMARY
PAGE:   4                      CIRCUIT  CRIMINAL            RUN DATE: 06/05/2003
```

IN THE CIRCUIT COURT OF RUSSELL                                      JUDGE: GRG

CITY OF SL0105214              VS     WHITLEY JERRY EUGENE
                                      312003
CASE: CC 2002 000186.00               VENTRESS
                                      CLAYTON, AL  00000 0000

DOB: 09/20/1965        SEX: M  RACE: W  HT: 5 06  WT: 145    HR: BRO EYES: BRO
SSN: 259177161  ALIAS NAMES:

| Date | Action | |
|------|--------|---|
| 08/15/2002 | MOTION TO AMEND ORDER | JOS |
| 08/16/2002 | OBJECTION TO MOTION TO AMEND ORDER | JOS |
| 08/20/2002 | (7/29/02) MOTION TO CONSOLIDATE GRANTED | JOS |
| 08/22/2002 | WITNESS SUBPOENA ISSUED                    (AW25) | JOS |
| 08/22/2002 | WITNESS SUBPOENA ISSUED                    (AW25) | JOS |
| 08/22/2002 | WITNESS SUBPOENA ISSUED                    (AW25) | JOS |
| 08/23/2002 | MOTION TO TRANSPORT (STEVEN MOSESES-LEE CO.) | JOS |
| 08/23/2002 | DEFENDANT'S MOTION IN LIMINE | JOS |
| 08/23/2002 | STEVE MOSESON RETURNED TO PUSSELL CO. JAIL | JOS |
| 08/23/2002 | PARTY ADDED  W008  STEVEN MOSESON          (AW21) | JOS |
| 08/23/2002 | PARTY ADDED  W009  WAYNE MEADOWS           (AW21) | JOS |
| 08/23/2002 | WITNESS SUBPOENA ISSUED TO W008 STEVEN MOSESON | JOS |
| 08/23/2002 | WITNESS SUBPOENA ISSUED TO W009 WAYNE MEADOWS | JOS |
| 08/23/2002 | PARTY ADDED  W010  CAYLENE WHITE           (AW21) | JOS |
| 08/23/2002 | PARTY W010 ISSUED DATE: 08232002  TYPE:    (AW21) | JOS |
| 08/23/2002 | WITNESS SUBPOENA ISSUED TO W010 CAYLENE WHITE | JOS |
| 08/23/2002 | ORDER FOR THE RUSSELL COUNTY SHERIFF TO TRANSPORT | JOS |
| 08/23/2002 |    STEVEN MOSESON FROM LEE COUNTY JAIL TO APPEAR | JOS |
| 08/23/2002 |    IN COURTROOM I AT 2:00 P.M. ON AUGUST 26, 2002. | JOS |
| 08/23/2002 | NOTICE OF INTENT TO SEEK SENTENCING ENHANCEMENTS | JOS |
| 08/28/2002 | DEFENDANT'S SECOND MOTION TO CONTINUE | JOS |
| 08/28/2002 | MOTION TO SUPPRESS DENIED | JOS |
| 08/28/2002 | PARTY W006 ADD1 CHANGED FROM: 2405 SPORTSMAN DRIVE | JOS |
| 08/28/2002 | PARTY W006 ADD2 CHANGED FROM: LOT 27 RUSK DRIVE | JOS |
| 08/28/2002 | PARTY W005 ADD1 CHANGED FROM: 22 WILL AVENUE LOT 1 | JOS |
| 09/04/2002 | ALIAS WARRANT ISSUED: 09/04/2002          (AR08) | JOS |
| 09/04/2002 | ALIAS WRIT EXECUTED BY PLACING DEFENDANT IN JAIL | JOS |
| 09/04/2002 | MOTION TO SET ASIDE WRIT OF ARREST AND WITHDRAW | JOS |
| 09/04/2002 |    REVOCATION OF BOND | JOS |
| 09/05/2002 | AMENDMENT TO MOTION TO SET ASIDE WRIT OF ARREST | JOS |
| 09/05/2002 |    AND WITHDRAW REVOCATION OF BOND | JOS |
| 09/05/2002 | WITNESS SUBPOENA ISSUED                    AWP24 | JOS |

```
ACPO370              ALABAMA JUDICIAL INFORMATION SYSTEM     CASE: CC 2002 000186.00
OPER: TIW                    CASE ACTION SUMMARY
PAGE:  5                     CIRCUIT   CRIMINAL                RUN DATE: 06/05/2003
```

IN THE CIRCUIT COURT OF  RUSSELL                                         JUDGE: GRG

CITY OF SL0105214                    VS     WHITLEY JERRY EUGENE
                                            312003
CASE: CC 2002 000186.00                     VENTRESS
                                            CLAYTON, AL  00000 0000

DOB: 09/20/1965         SEX: M  RACE: W  HT: 5 06  WT: 145    HR: BRO EYES: BRO
SSN: 259177161   ALIAS NAMES:

| Date | Action | |
|------|--------|---|
| 09/13/2002 | (9/04/02) UPON FAILURE OF DEFENDANT TO APPEAR IN | JOS |
| 09/13/2002 | COURT, PRELIMINARY FORFEITURE AND ALIAS | JOS |
| 09/13/2002 | ORDERED.  ORIGINAL BOND AMOUNTS REINSTATED, | JOS |
| 09/13/2002 | CASE CONTINUED TO THE OCTOBER 28, 2002, TRIAL | JOS |
| 09/13/2002 | DOCKET. | JOS |
| 09/16/2002 | SET FOR: JURY TRIAL ON 10/28/2002 AT 0900A  (AR10) | JOS |
| 09/19/2002 | PETITION FOR WRIT OF HABEAS CORPUS | JOS |
| 09/23/2002 | MOTION TO COMPEL COMPLIANCE WITH THE COURT'S | JOS |
| 09/23/2002 | ORDER FOR TRANSPORT OF SAMPLES FOR INDEPENDENT | JOS |
| 09/23/2002 | ANALYSIS | JOS |
| 09/26/2002 | RESPONSE TO MOTION TO COMPEL | JOS |
| 10/01/2002 | REPLY TO RESPONSE TO MOTION TO COMPEL | JOS |
| 10/09/2002 | WITNESS SUBPOENA ISSUED               AWP24 | JOS |
| 10/09/2002 | ORDER SETTING HEARING ON MOTION TO SET ASIDE WRIT | JOS |
| 10/09/2002 | OF ARREST AND WITHDRAW REVOCATION OF BOND AND | JOS |
| 10/09/2002 | MOTION IN LIMINE FOR OCTOBER 23, 2002, AT | JOS |
| 10/09/2002 | 3:00 P.M. | JOS |
| 10/09/2002 | SET FOR:  HEARING ON 10/23/2002 AT 0300P   (AR10) | JOS |
| 10/09/2002 | ORDER THAT THE REQUESTED SAMPLES ARE TO BE TURNED | JOS |
| 10/09/2002 | OVER TO DEFENSE COUNSEL TO SHIP FOR ANALYSIS | JOS |
| 10/10/2002 | MOTION TO COMPEL DENIED | JOS |
| 10/10/2002 | ORDER SETTING HEARING ON WRIT OF HABEAS CORPUS | JOS |
| 10/10/2002 | FOR OCTOBER 23, 2002, AT 3:00 P.M. | JOS |
| 10/11/2002 | MOTION TO CONTINUE | JOS |
| 10/16/2002 | SET FOR: JURY TRIAL ON 12/02/2002 AT 0900A  (AR10) | JOS |
| 10/17/2002 | ORDER CONTINUING TRIAL TO DECEMBER 2, 2002, | JOS |
| 10/17/2002 | MOTIONS HEARING SET FOR OCTOBER 23, 2002, AT | JOS |
| 10/17/2002 | 3:00 P.M. | JOS |
| 10/24/2002 | (10/23/02) MOTION TO REDUCE BOND DENIED.  MOTION | JOS |
| 10/24/2002 | IN LIMINE GRANTED AS TO PHOTOGRAPHS OF CO- | JOS |
| 10/24/2002 | DEFENDANTS AND DENIED AS TO VIDEOTAPE INVOLVING | JOS |
| 10/24/2002 | DEFENDANTS AND CO-DEFENDANTS.  THE COURT | JOS |

```
ACPO370            ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2002 000186.00
OPER: TIW                   CASE ACTION SUMMARY
PAGE:   6                 CIRCUIT  CRIMINAL                RUN DATE: 06/05/2003
=========================================================================
IN THE CIRCUIT COURT OF  RUSSELL                                    JUDGE: GRG

CITY OF SL0105214              VS      WHITLEY JERRY EUGENE
                                       312003
CASE: CC 2002 000186.00                VENTRESS
                                       CLAYTON, AL  00000 0000

DOB: 09/20/1965        SEX: M  RACE: W  HT: 5 06  WT: 145   HR: BRO EYES: BRO
SSN: 259177161  ALIAS NAMES:
=========================================================================
```

| | |
|---|---|
| 10/24/2002 | PRESERVES RULING ON MOTION IN LIMINE AS TO | JOS |
| 10/24/2002 | SINGLE PHOTOGRAPH OF DEFENDANT. | JOS |
| 10/24/2002 | COPY OF PETITION FOR WRIT OF HABEAS CORPUS FILED | JOS |
| 10/24/2002 | WITH THE COURT OF CRIMINAL APPEALS | JOS |
| 10/25/2002 | PETITION FOR WRIT OF HABEAS CORPUS DENIED (BY GRG) | JOS |
| 11/01/2002 | PARTY W010 ADD1 CHANGED FROM: RT 6 BOX 410  (AW21) | JOS |
| 11/04/2002 | COPY OF ORDER OF DENIAL OF WRIT OF HABEAS CORPUS | JOS |
| 11/20/2002 | WITNESS SUBPOENA ISSUED                    AWP24 | JOS |
| 11/22/2002 | PARTY ADDED  W011  STEVEN MOSESON      (AW21) | JOS |
| 11/22/2002 | PARTY W011 ISSUED DATE: 11202002  TYPE:    (AW21) | JOS |
| 11/22/2002 | PARTY ADDED  W012  WAYNE MEADOWS       (AW21) | JOS |
| 11/22/2002 | WITNESS SUBPOENA ISSUED TO W011 STEVEN MOSESON | JOS |
| 11/22/2002 | WITNESS SUBPOENA ISSUED TO W012 WAYNE MEADOWS | JOS |
| 12/03/2002 | DEFENDANT'S MOTION TO CONTINUE | JOS |
| 12/03/2002 | MOTION FOR APPROVAL OF EXTRAORDINARY EXPENSES | JOS |
| 12/04/2002 | MOTION IN LIMINE | JOS |
| 12/04/2002 | RESPONSE TO MOTION FOR CONTINUANCE AND MOTION FOR | JOS |
| 12/04/2002 | EXPENSES | JOS |
| 12/04/2002 | MOTION TO CONTINUE DENIED | JOS |
| 12/04/2002 | MOTION FOR APPROVAL OF COURT REPORTER EXPENSES | JOS |
| 12/05/2002 | STATE'S REQUEST JURY CHARGE #1 | JOS |
| 12/05/2002 | STATE'S REQUEST JURY CHARGE #2 | JOS |
| 12/05/2002 | STATE'S REQUEST JURY CHARGE #3 | JOS |
| 12/05/2002 | STATE'S REQUEST JURY CHARGE #4 | JOS |
| 12/05/2002 | STATE'S REQUEST JURY CHARGE #5 | JOS |
| 12/05/2002 | DEFENDANT'S REQUESTED JURY CHARGE #1 CONTRUCTIVE | JOS |
| 12/05/2002 | POSSESSION | JOS |
| 12/05/2002 | DEFENDANT'S REQUESTED JURY CHARGE #2 ELEMENTS | JOS |
| 12/05/2002 | OF CONTRUCTIVE POSSESSION | JOS |
| 12/05/2002 | DEFENDANT'S REQUESTED JURY CHARGE #3 REQUIREMENT | JOS |
| 12/05/2002 | OF PROOF OF POSSESSION | JOS |
| 12/05/2002 | ***GUILTY VERDICT*** | JOS |

```
ACRO370              ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2002 000186.00
OPER: TIW                    CASE ACTION SUMMARY
PAGE:   7                     CIRCUIT  CRIMINAL                RUN DATE: 06/05/2003
========================================================================================
IN THE CIRCUIT COURT OF  RUSSELL                                        JUDGE: GRG

CITY OF SL0105214                   VS    WHITLEY JERRY EUGENE
                                          312003
CASE: CC 2002 000186.00                   VENTRESS
                                          CLAYTON, AL   00000 0000

DOB: 09/20/1965         SEX: M  RACE: W  HT: 5 06  WT: 145   HR: BRO EYES: BRO
SSN: 259177161  ALIAS NAMES:
========================================================================================
```

| Date | Action | |
|------|--------|---|
| 12/05/2002 | ***VERDICT*** | JOS |
| 12/05/2002 | NOW COMES THE JURY AND RETURNS ITS UNANIMOUS | JOS |
| 12/05/2002 | VERDICT AS FOLLOWS: "WE, THE JURY, FIND THE | JOS |
| 12/05/2002 | DEFENDANT, JERRY E. WHITLEY, GUILTY OF THE | JOS |
| 12/05/2002 | OFFENSE OF TRAFFICKING IN METHAMPHETAMINE, AS | JOS |
| 12/05/2002 | CHARGED IN THE INDICTMENT.  THE JURY ALSO FOUND | JOS |
| 12/05/2002 | FROM THE EVIDENCE THAT THE DEFENDANT, JERRY E. | JOS |
| 12/05/2002 | WHITLEY DID POSSESS A FIREARM DURING THE COMMI- | JOS |
| 12/05/2002 | SSION OF THE CRIME OT TRAFFICKING IN METHAMPHE- | JOS |
| 12/05/2002 | TAMINE.   DATE: DECEMBER 5, 2002, NICOLE GIBBS, | JOS |
| 12/05/2002 | FOREPERSON.  THE DEFENDANT IS REMANDED TO THE | JOS |
| 12/05/2002 | CUSTODY OF THE SHERIFF, SENTENCING SET FOR | JOS |
| 12/05/2002 | JANUARY 14, 2003, AT 10:00 A.M. | JOS |
| 12/09/2002 | MOTION FOR APPROVAL OF EXPENSES APPROVED OF THE | JOS |
| 12/09/2002 | SUM OF $400.00 | JOS |
| 12/09/2002 | MOTION IN LIMINE DENIED IN PART AND GRANTED IN | JOS |
| 12/09/2002 | PART IN OPEN COURT | JOS |
| 12/09/2002 | MOTION OF EXTRAORDINARY EXPENSES DENIED | JOS |
| 01/10/2003 | CONVICTION REPORT TO BOARD OF REGISTRARS | JOS |
| 01/14/2003 | ***SENTENCING ORDER*** | JOS |
| 01/14/2003 | ORDER SENTENCING DEFENDANT TO 35 YEARS TO THE DEPT | JOS |
| 01/14/2003 | OF CORRECTIONS, CREDIT FOR TIME SERVED, COSTS, | JOS |
| 01/14/2003 | $50,000.00 FINE, $500.00 VCF, $100.00 FORENSIC | JOS |
| 01/14/2003 | SERVICES TRUST FUND, $1,000.00 DEMAND REDUCTION | JOS |
| 01/14/2003 | ASSESSMENT ACCOUNT, ATTORNEY'S FEES, SUBSTANCE | JOS |
| 01/14/2003 | ABUSE PROGRAM AND DRIVER'S LICENSE SUSPENDED | JOS |
| 01/14/2003 | 6 MONTHS.  THE DEMAND REDUCTION ASSESSMENT | JOS |
| 01/14/2003 | ACCOUNT WILL BE SUSPENDED UPON THE DEFENDANT'S | JOS |
| 01/14/2003 | AGREEMENT TO ENROLL IN A REHABILITATION PROGRAM | JOS |
| 01/14/2003 | AND PAYMENT OF SAME.  THE PAYMENT OF MONIES | JOS |
| 01/14/2003 | SHALL BE A CONDITION OF PAROLE, EARLY RELEASE, | JOS |
| 01/14/2003 | SIR OR WORK RELEASE. | JOS |

```
ACR0370           ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2002 000186.00
OPER: TIW               CASE ACTION SUMMARY
PAGE:    8                CIRCUIT   CRIMINAL                RUN DATE: 06/05/2003
```

IN THE CIRCUIT COURT OF   RUSSELL                                    JUDGE: GRG

CITY OF SL0105214                     VS    WHITLEY JERRY EUGENE
                                            312003
CASE: CC 2002 000186.00                     VENTRESS
                                            CLAYTON, AL  00000 0000

DOB: 09/20/1965        SEX: M  RACE: W  HT: 5 06  WT: 145    HR: BRO EYES: BRO
SSN: 259177161  ALIAS NAMES:

| Date | Action | | |
|------|--------|---|---|
| 01/14/2003 | ******ORAL NOTICE OF APPEAL**** | | JOS |
| 01/14/2003 | NOTICE OF APPEAL AND MOTION TO APPOINT APPELLATE | | JOS |
| 01/14/2003 | COUNSEL | | JOS |
| 01/14/2003 | CASE APPEALED ON: 01/14/2003 | (AR10) | JOS |
| 01/14/2003 | APPEAL "TO" TYPE: "O" | (AR10) | JOS |
| 01/16/2003 | TRANSCRIPT OF RECORD ISSUED: 01/16/2003 | (AR08) | JOS |
| 01/16/2003 | CASE ACTION SUMMARY PRINTED | (AR08) | JOS |
| 01/17/2003 | APPEAL DATE CHANGED FROM: 00/00/0000 | (AR11) | TIW |
| 01/17/2003 | ATTY 1 TYPE CHANGED FROM: | (AR11) | TIW |
| 01/17/2003 | IRA TYPE CHANGED FROM: | (AR11) | TIW |
| 01/17/2003 | ATYW TYPE CHANGED FROM: | (AR11) | TIW |
| 01/17/2003 | APPEAL TYPE CHANGED FROM: | (AR11) | TIW |
| 01/17/2003 | PROSECUTOR CHANGED FROM: | (AR11) | TIW |
| 01/17/2003 | INDTRL TYPE CHANGED FROM: | (AR11) | TIW |
| 01/17/2003 | ATTY 1 CHANGED FROM: | (AR11) | TIW |
| 01/17/2003 | COURT REPORTER 1 CHANGED FROM: | (AR11) | TIW |
| 01/17/2003 | APPEAL TYPE CHANGED FROM: O | (AR11) | SHG |
| 01/17/2003 | IRA TYPE CHANGED FROM: Y | (AR11) | SHG |
| 01/20/2003 | MOTION TO WITHDRAW TRIAL COUNSEL AND APPOINT | | SHG |
| 01/20/2003 | COUNSEL ON APPEAL | | SHG |
| 01/20/2003 | MOTION FOR DESIGNATION OF INDIGENCY TO PROCEED ON | | SHG |
| 01/20/2003 | APPEAL IN FORMA PAUPERIS | | SHG |
| 01/20/2003 | CHECK OUT TO GRG | | SHG |
| 01/21/2003 | MOTION CODE 1 CHANGED FROM: | (AR11) | SHG |
| 01/21/2003 | MOTION FILE DATE 1 CHANGED FROM: 00/00/0000 | (AR11) | SHG |
| 01/22/2003 | TRANSCRIPT OF RECORD ISSUED: 01/22/2003 | (AR08) | JOS |
| 01/22/2003 | CASE ACTION SUMMARY PRINTED | (AR08) | JOS |
| 01/23/2003 | DOCKETING STATEMENT | | SHG |
| 01/23/2003 | REPORTER'S TRANSCRIPT ORDER | | SHG |
| 01/24/2003 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP | | SHG |
| 01/27/2003 | CHECK OUT TO GRG W/COPY | | SHG |
| 02/18/2003 | NOTICE OF APPEARANCE BY HON MICHAEL WILLIAMS,SR | | TIW |

```
ACRO370              ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2002 000186.00
OPER: TIW                   CASE ACTION SUMMARY
PAGE:    9                 CIRCUIT   CRIMINAL               RUN DATE: 06/05/2003
=============================================================================
IN THE CIRCUIT COURT OF  RUSSELL                                   JUDGE: GRG

CITY OF SL0105214               VS      WHITLEY JERRY EUGENE
                                        312003
CASE: CC 2002 000186.00                 VENTRESS
                                        CLAYTON, AL  00000 0000

DOB: 09/20/1965        SEX: M  RACE: W  HT: 5 06  WT: 145   HR: BRO EYES: BRO
SSN: 259177161  ALIAS NAMES:
=============================================================================
| 02/18/2003 | REPORTER'S TRANSCRIPT ORDER                         | TIW |
|------------|--------------------------------------------------------|-----|
| 02/24/2003 | MOTION ACTION 1 CHANGED FROM:              (AR11)    | SHG |
|------------|--------------------------------------------------------|-----|
| 02/24/2003 | ATTY 1 CHANGED FROM: FAP036                (AR11)    | SHG |
|------------|--------------------------------------------------------|-----|
| 02/24/2003 | MOTION ACTION DATE 1 CHANGED FROM: 00/00/0000       | SHG |
|------------|--------------------------------------------------------|-----|
| 02/24/2003 | ATYW TYPE CHANGED FROM: N                  (AR11)    | TIW |
|------------|--------------------------------------------------------|-----|
| 02/24/2003 | IPA TYPE CHANGED FROM: N                   (AR11)    | TIW |
|------------|--------------------------------------------------------|-----|
| 02/24/2003 | ORDER DESIGNATING INDEGENCY TO PROCEED ON APPEAL    | TIW |
|------------|--------------------------------------------------------|-----|
| 02/24/2003 |      IN FORMA PAUPERIS                              | TIW |
|------------|--------------------------------------------------------|-----|
| 02/24/2003 | ORDER GRANTING MOTION TO WITHDRAW AND APPOINTING    | TIW |
|------------|--------------------------------------------------------|-----|
| 02/24/2003 |      COUNSEL ON APPEAL                              | TIW |
|------------|--------------------------------------------------------|-----|
| 02/27/2003 | ORDER RECALLING DEFENDANT'S MOTION TO PROCEED ON    | TIW |
|------------|--------------------------------------------------------|-----|
| 02/27/2003 |      APPEAL IN FORMA PAUPERIS AND APPOINTMENT OF    | TIW |
|------------|--------------------------------------------------------|-----|
| 02/27/2003 |      ATTORNEY                                       | TIW |
|------------|--------------------------------------------------------|-----|
| 02/28/2003 | IPA TYPE CHANGED FROM: Y                   (AR11)    | TIW |
|------------|--------------------------------------------------------|-----|
| 02/28/2003 | ATTY 1 CHANGED FROM: FLO017                (AR11)    | TIW |
|------------|--------------------------------------------------------|-----|
| 02/28/2003 | ATTY 1 TYPE CHANGED FROM: A                (AR11)    | TIW |
|------------|--------------------------------------------------------|-----|
| 02/28/2003 | TRANSMITTAL NOTICE      SENT TO DEF ATTY 1 (AR09)   | TIW |
|------------|--------------------------------------------------------|-----|
| 03/11/2003 | MOTION FOR LOCAL EXTENSION OF TIME TO COMPLETE THE  | TIW |
|------------|--------------------------------------------------------|-----|
| 03/11/2003 |      REPORTER'S TRANSCRIPT                          | TIW |
|------------|--------------------------------------------------------|-----|
| 03/11/2003 | ATTORNEY'S FEES ($10,538.64)                        | JOS |
|------------|--------------------------------------------------------|-----|
| 03/13/2003 | ORDER GRANTING ADDITIONAL TIME FOR COMPLETION OF    | TIW |
|------------|--------------------------------------------------------|-----|
| 03/13/2003 |      REPORTER'S TRANSCRIPT                          | TIW |
|------------|--------------------------------------------------------|-----|
| 04/08/2003 | MOTION TO COURT OF CRIMINAL APPEALS FOR EXTENSION   | TIW |
|------------|--------------------------------------------------------|-----|
| 04/08/2003 |      OF TIME TO FILE TRANSCRIPT                     | TIW |
|------------|--------------------------------------------------------|-----|
| 04/10/2003 | ORDER GRANTING EXTENSION OF TIME TO FILE            | TIW |
|------------|--------------------------------------------------------|-----|
| 04/10/2003 |      REPORTER'S TRANSCRIPT                          | TIW |
|------------|--------------------------------------------------------|-----|
| 04/14/2003 | PAYMENT DELINQUENT NOTICE MAILED ON 04/15/2003      | AOC |
|------------|--------------------------------------------------------|-----|
| 04/17/2003 | ADDR1 CHANGED FROM: 150 REYNOLDS ROAD      (AR01)   | JOS |
|------------|--------------------------------------------------------|-----|
| 04/17/2003 | STATUS CHANGED TO: "P" - PRISON            (AR01)   | JOS |
|------------|--------------------------------------------------------|-----|
| 04/17/2003 | HOME CITY CHANGED FROM: FORTSON            (AR01)   | JOS |
|------------|--------------------------------------------------------|-----|
| 04/17/2003 | ADDR1 CHANGED FROM: VENTRESS               (AR01)   | JOS |
|------------|--------------------------------------------------------|-----|
| 05/05/2003 | MOTION TO COURT OF CRIMINAL APPEALS FOR EXTENSION   | TIW |
|------------|--------------------------------------------------------|-----|
```

```
ACR0370              ALABAMA JUDICIAL INFORMATION SYSTEM     CASE: CC 2002 000186.00
OPER: TIW                    CASE ACTION SUMMARY
PAGE:  10                   CIRCUIT   CRIMINAL                RUN DATE: 06/05/2003
```

IN THE CIRCUIT COURT OF   RUSSELL                                    JUDGE: GRG

CITY OF SL0105214                VS      WHITLEY JERRY EUGENE
                                         312003
CASE: CC 2002 000186.00                  VENTRESS
                                         CLAYTON, AL  00000 0000

DOB: 09/20/1965        SEX: M  RACE: W  HT: 5 06  WT: 145   HR: BRO EYES: BRO
SSN: 259177161   ALIAS NAMES:

| 05/05/2003 | OF TIME TO FILE TRANSCRIPT | TIW |
| 05/07/2003 | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO | TIW |
| 05/07/2003 | FILE TRANSCRIPT | TIW |
| 05/07/2003 | AMENDED ATTORNEY'S FEES ($5,717.87) | JOS |
| 06/05/2003 | CERTIFICATE OF COMPLETION AND TRANSMITTAL OF | TIW |
| 06/05/2003 | RECORD ON APPEAL BY TRIAL CLERK | TIW |
| 06/05/2003 | CASE ACTION SUMMARY PRINTED          (AR08) | TIW |

THIS PRODUCT MAY NOT BE PUBLIC INFORMATION

| 1 ORI # | 2 AGENCY NAME | | 3 CASE # | 4 SFX |
|---|---|---|---|---|

0570000   METRO   SLO105214

| 5 LAST, FIRST, MIDDLE NAME | | 6 ALIAS AKA |

Whitley, Jerry Eugene

| 7 SEX | 8 RACE | 9 HGT | 10 WGT | 11 EYE | 12 HAIR | 13 SKIN | ☐ SCARS | ☐ MARKS | ☐ TATOOS | ☐ AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|
| M | W | 5'6 | 145 | Blo | Bro | | | | | |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Cols, GA | 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-171 16 | 09 20 65 | 35 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 02139837 | GA |

| 24 FBI # | HENRY CLASS | | 25 IDENTIFICATION COMMENTS |
| | NCIC CLASS | | |

| 26 ☐ RESIDENT  ☑ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | Rusk Dr. Phenix City, AL | | |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| None | | |

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? ☐ YES  ☐ NO |
|---|---|---|

Rusk Dr. Phenix City, AL

☐ IN STATE  ☐ OUT STATE  ☐ AGENCY #

| 36 CONDITION OF  ☐ DRUNK  ☐ SOBER  ARRESTEE:  ☐ DRINKING  ☑ DRUGS | 37 RESIST ARREST?  ☐ YES  ☑ NO | 38 INJURIES?  ☑ NONE  ☐ OFFICER  ☐ ARRESTEE | 39 ARMED?  ☐ Y  ☑ N | 40 DESCRIPTION OF WEAPON  ☐ HANDGUN  ☐ RIFLE  ☐ SHOTGUN  ☐ OTHER FIREARM  ☐ OTHER WEAPON |
|---|---|---|---|---|

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 09 20 10 | 17 30  ☐ 1 AM  ☑ 2 PM  ☐ MIL | S M T W ☒ F S | ☒ VIEW  ☐ CALL  ☐ WARRANT | ☐ YES  ☐ NO  ☐ UNKNOWN |

| 46 CHARGE–1  ☒ FEL  ☐ MISD | 47 UCR CODE | 49 UCR CODE |
|---|---|---|
| Possesion of a Controlled Subtance | 3599 | 3599 |
| 48 CHARGE–2  ☐ FEL  ☐ MISD  Unlawful Manufacturing a Controlled Substance | | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED  M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED  M D Y |
|---|---|---|---|---|---|
| 13A-12-212 | | | 13A-12-211 | | |

| 56 CHARGE–3  ☐ FEL  ☒ MISD | 57 UCR CODE | 58 CHARGE–4  ☐ FEL  ☐ MISD | 59 UCR CODE |
|---|---|---|---|
| Resisting arrest | 4801 | | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED  M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED  M D Y |
|---|---|---|---|---|---|
| 13A-10-41 | | | | | |

| 66 ARREST DISPOSITION  ☐ HELD  ☐ BAIL  ☐ RELEASED  ☐ TOT–LE  ☐ OTHER | 67 IF OUT ON RELEASE  WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO  TOP  BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED?  ☐ YES  ☒ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|

| 82 JUVENILE DISPOSITION: | ☐ HANDLED AND RELEASED  ☐ REF. TO JUVENILE COURT | ☐ REF. TO WELFARE AGENCY  ☐ REF. TO OTHER POLICE AGENCY | ☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE  (  ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE  (  ) |
|---|---|---|---|

| 91 DATE AND TIME OF RELEASE | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| 09 20 10  18:50  ☐ 1 AM  ☐ 2 PM  ☐ MIL | | | |

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS | 100 PROPERTY # |
|---|---|---|---|
| Russell Co. S.O. | Jail | | |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE  ☐ YES  ☐ NO  ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: |
|---|---|

101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)

Subject was arrested for poss. of Meth, Manufacturing
and Resisting arrest.
Meth - 7 grams, $700.00 Street Value: Meth LAB

LOCAL

STATE

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER |
|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | | 116 WATC |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR  ID # |
|---|---|---|---|---|
| J. Whitten | 272 | Sgt. Price | | M |

ACJIC—34 REV.

**TYPE OR PRINT IN BLACK INK ONLY**

A TRUE BILL, presented to the judge Presiding in open Court by the Foreperson of this Grand Jury, and filed in open court this 16th day of _Jan_ . 2002.

_Greg Johnson_
Grand Jury Foreman

_Kathy Coulter_
Clerk of the Circuit Court
of Russell County
Twenty-Sixth Judicial Circuit

CC-02-186

# INDICTMENT

## THE STATE OF ALABAMA

*vs.*

*JERRY E. WHITLEY*
*SID: AL01228937*

*alias*
None Reported

CHARGES:                                    SECTION

1. TRAFFICKING METHAMPHETAMINE

Bail fixed at $ _250,000_ this _16_ day of _Jan_ , 2002.

_____
Judge Presiding

THE STATE OF ALABAMA                 110                    CIRCUIT COURT
RUSSELL COUNTY                                                         2002

Prosecutor: BUSTER LANDREAU

KENNETH DAVIS
DISTRICT ATTORNEY
TWENTY-SIXTH JUDICIAL

THE STATE OF ALABAMA, RUSSELL COUNTY

CIRCUIT COURT - TWENTY-SIXTH JUDICAL CIRCUIT

### COUNT 1

The Grand Jury of said county charge that, before the finding of this indictment, JERRY E. WHITLEY, whose name is otherwise unknown to the Grand Jury, did on or about the 21st day of SEPTEMBER, 2001, knowingly sell, deliver or bring into the State of Alabama, or was knowingly in actual or constructive possession of 28 grams or more of methamphetamine or any mixture containing methamphetamine, in violation of 13A-12-231 of the Code of Alabama 1975, as amended, and against the peace and dignity of the State of Alabama.

KENNETH DAVIS
District Attorney
Twenty-Sixth Judicial Circuit

WITNESSES:

SHERWIN BOSWELL., P. O. BOX 3510, AUBURN, AL  36831
AGENT MEMMO, METRO NARCOTICS,  P.O. BOX 1866, COLUMBUS, GA  31902
AGENT R. SPEAR, METRO, COLUMBUS, GA  31901
AGENT JASON WHITTEN, METRO NARCOTICS TASK FORCE , P.O. BOX 1866, COLUMBUS, GA  31902

ACR380  ALABAMA JUDICIAL DATA CENTER  GJ 2001-000285.00
Case 3:05-cv-00427-MEF-SC  GRAND JURY RUSSELL  Document 22-2  Filed 07/13/2005  Page 33 of 50
WARRANT OF ARREST  TERM #: W-02-166
DC-01-2355

TO ANY LAW ENFORCEMENT OFFICER OF THE STATE OF ALABAMA: *CC-02-186*

AN INDICTMENT HAS BEEN RETURNED BY THE GRAND JURY OF RUSSELL COUNTY

AGAINST       WHITLEY JERRY EUGENE
            R.C. JAIL

          PHENIX CITY    AL 36867-0000

CHARGING THE OFFENSE OF:
       TRAFFICKING-METHAMPH 13A-012-231(11)     CNTS:   1

YOU ARE THEREFORE ORDERED TO ARREST THE PERSON NAMED ABOVE AND BRING THAT
PERSON BEFORE A JUDGE OR MAGISTRATE OF THIS COURT TO ANSWER THE CHARGES
AGAINST THAT PERSON AND HAVE WITH YOU THEN AND THERE THE WARRANT OF ARREST
WITH YOUR RETURN THEREON.  IF A JUDGE OF MAGISTRATE OF THIS COURT IS
UNAVAILABLE, OR IF THE ARREST IS MADE IN ANOTHER COUNTY, YOU SHALL TAKE
THE ACCUSED PERSON BEFORE THE NEAREST OR MOST ACCESSIBLE JUDGE OF
MAGISTRATE IN THE COUNTY OF ARREST.

  BOND SET AT:     $250,000.00
  DATE ISSUED: 01/17/2002           CLERK       BY___*JBS*_____

EXECUTED THIS ____18_____ DAY OF _____, 2002, BY
ARRESTING THE WITHIN NAMED DEFENDANT _____

                        LAW ENFORCEMENT OFFICER
                        BY: _____

DEFENDANT'S FEATURES:

HT: 5'06"  HAIR: BRO   DOB: 09/20/1965

WT: 145  SEX: M   EYE: BRO   RACE: W
SSN: 259177161

ADDTL COMMENTS: _____

_____

_____

_____

01/17/2002 JOS

State of Alabama
Unified Judicial System

Form C-10
Page 1 of 2          Rev. 2/95

# AFFIDAVIT OF SUBSTANTIAL
# HARDSHIP AND ORDER

CC-02-186-188

IN THE ___Circuit___ COURT OF ___Russell County___ ALABAMA
(Circuit, District, or Municipal)                    (Name of County or Municipality)

STYLE OF CASE: ___State of Alabama___ v. ___Jerry E. Whitley___
                     Plaintiff(s)                              Defendant(s)

TYPE OF PROCEEDING: ___Criminal___ CHARGE(s) (if applicable): ___Trafficking/Poss.___

☐ CIVIL CASE-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ CIVIL CASE-- (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the court appoint one for me.

☑ CRIMINAL CASE-- I am financially unable to hire an attorney and request that the court appoint one for me.

☐ DELINQUENCY/NEED OF SUPERVISION-- I am financially unable to hire an attorney and request that the court appoint one for my child/me.

## AFFIDAVIT

**SECTION I.**

1. IDENTIFICATION ___Jerry E. Whitley___     Date of birth ___9/20/65___
   Full name
   Spouse's full name (if married) ___N/A___
   Complete home address ___N/A___

   Number of people living in household ___N/A___
   Home telephone number ___N/A___
   Occupation/Job ___mechanic___     Length of employment _____
   Driver's license number ___~~tc~~___     *Social Security Number _____
   Employer ___Lear Seigler Contr___     Employer's telephone number ___1-800-999-1770___
   Employer's address ___Oklahoma City, OK___

2. ASSISTANCE BENEFITS

   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply.)

   ☐ AFDC     ☐ Food Stamps     ☐ SSI     ☐ Medicaid     ☐ Other _____

3. INCOME/EXPENSE STATEMENT

   Monthly Gross Income:
   Monthly Gross Income                                              $ ___0___
   Spouse's Monthly Gross Income (unless a marital offense)
   Other Earnings: Commissions, Bonuses, Interest Income, etc.
   Contributions from Other People Living in Household
   Unemployment/Workmen's Compensation,
       Social Security, Retirements, etc.
   Other Income (be specific) _____

   TOTAL MONTHLY GROSS INCOME                                        $ ___0___

   Monthly Expenses:
   A. Living Expenses                                                $ ___0___
      Rent/Mortgage
      Total Utilities: Gas, Electricity, Water, etc.
      Food
      Clothing
      Health Care/Medical
      Insurance
      Car Payment(s)/Transportation Expenses
      Loan Payment(s)

*OPTIONAL

AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER

Form C-10 Page 2 of 2    Rev. 2/95

Monthly Expenses: (cont'd page 1)
Credit Card Payment(s)
Educational/Employment Expenses
Other Expenses (be specific) _____

Sub-Total

A $ _____

B. Child Support Payment(s)/Alimony    $ _____

Sub-Total    $ _____

B $ _____

C. Exceptional Expenses    $ _____

TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)    $ _____

Total Gross Monthly Income Less total monthly expenses:

DISPOSABLE MONTHLY INCOME    $ _____

4. LIQUID ASSETS:
Cash on Hand/Bank (or otherwise available such as stocks, bonds, certificates of deposit)    $ _____
Equity in Real Estate (value of property less what you owe)    _____
Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe)    _____
Other (be specific)    _____
Do you own anything else of value? ☐ Yes ☐ No
(land, house, boat, TV, stereo, jewelry)
If so, describe _____

TOTAL LIQUID ASSETS    $ _____

5. Affidavit/Request
I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

5th day of March, 2002

_____
Affiant's Signature

My commission public 7/2003

_____
Judge/Clerk/Notary

Jerry Eugene Whitley
Print or Type Name

## ORDER OF COURT

SECTION II.
IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
☐ Affiant is not indigent and request is DENIED.
☒ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay
$ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: Must reimburse s. ___ Ala for all legal fee
☐ Affiant is indigent and request is GRANTED.
☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that L. Farar, is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this 30th day of Feb, 02.

_____
Judge

000017

STATE OF ALABAMA            )        IN THE CIRCUIT COURT OF
      PLAINTIFF,            )        RUSSELL COUNTY, ALABAMA
                      )        CASE NO.: CC 02-186
                      )
    VS.            )
                      )

Jerry E. Whitley
      DEFENDANT.            )

## ARRAIGNMENT ORDER

Defendant appeared in open court on this date at which time:

____ The defendant advised the Court that he/she had retained
_____, Attorney at law, to represent him/
her in these proceedings.

✓ The defendant advised the Court that he/she was indigent and
unable to employ counsel to represent him/her in these
proceedings.  The Court appointed Laurel Farrar
an experienced and competent attorney, to represent him/her in
these proceedings.

____ Arraignment is continued to _____ at _____ A.M.

____ The defendant applied for youthful offender status.  Ruling on
said application was set for March 12, 2002 at 2:00 P.M.

✓ The defendant filed a written waiver or waived the reading of
the indictment and entered a plea of not guilty to the offense
charged therein.

____ The Court ordered an alias writ and preliminary forfeiture for
the defendant's failure to appear in Court.

✓ Plea deadline and docket call are set for April 9, 2002 at
10:00 A.M.

✓ This case is scheduled for trial docket of May 13, 2002.

____ The defendant shall pay the sum of $_____ per week/month
towards his/her attorney's fees.  Payments to begin _____.

____ _____
_____.

**DONE** this the 20th day of February, 2002.

_____
JUDGE, CIRCUIT COURT

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | CRIMINAL CASE NUMBER |
| Plaintiff, | ) | CC-02-186-188 |
| | ) | |
| vs. | ) | |
| | ) | |
| JERRY E. WHITLEY, | ) | |
| Defendant. | ) | |

## MOTION FOR APPROVAL OF EXPENSES

Comes now JERRY E. WHITLEY, defendant in the above-stated matter, and respectfully

shows the Court as follows:

    1.    Laurel W. Farrar was appointed by the Court on February 20, 2002, to represent

the defendant in this matter.

    2.    The Alabama Court of Criminal Appeals held in *May v. State* that office overhead

expenses constitute "expenses reasonably incurred" and are, therefore, reimbursable under Code

of Alabama 1975, §15-12-21.  Under *Ex Parte Barksdale*, 680 So.2d 1029 (1996), office

overhead expenses must be approved by the Trial Court prior to being incurred. In the alterna-

tive, under the provisions of said Code Section 15-12-21(d), the Trial Court has the discretion to

approve such expenses.

    3.    Laurel W. Farrar's employer, Ezell & Chancey, LLP, has informed her that her

portion of the office overhead is estimated to be $80,000.00 per year.

*WHEREFORE*, movant moves this Court to approve payment of office overhead

expenses to Laurel W. Farrar in the amount of $38.46 per hour ($80,000.00 ÷ 2080).

EZELL & CHANCEY, LLP

By: _____
    Laurel W. Farrar
    Attorneys for Defendant
    P. O. Drawer 2500
    Phenix City, AL   36868-2500
    (334)  297-2400
    Attorney Code FAR-036

FILED IN OFFICE
2002 FEB 22  PM 3:31
CIRCUIT/DIST. COURT
RUSSELL CO. AL

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA,          )      CRIMINAL CASE NUMBER
      Plaintiff,         )      CC-02-186-188
                 )
vs.                 )
                 )
JERRY E. WHITLEY,       )
      Defendant.       )

## REQUEST FOR DISCOVERY

Comes now the defendant in the above-styled cause, by and through defendant's attorney

of record, and pursuant to Rules 16.1 and 16.3 of the Alabama Rules of Criminal Procedure

requests the Russell County District Attorney to provide the following-described discovery:

1.     To permit the defendant to inspect, examine and copy any written or recorded

statements made by the defendant to any law enforcement officer, official or employee which are

in the possession, custody or control of the State and/or the existence of which is known to the

District Attorney.

2.     To disclose the substance of any oral statements made by the defendant before or

after arrest to any law enforcement officer, official or employee which the State intends to offer

in evidence at the trial of the defendant.

3.     To permit the defendant to inspect and copy any written or recorded statement

which the State of Alabama intends to offer into evidence at the trial of any co-defendant or

accomplice, whether charged or indicted or not, which are in the possession, custody or control

of the State of Alabama, the existence of which is known to the District Attorney.

4.     To disclose any "deal," "settlement," "agreement," "bargain" or "arrangement"

not to prosecute or for a reduced or lesser charge or offense which the State of Alabama has

reached or concluded with any accomplice or co-defendant, whether charged or indicted or not.

5.    To disclose to the defendant any written or oral statement made by a co-defendant or accomplice, either before or after arrest, to any law enforcement officer, official or employee, which the State of Alabama intends to offer as evidence in this cause.

6.    To permit the defendant to analyze, inspect and copy or photograph books, papers, documents, photographs, tangible objects, controlled substances or portion of any of these things which are in the possession, custody or control of the State and:

    a.    which are material to the preparation of the defendant's defense;

    b.    which are intended for use by the State as evidence at the trial of the defendant; or

    c.    which were obtained from or belonged to the defendant.

7.    To disclose to and provide the defendant with any and all exculpatory evidence known to the District Attorney and in the possession, custody and control of the State of Alabama.

8.    To permit the Defendant to inspect and copy any results or reports of physical and mental examinations or scientific tests, experiments or analyses made in connection with this particular case and the results or reports, whether written or oral, and whether the results or reports are in the possession, custody or control of the State and/or the existence of which is known to the District Attorney or the State of Alabama or any of its agencies, officers, agents or employees.

9.    To furnish to the defendant copies of any and all medical documents, x-rays, emergency room, hospital, paramedical, physician's or nurse's notes, reports, writings, opinions, test results or other like or similar documents known to the District Attorney and which the District Attorney intends to offer into evidence in the trial of this cause.

10.    To disclose any and all items and matters of evidence, information and data that are in existence and known to the State, whether such information and evidence were heretofore in this or any other motion, that may be materially favorable to the defendant in either a direct or impeaching manner within the contest of *Brady v. Maryland*, 373 U.S. 83, 83 S.Ct. 1194, 10 L.Ed.2d 215 (1963), and under the Alabama Rules of Criminal Procedure.

11.    To continue to furnish or disclose to the defendant any and all evidence which is allowed to be furnished under the standing Order of the Court.

EZELL & CHANCEY, LLP

By: _____

Laurel W. Farrar
Attorneys for Defendant
1200 8th Avenue
P. O. Drawer 2500
Phenix City, AL   36868-2500
(334)   297-2400
Attorney Code FAR-036

CERTIFICATE OF SERVICE

I hereby certify that I am attorney for the defendant and that I have served a copy of the

within and foregoing Request for Discovery upon the District Attorney of Russell County,

Alabama, by placing a copy thereof in a receptacle held in his name in the Office of the Clerk of

this Court, this 20th day of February, 2002.

Laurel W. Farrar

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA,                    )          CRIMINAL CASE NUMBER
      Plaintiff,                    )          CC-02-186-188
                                 )
vs.                                  )
                                 )
JERRY E. WHITLEY,                    )
      Defendant.                    )

## ORDER ON DEFENDANT'S REQUEST FOR DISCOVERY

Defendant's Request for Discovery having been filed in the above-styled cause pursuant to Rule 16 of the Alabama Rules of Criminal Procedure, the District Attorney of Russell County, Alabama is hereby ordered to produce and disclose information and materials discoverable under the authority of *Brady v. Maryland* and Rule 16 of the Alabama Rules of Criminal Procedure.

**SO ORDERED,** this 20th day of February, 2002.

_____
Honorable George Greene
Judge, Russell County Circuit Court

FILED IN OFFICE
2002 FEB 26  PM 2: 33
CIRCUIT / DIST. COURT
RUSSELL CO. AL

STATE OF ALABAMA      *      IN THE CIRCUIT COURT OF

VS.      *      RUSSELL COUNTY, ALABAMA

JERRY WHITLEY      *      CASE NO. CC-02-186-188

## MOTION FOR CONSOLIDATION OF OFFENSES

The State moves the Court for an order that the above actions be tried together, upon the ground that the alleged offenses charged against the defendant in the indictment in each of said actions could have been joined as a single indictment under Rule 13 of the Alabama Rules of Criminal Procedure in that they are:

1. Of the same or similar character; or

2. Based on the same conduct or are otherwise connected in their commission; or

3. Alleged to have been part of a common scheme or plan.

By trial together of said actions, the expense of and time consumed in trial will be materially reduced.

BUSTER LANDREAU
CHIEF DEPUTY DISTRICT ATTORNEY
26TH JUDICIAL CIRCUIT
LAN 034

FILED IN OFFICE
2002 FEB 27 PN 2:55
CIRCUIT DIST. COURT
RUSSELL CO. AL

### CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the forgoing Motion upon the Hon. **LAUREL FARRAR** Attorney for the Defendant by placing a copy of the same in a receptacle reserved in his name in the office of the Circuit Clerk of Russell County

Done this _____27TH_____ Day of _____FEBRUARY_____ ,2002.

BUSTER LANDREAU

Motion granted in open ct—

STATE OF ALABAMA                    *          IN THE CIRCUIT COURT OF
                                    *
VS.                                 *          RUSSELL COUNTY, ALABAMA
                                    *
JERRY WHITLEY                       *          CASE NO. CC-02-186-188

## MOTION FOR DISCOVERY

Comes now the State of Alabama by and through its District Attorney, Kenneth Davis and moves the Court pursuant to Rule 16.2 of the Alabama Rules of Criminal Procedure to issue an order directed to Hon. **LAUREL FARRAR** Counsel for Defendant, to-wit:

1. To permit the State to analyze, inspect, and copy or photograph books, papers, documents, photographs, audio tapes, video tapes, tangible objects, buildings or places, or portions of any of these things, which are within the possession custody, or control of the Defendant and which the Defendant intends to introduce in evidence at the trial.

2. To permit the State to inspect and copy any results or reports of physical or mental examinations, and of scientific tests or experiments made in connection with this particular case, which are within the possession or control of the Defendant and which he intends to introduce in evidence at the trial or which were prepared by a witness whom the Defendant intends to call at the trial, if the results or reports relate to the witness's testimony.

3. To produce and permit the State to inspect and copy the names and addresses of qualified mental health professionals who have personally examined the Defendant or any evidence in this case, as well as the results of or reports of mental examinations, scientific tests, experiments or comparisons and statements made by such professionals.

STATE OF ALABAMA                  *        IN THE CIRCUIT COURT OF .  .

                                 *

vs.                              *        RUSSELL COUNTY, ALABAMA

                                 *

JERRY WHITLEY                     *        CASE NO. CC-02-186-188

## NOTICE OF COMPLIANCE WITH DISCOVERY REQUEST

TO:      **LAUREL FARRAR**

FROM:    Buster Landreau

DATE:    February 27, 2002

You filed a Motion for Discovery in the above-styled case(s).  The materials to which you are entitled under Rule 16 of the Alabama Rules of Criminal Procedure and **Brady** are ready and available for you to pick up. This case was assigned to me so the material is being kept by me in my office. You will need to sign for this when you pick it up, so if I am not available, you can simply ask Randi Milner or Deborah Kimber and they know where the material is located. If any audio or video discovery exists, you must make an appointment with me to view the item or have a copy made.

FILED IN OFFICE
2002 FEB 27  PM 2: 59
CIRCUIT/DIST. COURT
RUSSELL CO. AL

000027

Done this _____27TH_____ Day of ___February_____ ,2002.

KENNETH DAVIS
DISTRICT ATTORNEY
26TH JUDICIAL CIRCUIT

BY: _____

Buster Landreau
Chief Deputy District Attorney
LAN 034


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion for Discovery upon the Hon. **LAUREL FARRAR.** Counsel for the Defendant, by placing the same in a receptacle reserved in his/her name in the Office of the Clerk of the Circuit Court of Russell County, Alabama.

This the __27th_____ Day of __February_____ , 2002.

_____
Buster Landreau

STATE OF ALABAMA,                    )    IN THE CIRCUIT COURT OF

      PLAINTIFF,                    )    RUSSELL COUNTY, ALABAMA

V.                                   )    CASE NO. CC 02-186-188

JERRY WHITLEY                        )

      DEFENDANT.                    )

## O R D E R

The State of Alabama, by and through its District Attorney, has filed a motion for discovery in the above case. Upon consideration of the motion, it is **ORDERED** by the Court that the Defendant shall:

1. Permit the District Attorney to analyze, inspect, and copy or photograph books, papers, documents, photographs, tangible objects, buildings or places, or portions of any of these things, which are within the possession, custody or control of the defendant and which the defendant intends to introduce in evidence at the trial.

2. Permit the District Attorney to inspect and copy any results or reports of physical or mental examinations, and of scientific tests or experiments made in connection with the particular case, which are within the possession or control of the defendant and which the defendant intends to introduce in evidence at the trial or which were prepared by a witness whom the defendant intends to call at trial, if the results or reports relate to the witness's testimony.

**DONE** this 28th day of February, 2002.

_____
George R. Greene, Circuit Judge

000029

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA,<br>Plaintiff, | )<br>)<br>) | CRIMINAL CASE NUMBER<br>CC-02-186-188 |
| vs. | )<br>) | |
| JERRY E. WHITLEY,<br>Defendant. | )<br>) | |

## <u>ORDER ON MOTION FOR APPROVAL OF EXPENSES</u>

Upon consideration of the Motion for Approval of Expenses filed by the attorney for the defendant in the above-stated cause, the Court is of the opinion that the same is due to be granted.

IT IS, THEREFORE, ORDERED that the Comptroller for the State of Alabama reimburse Laurel W. Farrar, at the conclusion of her representation of the defendant at the trial court level, the sum of $38.46 per hour for each hour committed to such representation.

**SO ORDERED,** this 20<sup>th</sup> day of February, 2002.

_____
Honorable George Greene
Judge, Russell County Circuit Court

FILED IN OFFICE
2002 MAR -1 PM 2: 45
CIRCUIT/DIST. COURT
RUSSELL CO., AL

IN THE DISTRICT COURT OF RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA,                    )         CRIMINAL CASE NUMBER
          Plaintiff,                 )         DC-02-186, 187 and 188
                                     )         CC
                                     )
vs.                                  )
                                     )
JERRY E. WHITLEY,                    )
          Defendant.                 )

## MOTION FOR REDUCTION OF BOND

Pursuant to the Alabama Rules of Criminal Procedure, the defendant respectfully moves

this Court to reduce the bond set in the above-styled case to a reasonable amount. As grounds for

this motion, defendant states:

1.    The defendant's bond is set at $250,000.00 for the charge of Trafficking Metham-

phetamine, $20,000.00 for the charge of Possession of a Controlled Substance, and $1,000.00 for

the charge of Resisting Arrest, for a total of $271,000.00. The defendant is unable to post the

bond as presently set. Accordingly, at this time, the defendant is incarcerated at the Russell

County Jail.

2.    The aforesaid amount of bond set in this cause is excessive in violation of the

constitutional proscription against excessive bail guaranteed to the defendant by Section 16 of the

Declaration of Rights of the Alabama Constitution and the Eighth and Fourteenth Amendments

to the United States Constitution.

WHEREFORE, defendant respectfully moves that his bond be reduced to a reasonable

amount, this _1st_ day of _March_____, 2002.

                              EZELL & CHANCEY, LLP

                         By: _____
                              Laurel W. Farrar
3/5/02 — Motion Denied        Attorneys for Defendant
                              P. O. Drawer 2500
                              Phenix City, AL   36868-2500
                              (334)  297-2400
                              Attorney Code FAR-036

## CERTIFICATE OF SERVICE

I hereby certify that I am attorney for the defendant and that I have served a copy of the within and foregoing MOTION FOR REDUCTION OF BOND upon the District Attorney of Russell County, Alabama, by placing a copy thereof in a receptacle held in his name in the Office of the Clerk of this Court, this ___1st___ day of ___March___, 2002.

Laurel W. Farrar