000131

| | | |
|---|---|---|
| STATE OF ALABAMA | * | IN THE CIRCUIT COURT OF |
| | * | |
| VS. | * | RUSSELL COUNTY, ALABAMA |
| | * | |
| JERRY WHITLEY | * | CASE NO. CC-02-186,187,188 |

## MOTION IN LIMINE

Comes now the State of Alabama by and through its District Attorney, and moves this Honorable

Court for an order prohibiting the following:

1 - Defense Counsel from referring to in opening or closing argument, questioning or

mentioning in any way the alleged quantity of Methamphetamine in the mixture seized or the

ratio of Methamphetamine to other substances in the mixture seized..

In support thereof the State show that upon the best belief and information available it is the

intent of the Defendant to offer such evidence. Further:

1 - Under Alabama law the charge of Trafficking in Methamphetamine refers to the

possession of 28 grams or more of Methamphetamine or any mixture containing

Methamphetamine. The quantity or ratio of the controlled substance to the remaining mixture

is irrelevelant, immaterial and inadmissible.

Done this _____4th_____ Day of _December_____,2002____

BUSTER LANDREAU

Chief Deputy

12/5/02 - Motion granted in part

and denied in part in open

court

FILED IN OFFICE
2002 DEC -4 PM 12: 13
CIRCUIT COURT

District Attorney

26th Judicial Circuit

LAN 034

**Certificate of Service**

I hereby certify that I have served a copy of said notice upon the Attorney for Defendant, Laurel

Farrar, by placing a copy of the same in a box reserved in her name in the Office of the Circuit Clerk

of the 26th Judicial Circuit

This the 4th day of December, 2002.

Buster Landreau

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | CRIMINAL CASE NUMBER |
| Plaintiff, | ) | CC-02-186-188 |
| | ) | |
| vs. | ) | |
| | ) | |
| JERRY E. WHITLEY, | ) | |
| Defendant. | ) | |

## MOTION FOR APPROVAL OF COURT REPORTER EXPENSES
## PURSUANT TO *MAY v. STATE*

Comes now JERRY E. WHITLEY, defendant in the above-styled case, by and through his attorney, and requests the Court to approve in advance the reimbursement of expenses for a certified court reporter to furnish transcripts of the guilty pleas of defendant's co-defendants Wayne Meadows and Steve Mosseson and a transcript of the suppression hearing in the above-stated case. In support of this request, defendant respectfully shows the Court as follows:

1.    The Alabama Court of Criminal Appeals held in *May v. State* that "expenses reasonably incurred" are reimbursable under Code of Alabama 1975, §15-12-21. Under *Ex Parte Barksdale*, 680 So.2d 1029 (1996), such expenses must be approved by the Trial Court prior to being incurred.

2.    It is necessary that defendant's counsel have the use of transcripts of the guilty pleas of defendant's said co-defendants and a transcript of testimony at the suppression hearing in this case in order to effectively cross-examine the State's witnesses at the trial of the case.

*WHEREFORE,* defendant moves this Court to approve payment to Laurel W. Farrar at the conclusion of the above-styled case for expenses relating to the foregoing in the projected amount of $ 400.00

Page 1

EZELL & CHANCEY, LLP

By: _____

Laurel W. Farrar
Attorneys for Defendant
P. O. Drawer 2500
Phenix City, AL  36868-2500
(334)  297-2400
Attorney Code FAR-036


## CERTIFICATE OF SERVICE

I hereby certify that I am attorney for defendant and that I have served a copy of the within and foregoing motion upon the District Attorney of Russell County, Alabama, by placing a copy thereof in a receptacle held in his name in the Office of the Clerk of this Court, this 4th day of December, 2002.

_____
Laurel W. Farrar

STATE OF ALABAMA          *          IN THE CIRCUIT COURT OF
                          *
VS.                       *          RUSSELL COUNTY, ALABAMA
                          *
JERRY WHITLEY             *          CASE NO. CC-02-186,187,188

## RESPONSE TO MOTION FOR CONTINUANCE AND MOTION FOR EXPENSES

Comes now the State and requests this Court to deny the Motion for Continuance and Motion for Expenses filed by the Defendant and as grounds says as follows

1 - The defendant is charged with Trafficking in Methamphetamine in that the defendant possessed 28 grams or more of Methamphetamine or a mixture containing Methamphetamine.

2 - Under Alabama law if the mixture is one where the controlled substance is commingled and diffused with other substances ( which is the case here), the weight of the entire mixture should be counted **Ex Parte Fletcher** 718 So 2d 1132 (1998).

3 - The constitutionality of this statute has been tested ad our Courts have held that it does not violate equal protection or cruel and unusual punishment provisions **Washington v State** 200 Ala Crim App Lexis 120 (2000)

4 - Heretofore the Defendant has obtained an independent expert to analyze the substance. That expert has rendered an opinion that the mixture contains Methamphetamine.

5 - The Defendant now seeks a continuance and Extra Expenses, one day before the scheduled trial, to bring this expert to Court for the purpose of testifying that there is a small amount or ratio of Methamphetamine in the mixture.

6 - Such testimony is irrelevelant and immaterial under our law and further would be inadmissible at trial. Therefore it would be a waste of money to bring an expert from Nevada to attempt to testify to inadmissible matters.

7 - Further the Defendant has previously requested and been granted continuances in this matter.

8 - Further the defendant has known for months of the trial date and waited until just before trial to make any attempt to bring the expert to Court of bring the matter to the Court's attention.

**WHEREFORE,** these premises considered, the State moves this Court to deny the Motions filed by the Defendant.

Respectfully submitted,

**KENNETH DAVIS**

**DISTRICT ATTORNEY**

**26TH JUDICIAL CIRCUIT**

BY: _____

Buster Landreau

**Chief Deputy District Attorney**

**LAN 034**

FILED IN OFFICE
2002 DEC -4  PM12:13

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion to the Attorney for the Defendant

**Laurel Farrar** by placing a copy of the same in a receptacle reserved in his name in the Office of

the Circuit Clerk of Russell County.


This ____4th____ Day of __December_____, 2002.


_Buster Landreau_

Buster Landreau

STATE OF ALABAMA )      IN THE CIRCUIT COURT OF
)
      PLAINTIFF )      RUSSELL COUNTY, ALABAMA
)
VS. )      CASE NO. CC 02-186-188
)
JERRY WHITLEY )
)
      DEFENDANT )

### ORDER

The defendant having filed a motion to continue and the State a response to said motion and the Court reviewing and considering said motion and response, it is ORDERED that the defendant's motion to continue is denied.

**DONE** this the 4th day of December 2002.

_____
JUDGE, CIRCUIT COURT

FILED IN OFFICE
2002 DEC -4 PM 3: 22
CIRCUIT COURT

TERM DATE: 12 02/2002    PANEL: 001    STATUS: A

| STRIKE | JUROR'S NAME | | STRIKE | JUROR'S NAME |
|---|---|---|---|---|
| | 0009  BRADSHAW ELSA ROSERO | | 8 | ~~0115  THACKER PEGGY ROSWITA~~ |
| 6 | ~~0020  CALHOUN ROBERT LEE~~ | | | ~~0117  THOMAS STACEY~~ 9 |
| | 0025  COCHRAN (CHIP) EMORY A | | | ~~0123  WELLS WANDA HUTCHINS~~ 4 |
| exc. | ~~0027  CORCORAN S MIKE~~ | | | ~~0128  WOLFINGER RODNEY MARTIN~~ 9 |
| | ~~0028  COX GORDON EUGENE~~ C\|0 3 | | | |
| 10 | ~~0033  DEESE JESSE ROY~~ | | | |
| | 0038  ELLIOTT ALPHONSO | | | |
| 7 | ~~0039  ETHRIDGE C WAYNE~~ | | | |
| | ~~0041  FINCHER JAMES JULIUS DE~~ 1 | | | |
| | ~~0044  FREY LLOYD CECIL~~ 2 | | | |
| 1 | ~~0048  GLASS TANYA FREEMAN~~ | | | |
| 2 | ~~0057  HOLLOWAY WILLIE GRIGGS~~ | | | |
| 4 | ~~0059  HOOD OZELL~~ | | | |
| 3 | ~~0062  HUGULEY EVELYN B~~ | | | |
| | 0068  JOHNSON-GIBBS NICOLE | | | |
| exc. | ~~0070  JONES MICHAEL WAYNE~~ | | | |
| | ~~0071  JORDAN TAMARA MATTHEWS~~ 7 | | | |
| | 0073  KIRBY DEL LEE | | | |
| 11 | 0076  LANDINGHAM T GARY   Alt | | | |
| exc. | ~~0077  LEE TIFFANY DANIELLE~~ | | | |
| | ~~0078  LEWIS ANNIE LEE WILLIAM~~ 6 | | | |
| 8 | ~~0083  MARTIN MINNIE ELAINE~~ 9 | | | |
| | 0089  MOORE BOB THOMAS | | | |
| | 0100  POWELL JIMMY E | | | |
| | 0101  RATHEL E JO | | | |
| | ~~0103  RICE G RONNIE~~ 10 | | | |
| | 0106  SANDERS SYLVIA JOHNSTON | | | |
| | 0108  SCHLEY DESHUNDA LAFAYE | | | |
| | 0109  SCOTT-CROW MICHELLE | | | |
| | 0110  SELLS MARY TIPPS | | | |
| | ~~0111  SESSIONS KIM MICHELE~~ 5 | | | |
| 5/0 | 5 ~~0113  SMITH JESSIE WILLIAMS~~ | | | |

CC-02-186·187·188        12.05.02

State of AL vs Jerry Whitley

Landreau        Farrar

| S | D |
|---|---|
| 1-48 | 1-41 |
| 2-57 | 2-44 |
| 3-62 | 3-28 |
| 4-59 | 4-123 |
| 5-~~001~~ 113 | 5-111 |
| 6-20 | 6-78 |
| 7-39 | 7-71 |
| 8-115 | 8-83 |
| 9-~~083~~ 117 | 9-128 |
| 10-33 | 10-103 |
| 11-76   Alt. | |

C00140

STATE OF ALABAMA     *   IN THE CIRCUIT COURT OF

                *

  V.               *   RUSSELL COUNTY, ALABAMA

                *

JERRY WHITLEY       *   CASE NO. CC-02-186-187-188

## State's Potential Witnesses

1 - SHERWIN BOSWELL

2 - JASON WHITTEN

3 - JIM PRICE

4 - JOHN MEMMO

5 - WAYNE MEADOWS

6 - STEVE MOSESON

7 - CHRIS McKINSTRY

8 - MELISSA KELLEY

9 - Jody Williford

000141

Caylene White

Steve Moseson

Wayne Meadows

| | | |
|---|---|---|
| STATE OF ALABAMA | * | IN THE CIRCUIT COURT OF |
| | * | |
| VS. | * | RUSSELL COUNTY, ALABAMA |
| | * | |
| JERRY WHITLEY | * | CASE NO. CC-02-186,187,188 |

## STATE'S REQUESTED JURY CHARGE #1

I charge you Ladies and Gentlemen of the Jury that if a person is knowingly in possession of 28 grams or more of Methamphetamine of any mixture containing Methamphetamine then he is guilty of the crime of Trafficking in Possession.

GIVEN _____

DENIED ___12/5/02___    *given in original general charge*

| STATE OF ALABAMA | * | IN THE CIRCUIT COURT OF |
| | * | |
| VS. | * | RUSSELL COUNTY, ALABAMA |
| | * | |
| JERRY WHITLEY | * | CASE NO. CC-02-186,187,188 |

### STATE'S REQUESTED JURY CHARGE #2

I charge you Ladies and Gentlemen of the Jury that where an illegal drug is commingled with or diffused in a mixture, you ~~must~~ may count the weight of the entire mixture in determining if the defendant knowingly possessed 28 grams or more of a methamphetamine mixture.

GIVEN _____

DENIED _____

STATE OF ALABAMA       *       IN THE CIRCUIT COURT OF

                     *

       VS.             *       RUSSELL COUNTY, ALABAMA

                     *

JERRY WHITLEY       *       CASE NO. CC-02-186,187,188

## STATE'S REQUESTED JURY CHARGE #3

I charge you Ladies and Gentlemen of the Jury that when a controlled substance is found

*Rebutted PRESUMPTION*

on premises controlled by the defendant there is an inference under the law that the defendant

possessed the controlled substance.


GIVEN _____


DENIED _____

| | | |
|---|---|---|
| STATE OF ALABAMA | * | IN THE CIRCUIT COURT OF |
| | * | |
| VS. | * | RUSSELL COUNTY, ALABAMA |
| | * | |
| JERRY WHITLEY | * | CASE NO. CC-02-186,187,188 |

## STATE'S REQUESTED JURY CHARGE #4

I charge you Ladies and Gentlemen of the Jury that constructive possession occurs when a defendant exerts or is able to exert dominion and control over the controlled substance.


GIVEN _____.


DENIED _____

STATE OF ALABAMA     \*     IN THE CIRCUIT COURT OF

      \*

   VS.             \*     RUSSELL COUNTY, ALABAMA

      \*

JERRY WHITLEY       \*     CASE NO. CC-02-186,187,188

### STATE'S REQUESTED JURY CHARGE #5

I charge you Ladies and Gentlemen of the Jury that a defendants knowledge of a controlled

substance may be established by circumstantial evidence and does not depend upon ownership.

*BUT DOES REQUIRE POSSESSION*

GIVEN _____.

DENIED _____

000147

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | CRIMINAL CASE NUMBER |
| Plaintiff, | ) | CC-02-186, 187, 188 |
| | ) | |
| vs. | ) | |
| | ) | |
| JERRY E. WHITLEY, | ) | |
| Defendant. | ) | |

## DEFENDANT'S REQUESTED JURY CHARGE #1
## CONSTRUCTIVE POSSESSION

One of the elements which the State must prove in this case is possession. What do we mean by "possession?" To Possess means to have actual and immediate dominion or control over the object alleged to be possessed. There are two kinds of possession: actual and constructive. Where the State seeks a conviction based on the accused's alleged constructive possession of illegal drugs, it must establish that the accused had knowledge of the presence of those drugs.

If you find that the accused is in exclusive possession of the premises where the illegal drugs are found, it may be inferred that he had knowledge of the presence of the drugs. However, if you find that the accused is not in exclusive possession of the premises where the drugs are found, you may not infer that the accused knew of the presence of those drugs without some other circumstances to support such an inference.

Palmer v. State, 593 So.2d 143 (Ala. Crim. App. 1991).

*given    12/5/0*

*given    grs*

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | CRIMINAL CASE NUMBER |
| Plaintiff, | ) | CC-02-186, 187, 188 |
| | ) | |
| vs. | ) | |
| | ) | |
| JERRY E. WHITLEY, | ) | |
| Defendant. | ) | |

## DEFENDANT'S REQUESTED JURY CHARGE #2
## ELEMENTS OF CONSTRUCTIVE POSSESSION

There is an inference of constructive possession when the controlled substance is found on the premises owned or controlled by the accused. Three elements are necessary to establish possession of a controlled substance. They are:

1.    Actual or potential physical control,

2.    Intention to exercise dominion,

3.    External manifestations of intent and control.

Rawls v. State, 585 So.2d 241 (Ala. Crim. App. 1991).
Donahoo v. State, 505 So. 2d 1067 (Ala. Crim. App. 1986).

g min 12/5/0

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA,                    )     CRIMINAL CASE NUMBER
       Plaintiff,                    )     CC-02-186, 187, 188
                           )
vs.                                  )
                           )
JERRY E. WHITLEY,                    )
       Defendant.                    )

## DEFENDANT'S REQUESTED JURY CHARGE #3
## REQUIREMENT OF PROOF OF POSSESSION

     Conviction for the possession of illegal drugs cannot be based on constructive possession alone. Where the state relies on constructive possession, it is necessary that the prosecution prove that the defendant had knowledge of the presence of the illegal drugs. Moreover, where the accused is not in exclusive possession of the premises upon which illegal drugs are found, this knowledge may not be inferred without other evidence that connects the defendant with the contraband.

McGruder v. State, 560 So. 2d 1137 (Ala. Crim. App. 1989).

*given  12/5/0~*

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA                    )

VS.                                 )        CASE NO.   CC 02-186

JERRY E. WHITLEY                    )

    DEFENDANT.                      )


<u>GUILTY VERDICT</u>


We the jury, find the defendant, Jerry E. Whitley guilty of the offense of Trafficking in Methamphetamine as charged in the indictment.


_Nicole Gibbs_
Foreperson

_12-5-02_
Date

000151

STATE OF ALABAMA                    *          IN THE CIRCUIT COURT OF
                                    *
        VS.                         *          RUSSELL COUNTY, ALABAMA
                                    *
JERRY WHITLEY                       *          CASE NO. CC-02-186


### JURY VERDICT

We, the jury, find that the Defendant, Jerry Whitley did possess a firearm during the

commission of the crime of Trafficking in Methamphetamine.


_Nicole Gibbs_

**Foreperson**

STATE OF ALABAMA,                    )    IN THE CIRCUIT COURT OF

      PLAINTIFF,                    )    RUSSELL COUNTY, ALABAMA

VS.                                  )    CASE NO. CC 02-186

JERRY E. WHITLEY                     )

      DEFENDANT.                    )

## VERDICT

    December 5, 2002. Now comes the defendant, with assistance of counsel, for trial by a jury of twelve upon his plea of not guilty.

    December 5, 2002. Now comes the jury and returns its unanimous verdict as follows: "We, the Jury, find the defendant, Jerry E. Whitley, guilty of the offense of Trafficking in Methamphetamine, as charged in the indictment.

    The jury also found from the evidence that the defendant, Jerry E. Whitley did possess a firearm during the commission of the crime of Trafficking in Methamphetamine.

    Date: December 5, 2002, Nicole Gibbs, Foreperson." The verdict being in proper form, the Court accepts the verdict.

    The defendant is remanded to the custody of the Sheriff of Russell County. Sentencing is scheduled for January 14, 2003 at 10:00 A.M.

                              _____
                        George R. Greene, Circuit Judge

000153

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | CRIMINAL CASE NUMBER |
| Plaintiff, | ) | CC-02-186-188 |
| | ) | |
| vs. | ) | |
| | ) | |
| JERRY E. WHITLEY, | ) | |
| Defendant. | ) | |

## ORDER ON MOTION FOR APPROVAL OF
## COURT REPORTER EXPENSES

Upon consideration of the Motion for Approval of Court Reporter Expenses Pursuant to *May v. State* filed by the attorney for the defendant in the above-stated cause, the Court is of the opinion that the expenses requested to be reimbursed relating to transcripts of guilty pleas of co-defendants and testimony presented at the suppression hearing in the case are "expenses reasonably incurred" and due to be approved in advance and that said motion is due to be granted.

**IT IS, THEREFORE, ORDERED** that the Comptroller for the State of Alabama reimburse Laurel W. Farrar at the conclusion of her representation of the defendant at the trial court level in the above-styled case the projected approximate sum of $ _400_ for the purpose of obtaining the said transcripts.

*SO ORDERED*, this _4th_ day of _December_, 2002.

_____
Honorable George R. Greene
Judge, Russell County Circuit Court

STATE OF ALABAMA                )    IN THE CIRCUIT COURT OF

        PLAINTIFF,            )    RUSSELL COUNTY, ALABAMA
                                )
    VS.                         )    CASE NO.: CC 02-186-188
                                )
JERRY E. WHITLEY                )
                                )
        DEFENDANT.            )

## ORDER

    The defendant having filed a Motion in Limine and the Court having considered same, the Motion is granted in part and denied in part in open court on the day of trial.

    DONE this the 5th day of December 2002.


_____
JUDGE, CIRCUIT COURT

FILED IN OFFICE
2002 DEC -9 AM 11:45

STATE OF ALABAMA            )     IN THE CIRCUIT COURT OF

        PLAINTIFF,      )     RUSSELL COUNTY, ALABAMA
                  )
      VS.                  )     CASE NO.: CC 02-186-188
                  )
JERRY E. WHITLEY            )
                  )
        DEFENDANT.      )

## ORDER

    The defendant having filed a motion for approval of extraordinary expenses for additional laboratory analysis and the Court having reviewed and considered same, it is ORDERED that the motion is denied.

    DONE this the 5th day of December 2002.


_____
JUDGE, CIRCUIT COURT

FILED IN OFFICE
2002 DEC -9  AM 11:45

000158

1/14/03

NAME: _Jerry Whitley_     CC _02-186-188_

## EXTENSION OF PROBATION OR PAROLE DATE NOTICE FOR FAILURE TO PAY COURT ORDERED MONIES

The length of time of probation or parole shall be automatically extended for six month intervals for all Defendants who have not fully paid all court ordered monies prior to the expiration of their initial term of probation or prior to the end of their parole date. Court ordered monies includes: fines, court costs, fees, and restitution.

The total of court ordered monies due in this case is  _5667.00_  + Atty fees

50,000 - Fine
1800 - Inc fee
+ 400 - VCF

All Defendants must keep a current address on file with the Circuit Clerk's Office of Russell County, Alabama. Failure to do so will be considered a violation of the Defendants' probation or parole.

George R. Greene
Circuit Judge

000157

STATE OF ALABAMA                    )          IN THE CIRCUIT COURT OF
VS.                                 )          RUSSELL COUNTY, AL
Jerry Eugene Whitley                )          CASE NO. CC  02-186
          DEFENDANT                 )

## SENTENCING ORDER

The defendant and counsel, and counsel for the State of Alabama appeared in open court for the defendant to be sentenced on his/her conviction of  Trafficking in Methamphetamine

## HABITUAL FELONY OFFENDER

____  Defendant is sentenced as a habitual offender under the provision of Section 13A-5-9 and 10 of the Code of Alabama.

## SENTENCE

_✓_  The Court conducted a sentencing hearing.

_✓_  A pre-sentence report was requested by the defendant and considered by the Court.

____  Defendant waived a pre-sentence investigation and report.

_✓_  Defendant is sentenced to the custody of the Commissioner of the Department of Corrections for a period of ___35___ year(s) _____ life.

____  Sentence to include five (5) years enhancement pursuant to 13A-12-270, Code of Alabama, and an additional five (5) years enhancement pursuant to 13A-12-250, Code of Alabama.

____  Defendant is sentenced to the custody of the Sheriff of Russell County for a period of _____ month(s) _____ days.

____  Defendant's sentence shall be concurrent with the sentence(s) imposed in _____.

____  Defendant shall pay restitution in the amount of $_____ to _____. The Clerk of the court is authorized to collect and disburse the restitution. Restitution is to be paid prior to other court costs.

_✓_  Defendant shall be given credit for time served.

_✓_  Defendant shall pay a fine in the amount of $  50.000 .

____  Defendant shall pay $10.00 per day incarceration fee.

_✓_  Defendant shall pay the cost of this case.

_✓_  Defendant shall pay the Alabama Crime Victims Compensation Commission $  500

____  Defendant shall perform _____ hours of community service.

_✓_  Defendant is assessed with $1000.00 penalty mandated by the Demand Reduction Assessment Account, Section 13A-12-281 of the Code of Alabama which will be suspended upon defendant's agreement to enroll in rehabilitation program and pay for same. The defendant may apply to the Court to reduce the amount due by any payments defendant has made.

000178

_____ Defendant shall undergo a substance abuse program while at the Department of Corrections.

_____ Defendant shall complete a substance abuse program through the Court Referral Officer.

_____ Defendant is assessed with $100.00 to Forensic Services Trust Fund Act No. 95-733.

_____ Defendant's drivers license are suspended for a period of 6 months.

_____ Defendant shall reimburse the State of Alabama the costs of his/her appointed counsel.

_____ Payment of court ordered monies shall be a condition of parole, early release, S.I.R., or work release.

_____ Defendant shall submit to the taking of DNA samples.

_____ Defendant shall register as a sex offender.

## SUSPENDED SENTENCE

_____ Sentence is suspended, and the defendant is placed on ___supervised  ___ unsupervised probation for a period of _____.

## SPLIT SENTENCE

_____ Sentence is suspended, and the defendant is placed on supervised probation for a period of _____, however, as a first condition of probation the defendant shall serve a period of _____ in the custody of the commissioner of the Department of Corrections/Sheriff of Russell County.  Upon release from incarceration, the defendant must report within 5 days to the Russell County Probation Office.

## REVERSE SPLIT SENTENCE

_____ Sentence is suspended, and the defendant is placed on supervised probation for a period of _____; however, upon completion of said probation period, the defendant shall serve a period of _____ in the custody of the Sheriff of Russell County, Alabama.

## BOOT CAMP

_____ Defendant shall serve up to 180 days in the custody of the Commissioner of the Department of Corrections and he shall successfully complete the disciplinary, Rehabilitation program.  When said program is completed or defendant is released from said program, he shall be returned to this Court for a hearing on his application for probation.

_____ Defendant waives any right to appeal and waives any right to any post conviction remedy.

_____ Defendant was advised that he/she has the right to appeal his/her conviction and sentence, and if declared indigent he/she has the right to appointed counsel and the court reporter's transcript will be provided without cost to the defendant.

_____ Review is scheduled for _____, 2003 at _____.

_____ Defendant gave oral notice of appeal.

DONE and ORDERED in open court this 14ᵗʰ day of January _____ 2003.

_____
JUDGE, CIRCUIT COURT

000179

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | IN THE CIRCUIT COURT OF |
| VS. | ) | RUSSELL COUNTY, ALABAMA |
| JERRY E. WHITLEY | ) | CASE NOS.: CC 02-186, -187, -188 |

## NOTICE OF APPEAL AND MOTION TO
## APPOINT APPELLATE COUNSEL

Comes now Defendant, by and through his counsel of record, gives notice of appeal of his

conviction and Sentencing Order dated January 14, 2003, in the above matters and moves the

Court to appoint an attorney to represent him on appeal.

WHEREFORE, the Defendant gives notice of Appeal and prays the Court will appoint

appellate counsel within the time to file a Motion for New Trial.

This the __14th__ Day of __January__, 2003.

EZELL & CHANCEY, LLP

By: _____

Laurel W. Farrar
Attorneys for Defendant
1200 8th Avenue
P. O. Drawer 2500
Phenix City, AL 36868-2500
(334) 297-2400
Attorney Code FAR-036

FILED IN OFFICE

2003 JAN 14 AM 11:47

000130

## CERTIFICATE OF SERVICE

I hereby certify that I am attorney for the defendant and that I have served a copy of the within and foregoing Request for Discovery upon the District Attorney of Russell County, Alabama, by placing a copy thereof in a receptacle held in his name in the Office of the Clerk of this Court, this 14th day of January, 2003.

Laurel W. Farrar

000161

```
                    ALABAMA JUDICIAL DATA CENTER
                    TRANSCRIPT OF RECORD
                    CONVICTION REPORT
                                        CC 2002 000188 00 01
                                        GEORGE R. GREENE
------------------------------------------------------------------
|  CIRCUIT COURT OF RUSSELL COUNTY        |  COURT OPI: 057015 J  |
|-----------------------------------------------------------------|
|  CITY OF SLO105214        VS.           |  DC NO: GJ 2001 000285.00 |
|  WHITLEY JERRY EUGENE      ALIAS:       |  G J:   166           |
|  150 REYNOLDS ROAD         ALIAS:       |  SSN:   259177161     |
|  FORTSON  GA  31808                     |  SID:   000000000     |
|                                         |  AIS:                 |
|-----------------------------------------------------------------|
|  DOB:  04/20/1965  SEX: M  HT: 5 06   WT: 145  HAIR: BRO  EYE: BRO |
|  RACE: (X)W ( )B ( )O  COMPLEXION: _____  AGE: ____  FEATURES: _____ |
|-----------------------------------------------------------------|
|  DATE OFFENSE: 09/21/2001  ARREST DATE: 09/21/2001  ARREST ORI: 0570000 |
|-----------------------------------------------------------------|
|  CHARGES @ CONV    CITES       CT CL COURT ACTION      CA DATE . |
|  TRAFFICKING-METHAM 13A-012-231(11)  01 A  CONVICTED   12/05/2002 |
|                                      00                00/00/0000 |
|                                      00                00/00/0000 |
|-----------------------------------------------------------------|
|  JUDGE: GEORGE R. GREENE        PROSECUTOR: LANDREAU BUSTER      |
|-----------------------------------------------------------------|
|  PROBATION APPLIED  GRANTED  DATE    REARRESTED DATE  REVOKED  DATE |
|  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____ |
|-----------------------------------------------------------------|
|  13-18-8, CODE OF ALA 1975   IMPOSED  SUSPENDED   TOTAL   JAIL CREDIT |
|  ( )Y (X)N  CONFINEMENT: 35 00 000  00 00 000  35 00 000  00 00 339 |
|             PROBATION  : 00 00 000             00 00 000 |
|  DATE SENTENCED: 12/05/2002   SENTENCE BEGINS: 01/14/2003 |
|-----------------------------------------------------------------|
|  PROVISIONS           COSTS/RESTITUTION       DUE      ORDERED   |
|                                                                 |
|  PENITENTIARY         RESTITUTION          $0.00       $0.00    |
|  CONCURR SENT         ATTORNEY FEE         $0.00       $0.00    |
|  DOC/SAPP PGM         CRIME VICTIMS      $500.00     $500.00    |
|  DRUG                 COST              $1001.00    $1001.00    |
|                       FINE            $50000.00   $50000.00    |
|                       MUNICIPAL FEES       $0.00       $0.00    |
|                       DRUG FEES          $800.00     $800.00    |
|                       ADDTL DEFENDANT     $15.00      $15.00    |
|                       DA FEES              $0.00       $0.00    |
|                       COLLECTION ACCT      $0.00       $0.00    |
|                       JAIL FEES            $0.00       $0.00    |
|                                                                 |
|                       TOTAL            $52316.00   $52316.00    |
|-----------------------------------------------------------------|
|  APPEAL DATE    SUSPENDED    AFFIRMED       REARREST            |
|  (X)Y( )N 1 14 03  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____ |
|-----------------------------------------------------------------|
|  REMARKS:                    |  THIS IS TO CERTIFY THAT THE     |
|                              |  ABOVE INFORMATION WAS EXTRACTED |
|  Consec. to CC-02-188        |  FROM OFFICIAL COURT RECORDS     |
|                              |  AND IS TRUE AND CORRECT.        |
|                              |                                  |
|                              |       Kathy Coulter              |
|                              |  _____  |
|                              |  KATHY COULTER                   |
|                              |                                  |
|                              |  01/16/2003                      |
------------------------------------------------------------------
OPERATOR: JCS
PREPARED: 01/16/2003
```

BY THE CIRCUIT COURT CLERK
OF THE CIRCUIT COURT OF    RUSSELL COUNTY
. . . . . . . . . STATE OF ALABAMA    JUDGE: GEORGE R. GREENE

APPEAL DATE: 01/14/2003

INDIGENCY STATUS:
    GRANTED INDIGENCY STATUS AT TRIAL COURT:          YES          NO
    IF YES, TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:    YES          NO
    INDIGENT STATUS REVOKED ON APPEAL:                YES      X    NO
    INDIGENT STATUS GRANTED ON APPEAL:                YES          NO

DEATH PENALTY: NO

APPEAL TYPE: STATE CONVICTION

THIS IS AN APPEAL FROM A CONVICTION.

DATE OF CONVICTION: 10/05/2001          DATE OF SENTENCE: 10/05/2002

YOUTHFUL OFFENDER STATUS: DENIED

CO-CASE NUMBER: 57/CC 2002 000186.00
CODE: TRAK    CONVICTION: TRAFFICKING-METH    ACTION: CONVICTED
                                             STATUTE: 13A-012-231(11)
SENTENCE:    CONF: 05 YRS 00 MOS 000 DAYS
SENTENCE:    PROB: 00 YRS 00 MOS 000 DAYS    LIFE: NO    LIFEWO: NO

POST-JUDGMENT MOTIONS FILED:    DT FILED    DT DENIED    CON BY AGREE
    ___ MOTION FOR NEW TRIAL    _____  _____  _____
    ___ MOTION FOR JUDG. OF ACQUIT _____  _____  _____
    ___ MOTION TO W/D GUILTY PLEA  _____  _____  _____
    ___ MOTION FOR ATTY TO W/DRAW  _____  _____  _____
    ___ OTHER _____   _____  _____  _____

COURT REPORTER(S):                   WILSON, LINDA S.
ADDRESS:                             C/O HON. GEORGE R. GREENE
                                     PHENIX CITY    , AL  36867

APPELLATE COUNSEL #1:                FARRAR LAUREL WHEELING
ADDRESS:                             PO DRAWER 2500

PHONE NUMBER:                        PHENIX CITY    , AL  36868
                                     334-297-2400

APPELLATE COUNSEL #2:                _____
ADDRESS:                             _____
                                     _____
                                     _____
PHONE NUMBER:                        _____

APPELLANT (PRO SE):                  WHITLEY JERRY EUGENE
ADDRESS:                             150 REYNOLDS ROAD
                                     FORTSON    , GA  318080000
AIS #:

APPELLEE (IF CITY APPEAL):           _____
ADDRESS:                             _____
                                     _____

I CERTIFY THAT THE INFORMATION PROVIDED          OPERATOR: SHG
ABOVE IS ACCURATE TO THE BEST OF MY              PREPARED: 01/17/2003
KNOWLEDGE AND I HAVE SERVED A COPY OF            _Kathy Coulter / TW_
THIS NOTICE OF APPEAL ON ALL PARTIES TO          CIRCUIT COURT CLERK
THIS ACTION ON THIS 17th DAY OF January, 2003

000163

STATE OF ALABAMA )          IN THE CIRCUIT COURT OF

VS. )          RUSSELL COUNTY, ALABAMA

JERRY E. WHITLEY )          CASE NOS.: CC 02-186, -187, -188

## MOTION TO WITHDRAW

Comes now attorney for the Defendant in the above styled cases, and moves the Court to allow her to withdraw from representation and appoint an attorney to represent him on appeal.

WHEREFORE, the undersigned respectfully requests that the Court allow her to withdraw as attorney of record.

This the 21st Day of _January_, 2003.

EZELL & CHANCEY, LLP

By: _____

Laurel W. Farrar
Attorneys for Defendant
1200 8th Avenue
P. O. Drawer 2500
Phenix City, AL   36868-2500
(334)  297-2400
Attorney Code FAR-036

CERTIFICATE OF SERVICE

I hereby certify that I am attorney for the defendant and that I have served a copy of the within and foregoing Motion to Withdraw upon the District Attorney of Russell County, Alabama, by placing a copy thereof in a receptacle held in his name in the Office of the Clerk of this Court, this 17th day of January, 2003.

Laurel W. Farrar

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | CRIMINAL CASE NUMBER |
| Plaintiff, | ) | CC-02-186-188 |
| | ) | |
| vs. | ) | |
| | ) | |
| JERRY E. WHITLEY, | ) | |
| Defendant. | ) | |

## MOTION FOR DESIGNATION OF INDIGENCY TO
## PROCEED ON APPEAL IN FORMA PAUPERIS

Comes now the defendant in the above styled action, and respectfully the Court to allow

him to proceed on appeal forma pauperis upon the following grounds, to wit:

1.   The defendant is penniless and unable to obtain money to appeal his case.

2.   The defendant meets every test under State law that prescribes standards of

indigency and an affidavit is attached herein in support thereof.

WHEREFORE, the defendant prays that he be designated an indigent for purposes of

appealing from the judgment and verdict of conviction entered in this Court on the 14th of

January, 2003.

Respectfully requested, this the 21st Day of January , 2003.

EZELL & CHANCEY, LLP

By: _____

Laurel W. Farrar
Attorneys for Defendant
1200 8th Avenue
P. O. Drawer 2500
Phenix City, AL  36868-2500
(334)  297-2400
Attorney Code FAR-036

000166

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I am attorney for the defendant and that I have served a copy of the

within and foregoing Motion to for Designation of Indigency upon the District Attorney of

Russell County, Alabama, by placing a copy thereof in a receptacle held in his name in the Office

of the Clerk of this Court, this 21st day of January, 2003.

Laurel W. Farrar

ALABAMA JUDICIAL DATA CENTER
BY THE TRIAL COURT CLERK
TO THE CIRCUIT COURT OF RUSSELL COUNTY

APPEAL DATE: 01 15 200

CONTINGENCY STATUS:
GRANTED INDIGENCY STATUS AT TRIAL COURT:            YES        NO
APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:      YES        NO
INDIGENT STATUS REVOKED ON APPEAL:                  YES        NO
INDIGENT STATUS GRANTED ON APPEAL:                  YES        NO

DEATH PENALTY: NO

APPEAL TYPE: STATE CONVICTION

THIS IS AN APPEAL FROM A CONVICTION.

DATE OF CONVICTION: 11/05/2002        DATE OF SENTENCE: 01/14/2002

YOUTHFUL OFFENDER STATUS: DENIED

CC/CASE NUMBER: 57/CC 2002 000186.00    ACTION: CONVICTED
CODE: TRAK    CONVICTION: TRAFFICKING-METH    STATUTE: 13A-012-231(11)

SENTENCE:    CONF: 05 YRS 00 MOS 000 DAYS    LIFE: NO    LIFEWO: NO
SENTENCE:    PROB: 00 YRS 00 MOS 000 DAYS

POST-JUDGMENT MOTIONS FILED:    DT FILED    DT DENIED    CON BY AGREE
___ MOTION FOR NEW TRIAL          _____    _____    _____
___ MOTION FOR JUDG. OF ACQUIT    _____    _____    _____
___ MOTION TO W/D GUILTY PLEA     _____    _____    _____
_X_ MOTION FOR ATTY TO W/DRAW  01/28/2003       _____    _____
___ OTHER _____              _____    _____    _____

COURT REPORTER(S):              WILSON, LINDA B.
ADDRESS:                        C/O HON. GEORGE R. GREENE
                                PHENIX CITY   ,   AL   36867

APPELLATE COUNSEL #1:           FARRAR LAUREL WHEELING
ADDRESS:                        PO DRAWER 2500

                                PHENIX CITY   ,   AL   36868
PHONE NUMBER:                   334-297-2400

APPELLATE COUNSEL #2:           _____
ADDRESS:                        _____
                                _____
                                _____
PHONE NUMBER:                   _____

APPELLANT (PRO SE):             WHITLEY JERRY EUGENE
ADDRESS:                        150 REYNOLDS ROAD
                                FORTSON   ,   GA   318080000

AIS #:

APPELLEE (IF CITY APPEAL):      _____
ADDRESS:                        _____
                                _____

                                                OPERATOR: SMS
I CERTIFY THAT THE INFORMATION PROVIDED          PREPARED: 01/28/2003
ABOVE IS ACCURATE TO THE BEST OF MY
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 22 DAY OF Jan , 03

*Kathy Coulter / TW*
CIRCUIT COURT CLERK

```
                         ALABAMA JUDICIAL DATA CENTER
                              RUSSELL COUNTY
                           TRANSCRIPT OF RECORD
                            CONVICTION REPORT

                                        CC 2002 000186.00 01          000108
                                        GEORGE R. GREENE
```

---

| CIRCUIT COURT OF RUSSELL COUNTY | COURT ORI: 057015 J |
|---|---|

```
| CITY OF SL0105214       VS.              DC NO: GJ 2001 000285.00 |
| WHITLEY JERRY EUGENE      ALIAS:         G J:  166                |
| 150 REYNOLDS ROAD         ALIAS:         SSN:  259177161          |
| FORTSON  GA  31808                       SID:  000000000          |
|                                          AIS:                     |
```

---

```
| DOB: 09/20/1965  SEX: M  HT: 5 06    WT: 145  HAIR: BRO   EYE: BRO |
| RACE: (X)W ( )B ( )O   COMPLEXION: _____  AGE: _____  FEATURES: _____ |
```

---

```
| DATE OFFENSE: 09/21/2001  ARREST DATE: 09/21/2001  ARREST ORI: 0570000 |
```

---

```
| CHARGES @ CONV    CITES        CT CL COURT ACTION        CA DATE  |
| TRAFFICKING-METHAM 13A-012-231(11) 01 A  CONVICTED      12/05/2002 |
|                                00                       00/00/0000 |
|                                00                       00/00/0000 |
```

---

```
| JUDGE: GEORGE R. GREENE           PROSECUTOR: LANDREAU BUSTER |
```

---

```
| PROBATION APPLIED   GRANTED   DATE      REARRESTED DATE  REVOKED  DATE |
| ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____ ( )Y( )N _____ |
```

---

```
| 15-18-8, CODE OF ALA 1975   IMPOSED   SUSPENDED    TOTAL   JAIL CREDIT |
| ( )Y (X)N  CONFINEMENT: 35 00 000  00 00 000  35 00 000  00 00 339 |
|            PROBATION  : 00 00 000              00 00 000 |
| DATE SENTENCED: 01/14/2003   SENTENCE BEGINS: 01/14/2003 |
```

---

```
| PROVISIONS               COSTS/RESTITUTION        DUE      ORDERED |
|                                                                    |
| PENITENTIARY             RESTITUTION            $0.00       $0.00 |
| CONCURR SENT             ATTORNEY FEE           $0.00       $0.00 |
| DOC/SAPP PGM             CRIME VICTIMS        $500.00     $500.00 |
| DRUG                     COST               $1001.00    $1001.00 |
|                          FINE              $50000.00   $50000.00 |
|                          MUNICIPAL FEES         $0.00       $0.00 |
|                          DRUG FEES          $1700.00    $1700.00 |
|                          ADDTL DEFENDANT      $15.00      $15.00 |
|                          DA FEES               $0.00       $0.00 |
|                          COLLECTION ACCT       $0.00       $0.00 |
|                          JAIL FEES             $0.00       $0.00 |
|                                                                  |
|                          TOTAL            $53216.00   $53216.00 |
```

---

```
| APPEAL DATE        SUSPENDED       AFFIRMED           REARREST |
|                                                                |
| (X)Y( )N 01/14/2003 ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____ |
```

---

```
| REMARKS:                    THIS IS TO CERTIFY THAT THE
|                             ABOVE INFORMATION WAS EXTRACTED
|                             FROM OFFICIAL COURT RECORDS
|                             AND IS TRUE AND CORRECT.
|
|
|
|
|                             _Kathy Coulter_____
|                             KATHY COULTER
|
|                             01/22/2003
```

---

```
OPERATOR: JOS
PREPARED: 01/22/2003
```

| State of Alabama<br>Unified Judicial System<br>Form ARAP- 26 (front)   8/91 | COURT OF CRIMINAL APPEALS<br>DOCKETING STATEMENT | Criminal Appeal No. 000109 |

## A. GENERAL INFORMATION:

☒ CIRCUIT COURT  ☐ DISTRICT COURT  ☐ JUVENILE COURT OF  __RUSSELL__ COUNTY

__JERRY EUGENE WHITLEY__, Appellant

v.  ☒ STATE OF ALABAMA   ☐ MUNICIPALITY OF _____

| Case Number<br>CC-02-186,187,188 | Date of Complaint or Indictment<br>01/16/02 | Date of Judgment/Sentence/Order<br>01/14/03 |
| Number of Days of Trial/Hearing  2  Days | Date of Notice of Appeal<br>Oral: 01/14/03 | Written: 01/14/03 |

Indigent Status Requested: ☒ Yes  ☐ No      Indigent Status Granted: ☐ Yes  ☐ No

## B. REPRESENTATION:

Is Attorney Appointed or Retained?  ☒ Appointed  ☐ Retained.     If no attorney, will appellant represent self?  ☐ Yes  ☐ No

Appellant's Attorney (Appellant if pro se) (Attach additional pages if necessary)
__LAUREL W. FARRAR (trial)__    Telephone Number __334 297-2400__
Address __P.O. Drawer 2500__  City __Phenix City__  State __AL__  Zip Code __36868-2500__

## C. CODEFENDANTS: List each CODEFENDANT and the codefendant's case number.

| Codefendant | Case Number |
|---|---|
| Caylene E. White | CC 2002-110,11 |
| Wayne M. Meadows | CC 2002-179,180,-181 |
| Steven D. Moseson | CC 2002-160 |

## D. TYPE OF APPEAL: Please check the applicable block.

1 ☒ State Conviction
2 ☐ Post-Conviction Remedy
3 ☐ Probation Revocation
4 ☐ Pretrial Order
5 ☐ Contempt Adjudication
6 ☐ Municipal Conviction
7 ☐ Juvenile Transfer Order
8 ☐ Juvenile Delinquency
9 ☐ Habeas Corpus Petition
10 ☐ Other (Specify)

## E. UNDERLYING CONVICTION/CHARGE: Regardless of the type of appeal checked in Section D, please check the box beside each offense category for which the appellant has been convicted or charged as it relates to this appeal. Also include the applicable section of the Code of Alabama for State convictions.

1 ☐ Capital Offense - § ____
2 ☐ Homicide - § ____
3 ☐ Assault - § ____
4 ☐ Kidnapping/Unlawful Imprisonment - § ____
5 ☒ Drug Possession - § 13A-12-212
6 ☒ Trafficking in Drugs - § 13A-12-231
7 ☐ Theft - § ____
8 ☐ Damage or Intrusion to Property - § ____
9 ☐ Escape - § ____
10 ☐ Weapons/Firearms - § ____
11 ☐ Fraudulent Practices - § ____
12 ☐ Offense Against Family - § ____
13 ☐ Traffic - DUI - § ____
14 ☐ Traffic - Other - § ____
15 ☒ Miscellaneous (Specify): Resisting Arrest - § 13A-10-41

## F. DEATH PENALTY:

Does this appeal involve a case where the death penalty has been imposed?  ☐ Yes  ☒ No

## G. TRANSCRIPT:

1. Will the record on appeal have a reporter's transcript?  ☒ Yes  ☐ No
2. If the answer to question "1" is "Yes," state the date the Reporter's Transcript Order was filed.  __01/23/03__ (Date)
3. If the answer to question "1" is "No":
   (a) Will a stipulation of facts be filed with the circuit clerk?  ☐ Yes  ☐ No
   (b) Will the parties stipulate that only questions of law are involved and will the trial court certify the questions?  ☐ Yes  ☐ No

NOTE: If the appeal is from the district or juvenile court and the answer to question "1" is "No," then a positive response is required for question 3(a) or 3(b).

**H. POST-JUDGMENT MOTIONS:** List all post-judgment motions by date of filing, type, and date of disposition (whether by trial court order or by the provisions of Rules 20.3 and 24.4 (ARCrP)):

| DATE OF FILING | | | TYPE OF POST-JUDGMENT MOTION | DATE OF DISPOSITION | | |
|---|---|---|---|---|---|---|
| Month | Day | Year | | Month | Day | Year |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**I. NATURE OF THE CASE:** Without argument, briefly summarize the facts of the case.

**J. ISSUE(S) ON APPEAL:** Briefly state the anticipated issues that will be presented on appeal. *(Attach additional pages if necessary.)*

**K. SIGNATURE:**

_____    _____
Date    Signature of Attorney/ Party Filing this Form

TRANSCRIPT PURCHASE ORDER
OF APPELLANT - CIVIL
(See Rules 10(b) and 11(a) of the Alabama Rules of Appellate Procedure)

Appellate Case Number
(To be filled in by appellate clerk)

| PPELLANT | JERRY EUGENE WHITLEY |
|---|---|
| v.    APPELLEE | STATE OF ALABAMA |

| Civil Action Number | Trial Judge GEORGE R. GREENE | |
|---|---|---|
| Court Reporter LINDA WILSON | County RUSSELL | Date of Notice of Appeal 1/14/03 1/17/03 *ORAL & WRITTEN* |

**PART I.   TO BE COMPLETED AND FILED WITH THE COURT REPORTER BY APPELLANT WITHIN 7 DAYS OF THE FILING OF THE NOTICE OF APPEAL.**

A.   Request is hereby made to the reporter for a transcript of the following proceedings (give particulars):

NOTE:   Exhibits are included in the clerk's record and need not be specified - see Rule 10(b)(1), A.R.App.p.

- ☑ Entire Transcript
- ☐ Testimony of Plaintiff
- ☐ Testimony of Defendant
- ☐ Testimony of Witness _____
- ☐ Testimony of Witness _____

- ☐ Oral Charges to the Jury
- ☐ Objection to Oral Charge
- ☐ Objection to Refused Requested Written Charge(s), Numbers _____
- ☐ Others: _____

NOTE:   Unless the entire transcript is ordered, appellant must attach a statement of the issues to Pages 4 and 5.

B.   I CERTIFY that I HAVE paid the Court Reporter the estimated cost of transcribing that part of the proceedings I have deemed necessary to be included in the record.

1/23/03                 _Darrell Steen_                       334-297-2400
Date                      Signature                            Telephone Number

OTE:   Upon Completion of PART I, Appellant should distribute pages as follows:

| * Pages 1, 2 and 3 - Court Reporter | Page 4 - Trial Court | Page 5 - Appellee | Page 6 - Retained by Appellant |
|---|---|---|---|

**PART II.   TO BE COMPLETED BY COURT REPORTER ON SAME DATE TRANSCRIPT PURCHASE ORDER IS RECEIVED.**

A.

| Date Transcript Purchase Order Received | Estimated Completion Date |
|---|---|
| Estimated Number of Pages                      ) | Estimated Cost |

B.   I CERTIFY THAT ☐ I HAVE ☐ I HAVE NOT (check one) been paid the estimated cost of the transcript.

_____        _____                    _____
Date                      Signature                            Telephone Number

NOTE:   Upon Completion of PART II, Court Reporter should distribute pages as follows:

| * Pages 1 and 2 - Retained by the Court Reporter | Page 3 - Transmitted to the Appropriate Appellate Court on Same Date Transcript Purchase Order is Received. |
|---|---|

**PART III.   CERTIFICATE OF COMPLETION OF REPORTER'S TRANSCRIPT.**

NOTE:   This is to be completed by court reporter on date of filing of transcript in trial court. On the day of completion, this certificate must be forwarded to the appropriate appellate court (Page 2) and copies thereof shall be served on the clerk of the trial court and each of the parties.

I CERTIFY that I have this date completed and filed with the clerk of the trial court the original of a true and correct transcript of the evidence and matters designated by the parties. All pages are numbered serially in the upper right corner of the pages, prefaced by an index, and ending with the following number: _____

I CERTIFY that photocopies of this certificate are this date being served on the clerk of the trial court and each of the parties, along with a copy of the index (with copies of the transcript as ordered).

Dated this _____ day of _____                       _____
                                                          Court Reporter

NOTE:   Upon Completion of PART III, Court Reporter should distribute pages as follows:

| * Page 1 - Retained by the Court Reporter | Page 2 - Transmitted to the Appropriate Appellate Court |
|---|---|

| * Distribution Code: | Page 1: White | Page 2: Blue | Page 3: Green | Page 4: Canary | Page 5: Pink | Page 6: Goldenrod |
|---|---|---|---|---|---|---|

STATE OF ALABAMA

Plaintiff,

vs.

JERRY E. WHITLEY,

Defendant.

AND

JERRY E. WHITLEY,

APPELLANT,

vs.

STATE OF ALABAMA,

APPELLEE.

IN THE CIRCUIT COURT OF

RUSSELL COUNTY, ALABAMA.

CASE NO: CC-02-186, 187, & 188

IN THE ALABAMA COURT OF

CRIMINAL APPEALS,

CASE NO:  CR-02-0739

## NOTICE OF APPEARANCE

1. The below-signed Attorney will represent the Defendant in the Appeal of his convictions in the above-styled cases.  A copy of a Statement is attached which was signed by the Defendant stating that it was satisfactory for this Attorney to be retained by his parents to represent him on his Appeal.

2. The Trial Attorney, Hon. Laurel Farrar perfected the Appeal at the time of sentencing.  She later filed a Motion to Withdraw which was granted by the Court.  The Defendant was originally determined to be Indigent.  The Trial Court has not yet appointed Attorney to represent the Defendant on the Appeal.

3.  Attached is a copy of the reporters transcript order-Criminal, which was has been signed by the below-signed Attorney.  Financial arrangements have been made with the Court Reporter and she has been paid.  The original Trial Attorney, Hon.

1

Laurel Farrar, completed all of the other documents to perfect the Appeal and in fact ordered the transcript on a Civil form. The Court Reporter requested that a Criminal form be completed. However, the Court Reporter has stated that she has begun the transcript and was aware of the fact that these cases have been Appealed.

RESPECTFULLY SUBMITTED,

Hon. J. Michael Williams, Sr., WIL103
Attorney for the Defendant
P. O. Box 1068
Auburn, Al 36831-1068
Phone # 334-705-0200
FAX # 334-705-0958

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Hon. Laurel Farrar, P. O. Drawer 2500, Phenix City, Al 36868-2500, Court Reporter, Linda Wilson, 1600 46th Street, Phenix City, Al 36867, Hon. Bill Pryor, Attorney General , 11 South Union Street – ATTN: Criminal Appeals, Montgomery, Al 36101, Hon. Lane Mann, Clerk, Alabama Court of Criminal Appeals, 300 Dexter Avenue, Montgomery, Al 36104-3741, Hon. Ken Davis, Russell County District Attorney, P. O. Box 939, Phenix City, Al 36867-0939, Mr. Jerry Whitley, % Russell County Jail, P. O. Box 640, Phenix City, Al 36867-0640, Mr. & Mrs. Ray Whitley, 154 Reynolds Road, Fortson, GA 31808,  by placing a copy of same in the United States Mail, postage prepaid at their respective addresses.

Done this the __17__, day of **FEBRUARY**, 2003.

J. MICHAEL WILLIAMS, SR.

2

STATE OF ALABAMA,
                        Π

    VS.

JERRY WHITLEY
                    Δ

        AND

JERRY WHITLEY,
                APPELLANT

    VS.

STATE OF ALABAMA,
                APPELLEE

THE HONORABLE
RUSSELL CO., ALA.
  CC-02-186,187,188

IN THE ALABAMA COURT OF
CRIMINAL APPEALS,
    CR-02-0739

000171

## STATEMENT

I, Jerry Whitley, agree to the following in regard to the Appeal of the above styled cases.

1. I agree with the Motion to Withdraw filed by my trial attorney, Hon. Laurel Farrar.

2. My parents have Retained Atty. Mike Williams to represent me on my appeal, and I agree with this.

_Jerry Whitley_     January 31, 2003
Jerry Whitley

FILED IN OFFICE
2003 FEB 18 AM 9:38
[stamp]

| State of Alabama Unified Judicial System | REPORTER'S TRANSCRIPT ORDER -- CRIMINAL | Criminal Appeal Number |
|---|---|---|
| Form ARAP- 1C          8/91 | See Rules 10(c) and 11(b) of the Alabama Rules of Appellate Procedure (A.R. App.P.) | CR _02-0739_ |

TO BE COMPLETED BY COUNSEL FOR THE APPELLANT OR BY THE APPELLANT IF NOT REPRESENTED AND FILED WITH THE WRITTEN NOTICE OF APPEAL OR FILED WITHIN 7 DAYS AFTER ORAL NOTICE OF APPEAL IS GIVEN.

☒ CIRCUIT COURT   ☐ DISTRICT COURT   ☐ JUVENILE COURT OF _____ RUSSELL _____ COUNTY

_JERRY  WHITLEY_ , Appellant

V.   ☒ STATE OF ALABAMA   ☐ MUNICIPALITY OF _____

| Case Number _CC-02-186,187, 188_ | Date of Judgment/Sentence/Order _1/14/03_ |
|---|---|
| Date of Notice of Appeal Oral: _1/14/03_   Written: _1/14/03_ | Indigent Status Granted: _BELOW SIGNED ATTY. HAS_ ☒ Yes   ☐ No _NOW BEEN_ |

_RETAINED_

**PART 1. TO BE SIGNED IF THE APPEAL WILL NOT HAVE A COURT REPORTER'S TRANSCRIPT:**

I CERTIFY THAT NO REPORTER'S TRANSCRIPT IS EXPECTED AND THAT THE RECORD ON APPEAL SHALL CONSIST OF THE CLERK'S RECORD ONLY. IF THE APPEAL IS FROM DISTRICT COURT OR JUVENILE COURT, I ALSO CERTIFY (1) THAT A STIPULATION OF FACTS WILL BE INCLUDED IN THE CLERK'S RECORD AND THAT THE APPELLANT WAIVES HIS RIGHT TO A JURY TRIAL IF SO ENTITLED; OR (2) THAT THE PARTIES HAVE STIPULATED THAT ONLY QUESTIONS OF LAW ARE INVOLVED AND THAT THE QUESTIONS WILL BE CERTIFIED BY THE JUVENILE/DISTRICT COURT FOR INCLUSION IN THE CLERK'S RECORD (SEE RULE 28(A)(1), ALABAMA RULES OF JUVENILE PROCEDURE, AND §12-12-72, CODE OF ALABAMA 1975)

_____     _____     _____
Signature                          Date                         Print or Type Name

**PART 2. DESIGNATION OF PROCEEDINGS TO BE TRANSCRIBED.** Request is hereby made to the court reporter(s) indicated below for a transcript of the following proceedings in the above referenced case (see Rule 10(c)(2), Alabama Rules of Appellate Procedure (A.R.App.P.)):

MARK PROCEEDINGS REQUESTED:                                                    COURT REPORTER(S)

A. ☒ TRIAL PROCEEDINGS - Although this designation will include the judgment and sentence proceedings, a transcript of the organization of the jury and arguments of counsel must be designated separately          _LINDA  WILSON_

B. ☒ ORGANIZATION OF THE JURY - This designation will include voir dire examination and challenges for cause. Note that in noncapital cases the voir dire of the jury will not be recorded unless the trial judge so directs. (See Rule 19.4, ARCrP.)          _LINDA  WILSON_

C. ☒ ARGUMENTS OF COUNSEL - Note that in noncapital cases the arguments of counsel will not be recorded unless the trial judge so directs. (See Rule 19.4, ARCrP.)          _LINDA  WILSON_

IN ADDITION TO ANY PROCEEDINGS DESIGNATED ABOVE, SPECIAL REQUEST IS HEREBY MADE TO INCLUDE THE FOLLOWING PROCEEDINGS IN THE REPORTER'S TRANSCRIPT PORTION OF THE RECORD ON APPEAL. (ATTACH ADDITIONAL PAGES IF NECESSARY):

ADDITIONAL PROCEEDINGS REQUESTED          DATE          COURT REPORTER(S)

D. _ALL PRE-TRIAL HEARINGS, INCLUDING SUPPRESSION HEARING_          _LINDA  WILSON_

E. _____     _____     _____

F. _____     _____     _____

G. _____     _____     _____

IMPORTANT NOTICE: The court reporter who reported the proceedings for which a transcript is requested must be identified on this form to be effective. Additionally, it is important to note that the appellant may not be permitted to raise any issue on appeal relating to any proceedings in the case that are not specifically designated on this form for inclusion in the reporter's transcript. A general designation such as "all proceedings" is not sufficient. (See Rule 10(c)(2), A.R.App.P.)

**PART 3. MUST BE SIGNED IF THE APPEAL WILL HAVE A COURT REPORTER'S TRANSCRIPT:**

I CERTIFY THAT I HAVE DISTRIBUTED THIS FORM AS SET OUT BELOW. I ALSO CERTIFY (1) THAT I HAVE MADE SATISFACTORY FINANCIAL ARRANGEMENTS WITH EACH COURT REPORTER LISTED ABOVE FOR PREPARING HIS OR HER PORTION OF THE REPORTER'S TRANSCRIPT HEREIN REQUESTED; OR (2) THAT THE APPELLANT PROCEEDED AT TRIAL AS AN INDIGENT AND THAT THAT STATUS HAS NOT BEEN REVOKED; OR, (3) THAT THE APPELLANT HAS BEEN GIVEN PERMISSION TO PROCEED ON APPEAL IN FORMA PAUPERIS     _#5_ _WIL-103_

_J Michael Williams Jr._     _2/18/03_     _J. MICHAEL  WILLIAMS JR-_
Signature                          Date                         Print or Type Name

DISTRIBUTION: Original filed with Clerk of Trial Court and copies mailed to:   (1) Clerk of the Court of Criminal Appeals,   (2) the District Attorney, (3) the Attorney General or the municipal prosecutor in lieu of the District Attorney and the Attorney General if the appeal is from a municipal conviction, and (4) to each Court Reporter who reported proceedings designated for inclusion in the reporter's transcript.

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA,                    )        CRIMINAL CASE NUMBER
                Plaintiff,           )        CC-02-186-188
                                     )
vs.                                  )
                                     )
JERRY E. WHITLEY,                    )
                Defendant.           )

### ORDER ON MOTION TO WITHDRAW AND
### APPOINTING COUNSEL ON APPEAL

Upon consideration of the Motion to Withdraw filed by the attorney for the defendant in

the above-stated cause, the Court is of the opinion that the same is due to be granted.

IT IS, THEREFORE, ORDERED that Laurel W. Farrar, attorney, be, and hereby is,

allowed to withdraw from representation, and that the Hon. _Chuck Floyd_, attorney,

be, and is, hereby appointed to represent the defendant on appeal.

SO ORDERED, this the _20_ day of _Feb_, 2003.

_____
Honorable George Greene
Judge, Russell County Circuit Court

State of Alabama
Unified Judicial System

Form C-10
Page 1 of 2          Rev. 2/95

# AFFIDAVIT OF SUBSTANTIAL
# HARDSHIP AND ORDER

CC-02-186, 187
and 188

IN THE _____CIRCUIT_____ COURT OF ___RUSSELL COUNTY___, ALABAMA
    (Circuit, District, or Municipal)        (Name of County or Municipality)

STYLE OF CASE: ___STATE OF ALABAMA___ v. ___JERRY E. WHITLEY___
              Plaintiff(s)                    Defendant(s)

TYPE OF PROCEEDING: _____ CHARGE(s) (if applicable): _____

☐ CIVIL CASE-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ CIVIL CASE-- (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the court appoint one for me.

☒ CRIMINAL CASE-- I am financially unable to hire an attorney and request that the court appoint one for me.

☐ DELINQUENCY/NEED OF SUPERVISION-- I am financially unable to hire an attorney and request that the court appoint one for my child/me.

## AFFIDAVIT

### SECTION I.

1. IDENTIFICATION
   Full name _Jerry Eugene Whitley_ Date of birth _09/20/65_
   Spouse's full name (if married) _____
   Complete home address __None__

   Number of people living in household _____
   Home telephone number __None__
   Occupation/Job __None__ Length of employment __None__
   Driver's license number __None__ *Social Security Number __None__
   Employer __None__ Employer's telephone number __None__
   Employer's address __None__

2. ASSISTANCE BENEFITS
   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply.)

   ☐ AFDC    ☐ Food Stamps    ☐ SSI    ☐ Medicaid    ☐ Other _____

3. INCOME/EXPENSE STATEMENT

   Monthly Gross Income:
     Monthly Gross Income                $ _None_
     Spouse's Monthly Gross Income (unless a marital offense)
     Other Earnings: Commissions, Bonuses, Interest Income, etc.
     Contributions from Other People Living in Household
     Unemployment/Workmen's Compensation,
       Social Security, Retirements, etc.
     Other Income (be specific) _____
             TOTAL MONTHLY GROSS INCOME      $ _None_

   Monthly Expenses:
     A. Living Expenses
       Rent/Mortgage           $ _None_
       Total Utilities: Gas, Electricity, Water, etc.
       Food
       Clothing
       Health Care/Medical
       Insurance
       Car Payment(s)/Transportation Expenses
       Loan Payment(s)

*OPTIONAL

FILED IN OFFICE
2003 JAN 24 PM 1:18

Form C-10  Page 2 of 2    Rev. 2-95

AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER

Monthly Expenses: (cont'd page 1)
    Credit Card Payment(s)
    Educational/Employment Expenses
    Other Expenses (be specific) _____

            Sub-Total                                  A $ _None_

B.   Child Support Payment(s)/Alimony         $ _40 weekly_      B $ _None_

            Sub-Total

C.   Exceptional Expenses                $ _None_

      TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)    $ _None_

Total Gross Monthly Income Less total monthly expenses:

         DISPOSABLE MONTHLY INCOME           $ _None_

4.   LIQUID ASSETS:
    Cash on Hand/Bank (or otherwise available such as stocks,
    bonds, certificates of deposit)                 $ _____
    Equity in Real Estate (value of property less what you owe)
    Equity in Personal Property, etc. (such as the value of
    motor vehicles, stereo, VCR, furnishing, jewelry, tools,
    guns, less what you owe)
    Other (be specific)
    Do you own anything else of value? ☐ Yes ☐ No
    (land, house, boat, TV, stereo, jewelry)
    If so, describe _____

           TOTAL LIQUID ASSETS            $ _None_

5.   Affidavit/Request
I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

_____ day of _____, 19 _____

                                    Affiant's Signature

_____           _Terry Whitley_
Judge/Clerk/Notary                           Print or Type Name

## ORDER OF COURT

SECTION II.
    IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
    ☐ Affiant is not indigent and request is DENIED.
    ☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay
         $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise
         ordered and disbursed as follows:
    ☐ Affiant is indigent and request is GRANTED.
    ☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _Charles Floyd III_, is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this ___ _20_ ___ day of _Feb_ ___ 19 _2007_

                                        Judge

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | CRIMINAL CASE NUMBER |
| Plaintiff, | ) | CC-02-186-188 |
| | ) | |
| vs. | ) | |
| | ) | |
| JERRY E. WHITLEY, | ) | |
| Defendant. | ) | |

## ORDER DESIGNATING INDIGENCY TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

The defendant's motion for designation for indigency having been read, and upon defendant's attached affidavit of poverty having been considered, it appears that the said defendant, Jerry E. Whitley, is indigent, and because of his poverty unable to prosecute his appeal and is without funds to pay an attorney for said appeal. Whereupon, the Court does hereby designate defendant, Jerry E. Whitley, because of his poverty, as an indigent and unable to pay an attorney to prosecute this appeal.

SO ORDERED, this the _20_ day of _Feb_, 2003.

_____
Honorable George Greene
Judge, Russell County Circuit Court

000180

NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT OF   RUSSELL COUNTY
STATE OF ALABAMA VS WHITLEY JERRY EUGENE      JUDGE: GEORGE R. GREENE

APPEAL DATE: 01/14/2003

INDIGENCY STATUS:
  GRANTED INDIGENCY STATUS AT TRIAL COURT:       __X__ YES   _____ NO
  APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: __X__ YES   _____ NO
  INDIGENT STATUS REVOKED ON APPEAL:             _____ YES   __X__ NO
  INDIGENT STATUS GRANTED ON APPEAL:             __X__ YES   _____ NO

DEATH PENALTY: NO

APPEAL TYPE: STATE CONVICTION

THIS IS AN APPEAL FROM A CONVICTION.

DATE OF CONVICTION: 12/05/2002        DATE OF SENTENCE: 01/14/2003

YOUTHFUL OFFENDER STATUS: DENIED

CO/CASE NUMBER: 57/CC 2002 000186.00
CODE: TRAK   CONVICTION: TRAFFICKING-METH   ACTION: CONVICTED
                                            STATUTE: 13A-012-231(11)
SENTENCE:   CONF: 35 YRS 00 MOS 000 DAYS
SENTENCE:   PROB: 00 YRS 00 MOS 000 DAYS      LIFE: NO   LIFEWO: NO

POST-JUDGMENT MOTIONS FILED:   DT FILED       DT DENIED     CON BY AGREE
  ___ MOTION FOR NEW TRIAL     _____       _____     _____
  ___ MOTION FOR JUDG. OF ACQUIT _____     _____     _____
  ___ MOTION TO W/D GUILTY PLEA _____      _____     _____
  _X_ MOTION FOR ATTY TO W/DRAW 01/20/2003    _____     02/24/2003
  ___ OTHER _____    _____       _____     _____

COURT REPORTER(S):                   WILSON, LINDA S.
ADDRESS:                             C/O HON. GEORGE R. GREENE
                                     PHENIX CITY   ,   AL  36867

APPELLATE COUNSEL #1:                FLOYD CHARLES EDDIE III
ADDRESS:                             P. O. BOX 759

                                     PHENIX CITY   ,   AL  36868
PHONE NUMBER:                        205-297-3378

APPELLATE COUNSEL #2:                _____
ADDRESS:                             _____
                                     _____
                                     _____
PHONE NUMBER:                        _____

APPELLANT (PRO SE):                  WHITLEY JERRY EUGENE
ADDRESS:                             150 REYNOLDS ROAD
                                     FORTSON      ,   GA  318080000
AIS #:

APPELLEE (IF CITY APPEAL):           _____
ADDRESS:                             _____
                                     _____

I CERTIFY THAT THE INFORMATION PROVIDED                OPERATOR: SHG
ABOVE IS ACCURATE TO THE BEST OF MY                    PREPARED: 02/24/2003
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO      _____
THIS ACTION ON THIS 24th DAY OF February, 2003    CIRCUIT COURT CLERK