IN THE CIRCUIT COURT OF

RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA )

    PLAINTIFF, )

                        )       CASE NO. CC-02-186-188

VS. )

JERRY E. WHITLEY )

    DEFENDANT. )

## ORDER

    The defendant having filed a motion to set aside writ of arrest and withdraw revocation of bond and a motion in limine and the Court having considered same, it is ORDERED that a hearing is set for the 23rd day of October, 2002 at 3:00 P.M. in Courtroom No. 1, Russell County Courthouse.

    Dated this the 9th day of October 2002.

                                      *George Q. Greene*

                             JUDGE, CIRCUIT COURT

STATE OF ALABAMA

    PLAINTIFF,   )
           )
VS.         )
           )
JERRY E. WHITLEY    )
           )
    DEFENDANT.   )

RUSSELL COUNTY, ALABAMA

CASE NO.: CC 02-186-188

## ORDER

  The defendant having filed a motion to compel, compliance with the Court's order for transport of samples for independent analysis and the Court having considered same, it is ORDERED that the motion to compel is denied.

  DONE this the 10th day of October 2002.

           _____
           JUDGE, CIRCUIT COURT

JERRY E. WHITLEY                )    IN THE CIRCUIT COURT OF
      PETITIONER,              )    RUSSELL COUNTY, ALABAMA
                  )
      VS.                      )    CASE NO.: CC 02-186-188
                  )
STATE OF ALABAMA and THOMAS F.  )
BOSWELL, Sheriff of Russell     )
County, Alabama,                )
      RESPONDENTS.             )

## ORDER

    The Petitioner, Jerry E. Whitley having filed a Petition for writ of Habeas Corpus and the Court having considered same, it is ORDERED that a hearing is set for October 23, 2002 at 3:00 P.M.

    DONE this the 10th day of October 2002.


                                 _George R. Greene_
                          JUDGE, CIRCUIT COURT

STATE OF ALABAMA                 )    IN THE CIRCUIT COURT OF 000305
                                 )    RUSSELL COUNTY, ALABAMA
            PLAINTIFF,           )
                                 )    CASE NO.: CC 02-186,187,188
      VS.                        )
                                 )
JERRY EUGENE WHITLEY             )
                                 )
            DEFENDANT.           )

## ORDER

The parties appearing before the Court for a hearing on motions filed by the Defendant. The Court proceeded to hear testimony and upon consideration of same, it is ORDERED that the Motion to reduce bond is denied. It is further ORDERED that the Motion in Limine is granted as to photographs of co-defendants and denied as to videotape involving defendant and co-defendants. The Court reserves ruling on Motion in Limine as to single photograph of defendant.

DONE this the 23rd day of October 2002.


_____
JUDGE, CIRCUIT COURT

JERRY E. WHITLEY          )    IN THE CIRCUIT COURT OF
      PETITIONER,        )    RUSSELL COUNTY, ALABAMA
                             )
      VS.                 )    CASE NO.: CC 02-186-188
                             )
STATE OF ALABAMA and THOMAS F.  )
BOSWELL, Sheriff of Russell     )
County, Alabama,                )
                             )
      RESPONDENTS.        )

## ORDER

     The Petitioner having filed a petition for Writ of Habeas Corpus and the Court having taken testimony ore tenus it is ORDERED that the Petition for Writ of Habeas Corpus is denied.

     DONE this the 25th day of October 2002.


                         _____
                         JUDGE, CIRCUIT COURT

RUSSELL CO. AL.
CIRCUIT/DIST. COURT
2002 OCT 25 PM 3: 05
FILED IN OFFICE

JUDICIAL BUILDING, 300 DEXTER AVENUE
MONTGOMERY, AL 36130-1555

H. W. "Bucky" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges

Lane W. Mann
Clerk
Wanda K. Ivey
Assistant Clerk
(334) 242-4590
FAX (334) 242-4689

## ORDER

CR-02-0133

Ex parte Jerry E. Whitley (In re: State of Alabama vs. Jerry E. Whitley) (Russell Circuit Court: CC-02-186, 187 & 188).

Upon consideration of the above referenced Writ of Habeas Corpus, the Court of Criminal Appeals ORDERS that said petition be and the same is hereby denied.

McMillan, P.J., and Cobb, Baschab, Shaw, and Wise, JJ., concur.

Done this the 4th day of November, 2002.

H.W. "Bucky" McMILLAN, PRESIDING JUDGE

CCA/wki

cc: Honorable George R. Greene, Circuit Judge
    Honorable Kathy S. Coulter, Circuit Clerk
    Honorable Tommy Boswell, Sheriff
    Honorable Bill Pryor, Attorney General
    Honorable Laurel Wheeling Farrar, Attorney, Petitioner
    Honorable Kenneth Davis, District Attorney
    Office of Attorney General

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | CRIMINAL CASE NUMBER |
| Plaintiff, | ) | CC-02-186-188 |
| | ) | |
| vs. | ) | |
| | ) | |
| JERRY E. WHITLEY, | ) | |
| Defendant. | ) | |

## MOTION FOR APPROVAL OF EXTRAORDINARY EXPENSES
## PURSUANT TO *MAY v. STATE*

Comes now the defendant in the above-stated matter, by and through his attorney, Laurel W. Farrar, and requests the Court to approve in advance the reimbursement of expenses for additional laboratory analysis of the substance alleged in the indictment to be methamphetamine. Additionally, defendant would request approval in advance of expenses for obtaining the testimony of the independent expert witness at the trial of the above-stated case. In support of said request, defendant respectfully shows the Court as follows:

1.    The results of the independent laboratory analysis of the representative samples revealed such a ratio of alleged controlled substance that further analysis is necessary.

2.    It is defendant's position that under the definition of "mixture" set forth in Code of Alabama 1975 §13A-12-231, the results of said analysis show that the seized substances will not be found to satisfy the statutory requirements.

3.    The alleged controlled substance was actually weighed, although it is in liquid form rather than solid and should be measured by components rather than weighed.

4.    The testimony of the independent witness at trial is necessary in order to get the results of the analysis into evidence for consideration by the jury.

5.    The Alabama Court of Criminal Appeals held in *May v. State* that "expenses reasonably incurred" are reimbursable under Code of Alabama 1975, §15-12-21. Under *Ex Parte Barksdale*, 680 So.2d 1029 (1996), such expenses must be approved by the Trial Court prior to being incurred.

6.    A separate motion entitled "Defendant's Motion to Continue" has been filed contemporaneously with the instant motion.

7.    At this time, counsel for defendant estimates the cost of additional laboratory analysis at approximately $700.00 and the amount necessary for transportation of the expert witness to appear at trial at approximately $2,000.00 and would ask the Court to pre-approve costs in an amount capped at $2,700.00 for such analysis and for costs of procuring testimony of the expert witness.

*WHEREFORE*, the premises considered, defendant requests moves this Court to approve payment of expenses as requested herein.

EZELL & CHANCEY, LLP

By:  _____
     Laurel W. Farrar
     Attorneys for Defendant
     1200 8th Avenue
     P. O. Drawer 2500
     Phenix City, AL   36868-2500
     (334)  297-2400
     Attorney Code FAR-036

000310

## CERTIFICATE OF SERVICE

I hereby certify that I am attorney for defendant Jerry E. Whitley and that I have served a copy of the within and foregoing motion upon the District Attorney of Russell County, Alabama, by placing a copy thereof in a receptacle held in his name in the Office of the Clerk of this Court, this 3rd day of December, 2002.

Laurel W. Farrar

STATE OF ALABAMA            *            IN THE CIRCUIT COURT OF
                           *
                           *            RUSSELL COUNTY, ALABAMA
VS.                        *
                           *
JERRY WHITLEY              *            CASE NO. CC-02-186,187,188

## RESPONSE TO MOTION FOR CONTINUANCE AND MOTION FOR EXPENSES

Comes now the State and requests this Court to deny the Motion for Continuance and Motion for Expenses filed by the Defendant and as grounds says as follows

1 - The defendant is charged with Trafficking in Methamphetamine in that the defendant possessed 28 grams or more of Methamphetamine or a mixture containing Methamphetamine.

2 - Under Alabama law if the mixture is one where the controlled substance is commingled and diffused with other substances ( which is the case here), the weight of the entire mixture should be counted **Ex Parte Fletcher** 718 So 2d 1132 (1998).

3 - The constitutionality of this statute has been tested ad our Courts have held that it does not violate equal protection or cruel and unusual punishment provisions **Washington v State** 200 Ala Crim App Lexis 120 (2000)

4 - Heretofore the Defendant has obtained an independent expert to analyze the substance. That expert has rendered an opinion that the mixture contains Methamphetamine.

5 - The Defendant now seeks a continuance and Extra Expenses, one day before the scheduled trial, to bring this expert to Court for the purpose of testifying that there is a small amount or ratio of Methamphetamine in the mixture.

6 - Such testimony is irrelevelant and immaterial under our law and further would be inadmissible at trial. Therefore it would be a waste of money to bring an expert from Nevada to attempt to testify to inadmissible matters.

7 - Further the Defendant has previously requested and been granted continuances in this matter.

8 - Further the defendant has known for months of the trial date and waited until just before trial to make any attempt to bring the expert to Court of bring the matter to the Court's attention.

WHEREFORE, these premises considered, the State moves this Court to deny the Motions filed by the Defendant.

Respectfully submitted,

KENNETH DAVIS

DISTRICT ATTORNEY

26TH JUDICIAL CIRCUIT

BY: _____

Buster Landreau

Chief Deputy District Attorney

LAN 034

FILED IN OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion to the Attorney for the Defendant **Laurel Farrar** by placing a copy of the same in a receptacle reserved in his name in the Office of the Circuit Clerk of Russell County.

This _____4th_____ Day of __December_____, 2002.

Buster Landreau

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA,                  )        CRIMINAL CASE NUMBER
    Plaintiff,                      )        CC-02-186-188
                                    )
                                    )
vs.                                )
                                    )
JERRY E. WHITLEY,                  )
    Defendant.                       )

## MOTION FOR APPROVAL OF COURT REPORTER EXPENSES PURSUANT TO *MAY v. STATE*

Comes now JERRY E. WHITLEY, defendant in the above-styled case, by and through his attorney, and requests the Court to approve in advance the reimbursement of expenses for a certified court reporter to furnish transcripts of the guilty pleas of defendant's co-defendants Wayne Meadows and Steve Mosseson and a transcript of the suppression hearing in the above-stated case. In support of this request, defendant respectfully shows the Court as follows:

1.    The Alabama Court of Criminal Appeals held in *May v. State* that "expenses reasonably incurred" are reimbursable under Code of Alabama 1975, §15-12-21. Under *Ex Parte Barksdale*, 680 So.2d 1029 (1996), such expenses must be approved by the Trial Court prior to being incurred.

2.    It is necessary that defendant's counsel have the use of transcripts of the guilty pleas of defendant's said co-defendants and a transcript of testimony at the suppression hearing in this case in order to effectively cross-examine the State's witnesses at the trial of the case.

*WHEREFORE*, defendant moves this Court to approve payment to Laurel W. Farrar at the conclusion of the above-styled case for expenses relating to the foregoing in the projected amount of $ 400.00

EZELL & CHANCEY, LLP

By: _____

Laurel W. Farrar
Attorneys for Defendant
P. O. Drawer 2500
Phenix City, AL  36868-2500
(334)  297-2400
Attorney Code FAR-036

## CERTIFICATE OF SERVICE

I hereby certify that I am attorney for defendant and that I have served a copy of the within and foregoing motion upon the District Attorney of Russell County, Alabama, by placing a copy thereof in a receptacle held in his name in the Office of the Clerk of this Court, this 4th day of December, 2002.

_____

Laurel W. Farrar

000316

~~SECRET BALLOT JURORS ONLY~~
~~TERM DATE: 12-02-2002   PAGE: 001   STATUS: A~~
~~STRIKE   JUROR'S NAME~~                    STRIKE   JUROR'S NAME

| | |
|---|---|
| 0009 BRADSHAW ELSA POSEPO | 8 ~~0116 THACKER PEGGY BONNITA~~ |
| 6 ~~0020 CALHOUN ROBERT LEE~~ | ~~0117 THOMAS STACEY~~ 9 |
| 0025 COCHRAN (CHIP) EMORY A | ~~0123 WELLS WANDA HUTCHINS~~ 4 |
| exc: ~~0027 CORCORAN T MIKE~~ | ~~0129 WOLFINGER RODNEY MARTIN~~ 9 |
| ~~0036 COX GORDON EUGENE~~ C/D 3 | |
| 10 ~~0033 DEESE JESSE ROY~~ | CC-02-186-187-188      12-05-02 |
| 0038 ELLIOTT ALPHONSO | |
| 7 ~~0039 ETHRIDGE G WAYNE~~ | State of AL vs Jerry Whitley |
| ~~0041 FINCHER JAMES JULIUS SR~~ 1 | Landreau        Farrar |
| ~~0044 FREY LLOYD CECIL~~ 2 | |
| 1 ~~0046 GLASS TANYA FREEMAN~~ | |
| 2 ~~0057 HOLLOWAY WILLIE GRIGGS~~ | |
| 4 ~~0059 HOOD OZELL~~ | |
| 3 ~~0062 HUGULEY EVELYN B~~ | |
| 0068 JOHNSON-GIBBS NICOLE | |
| exc: ~~0070 JONES MICHAEL WAYNE~~ | |
| ~~0071 JORDAN TAMARA MATTHEWS~~ 7 | |
| 0073 KIRBY DEL LEE | |
| 11 0076 LANDINGHAM T GARY   Alt | |
| exc. ~~0077 LEE TIFFANY DANIELLE~~ | |
| ~~0078 LEWIS ANNIE LEE WILLIAM~~ 6 | |
| ~~0083 MARTIN MINNIE ELAINE~~ 9 | |
| 0089 MOORE BOB THOMAS | |
| 0100 POWELL JIMMY E | |
| 0101 RATHEL E JO | |
| ~~0103 RICE G RONNIE~~ 10 | |
| 0106 SANDERS SYLVIA JOHNSTON | |
| 0108 SCHLEY DESHUNDA LAFAYE | |
| 0109 SCOTT-CROW MICHELLE | |
| 0110 SELLS MARY TIPPS | |
| ~~0111 SESSIONS KIM MICHELE~~ 5 | |
| C/D 8 ~~0113 SMITH JESSIE WILLIAMS~~ | |

| S | D |
|---|---|
| 1 - 48 | 1 - 41 |
| 2 - 57 | 2 - 44 |
| 3 - 62 | 3 - 28 |
| 4 - 59 | 4 - 123 |
| 5 - ~~100~~ 113 | 5 - 111 |
| 6 - 20 | 6 - 78 |
| 7 - 39 | 7 - 71 |
| 8 - 115 | 8 - 83 |
| 9 - ~~83~~ 117 | 9 - 128 |
| 10 - 33 | 10 - 103 |
| 11 - 76     Alt. | |

000317

STATE OF ALABAMA                    *        IN THE CIRCUIT COURT OF

                                    *

    VS.                             *        RUSSELL COUNTY, ALABAMA

                                    *

JERRY WHITLEY                       *        CASE NO. CC-02-186,187,188

## STATE'S REQUESTED JURY CHARGE #1

I charge you Ladies and Gentlemen of the Jury that if a person is knowingly in possession

of 28 grams or more of Methamphetamine of any mixture containing Methamphetamine then

he is guilty of the crime of Trafficking in Possession.

GIVEN _____

DENIED __12/5/02__    _given in orignal general charge_

000318

STATE OF ALABAMA      *      IN THE CIRCUIT COURT OF

               *

               *

    VS.            *      RUSSELL COUNTY, ALABAMA

               *

JERRY WHITLEY       *      CASE NO. CC-02-186,187,188

## STATE'S REQUESTED JURY CHARGE #2

I charge you Ladies and Gentlemen of the Jury that if where an illegal drug is commingled with or diffused in a mixture, you *may* ~~must~~ count the weight of the entire mixture in determining if the defendant knowingly possessed 28 grams or more of a methamphetamine mixture.

GIVEN _____

DENIED _____

000319

STATE OF ALABAMA     *    IN THE CIRCUIT COURT OF

          *    RUSSELL COUNTY, ALABAMA

   VS.        *

          *    CASE NO. CC-02-186,187,188

JERRY WHITLEY     *

### STATE'S REQUESTED JURY CHARGE #3

I charge you Ladies and Gentlemen of the Jury that when a controlled substance is found

*Rebuttal PRESUMPTION*

on premises controlled by the defendant there is an inference under the law that the defendant

possessed the controlled substance.

GIVEN _____.

DENIED _____

000320

STATE OF ALABAMA      *      IN THE CIRCUIT COURT OF

                   *

                   *      RUSSELL COUNTY, ALABAMA

     VS.            *

JERRY WHITLEY      *      CASE NO. CC-02-186,187,188

## STATE'S REQUESTED JURY CHARGE #4

I charge you Ladies and Gentlemen of the Jury that constructive possession occurs when a defendant exerts or is able to exert dominion and control over the controlled substance.

GIVEN _____

DENIED _____

STATE OF ALABAMA                    *          IN THE CIRCUIT COURT OF
                                   *
    VS.                             *          RUSSELL COUNTY, ALABAMA
                                   *
JERRY WHITLEY                        *          CASE NO. CC-02-186,187,188


## STATE'S REQUESTED JURY CHARGE #5

I charge you Ladies and Gentlemen of the Jury that a defendants knowledge of a controlled

substance may be established by circumstantial evidence and does not depend upon ownership.

*BUT DOES REQUIRE POSSESSION*


GIVEN _____/_____



DENIED _____

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | CRIMINAL CASE NUMBER |
| Plaintiff, | ) | CC-02-186, 187, 188 |
| | ) | |
| vs. | ) | |
| | ) | |
| JERRY E. WHITLEY, | ) | |
| Defendant. | ) | |

## DEFENDANT'S REQUESTED JURY CHARGE #1
## CONSTRUCTIVE POSSESSION

One of the elements which the State must prove in this case is possession. What do we mean by "possession?" To Possess means to have actual and immediate dominion or control over the object alleged to be possessed. There are two kinds of possession: actual and constructive. Where the State seeks a conviction based on the accused's alleged constructive possession of illegal drugs, it must establish that the accused had knowledge of the presence of those drugs.

If you find that the accused is in exclusive possession of the premises where the illegal drugs are found, it may be inferred that he had knowledge of the presence of the drugs. However, if you find that the accused is not in exclusive possession of the premises where the drugs are found, you may not infer that the accused knew of the presence of those drugs without some other circumstances to support such an inference.

Palmer v. State, 593 So.2d 143 (Ala. Crim. App. 1991).

*12/5/10*

*given*        *grg*

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA,                  )        CRIMINAL CASE NUMBER
                  Plaintiff,       )        CC-02-186, 187, 188
                                   )
vs.                                )
                                   )
JERRY E. WHITLEY,                  )
                  Defendant.       )

## DEFENDANT'S REQUESTED JURY CHARGE #2
## ELEMENTS OF CONSTRUCTIVE POSSESSION

There is an inference of constructive possession when the controlled substance is found

on the premises owned or controlled by the accused.  Three elements are necessary to establish

possession of a controlled substance.  They are:

1.   Actual or potential physical control,

2.   Intention to exercise dominion,

3.   External manifestations of intent and control.

Rawls v. State, 585 So.2d 241 (Ala. Crim. App. 1991).
Donahoo v. State, 505 So. 2d 1067 (Ala. Crim. App. 1986).

*given 12/5/0*

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA,                    )        CRIMINAL CASE NUMBER
                Plaintiff,           )        CC-02-186, 187, 188
                                     )
                                     )
vs.                                  )
                                     )
JERRY E. WHITLEY,                    )
                Defendant.           )

## DEFENDANT'S REQUESTED JURY CHARGE #3
## REQUIREMENT OF PROOF OF POSSESSION

Conviction for the possession of illegal drugs cannot be based on constructive possession alone. Where the state relies on constructive possession, it is necessary that the prosecution prove that the defendant had knowledge of the presence of the illegal drugs. Moreover, where the accused is not in exclusive possession of the premises upon which illegal drugs are found, this knowledge may not be inferred without other evidence that connects the defendant with the contraband.

McGruder v. State, 560 So. 2d 1137 (Ala. Crim. App. 1989).

*given 12/5/0*

000325

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA                    )

VS.                                 )        CASE NO.  CC 02-187

JERRY E. WHITLEY                    )

    DEFENDANT.                      )


## GUILTY VERDICT

    We the jury, find the defendant, Jerry E. Whitley guilty of the offense of Unlawful possession of a controlled substance as charged in the indictment.


_____
Foreperson

_____12-5-02_____
Date

STATE OF ALABAMA,       )  IN THE CIRCUIT COURT OF

    PLAINTIFF,      )  RUSSELL COUNTY, ALABAMA

                 )  CASE NO. CC 02-187

VS.                 )

JERRY E. WHITLEY      )

    DEFENDANT.      )

### VERDICT

December 5, 2002.  Now comes the defendant, with assistance of counsel, for trial by a jury of twelve upon his plea of not guilty.

December 5, 2002.  Now comes the jury and returns its unanimous verdict as follows:  "We, the Jury, find the defendant, Jerry E. Whitley, guilty of the offense of Unlawful possession of a controlled substance, as charged in the indictment.

Date: December 5, 2002; Nicole Gibbs, Foreperson."
The verdict being in proper form, the Court accepts the verdict.

The defendant is remanded to the custody of the Sheriff of Russell County.  Sentencing is scheduled for January 14, 2003 at 10:00 A.M.

                              _____
                        George R. Greene, Circuit Judge

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA,
     Plaintiff,

vs.

JERRY E. WHITLEY,
     Defendant.

)
)
)
)
)
)
)

CRIMINAL CASE NUMBER
CC-02-186-188

## ORDER ON MOTION FOR APPROVAL OF
## COURT REPORTER EXPENSES

Upon consideration of the Motion for Approval of Court Reporter Expenses Pursuant to

*May v. State* filed by the attorney for the defendant in the above-stated cause, the Court is of the

opinion that the expenses requested to be reimbursed relating to transcripts of guilty pleas of co-

defendants and testimony presented at the suppression hearing in the case are "expenses

reasonably incurred" and due to be approved in advance and that said motion is due to be

granted.

**IT IS, THEREFORE, ORDERED** that the Comptroller for the State of Alabama

reimburse Laurel W. Farrar at the conclusion of her representation of the defendant at the trial

court level in the above-styled case the projected approximate sum of $ _400_ for the

purpose of obtaining the said transcripts.

*SO ORDERED*, this _4th_ day of _December_, 2002.

_____
Honorable George R. Greene
Judge, Russell County Circuit Court

STATE OF ALABAMA,

        PLAINTIFF,

VS.

JERRY E. WHITLEY

        DEFENDANT.

IN THE CIRCUIT COURT OF 000328
RUSSELL COUNTY, ALABAMA

CASE NO.: CC 02-186-188

## ORDER

The defendant having filed a Motion in Limine and the Court having considered same, the Motion is granted in part and denied in part in open court on the day of trial.

DONE this the 5th day of December 2002.

_____
JUDGE, CIRCUIT COURT

FILED IN OFFICE
2002 DEC -9  AM 11: 45
RUSSELL COURT
[illegible]

STATE OF ALABAMA                          )        IN THE CIRCUIT COURT OF
                PLAINTIFF,                )        RUSSELL COUNTY, ALABAMA
                                          )
                                          )        CASE NO.: CC 02-186-188
        VS.                               )
                                          )
JERRY E. WHITLEY                          )
                DEFENDANT.                )

## ORDER

The defendant having filed a motion for approval of extraordinary expenses for additional laboratory analysis and the Court having reviewed and considered same, it is ORDERED that the motion is denied.

DONE this the 5th day of December 2002.


_____
JUDGE, CIRCUIT COURT

FILED IN OFFICE
2002 DEC -9  AM 11:45

1/14/03

NAME: _Jeremy Whitten_         CC _02-186-188_

## EXTENSION OF PROBATION OR PAROLE DATE NOTICE FOR FAILURE TO PAY COURT ORDERED MONIES

The length of time of probation or parole shall be automatically extended for six month intervals for all Defendants who have not fully paid all court ordered monies prior to the expiration of their initial term of probation or prior to the end of their parole date. Court ordered monies includes: fines, court costs, fees, and restitution.

The total of court ordered monies due in this case is ___5667.00___ + Atty fees

50,000 - Fin
1800 - Ind f
+ 400 - VCF

All Defendants must keep a current address on file with the Circuit Clerk's Office of Russell County, Alabama. Failure to do so will be considered a violation of the Defendants' probation or parole.

George R. Greene
Circuit Judge

STATE OF ALABAMA )
VS. )
*Jerry Eugene Whitley* )
    DEFENDANT )

IN THE CIRCUIT COURT OF
RUSSELL COUNTY, AL
CASE NO. CC _02-187_

## SENTENCING ORDER

The defendant and counsel, and counsel for the State of Alabama appeared in open court for the defendant to be
sentenced on his/her conviction of _Unlawful possession of a controlled_
_substance_

## HABITUAL FELONY OFFENDER

___ Defendant is sentenced as a habitual offender under the provision of Section 13A-5-9 and 10 of the Code of
Alabama.

## SENTENCE

___ The Court conducted a sentencing hearing.

___ A pre-sentence report was requested by the defendant and considered by the Court.

___ Defendant waived a pre-sentence investigation and report.

___ Defendant is sentenced to the custody of the Commissioner of the Department of Corrections for a period of
___5___ year(s) _____ life.

___ Sentence to include five (5) years enhancement pursuant to 13A-12-270, Code of Alabama, and an additional
five (5) years enhancement pursuant to 13A-12-250, Code of Alabama.

___ Defendant is sentenced to the custody of the Sheriff of Russell County for a period of _____ month(s)
_____ days.

___ Defendant's sentence shall be concurrent with the sentence(s) imposed in _CC-02-186_

___ Defendant shall pay restitution in the amount of $_____ to _____
The Clerk of the court is authorized to collect and disburse the restitution. Restitution is to be paid prior to
other court costs.

___ Defendant shall be given credit for time served.

___ Defendant shall pay a fine in the amount of $_____.

___ Defendant shall pay $10.00 per day incarceration fee.

___ Defendant shall pay the cost of this case.

___ Defendant shall pay the Alabama Crime Victims Compensation Commission $_100_.

___ Defendant shall perform _____ hours of community service.

___ Defendant is assessed with $1000.00 penalty mandated by the Demand Reduction Assessment Account,
Section 13A-12-281 of the Code of Alabama which will be suspended upon defendant's agreement to enroll in
rehabilitation program and pay for same. The defendant may apply to the Court to reduce the amount due
by any payments defendant has made.

___ Defendant shall undergo a substance abuse program while at the Department of Corrections.

✓ Defendant shall complete a substance abuse program through the Court Referral Officer.

___ Defendant is assessed with $100.00 to Forensic Services Trust Fund Act No. 95-733.

___ Defendant's drivers license are suspended for a period of 6 months.

___ Defendant shall reimburse the State of Alabama the costs of his/her appointed counsel.

___ Payment of court ordered monies shall be a condition of parole, early release, S.I.R., or work release.

___ Defendant shall submit to the taking of DNA samples.

___ Defendant shall register as a sex offender.

## SUSPENDED SENTENCE

___ Sentence is suspended, and the defendant is placed on ___ supervised ___ unsupervised probation for a period of _____.

## SPLIT SENTENCE

___ Sentence is suspended, and the defendant is placed on supervised probation for a period of _____, however, as a first condition of probation the defendant shall serve a period of _____ in the custody of the commissioner of the Department of Corrections/Sheriff of Russell County. Upon release from incarceration, the defendant must report within 5 days to the Russell County Probation Office.

## REVERSE SPLIT SENTENCE

___ Sentence is suspended, and the defendant is placed on supervised probation for a period of _____; however, upon completion of said probation period, the defendant shall serve a period of _____ in the custody of the Sheriff of Russell County, Alabama.

## BOOT CAMP

___ Defendant shall serve up to 180 days in the custody of the Commissioner of the Department of Corrections and he shall successfully complete the disciplinary, Rehabilitation program. When said program is completed or defendant is released from said program, he shall be returned to this Court for a hearing on his application for probation.

✓ Defendant waives any right to appeal and waives any right to any post conviction remedy.

___ Defendant was advised that he/she has the right to appeal his/her conviction and sentence, and if declared indigent he/she has the right to appointed counsel and the court reporter's transcript will be provided without cost to the defendant.

___ Review is scheduled for _____, 2003 at _____.

___ Defendant gave oral notice of appeal.

DONE and ORDERED in open court this 14th day of January 2003.

_____
JUDGE, CIRCUIT COURT

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | IN THE CIRCUIT COURT OF |
| VS. | ) | RUSSELL COUNTY, ALABAMA |
| JERRY E. WHITLEY | ) | CASE NOS.: CC 02-186, -187, -188 |

## NOTICE OF APPEAL AND MOTION TO
## APPOINT APPELLATE COUNSEL

Comes now Defendant, by and through his counsel of record, gives notice of appeal of his

conviction and Sentencing Order dated January 14, 2003, in the above matters and moves the

Court to appoint an attorney to represent him on appeal.

WHEREFORE, the Defendant gives notice of Appeal and prays the Court will appoint

appellate counsel within the time to file a Motion for New Trial.

This the __14th__ Day of __January__, 2003.

EZELL & CHANCEY, LLP

By: _____

Laurel W. Farrar
Attorneys for Defendant
1200 8th Avenue
P. O. Drawer 2500
Phenix City, AL  36868-2500
(334)  297-2400
Attorney Code FAR-036

FILED IN OFFICE
2003 JAN 14  AM 1:47

CERTIFICATE OF SERVICE

I hereby certify that I am attorney for the defendant and that I have served a copy of the

within and foregoing Request for Discovery upon the District Attorney of Russell County,

Alabama, by placing a copy thereof in a receptacle held in his name in the Office of the Clerk of

this Court, this 14th day of January, 2003.

Laurel W. Farrar

000336

ALABAMA JUDICIAL DATA CENTER
TRANSCRIPT OF RECORD
DISPOSITION REPORT

CC 2002 000184.00 01
GEORGE F. GREENE

CIRCUIT COURT OF RUSSELL COUNTY                    COURT OPI: 057015 J

CITY OF SL0105214        VS.                DC NO: GJ 2001 000286.00
WHITLEY JERRY EUGENE        ALIAS:          G J: 167
150 REYNOLDS ROAD            ALIAS:          SSN: 259177161
FORTSON GA 31808                             SID: 000000000
                                             AIS:

DOB: 09/20/1965    SEX: M   HT: 5 06   WT: 145  HAIR: BRO   EYE: BRO
RACE: (X)W ( )B ( )O   COMPLEXION: _____  AGE: _____  FEATURES: _____

DATE OFFENSE: 09/21/2001   ARREST DATE: 09/21/2001   ARREST OPI: 0570000

CHARGES @ CONV    CITES       CT CL COURT ACTION          CA DATE
POSS/REC CONTR. SU 13A-012-212   01 C  CONVICTED          12/05/2002
                                  00                      00/00/0000
                                  00                      00/00/0000

JUDGE: GEORGE F. GREENE              PROSECUTOR: LANDREAU BUSTER

PROBATION APPLIED  GRANTED  DATE    REARRESTED DATE  REVOKED  DATE
( )Y( )N         ( )Y( )N          ( )Y( )N _____  ( )Y( )N _____

15-18-8, CODE OF ALA 1975   IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
( )Y ( )X)N  CONFINEMENT:  05 00 000  00 00 000  05 00 000  00 00 339
                PROBATION :  00 00 000              00 00 000
DATE SENTENCED: 01/14/2003           SENTENCE BEGINS: 01/14/2003

PROVISIONS                   COSTS/RESTITUTION        DUE        ORDERED

PENITENTIARY                 RESTITUTION            $0.00        $0.00
CONCURR SENT                 ATTORNEY FEE           $0.00        $0.00
DOC/SAPP PGM                 CRIME VICTIMS        $100.00      $100.00
DRUG                         COST                 $767.00      $767.00
                             FINE                   $0.00        $0.00
                             MUNICIPAL FEES         $0.00        $0.00
                             DRUG FEES           $1160.00     $1160.00
                             ADDTL DEFENDANT       $15.00       $15.00
                             DA FEES                $0.00        $0.00
                             COLLECTION ACCT        $0.00        $0.00
                             JAIL FEES              $0.00        $0.00

                             TOTAL              $2042.00     $2042.00

APPEAL DATE      SUSPENDED        AFFIRMED          REARREST
(X)Y( )N 1|14|03   ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____

REMARKS:                    THIS IS TO CERTIFY THAT THE
                            ABOVE INFORMATION WAS EXTRACTED
  Consec. to CC-02-188      FROM OFFICIAL COURT RECORDS
                            AND IS TRUE AND CORRECT.

                            *Kathy Coulter*

                            KATHY COULTER

                            01/16/2003

OPERATOR: JJS
PREPARED: 01/16/2003

STATE OF ALABAMA ) IN THE CIRCUIT COURT OF

VS. ) RUSSELL COUNTY, ALABAMA

JERRY E. WHITLEY ) CASE NOS.: CC 02-186, -187, -188

## NOTICE OF APPEAL AND MOTION TO
## APPOINT APPELLATE COUNSEL

Comes now Defendant, by and through his counsel of record, gives notice of appeal of his

conviction and Sentencing Order dated January 14, 2003, in the above matters and moves the

Court to appoint an attorney to represent him on appeal.

WHEREFORE, the Defendant gives notice of Appeal and prays the Court will appoint

appellate counsel within the time to file a Motion for New Trial.

This the 14th Day of January, 2003.

EZELL & CHANCEY, LLP

By: _____

Laurel W. Farrar
Attorneys for Defendant
1200 8th Avenue
P. O. Drawer 2500
Phenix City, AL  36868-2500
(334) 297-2400
Attorney Code FAR-036

## CERTIFICATE OF SERVICE

I hereby certify that I am attorney for the defendant and that I have served a copy of the within and foregoing Request for Discovery upon the District Attorney of Russell County, Alabama, by placing a copy thereof in a receptacle held in his name in the Office of the Clerk of this Court, this 14th day of January, 2003.

Laurel W. Farrar

000338

STATE OF ALABAMA VS WHITLEY JERRY EUGENE

APPEAL DATE: 01/14/2003

INDIGENCY STATUS:
    GRANTED INDIGENCY STATUS AT TRIAL COURT: ___ ___ YES ___ ___ NO
    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: ___ ___ YES ___ ___ NO
    INDIGENT STATUS REVOKED ON APPEAL: ___ ___ YES __X__ NO
    INDIGENT STATUS GRANTED ON APPEAL: ___ ___ YES ___ ___ NO

DEATH PENALTY: NO

APPEAL TYPE: STATE CONVICTION
----------------------------------------------------------------------
THIS IS AN APPEAL FROM A CONVICTION.

DATE OF CONVICTION: 12/05/2002          DATE OF SENTENCE: 01/14/2003

YOUTHFUL OFFENDER STATUS: DENIED

CC/CASE NUMBER: 57/CC 2002 000187.00      ACTION: CONVICTED
CODE: VPCO   CONVICTION: POSS/REC CONTR.   STATUTE: 13A-012-212

SENTENCE:   CONF: 05 YRS 00 MOS 000 DAYS
SENTENCE:   PROB: 00 YRS 00 MOS 000 DAYS      LIFE: NO   LIFEWO: NO
----------------------------------------------------------------------
POST-JUDGMENT MOTIONS FILED:   DT FILED      DT DENIED      CON BY AGREE
--- MOTION FOR NEW TRIAL      ----------    ----------     ------------
--- MOTION FOR JUDG. OF ACQUIT ----------   ----------     ------------
--- MOTION TO W/D GUILTY PLEA  ----------   ----------     ------------
--- MOTION FOR ATTY TO W/DRAW  ----------   ----------     ------------
--- OTHER ------------------   ----------   ----------     ------------
----------------------------------------------------------------------
COURT REPORTER(S):            WILSON, LINDA S.
ADDRESS:                      C/O HON. GEORGE R. GREENE
                              PHENIX CITY   ,  AL  36867

APPELLATE COUNSEL #1:         FARRAR LAUREL WHEELING
ADDRESS:                      PO DRAWER 2500

PHONE NUMBER:                 PHENIX CITY   ,  AL  36868
                              334-297-2400

APPELLATE COUNSEL #2:         ------------------------------
ADDRESS:                      ------------------------------
                              ------------------------------
PHONE NUMBER:                 ------------------------------

APPELLANT (PRO SE):           WHITLEY JERRY EUGENE
ADDRESS:                      150 REYNOLDS ROAD
                              FORTSON     ,  GA  318080000
AIS #:

APPELLEE (IF CITY APPEAL):    ------------------------------
ADDRESS:                      ------------------------------
                              ------------------------------
----------------------------------------------------------------------
I CERTIFY THAT THE INFORMATION PROVIDED              OPERATOR: SHG
ABOVE IS ACCURATE TO THE BEST OF MY          PREPARED: 01/17/2003
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO      _Kathy Coulter/TW_
THIS ACTION ON THIS _17th_ DAY OF _January_, 2003   CIRCUIT COURT CLERK

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | CRIMINAL CASE NUMBER |
| Plaintiff, | ) | CC-02-186-188 |
| | ) | |
| vs. | ) | |
| | ) | |
| JERRY E. WHITLEY, | ) | |
| Defendant. | ) | |

## MOTION FOR DESIGNATION OF INDIGENCY TO
## PROCEED ON APPEAL IN FORMA PAUPERIS

Comes now the defendant in the above styled action, and respectfully the Court to allow

him to proceed on appeal forma pauperis upon the following grounds, to wit:

1.    The defendant is penniless and unable to obtain money to appeal his case.

2.    The defendant meets every test under State law that prescribes standards of

indigency and an affidavit is attached herein in support thereof.

WHEREFORE, the defendant prays that he be designated an indigent for purposes of

appealing from the judgment and verdict of conviction entered in this Court on the 14th of

January, 2003.

Respectfully requested, this the ___ Day of __January__, 2003.

EZELL & CHANCEY, LLP

By: _____
Laurel W. Farrar
Attorneys for Defendant
1200 8th Avenue
P. O. Drawer 2500
Phenix City, AL  36868-2500
(334)  297-2400
Attorney Code FAR-036

000340

## CERTIFICATE OF SERVICE

I hereby certify that I am attorney for the defendant and that I have served a copy of the within and foregoing Motion to for Designation of Indigency upon the District Attorney of Russell County, Alabama, by placing a copy thereof in a receptacle held in his name in the Office of the Clerk of this Court, this day of January, 2003.

Laurel W. Farrar

State of Alabama
Unified Judicial System

Form ARAP-26 (front)     8/91

# COURT OF CRIMINAL APPEALS
## DOCKETING STATEMENT

### A. GENERAL INFORMATION:

☑ CIRCUIT COURT   ☐ DISTRICT COURT   ☐ JUVENILE COURT OF   RUSSELL   COUNTY

JERRY EUGENE WHITLEY , Appellant

V.   ☑ STATE OF ALABAMA   ☐ MUNICIPALITY OF _____

| Case Number CC-02-186,187,188 | Date of Complaint or Indictment 01/16/02 | Date of Judgment/Sentence/Order 01/14/03 |
| --- | --- | --- |
| Number of Days of Trial/Hearing  2  Days | Date of Notice of Appeal Oral: 01/14/03 | Written: 01/14/03 |

Indigent Status Requested: ☑ Yes ☐ No          Indigent Status Granted: ☐ Yes ☐ No

### B. REPRESENTATION:

Is Attorney Appointed or Retained?   ☑ Appointed   ☐ Retained.     If no attorney, will appellant represent self?   ☐ Yes   ☐ No

Appellant's Attorney (Appellant if pro se) (Attach additional pages if necessary)
LAUREL W. FARRAR (trial)

Telephone Number 334 297-2400

Address P.O. Drawer 2500       City Phenix City       State AL       Zip Code 36868-2500

### C. CODEFENDANTS: List each CODEFENDANT and the codefendant's case number.

| Codefendant | Case Number |
| --- | --- |
| Caylene E. White | CC 2002-110,11 |
| Wayne M. Meadows | CC 2002-179,180,-181 |
| Steven D. Moseson | CC 2002-160 |

### D. TYPE OF APPEAL: Please check the applicable block.

1 ☑ State Conviction
2 ☐ Post-Conviction Remedy
3 ☐ Probation Revocation
4 ☐ Pretrial Order
5 ☐ Contempt Adjudication
6 ☐ Municipal Conviction
7 ☐ Juvenile Transfer Order
8 ☐ Juvenile Delinquency
9 ☐ Habeas Corpus Petition
10 ☐ Other (Specify)

### E. UNDERLYING CONVICTION/CHARGE: Regardless of the type of appeal checked in Section D, please check the box beside each offense category for which the appellant has been convicted or charged as it relates to this appeal. Also include the applicable section of the Code of Alabama for State convictions.

1 ☐ Capital Offense - § _____
2 ☐ Homicide - § _____
3 ☐ Assault - § _____
4 ☐ Kidnapping/Unlawful Imprisonment - § _____
5 ☑ Drug Possession - § 13A-12-212
6 ☑ Trafficking in Drugs - § 13A-12-231
7 ☐ Theft - § _____
8 ☐ Damage or Intrusion to Property - § _____
9 ☐ Escape - § _____
10 ☐ Weapons/Firearms - § _____
11 ☐ Fraudulent Practices - § _____
12 ☐ Offense Against Family - § _____
13 ☐ Traffic - DUI - § _____
14 ☐ Traffic - Other - § _____
15 ☑ Miscellaneous (Specify): Resisting Arrest - § 13AA-10-41

### F. DEATH PENALTY:

Does this appeal involve a case where the death penalty has been imposed?   ☐ Yes   ☑ No

### G. TRANSCRIPT:

1. Will the record on appeal have a reporter's transcript?   ☑ Yes   ☐ No
2. If the answer to question "1" is "Yes," state the date the Reporter's Transcript Order was filed.   01/23/03   (Date)
3. If the answer to question "1" is "No":
   (a) Will a stipulation of facts be filed with the circuit clerk?   ☐ Yes   ☐ No
   (b) Will the parties stipulate that only questions of law are involved and will the trial court certify the questions?   ☐ Yes   ☐ No

NOTE: If the appeal is from the district or juvenile court and the answer to question "1" is "No," then a positive response is required for question 3(a) or 3(b).

Form ARAP-26 (back)   6/91

**H. POST-JUDGMENT MOTIONS:** (List all post-judgment motions, the date of filing, type of motion, and disposition.
(whether by trial court order or by the provisions of Rules 20.3 and 24.4 (ARCrP)):

| DATE OF FILING | | | TYPE OF POST-JUDGMENT MOTION | DATE OF DISPOSITION | | |
|---|---|---|---|---|---|---|
| Month | Day | Year | | Month | Day | Year |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**I. NATURE OF THE CASE:** Without argument, briefly summarize the facts of the case.




**J. ISSUE(S) ON APPEAL:** Briefly state the anticipated issues that will be presented on appeal. *(Attach additional pages if necessary.)*




**K. SIGNATURE:**


_____      _____
Date                                              Signature of Attorney/ Party Filing this Form

# TRANSCRIPT PURCHASE ORDER
## OF RECORD IN CIVIL CASE

000343

(To be filled in by ...)

State of Alabama
Unified Judicial System

Form ARAP-1A      Rev. 8/91

*(See Rules 10(b) and 11(a) of the Alabama Rules of Appellate Procedure)*

| APPELLANT | JERRY EUGENE WHITLEY |
|---|---|

| v.   APPELLEE | STATE OF ALABAMA |
|---|---|

| Civil Action Number | Trial Judge GEORGE R. GREENE | |
|---|---|---|
| Court Reporter LINDA WILSON | County RUSSELL | Date of Notice of Appeal 1/14/03 / 1/17/03 ORAL & WRITTEN |

**PART I.** TO BE COMPLETED AND FILED WITH THE COURT REPORTER BY APPELLANT WITHIN 7 DAYS OF THE FILING OF THE NOTICE OF APPEAL.

A. Request is hereby made to the reporter for a transcript of the following proceedings (give particulars):

NOTE: Exhibits are included in the clerk's record and need not be specified - see Rule 10(b)(1), A.R.App.p.

- ☑ Entire Transcript
- ☐ Testimony of Plaintiff
- ☐ Testimony of Defendant
- ☐ Testimony of Witness _____
- ☐ Testimony of Witness _____

- ☐ Oral Charges to the Jury
- ☐ Objection to Oral Charge
- ☐ Objection to Refused Requested Written Charge(s), Numbers _____
- ☐ Others: _____

NOTE: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Pages 4 and 5.

B. I CERTIFY that I HAVE paid the Court Reporter the estimated cost of transcribing that part of the proceedings I have deemed necessary to be included in the record.

1/23/03 _____ Signature _____      334-297-2400
Date                                                          Telephone Number

NOTE: Upon Completion of PART I, Appellant should distribute pages as follows:

| * | Pages 1, 2 and 3 - Court Reporter | Page 4 - Trial Court | Page 5 - Appellee | Page 6 - Retained by Appellant |
|---|---|---|---|---|

**PART II.** TO BE COMPLETED BY COURT REPORTER ON SAME DATE TRANSCRIPT PURCHASE ORDER IS RECEIVED.

A. 
| Date Transcript Purchase Order Received | Estimated Completion Date |
|---|---|
| Estimated Number of Pages                      ) | Estimated Cost |

B. I CERTIFY THAT ☐ I HAVE ☐ I HAVE NOT *(check one)* been paid the estimated cost of the transcript.

_____      _____                  _____
Date                    Signature                              Telephone Number

NOTE: Upon Completion of PART II, Court Reporter should distribute pages as follows:

| * | Pages 1 and 2 - Retained by the Court Reporter | Page 3 - Transmitted to the Appropriate Appellate Court on Same Date Transcript Purchase Order is Received. |
|---|---|---|

**PART III.** CERTIFICATE OF COMPLETION OF REPORTER'S TRANSCRIPT.

NOTE: This is to be completed by court reporter on date of filing of transcript in trial court. On the day of completion, this certificate must be forwarded to the appropriate appellate court (Page 2) and copies thereof shall be served on the clerk of the trial court and each of the parties.

I CERTIFY that I have this date completed and filed with the clerk of the trial court the original of a true and correct transcript of the evidence and matters designated by the parties. All pages are numbered serially in the upper right corner of the pages, prefaced by an index, and ending with the following number: _____

I CERTIFY that photocopies of this certificate are this date being served on the clerk of the trial court and each of the parties, along with a copy of the index (with copies of the transcript as ordered).

Dated this _____ day of _____, _____      _____
                                                                                   Court Reporter

NOTE: Upon Completion of PART III, Court Reporter should distribute pages as follows:

| * | Page 1 - Retained by the Court Reporter | Page 2 - Transmitted to the Appropriate Appellate Court |
|---|---|---|

| * Distribution Code: | Page 1: White | Page 2: Blue | Page 3: Green | Page 4: Canary | Page 5: Pink | Page 6: Goldenrod |
|---|---|---|---|---|---|---|

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

|                          |     |                       |
|--------------------------|-----|-----------------------|
| STATE OF ALABAMA,        | )   | CRIMINAL CASE NUMBER  |
| Plaintiff,               | )   | CC-02-186-188         |
|                          | )   |                       |
| vs.                      | )   |                       |
|                          | )   |                       |
| JERRY E. WHITLEY,        | )   |                       |
| Defendant.               | )   |                       |

## ORDER ON MOTION TO WITHDRAW AND
## APPOINTING COUNSEL ON APPEAL

Upon consideration of the Motion to Withdraw filed by the attorney for the defendant in the above-stated cause, the Court is of the opinion that the same is due to be granted.

IT IS, THEREFORE, ORDERED that Laurel W. Farrar, attorney, be, and hereby is, allowed to withdraw from representation, and that the Hon. *Chuck Floyd*, attorney, be, and is, hereby appointed to represent the defendant on appeal.

SO ORDERED, this the *20* day of *Feb*, 2003.

_____
Honorable George Greene
Judge, Russell County Circuit Court

Form C-10  Page 2 of 2    Rev. 1/98

AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER

000345

Monthly Expenses: (cont'd page 1)
    Credit Card Payment(s)
    Educational/Employment Expenses
    Other Expenses (be specific) _____

              Sub-Total                            A  $ _None_

B.   Child Support Payment(s)/Alimony       $  _40 weekly_

              Sub-Total                            B  $ _None_

C.   Exceptional Expenses           $  _None_

       TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)  $  _None_

---

Total Gross Monthly Income Less total monthly expenses:

        DISPOSABLE MONTHLY INCOME             $  _None_

---

4.   LIQUID ASSETS:
    Cash on Hand/Bank (or otherwise available such as stocks,
    bonds, certificates of deposit)          $ _____
    Equity in Real Estate (value of property less what you owe)
    Equity in Personal Property, etc. (such as the value of
    motor vehicles, stereo, VCR, furnishing, jewelry, tools,
    guns, less what you owe)
    Other (be specific)
    Do you own anything else of value?  ☐ Yes  ☐ No
    (land, house, boat, TV, stereo, jewelry)
    If so, describe _____

              TOTAL LIQUID ASSETS           $ _None_

---

5.   Affidavit/Request
    I swear or affirm that the answers are true and reflect my current financial status.  I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury.  I authorize the court or its authorized representative to to obtain records of information pertaining to my financial status from any source in order to verify information provided by me.  I further understand and acknowledge that, if the court appoints an attorney to represent me the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

_____ day of _____, 19 _____.

                        Affiant's Signature

_____          _Aaron Whitley_
Judge/Clerk/Notary               Print or Type Name

---

ORDER OF COURT

SECTION II.
IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
   ☐ Affiant is not indigent and request is DENIED.
   ☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay
      $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise
      ordered and disbursed as follows:
   ☐ Affiant is indigent and request is GRANTED.
   ☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _Charles Floyd, III_ is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this _____ 20 _____ day of _Feb_ 19 _2007_

                                   Judge

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA,                )        CRIMINAL CASE NUMBER
     Plaintiff,                )        CC-02-186-188
                                 )
vs.                              )
                                 )
JERRY E. WHITLEY,                )
     Defendant.                )

## ORDER DESIGNATING INDIGENCY TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

The defendant's motion for designation for indigency having been read, and upon

defendant's attached affidavit of poverty having been considered, it appears that the said

defendant, Jerry E. Whitley, is indigent, and because of his poverty unable to prosecute his

appeal and is without funds to pay an attorney for said appeal.  Whereupon, the Court does

hereby designate defendant, Jerry E. Whitley, because of his poverty, as an indigent and unable to

pay an attorney to prosecute this appeal.

SO ORDERED, this the _20_ day of _Feb_, 2003.

_____
Honorable George Greene
Judge, Russell County Circuit Court

ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL TO THE COURT OF CRIMINAL APPEALS
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT OF RUSSELL COUNTY    JUDGE: GEORGE R. GREENE
STATE OF ALABAMA VS WHITLEY JERRY EUGENE

APPEAL DATE: 01/14/2003

INDIGENCY STATUS:
    GRANTED INDIGENCY STATUS AT TRIAL COURT:          __X__ YES    _____ NO
    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:    __X__ YES    _____ NO
    INDIGENT STATUS REVOKED ON APPEAL:                _____ YES    __X__ NO
    INDIGENT STATUS GRANTED ON APPEAL:                __X__ YES    _____ NO

DEATH PENALTY: NO

APPEAL TYPE: STATE CONVICTION

THIS IS AN APPEAL FROM A CONVICTION.

DATE OF CONVICTION: 12/05/2002          DATE OF SENTENCE: 01/14/2003

YOUTHFUL OFFENDER STATUS: DENIED

CC/CASE NUMBER: 57/CC 2002 000187.00          ACTION: CONVICTED
CODE: VPCO   CONVICTION: POSS/REC CONTR.      STATUTE: 13A-012-212

SENTENCE:   CONF: 05 YRS 00 MOS 000 DAYS      LIFE: NO   LIFEWO: NO
SENTENCE:   PROB: 00 YRS 00 MOS 000 DAYS

POST-JUDGMENT MOTIONS FILED:    DT FILED      DT DENIED      CON BY AGREE
___ MOTION FOR NEW TRIAL        _____     _____      _____
___ MOTION FOR JUDG. OF ACQUIT  _____     _____      _____
___ MOTION TO W/D GUILTY PLEA   _____     _____      _____
_X_ MOTION FOR ATTY TO W/DRAW   01/20/2003    _____      02/24/2003
___ OTHER _____     _____     _____

COURT REPORTER(S):              WILSON, LINDA S.
ADDRESS:                        C/O HON. GEORGE R. GREENE
                                PHENIX CITY   , AL  36867

APPELLATE COUNSEL #1:           FLOYD CHARLES EDDIE III
ADDRESS:                        P. O. BOX 759

                                PHENIX CITY   , AL  36868
PHONE NUMBER:                   205-297-3378

APPELLATE COUNSEL #2:           _____
ADDRESS:                        _____
                                _____
                                _____
PHONE NUMBER:                   _____

APPELLANT (PRO SE):             WHITLEY JERRY EUGENE
ADDRESS:                        150 REYNOLDS ROAD
                                FORTSON   , GA  318080000
AIS #:

APPELLEE (IF CITY APPEAL):      _____
ADDRESS:                        _____

                                                    OPERATOR: SHG
I CERTIFY THAT THE INFORMATION PROVIDED          PREPARED: 02/24/2003
ABOVE IS ACCURATE TO THE BEST OF MY
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO     _Kathy Coulter / TW_
THIS ACTION ON THIS 24th DAY OF February, 2003   CIRCUIT COURT CLERK

STATE OF ALABAMA,                    )        IN THE CIRCUIT COURT OF
                                     )        RUSSELL COUNTY, ALABAMA
            PLAINTIFF,               )
                                     )        CASE NO.: CC 02-186-188
                                     )
        VS.                          )
                                     )
JERRY WHITLEY                        )
                                     )
            DEFENDANT.               )

## ORDER

The Order dated February 20, 2003 granting defendant's motion to proceed on appeal in forma pauperis and appointment of attorney is hereby recalled and set aside as this Order was issued in error. The defendant has retained Hon. Michael Williams, Sr., Attorney for purposes of appeal.

DONE this the 27th day of February 2003.

_____
JUDGE, CIRCUIT COURT

000349

JUDICIAL DATA CENTER
NOTICE OF APPEAL
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT OF   RUSSELL COUNT
JUDGE: GEORGE R. GREENE

STATE OF ALABAMA VS WHITLEY JERRY EUGENE

APPEAL DATE: 01/14/2003

INDIGENCY STATUS:
  GRANTED INDIGENCY STATUS AT TRIAL COURT:        __X__ YES   _____ NO
  APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:  __X__ YES   _____ NO
  INDIGENT STATUS REVOKED ON APPEAL:              __X__ YES   _____ NO
  INDIGENT STATUS GRANTED ON APPEAL:              _____ YES   __X__ NO

DEATH PENALTY: NO

APPEAL TYPE: STATE CONVICTION

THIS IS AN APPEAL FROM A CONVICTION.

DATE OF CONVICTION: 12/05/2002          DATE OF SENTENCE: 01/14/2003

YOUTHFUL OFFENDER STATUS: DENIED

CO/CASE NUMBER: 57/CC 2002 000187.00     ACTION: CONVICTED
CODE: VPCO    CONVICTION: POSS/REC CONTR.  STATUTE: 13A-012-212

SENTENCE:   CONF: 05 YRS 00 MOS 000 DAYS     LIFE: NO   LIFEWO: NO
SENTENCE:   PROB: 00 YRS 00 MOS 000 DAYS

POST-JUDGMENT MOTIONS FILED:    DT FILED      DT DENIED      CON BY AGREE
___ MOTION FOR NEW TRIAL        _____     _____      _____
___ MOTION FOR JUDG. OF ACQUIT  _____     _____      _____
___ MOTION TO W/D GUILTY PLEA   _____     _____      02/24/2003
_X_ MOTION FOR ATTY TO W/DRAW   01/20/2003    _____      02/24/2003
___ OTHER _____     _____     _____      _____

COURT REPORTER(S):              WILSON, LINDA S.
ADDRESS:                        C/O HON. GEORGE R. GREENE
                                PHENIX CITY  ,  AL  36867

APPELLATE COUNSEL #1:           WILLIAMS J MICHAEL SR
ADDRESS:                        P O BOX 1068

                                AUBURN        ,  AL  36831
PHONE NUMBER:                   205-705-0200

APPELLATE COUNSEL #2:           _____
ADDRESS:                        _____
                                _____
                                _____

PHONE NUMBER:                   _____

APPELLANT (PRO SE):             WHITLEY JERRY EUGENE
ADDRESS:                        150 REYNOLDS ROAD
                                FORTSON    ,  GA  318080000

AIS #:

APPELLEE (IF CITY APPEAL):      _____
ADDRESS:                        _____
                                _____

                                                OPERATOR: SHG
I CERTIFY THAT THE INFORMATION PROVIDED          PREPARED: 02/28/2003
ABOVE IS ACCURATE TO THE BEST OF MY
KNOWLEDGE AND I HAVE SERVED A COPY OF       *Kathy Coulter / TW*
THIS NOTICE OF APPEAL ON ALL PARTIES TO      CIRCUIT COURT CLERK
THIS ACTION ON THIS 28th DAY OF February, 2003

State of Alabama
Unified Judicial System

Form C-62A    Rev. 7/2000

**ATTORNEY FEE DECLARATION**
(Adult)
[For Work Performed On or After 10/1/2000]

Case Number

County

Page 49 of 50

CC 02-__ and 188

Jurisdiction    Year    Cause    Suffix

**Mark Appropriate Court:**

Circuit Court of  Russell  County
☐ District Court of _____ County
☐ Municipal Court of _____
☐ Alabama Court of Criminal Appeals
☐ Alabama Court of Civil Appeals
☐ Supreme Court of Alabama

**Indicate if Original Charge is:**

Capital Case (or charge carrying sentence of life without parole)
☒ Class A Felony
☐ Class B Felony
☐ Class C Felony
☐ Other
Appeal
Petition for Writ of Certiorari
Post-Conviction/Habeas Corpus

**Limits**

☐ (No Limit) CC
☒ ($3,500) FA
☐ ($2,500) FB
☐ ($1,500) FC
☒ ($1,000) OT
☐ ($2,000) AP
☐ ($2,000) WC
☐ ($1,000) PC

**Attorney Name (Please type or print)**

LAUREL W. FARRAR

63-1246664
Social Security Number or FEIN

STYLE OF CASE:  ☒ STATE OF ALABAMA
☐ MUNICIPALITY OF _____    v.  Jerry E. Whitley
Defendant

CHARGE:  Trafficking, Possession, Resisting Arrest

Companion case numbers and charges or convictions: _____

The undersigned attorney declares that on (date)  2/20/02 , the Honorable  George R. Greene
_____, Judge, appointed the undersigned to represent the above-named defendant or appellant, and on (date)  12/5/02 , Judge. The case was disposed of by

the case was heard by the Honorable  George R. Greene
Conviction
(Plea of guilty, conviction, acquittal, affirmance, reversal, cert. denied)

| | | |
|---|---|---|
| (1) In-Court Appearance (Trial Level or Post-Conviction Proceeding) | Total Hours  18.6 x $60.00 per hour = | 1,116.00 |
| (2) Out-of-Court Preparation (Trial Level or Post-Conviction Proceeding) | Total Hours  103.5 x $40.00 per hour = | 4,140.00 |
| (3) Preparation (Appellate Level) | Total Hours __ x $60.00 per hour = | |
| (4) Extraordinary Expenses (If approved in advance by court) | | 586.67 |
| (5) Overhead Expenses (If approved in advance by court) | Total Hours  122.1 x $38.46 Per hour = | 4,695.97 |
| | TOTAL CLAIM OF ATTORNEY | 10,538.64 |

**NOTICE TO ATTORNEY:**   Complete this form. Attach a copy of a complete itemization of (1) in-court appearances; (2) out-of-court preparation; (3) preparation for appeals; (4) extraordinary expenses; and/or (5) overhead expenses reflecting the date of actions and amount of time involved in each activity. Make a copy of same for the court's record and a copy for your records.

The undersigned attorney further declares that the above claim is true and correct and represents the services actually rendered by him/her as an attorney and the amount is due and payable. I further declare that the above claim is not a duplication of charges and expenses in any case (companion or otherwise).

Signature of Attorney

Attorney Code  FAR-036

Sworn to and subscribed before me this  13th
day of  February , 2003

Notary Public - My Commission Exp. 11-22-06

**Mailing Address of Attorney**
(please type or print) (including city, state, and zip code)
EZELL & CHANCEY, LLP
P.O. Drawer 2500, 1200 8th Avenue
Phenix City, AL 36868-2500
Telephone Number  (334)297-2400  Fax Number  (334)297-3842

I, the undersigned judge, hereby certify that the foregoing claim has been presented to me, and I have reviewed the same and believe the same to be true and correct. I am further of the opinion that said attorney is not duplicating said charges and expenses in any case (companion or otherwise).

Based on the above, I hereby approve the declaration and claim in the amount of $  10,538.64

Done this  10  day of  March  2003    Judge's Signature

**NOTICE TO ATTORNEY AND JUDGE:** Sections 15-12-21 through 15-12-23, Code of Alabama 1975, provide for the payment of attorney fees and extraordinary expenses incurred by counsel appointed to represent indigent defendants at the trial level, on appeal (including petition for writ of certiorari to the Alabama Supreme Court) and in post-conviction proceedings.

THIS FORM MUST CONTAIN ORIGINAL SIGNATURES OF THE ATTORNEY AND THE JUDGE. THIS FORM WITH ATTACHED ITEMIZATION MUST BE SUBMITTED TO THE TRIAL COURT JUDGE OR PRESIDING JUDGE OR CHIEF JUSTICE OF THE APPELLATE COURT FOR APPROVAL. AFTER APPROVAL, FILE WITH THE CLERK, WHO SHALL SUBMIT THE ORIGINAL DECLARATION TO THE STATE COMPTROLLER (EXCEPT IN MUNICIPAL CASES) FOR AUDIT.

Filed in the Clerk's Office at  Russell Co. , Alabama, on  3/11/03
date

EXCEPT IN MUNICIPAL CASES, MAIL TO: State Comptroller, Indigent Defense Section, P. O. BOX 302602, Montgomery, Alabama 36130-2602

Original: Comptroller           Yellow: Court File           Pink: Attorney

| | | | |
|---|---|---|---|
| Total In-Court Time | 18.6 | hours x $60.00= | 1,116.00 |
| Total Out-of-Court Time | 103.5 | hours x $40.00= | 4,140.00 |
| Overhead Expenses:<br>Overhead | 122.1 | hours x $38.46= | 4,695.97 |
| Photocopies (correspondence 68; pleadings 570; copies of cases 105) | 743.0 | copies x 25¢= | 185.75 |
| Postage and fax charges | 40.0 | x 37¢= | 14.80 |
| Certified Mail charges | 2.0 | x $4.80= | 9.60 |
| Mileage to Auburn 10/22/02 | 78.0 | miles @34¢ | 26.52 |
| Extraordinary Expenses:<br>Independent Laboratory Analyses | 2.0 | tests x $75.00 | 350.00 |

TOTAL AMOUNT DUE..................................................................................10,538.64


EZELL & CHANCEY, LLP

By: _____
Laurel W. Farrar
Attorneys for Defendant
P. O. Drawer 2500
Phenix City, AL 36868-2500
(334) 297-2400
Attorney Code FAR-036