IN THE CIRCUIT COURT OF...

STATE OF ALABAMA,
    Plaintiff,

vs

JERRY E. WHITLEY,
    Defendant.

CRIMINAL CASE NUMBER
CC-02-186, 187, 188

## ATTORNEY'S FEE DECLARATION

| IN-COURT TIME | | |
|---|---|---|
| DATE | ACTION | TIME |
| 2/20/02 | In court - hearing - appointment | 0.4 |
| 4/9/02 | In court - hearing - docket call | 0.5 |
| 6/19/02 | In court - hearing docket call | 0.6 |
| 6/20/02 | In court - motion hearing | 1.8 |
| 7/29/02 | In court - hearing - docket call | 0.2 |
| 8/26/02 | In court - hearing on motion to suppress | 1.7 |
| 9/4/02 | In court - hearing - docket call | 3.1 |
| 10/16/02 | In court - hearing - docket call | 0.2 |
| 10/23/02 | In court - hearing - motion in limine and writ of habeas corpus | 0.5 |
| 11/19/02 | In court - hearing - docket call | 0.4 |
| 12/2/02 | In court - hearing - jury qualification | 1.3 |
| 12/5/02 | In court - trial | 7.0 |
| 1/14/03 | In court - hearing - sentencing | 0.9 |
| | Total In-Court Time | 18.6 |

| OUT-OF-COURT TIME | | |
|---|---|---|
| DATE | ACTION | TIME |
| 2/20/02 | Travel from court | 0.2 |
| 2/20/02 | Preparation of, filing and serving motions | 0.5 |
| 2/20/02 | Review of indictments | 0.3 |
| 2/22/02 | Conference with attorney Rick Chancey, client's attorney at preliminary hearing level | 0.3 |
| 2/26/02 | Receipt and review of orders | 0.1 |
| 2/27/02 | Receipt and review of State's motion for discovery and motion for consolidation of offenses | 0.3 |

000353

## OUT-OF-COURT TIME

| DATE | ACTION | TIME |
|------|--------|------|
| 2/28/02 | Receipt and review of message from client's brother | 0.1 |
| 2/28/02 | Preparation of motion for reduction of bond | 0.4 |
| 2/28/02 | Conference with D.A.; Receipt and review of discovery and plea offer | 0.3 |
| 2/28/02 | Letter to client | 0.4 |
| 3/1/02 | Review, revise and finalize motion for reduction of bond; filing and serving | 0.3 |
| 3/4/02 | Conference with attorney Rick Chancey | 0.4 |
| 3/4/02 | Receipt and review of order on State's motion for discovery | 0.3 |
| 3/4/02 | Receipt and review of letters from client | 0.4 |
| 3/4/02 | Telephone call from client's brother | 0.1 |
| 3/5/02 | Travel to and from jail for conference with client | 1.6 |
| 3/8/02 | Receipt and review of order denying motion for reduction of bond; forward copy to client | 0.2 |
| 3/8/02 | Legal research re reasonableness of bond | 0.5 |
| 3/11/02 | Telephone conference with Clerk of Court of Criminal Appeals | 0.2 |
| 3/11/02 | Drafting writ of petition for habeas corpus | 0.6 |
| 3/12/02 | Legal research | 0.4 |
| 3/12/02 | Review, revise and finalize petition for writ of habeas corpus | 0.5 |
| 3/12/02 | Filing and service of petition for writ of habeas corpus; letter to client; Receipt and review of letter from client | 0.7 |
| 3/13/02 | Receipt and review of letter from client | 0.1 |
| 3/14/02 | Receipt and review of letter from client | 0.1 |
| 3/15/02 | Receipt and review of letter from client | 0.1 |
| 3/16/02 | Receipt and review of letter from client | 0.1 |
| 3/18/02 | Receipt and review of message from client | 0.1 |
| 3/20/02 | Receipt and review of letter from client | 0.1 |
| 3/21/02 | Receipt and review of order reducing bond amounts | 0.1 |
| 3/21/02 | Receipt and review of order from Court of Criminal Appeals for response to petition for writ of habeas corpus | 0.1 |
| 3/22/02 | Travel to and from jail for conference with client | 1.0 |
| 3/28/02 | Letter to client re bond reduction | 0.1 |
| 4/2/02 | Receipt and review of response to petition for writ of habeas corpus | 0.5 |
| 4/3/02 | Conference with attorney Rick Chancey | 0.1 |

## OUT-OF-COURT TIME

| DATE | ACTION | TIME |
|------|--------|------|
| 4/4/02 | Telephone call from client's father | 0.2 |
| 4/4/02 | Legal research | 0.1 |
| 4/9/02 | Travel to and from court for docket call | 0.3 |
| 4/10/02 | Receipt and review of Attorney General's motion to accept substitute exhibit to response | 0.2 |
| 4/10/02 | Letter to client with copies of filings | 0.4 |
| 4/11/02 | Receipt and review of Court of Criminal Appeals dismissal of petition for writ of habeas corpus; letter to client with copy | 0.1 |
| 4/17/02 | Telephone conference with client | 0.9 |
| 4/25/02 | Letter to client | 0.1 |
| 5/23/02 | Telephone conference with Buster Landreau | 0.2 |
| 5/23/02 | Receipt and review of State's motion for joinder of defendants at trial | 0.1 |
| 5/24/02 | Preparation of, filing and serving objection to motion for joinder; forward copies of filings to client | 0.4 |
| 5/24/02 | Travel to and from D.A.'s office; review of prosecutor's tapes | 2.0 |
| 6/4/02 | Conference with client; notes | 0.6 |
| 6/11/02 | Telephone conference with D.A.'s office; telephone call to client; notes | 0.4 |
| 6/11/02 | Legal research; drafting motions | 0.5 |
| 6/13/02 | Review, revise and finalize motions; preparation of, filing and serving Motion to Suppress Arrest and Evidence and Search Warrant, Motion to Permit Independent Analysis and Motion for Approval of Extraordinary Expenses; forward copies to client | 1.2 |
| 6/17/02 | Receipt and review of lab report and message from D.A. | 0.2 |
| 6/17/02 | Conference with Buster Landreau | 0.8 |
| 6/18/02 | Legal research re lab/mixture | 0.6 |
| 6/18/02 | Preparation of, filing and serving Motion for Further Analysis of Alleged Controlled Substance and Motion to Exclude Laboratory Report | 1.0 |
| 6/19/02 | Travel to and from court for docket call | 0.2 |
| 6/19/02 | Legal research | 1.0 |
| 6/19/02 | Drafting and filing motions and subpoena requests; deliver subpoenas to Sheriff's office | 1.5 |
| 6/19/02 | Review, revise and finalize, filing and serving Motion to Continue | 0.2 |
| 6/19/02 | Telephone calls to witnesses and a witness's employer re attendance at hearing on 6/20/02 | 0.2 |

| | OUT-OF-COURT TIME | |
|---|---|---|
| DATE | ACTION | TIME |
| 6/20/02 | Preparation for hearing | 0.3 |
| 6/20/02 | Travel to and from court for hearing | 0.3 |
| 6/20/02 | Conference with client prior to hearing | 0.3 |
| 6/20/02 | Conference with co-defendant's attorney Jeremy Armstrong | 0.9 |
| 6/20/02 | Legal research on issues re sentencing | 1.4 |
| 6/20/02 | Telephone calls to Department of Corrections and Department of Pardons and Paroles | 0.6 |
| 6/20/02 | Letters to witnesses | 0.2 |
| 6/20/02 | E-mail to Department of Corrections | 0.3 |
| 6/20/02 | Telephone call to office of Federal Public Defenders | 0.1 |
| 6/20/02 | Telephone call from Federal Public Defenders; telephone call to Buster Landreau | 0.4 |
| 6/20/02 | Telephone call to Martindale-Hubbell to look for expert witness | 0.2 |
| 6/20/02 | Telephone call to Buster Landreau; telephone call from client | 0.2 |
| 6/21/02 | Travel to and from D.A.'s office to pick up tapes and player | 0.5 |
| 6/21/02 | Conference with client | 1.0 |
| 6 /21/02 | Receipt and review of order denying approval of extraordinary expenses | 0.1 |
| 6/21/02 | Preparation of, filing and serving Motion for Reconsideration of motion for extraordinary expenses | .4 |
| 6/21/02 | Conference with Buster Landreau | 0.6 |
| 6/25/02 | Telephone call from Department of Corrections | 0.3 |
| 6/25/02 | Receipt and review of order denying motion for reconsideration; letter to client | 0.2 |
| 7/3/02 | Telephone call from client | 0.4 |
| 7/8/02 | Telephone calls to Smith-Kline Laboratories | 0.3 |
| 7/11/02 | Receipt of notice of docket call; letter to client; conference with client | 0.3 |
| 7/16/02 | Telephone call from client; notes; telephone calls to Smith-Kline | 0.3 |
| 7/23/20 | Telephone calls to witnesses | 0.1 |
| 7/24/02 | Telephone call to potential expert witness Dr. Hiatt; fax lab report to Dr. Hiatt; telephone call from Dr. Hiatt | 0.6 |
| 7/25/02 | Receipt and review of order to show cost and time for completion of independent analysis | 0.1 |
| 7/25/02 | Telephone call to Buster Landreau; telephone call to client | 0.3 |

| | OUT-OF-COURT TIME | |
|---|---|---|
| DATE | ACTION | TIME |
| 7/26/02 | Preparation of, filing and serving Supplemental Information in Support of Motion for Reconsideration of Extraordinary Expenses | 0.7 |
| 7/29/02 | Travel to and from court for hearing, docket call, filing | 0.4 |
| 7/29/02 | Conference with Buster Landreau and conference with client prior to hearing | 0.2 |
| 7/29/02 | Receipt and review of order granting motion for consolidation of cases for trial | 0.1 |
| 7/31/02 | Preparation of proposed order; fax to Dr. Hiatt | 0.6 |
| 8/6/02 | Telephone call to Dr. Hiatt | 0.1 |
| 8/6/02 | Telephone calls to Forensic Sciences, Department of Transportation re method for shipping samples | 0.7 |
| 8/7/02 | Telephone calls to shipping agencies | 0.4 |
| 8/9/02 | Receipt and review of Order for Transport of samples | 0.1 |
| 8/15/02 | Receipt and review of State's motion to amend order for transport | 0.5 |
| 8/16/02 | Preparation of, filing and serving objection to motion to amend order | 0.5 |
| 8/19/02 | Letter to client; telephone call to Buster Landreau; telephone call to Dr. Hiatt | 0.3 |
| 8/22/02 | Conference with attorney Rick Chancey | 0.8 |
| 8/22/02 | Telephone call from client; telephone call from Ed Berry | 0.2 |
| 8/22/02 | Telephone calls to attorneys Joel Collins, Tommy Worthy and Jeremy Armstrong re co-defendants | 0.5 |
| 8/22/02 | Letter to Buster Landreau | 0.2 |
| 8/23/02 | Preparation of, filing and serving motion in limine | 0.3 |
| 8/23/02 | Telephone call from client | 0.2 |
| 8/23/02 | Preparation and delivery of subpoenas; telephone calls and letters to witnesses | 1.3 |
| 8/23/02 | Conference with Clerk; preparation of, filing and serving motion to transport witness Steven Mosseson to suppression hearing; deliver motion | 0.8 |
| 8/23/02 | Telephone conference with client | 0.2 |
| 8/23/02 | Telephone conference with witness Carolyn Martin | 0.2 |
| 8/23/02 | Receipt and review of Buster Landreau and State's Notice of Intent to Seek Sentencing Enhancements | 0.1 |
| 8/23/02 | Conference with attorney Rick Chancey | 0.7 |
| 8/23/02 | Telephone call to Buster Landreau; telephone call to Forensic Science lab | 0.3 |
| 8/26/02 | Preparation for hearing on motion to suppress | 1.9 |

## OUT-OF-COURT TIME

| DATE | ACTION | TIME |
|---|---|---|
| 8/26/02 | Telephone call to Jeremy Armstrong; telephone call to client | 0.4 |
| 8/26/02 | Travel to and from court for hearing | 0.4 |
| 8/26/02 | Conference with client prior to hearing | 0.2 |
| 8/26/02 | Conference with client after hearing | 0.1 |
| 8/28/02 | Receipt and review of order denying motion | 0.1 |
| 8/28/02 | Preparation of, filing and serving motion to continue | 0.4 |
| 9/4/02 | Travel to and from court for docket call | 0.3 |
| 9/4/02 | Preparation of motion to set aside writ of arrest and withdraw revocation of bond (client was late for docket call); conference with client's mother; preparation of affidavit for client's mother in support of motion; filing and serving motion | 1.0 |
| 9/4/02 | Telephone conferences with Dr. Hiatt; telephone call to Forensic Science lab | 0.3 |
| 9/5/02 | Preparation of, filing and serving amendment to motion | 0.3 |
| 9/5/02 | Receipt and review of letter from Buster Landreau re shipping samples | 0.2 |
| 9/18/02 | Receipt and review of several letters from client | 0.4 |
| 9/18/02 | Preparation of, filing and serving petition for writ of habeas corpus | 0.6 |
| 9/23/02 | Preparation of, filing and serving motion to compel compliance with order for transport of samples | 1.0 |
| 9/23/02 | Letter to client | 0.2 |
| 9/23/20 | Letter to client; delivery of letter to jail with copies of filings | 0.6 |
| 9/24/02 | Travel to and from jail for conference with client; notes to file | 0.5 |
| 9/27/02 | Receipt and review of State's response to motion to compel | 0.3 |
| 10/1/02 | Preparation of, filing and serving reply to State's response | 0.7 |
| 10/7/02 | Receipt and review of letters from client | 0.3 |
| 10/9/02 | Telephone call from client's mother | 0.1 |
| 10/10/02 | Receipt and review of letter from client | 0.3 |
| 10/10/02 | Receipt and review of order on motion to compel and order setting hearing on motions to set aside writ of arrest and revocation of bond and motion in limine | 0.3 |
| 10/10/02 | Receipt and review of order setting hearing on petition for writ of habeas corpus and order denying motion to compel | 0.2 |
| 10/10/02 | Research best way to ship samples | 0.3 |
| 10/10/02 | Telephone call from Buster Landreau | 0.2 |

## OUT-OF-COURT TIME

| DATE | ACTION | TIME |
|---|---|---|
| 10/11/02 | Preparation of, filing and serving motion to continue | 0.5 |
| 10/11/02 | Travel to and from jail for conference with client | 0.8 |
| 10/11/02 | Telephone call to Dr. Hiatt | 0.1 |
| 10/15/02 | Telephone conference with Buster Landreau re obtaining samples from Forensic Sciences | 0.3 |
| 10/16/02 | Travel to and from court for docket call | 0.4 |
| 10/16/02 | Telephone conference with Buster Landreau, receipt and review of plea offer | 0.4 |
| 10/16/02 | Telephone calls from client's father | 0.3 |
| 10/16/02 | Conference with client's uncle, Vince Maci; receipt and review of paper from him | 0.4 |
| 10/16/02 | Travel to and from jail for conference with client to discuss plea offer | 0.4 |
| 10/16/02 | Receipt and review of order setting motion hearing | 0.1 |
| 10/17/02 | Telephone call to Buster Landreau with counteroffer to plea agreement | 0.2 |
| 10/17/02 | Travel to and from jail for conference with client | 0.6 |
| 10/18/02 | Travel to and from jail for conference with client | 0.6 |
| 10/21/02 | Letter to client confirming his rejection of plea offer and options | 0.3 |
| 10/21/01 | Travel to and from jail for conference with client | 0.4 |
| 10/22/02 | Telephone call from client's father | 0.1 |
| 10/22/02 | Travel to and from Forensic Sciences Lab to observe collection and packaging of samples for shipment; telephone call to Federal Express agents to pick up samples; telephone call to Dr. Hiatt with tracking number | 3.1 |
| 10/22/02 | Mailing petition for writ of habeas corpus to Court of Criminal Appeals; filing and serving petition; forward copy to client | 0.3 |
| 10/23/02 | Preparation for hearing | 0.4 |
| 10/23/02 | Travel to and from court for hearing | 0.4 |
| 10/23/02 | Telephone conference with client's father | 0.2 |
| 10/24/02 | Letter to court reporter requesting transcripts of guilty pleas and hearing | 0.3 |
| 10/24/02 | Letter to client concerning status of case | 0.4 |
| 10/25/02 | Attempt to reach Dr. Hiatt; fax letter to Dr. Hiatt to request copy of CV | 0.3 |
| 10/25/02 | Receipt and review of order on motion to reduce bond and motion in limine; letter to client with copies | 0.2 |
| 10/29/02 | Telephone calls from client's father | 0.1 |
| 10/29/02 | Receipt and review of letter from client | 0.4 |

## OUT-OF-COURT TIME

| DATE | ACTION | TIME |
|---|---|---|
| 10/29/02 | Response letter to client | 0.4 |
| 10/30/02 | Receipt and review of message from Dr. Hiatt re status of tests | 0.1 |
| 11/4/02 | Telephone call from client's father | 0.2 |
| 11/4/02 | Receipt and review of letter from client | 0.2 |
| 11/6/02 | Receipt and review of Court of Appeals denial of writ of habeas corpus | 0.1 |
| 11/6/02 | Letter to client with copy of order | 0.1 |
| 11/15/02 | Receipt and review of letter from client | 0.1 |
| 11/15/02 | Telephone call from Dr. Hiatt regarding analyses | 0.3 |
| 11/19/02 | Travel to and from court for docket call | 0.2 |
| 11/21/02 | Receipt and review of letter from client | 0.1 |
| 11/22/02 | Receipt and review of telephone messages from client's father | 0.1 |
| 11/25/02 | Receipt and review of letter from client | 0.1 |
| 11/25/02 | Telephone call from court reporter regarding transcripts | 0.1 |
| 11/26/02 | Telephone call and fax to fire department re call on 9/21/02 | 0.3 |
| 11/26/02 | Preparation of motions for trial | 0.3 |
| 11/26/02 | Preparation of jury instructions | 0.2 |
| 11/26/02 | Receipt and review of lab reports and Dr. Hiatt's CV | 0.5 |
| 11/26/02 | Copy reports and CV, dictation of letter to Buster Landreau with copies | 0.3 |
| 11/26/02 | Review of various letters from client; legal research; letter to client | 1.0 |
| 11/26/02 | Preparation of, filing and serving subpoena to fire department | 0.3 |
| 11/26/02 | Legal research re witnesses | 0.5 |
| 12/2/02 | Receipt and review of jury list (venire) | 0.5 |
| 12/2/02 | Synthesis and analysis of juror information | 1.2 |
| 12/2/02 | Review and research of venire | 1.0 |
| 12/2/02 | Travel to and from court for jury qualification | 0.2 |
| 12/2/02 | Preparation for trial | 4.0 |
| 12/3/02 | Preparation of, filing and serving motion to continue and motion for extraordinary expenses | 0.8 |
| 12/3/02 | Letter to client with copies of pleadings and documents; hand deliver to jail | 0.6 |
| 12/3/02 | Preparation for trial | 8.6 |

## OUT-OF-COURT TIME

| DATE | ACTION | TIME |
|---|---|---|
| 12/4/02 | Receipt and review of D.A.'s motion in limine and response to motion for continuance, motion for extraordinary expenses | 0.4 |
| 12/4/02 | Receipt and review of order on motion to continue | 0.1 |
| 12/4/02 | Preparation for trial | 4.7 |
| 12/5/02 | Travel to and from court | 0.4 |
| 12/9/02 | Receipt and review of orders on motions | 0.3 |
| 1/13/03 | Receipt and review of pre-sentencing report | 0.4 |
| 1/14/03 | Travel to and from court | 0.2 |
| 1/14/03 | Preparation of, filing and serving notice of appeal and motion to appoint appellate counsel | 0.6 |
| 1/17/03 | Receipt and review of Notice of Appeal to the Alabama Court of Criminal Appeals | 0.2 |
| 1/17/03 | Telephone conference with Sherrie Greenlees; notes | 0.2 |
| 1/21/03 | Preparation of, filing and service of Motion to Withdraw Representation and to Appoint Appellate Counsel and motion for indigency status | 0.9 |
| 1/21/03 | Travel to and from courthouse to file documents | 0.3 |
| 1/23/03 | Receipt and completion of docketing statement and transcript purchase order, deliver to clerk | 0.5 |
| 1/26/03 | Receipt and review of Informational Notice to Appellant | 0.2 |
| 1/27/03 | Receipt and review of filed copies of above | 0.2 |
| 1/28/03 | Preparation of and mailing certified request for reimbursement of office overhead expenses | 0.5 |
| 2/11/03 | Follow-up telephone call to Sherrie Greenlees at Russell County Circuit Clerk's office re why indigency status motion not ruled on | 0.2 |
| 2/11/03 | Telephone call to Court of Criminal Appeals re delayed paperwork; advised March 11 deadline to produce transcript | 0.1 |
| 2/11/03 | Dictation of letter to clerk with copies of paperwork from Court file | 0.3 |
| 2/12/03 | Letter to client with all of above information | 0.2 |
| 2/12/03 | Preparation of billing; close file | 0.5 |
| | **Total Out-of-Court Time** | 103.5 |

| OVERHEAD EXPENSE | | |
|---|---|---|
| | | 122.1 |
| 2/20/02 | Order Approved | |

_Terry Whitley_     v. _State of Alabama_

Appellant's Name             Appellee

Trial Court Case No. _CC 02-186_     Notice of Appeal Date _1/14/03_
_CC 02-187_
_CC 02-188_

On appeal from the: [X] Circuit Court of
[ ] District Court of    _Russell_    County
[ ] Juvenile Court of

I, _Linda Wilson_, a court reporter in the above referenced case, hereby request a _28_ day extension to complete the transcript in said cause for the reasons I have set out below. Currently this transcript is due on _3/11/03_, and with this extension the transcript will be due on _4/8/03_.

REASONS: _____

_____

_____

_____

_Linda Wilson_          _3/11/03_
Court Reporter             Date

==============================================================

## TRIAL COURT ACTION

[X] Upon consideration of the above request, I hereby grant a _28_ day extension to complete said transcript, thus extending the transcript's due date to _4/8/03_. Upon granting this request, I direct the court reporter to file this order with the Clerk of this Court and to mail or fax a copy hereof to the Clerk of the Court of Criminal Appeals at the address noted below by no later than the transcript due date in effect immediately preceding this order.

[ ] The above referenced request for a local extension is denied.

_V. R. Thaw_          _3/11/03_
Judge's Signature            Date

Note:   Pursuant to Rule 11(c) of the Alabama Rules of Appellate Procedure, local extensions cannot total more than 28 days and cannot be to a date more than 84 days from the date of the notice of appeal.

==============================================================

The Clerk of the Court of Criminal Appeals     Fax (334) 242-4689
P. O. Box 301555
Montgomery, Alabama 36130-1555

P.O. BOX 301555
MONTGOMERY, AL 36130-1555

H. W. "BUCKY" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges

Lane W. Mann, Clerk
Wanda K. Ivey
Assistant Clerk
(334) 242-4590
FAX (334) 242-4689

March 11th, 2003

RE: CR-02-0739

Jerry Eugene Whitley v. State of Alabama (Appeal from Russell Circuit Court: CC02-186;
CC02-187; CC02-188).

        You are hereby notified that the Court of Criminal Appeals acknowledges that the
following action was taken in the above cause by the trial court:

        Additional time is granted to certify the completion of reporter's transcript to
and including 04/08/2003.

                                              Lane W. Mann, Clerk
                                              Court of Criminal Appeals

LWM/sm

cc: Honorable George R. Greene, Circuit Judge
    Honorable Kathy S. Coulter, Circuit Clerk
    Linda S. Wilson, Court Reporter
    Honorable J. Michael Williams, Sr., Attorney, Appellant

FILED IN OFFICE
MAR 13 2003 PM 12:04

000363

MOTION     EXTENSION OF TIME
APPELL...     ...
TO FILE TRANSCRIPT

Fax: (334) 242-4689

: The Clerk of the Court of Criminal Appeals
  P. O. Box 301555
  Montgomery, Alabama 36130-1555

...inal Appeals Case Number     CR 02 - 0739

v. State of Alabama
                                                Appellee

Terry Whitley
Appellant's Name

...rial Court Case No. CC 02-186     Notice of Appeal Date 1/14/03
                     CC 02-187
                     CC 02-188

On appeal from the: [X] Circuit Court of
                    [ ] District Court of     Russell     County
                    [ ] Juvenile Court of

I, Linda Wilson                   , a court reporter in the above referenced case,

...eby request a 28- day extension to complete the transcript in said cause for the reasons

I have set out below. Currently this transcript is due on 4/8/03          , and with this extension

the transcript will be due on 5/6/03      .

REASONS: _____

_____

_____

_____

_____

_____

_____

Linda Wilson                          4/8/03
                                       Date
Court Reporter

Note:    Rule 11(c) of the Alabama Rules of Appellate Procedure prohibits an appellate court from
granting an extension if the request is not received by the clerk of the appellate court within the time
originally prescribed or before the expiration of an extension previously granted. Based on internal
...licy of the Court of Criminal Appeals, no more than two 28-day extensions will be granted.

MOTION FOR THE COURT OF CRIMINAL
APPEALS FOR EXTENSION OF TIME
TO FILE TRANSCRIPT

Fax: (334) 242 -4689

The Clerk of the Court of Criminal Appeals
P. O. Box 301555
Montgomery, Alabama 36130-1555

Criminal Appeals Case Number      CR  02- 0739
                                         v.  State of Alabama
Terry Whitley                                Appellee
Appellant's Name

Trial Court Case No. CC02-186      Notice of Appeal Date 1/14/03
                     CC02-187
                     CC02-188

On appeal from the:  [X] Circuit Court of
                     [ ] District Court of     Russell        County
                     [ ] Juvenile Court of

I, Linda Wilson                    , a court reporter in the above referenced case,

hereby request a 28- day extension to complete the transcript in said cause for the reasons

I have set out below. Currently this transcript is due on 5/6/03          , and with this extension

the transcript will be due on 6/3/03   .

REASONS: _____

_____

_____

_____

_____

_____

_____


Linda Wilson                          5/5/03
Court Reporter                         Date

Note:    Rule 11(c) of the Alabama Rules of Appellate Procedure prohibits an appellate court from
granting an extension if the request is not received by the clerk of the appellate court within the time
originally prescribed or before the expiration of an extension previously granted. Based on internal
policy of the Court of Criminal Appeals, no more than two 28-day extensions will be granted.

DICIAL BUILDING, 300 DEXTER AVENUE
MONTGOMERY, AL 36130-1555

H. W. "BUCKY" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
. KELLI WISE
Judges

Lane W. Mann
Clerk
Wanda K. Ivey
Assistant Clerk
(334) 242-4590
FAX (334) 242-4689

May 5th, 2003

RE: CR-02-0739

Jerry Eugene Whitley v. State of Alabama (Appeal from Russell Circuit Court: CC02-186;
CC02-187; CC02-188).

        You are hereby notified that the following action was taken in the above cause by
the Court of Criminal Appeals:

        Additional time is granted to certify the completion of reporter's transcript to
and including 06/03/2003.

                                                    Lane W. Mann, Clerk
                                                    Court of Criminal Appeals

LWM/sm


cc: Honorable George R. Greene, Circuit Judge
    Honorable Kathy S. Coulter, Circuit Clerk
    Linda S. Wilson, Court Reporter
    Honorable J. Michael Williams, Sr., Attorney, Appellant

000367

```
ACRO370          ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2002 000188.00
OPER: TIW                    CASE ACTION SUMMARY
PAGE:   1                     CIRCUIT  CRIMINAL              RUN DATE: 06/05/2003
```

IN THE CIRCUIT COURT OF  RUSSELL

JUDGE: GRG

CITY OF SL0105214              VS    WHITLEY JERRY EUGENE

CASE: CC 2002 000188.00

FORTSON, GA  31808 0000

DOB: 09/20/1965        SEX: M  RACE: W  HT: 5 06  WT: 145     HR: BRO EYES: BRO
SSN: 259177161  ALIAS NAMES:

CHARGE01: RESISTING ARREST        CODE01: REST  LIT: RESISTING ARRE TYP: M #: 001
OFFENSE DATE: 09/21/2001             AGENCY/OFFICER: 0570000

DATE WAR/CAP ISS: 09/04/2002         DATE ARRESTED: 09/21/2001
DATE    INDICTED: 01/16/2002         DATE    FILED: 01/23/2002
DATE    RELEASED:                    DATE  HEARING:
      BOND AMOUNT:      $1,000.00       SURETIES:

DATE 1: 01/14/2003  DESC: SENT       TIME: 1000 A
DATE 2: 12/02/2002  DESC: JTRL       TIME: 0900 A

TRACKING NOS: GJ 2001 000287 00  /  DC 2001 002357 00  /  WR 2001 003012 00

    DEF/ATY: FARRAR LAUREL WHEELING    TYPE: A
             PO DRAWER 2500                                              TYPE:

        PHENIX CITY   AL 36868                         00000

PROSECUTOR: LANDREAU BUSTER


OTH CSE: GJ200100028700 CHK/TICKET NO:                GRAND JURY: 168
COURT REPORTER: _____ SID NO:    000000000
DEF STATUS: PRISON          DEMAND:                      OPER: JOS

  TRANS DATE    ACTIONS, JUDGEMENTS, AND NOTES                           OPE
```

| TRANS DATE | ACTIONS, JUDGEMENTS, AND NOTES | OPE |
|---|---|---|
| 01/23/2002 | SET FOR:  ARRAIGNMENT ON 02/20/2002 AT 1000A(AR01) | JOS |
| 02/20/2002 | ***APPRAIGNMENT ORDER*** | JOS |
| 02/20/2002 | ORDER APPOINTING THE HON. LAUREL FARRAR, DEFENDANT | JOS |
| 02/20/2002 | WAIVES READING OF INDICTMENT AND ENTERS | JOS |
| 02/20/2002 | A PLEA OF NOT GUILTY. | JOS |
| 02/20/2002 | SET FOR: JURY TRIAL ON 05/13/2002 AT 0900A  (AR10) | JOS |
| 02/20/2002 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP | JOS |
| 02/22/2002 | MOTION FOR APPROVAL OF EXPENSES | JOS |
| 02/22/2002 | REQUEST FOR DISCOVERY | JOS |
| 02/27/2002 | ORDER ON DEFENDANT'S REQUEST FOR DISCOVERY | JOS |
| 02/27/2002 | MOTION FOR CONSOLIDATION OF OFFENSES | JOS |
| 02/27/2002 | MOTION FOR DISCOVERY BY STATE | JOS |
| 02/27/2002 | NOTICE OF COMPLIANCE WITH DISCOVERY REQUEST | JOS |
| 02/28/2002 | ORDER ON MOTION FOR DISCOVERY BY STATE | JOS |
| 03/01/2002 | MOTION FOR APPROVAL OF EXPENSES GRANTED | JOS |
| 03/04/2002 | MOTION FOR REDUCTION OF BOND | JOS |
| 03/05/2002 | WRITTEN PLEA OF NOT GUILTY AND WAIVER OF | JOS |

```
ACRO470              ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2002 000188.00
OPER: TIW                    CASE ACTION SUMMARY
PAGE:    2                   CIRCUIT  CRIMINAL               RUN DATE: 06/05/2003
============================================================================
IN THE CIRCUIT COURT OF  RUSSELL                                      JUDGE: GPG

CITY OF SL0105214              VS    WHITLEY JERRY EUGENE

CASE: CC 2002 000188.00
                                       FORTSON, GA  31808 0000

DOB: 09/20/1965      SEX: M  RACE: W  HT: 5 06  WT: 145  HR: BRO EYES: BRO
SSN: 259177161  ALIAS NAMES:
============================================================================
```

| TRANS DATE | ACTIONS, JUDGEMENTS, AND NOTES | OPE |
|---|---|---|
| 03/05/2002 | ARRAIGNMENT | JOS |
| 03/06/2002 | MOTION FOR REDUCTION OF BOND DENIED | JOS |
| 03/13/2002 | PETITION FOR WRIT OF HABEAS CORPUS (BOND REDUCED) | JOS |
| 03/15/2002 | CASE SET ON 04/23/2002 | JOS |
| 03/15/2002 | NOTICE FLAG SET TO: N | JOS |
| 03/18/2002 | ORDER FROM THE COURT OF CRIMINAL APPEALS THAT THE | JOS |
| 03/18/2002 | RESPONDENT IS GRANTED 14 DAYS TO RESPOND TO | JOS |
| 03/18/2002 | THE ALLEGATIONS CONTAINED IN THIS PETITION FOR | JOS |
| 03/18/2002 | THE WRIT OF HABEAS CORPUS | JOS |
| 03/27/2002 | ORDER REDUCING BOND TO $1,000.00. | JOS |
| 04/09/2002 | SET FOR: JURY TRIAL ON 05/13/2002 AT 0900A  (AR10) | JOS |
| 04/10/2002 | ORDER OF DISMISSAL OF WRIT OF HABEAS CORPUS FROM | JOS |
| 04/10/2002 | THE COURT OF CRIMINAL APPEALS | JOS |
| 04/15/2002 | (4/9/02) ORDER CONTINUING CASE TO THE MAY 13, | JOS |
| 04/15/2002 | 2002, TRIAL DOCKET. | JOS |
| 04/19/2002 | ADDR1 CHANGED FROM: R.C. JAIL              (AR01) | JOS |
| 04/19/2002 | SURETY ADDED: AAA BONDING CO.              (AR01) | JOS |
| 04/19/2002 | STATUS CHANGED TO: "B" - BOND              (AR01) | JOS |
| 04/19/2002 | DEFENDANT RELEASED FROM JAIL: 04/16/2002   (AR01) | JOS |
| 04/19/2002 | HOME CITY CHANGED FROM: PHENIX CITY        (AR01) | JOS |
| 04/30/2002 | SET FOR: JURY TRIAL ON 06/24/2002 AT 0900A  (AR10) | JOS |
| 05/22/2002 | WITNESS SUBPOENA ISSUED                    AWP24 | JOS |
| 05/23/2002 | MOTION FOR JOINDER OF DEFENDANTS FOR TRIAL | JOS |
| 05/24/2002 | OBJECTION TO CONSOLIDATION | JOS |
| 06/13/2002 | MOTION TO SUPPRESS ARREST AND EVIDENCE AND | JOS |
| 06/13/2002 | SEARCH WARRANT | JOS |
| 06/13/2002 | MOTION FOR APPROVAL OF EXTRAORDINARY EXPENSES | JOS |
| 06/13/2002 | MOTION TO PERMIT INDEPENDENT ANALYSIS | JOS |
| 06/19/2002 | MOTION TO CONTINUE | JOS |
| 06/19/2002 | MOTION TO EXCLUDE LABORATORY REPORT | JOS |
| 06/19/2002 | MOTION FOR FURTHER ANALYSIS OF ALLEGED CONTROLLED | JOS |

```
ACPO370           ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2002 000188.00
OPER: TIW                 CASE ACTION SUMMARY
PAGE:   3                  CIRCUIT   CRIMINAL               RUN DATE: 06/05/2003
======================================================================
IN THE CIRCUIT COURT OF  RUSSELL                              JUDGE: GPG

CITY OF SL0105214              VS    WHITLEY JERRY EUGENE

CASE: CC 2002 000188.00
                               FORTSON, GA  31808 0000

DOB: 09/20/1965        SEX: M  RACE: W  HT: 5 06  WT: 145    HR: BRO EYES: BRO
SSN: 259177161  ALIAS NAMES:
======================================================================
```

| Date | Description | |
|---|---|---|
| 06/19/2002 | SUBSTANCE | JOS |
| 06/20/2002 | SET FOR: JURY TRIAL ON 08/05/2002 AT 0900A  (AR10) | JOS |
| 06/21/2002 | (6/19/02) ORDER CONTINUING TRIAL TO AUGUST 5, 2002 | JOS |
| 06/21/2002 | MOTION FOR APPROVAL OF EXTRAORDINARY EXPENSES | JOS |
| 06/21/2002 | DENIED | JOS |
| 06/25/2002 | MOTION FOR RECONSIDERATION OF DEFENDANT'S MOTION | JOS |
| 06/25/2002 | FOR APPROVAL OF EXTRAORDINARY EXPENSES DENIED | JOS |
| 07/11/2002 | WITNESS SUBPOENA ISSUED                   AWP24 | JOS |
| 07/29/2002 | SUPPLEMENTAL INFORMATION IN SUPPORT OF DEFEN- | JOS |
| 07/29/2002 | DANT'S MOTION FOR RECONSIDERATION OF DEFEN- | JOS |
| 07/29/2002 | DANT'S MOTION FOR APPROVAL OF EXTRAORDINARY | JOS |
| 07/29/2002 | EXPENSES PURSUANT TO MAY V. STATE | JOS |
| 08/05/2002 | (7/29/02) ORDER CONTINUING CASE TO SEPTEMBER 16, | JOS |
| 08/05/2002 | 2002, TRIAL DOCKET. HEARING ON MOTION TO | JOS |
| 08/05/2002 | SUPPRESS SET FOR AUGUST 26, 2002, AT 2:00 PM | JOS |
| 08/05/2002 | MOTION TO CONSOLIDATE GRANTED | JOS |
| 08/05/2002 | SET FOR: JURY TRIAL ON 09/16/2002 AT 0900A  (AR10) | JOS |
| 08/05/2002 | SET FOR: MOTION TO SUPPRES ON 08/26/2002 AT 0200P | JOS |
| 08/16/2002 | OBJECTION TO MOTION TO AMEND ORDER | JOS |
| 08/20/2002 | (7/29/02) MOTION TO CONSOLIDATE GRANTED | JOS |
| 08/23/2002 | DEFENDANT'S MOTION IN LIMINE | JOS |
| 08/23/2002 | MOTION TO TRANSPORT (STEVEN MOSESES-LEE CO.) | JOS |
| 08/23/2002 | ORDER FOR THE RUSSELL COUNTY SHERIFF TO TRANSPORT | JOS |
| 08/23/2002 | STEVEN MOSESON FROM LEE COUNTY JAIL TO APPEAR | JOS |
| 08/23/2002 | IN COURTROOM I AT 2:00 P.M. ON AUGUST 26, 2002. | JOS |
| 08/28/2002 | DEFENDANT'S SECOND MOTION TO CONTINUE | JOS |
| 08/28/2002 | MOTION TO SUPPRESS DENIED | JOS |
| 09/04/2002 | ALIAS WARRANT ISSUED: 09/04/2002         (AR08) | JOS |
| 09/04/2002 | ALIAS WRIT EXECUTED BY PLACING DEFENDANT IN JAIL | JOS |
| 09/04/2002 | MOTION TO SET ASIDE WRIT OF ARREST AND WITHDRAW | JOS |
| 09/04/2002 | REVOCATION OF BOND | JOS |
| 09/05/2002 | AMENDMENT TO MOTION TO SET ASIDE WRIT OF ARREST | JOS |

```
ACPO370              ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2002 000188.00
OPER: TIW                    CASE ACTION SUMMARY
PAGE:    4                   CIRCUIT   CRIMINAL              RUN DATE: 06/05/2003
===================================================================================
IN THE CIRCUIT COURT OF  RUSSELL
                                                                    JUDGE: GRG
CITY OF SL0105214                VS     WHITLEY JERRY EUGENE

CASE: CC 2002 000188.00
                                    FORTSON, GA  31808 0000

DOB: 09/20/1965        SEX: M  RACE: W  HT: 5 06  WT: 145    HR: BRO EYES: BRO
SSN: 259177161  ALIAS NAMES:
===================================================================================
```

| Date | Action | |
|------|--------|----|
| 09/05/2002 | AND WITHDRAW REVOCATION OF BOND | JOS |
| 09/05/2002 | WITNESS SUBPOENA ISSUED                    AWP24 | JOS |
| 09/13/2002 | (9/04/02) UPON FAILURE OF DEFENDANT TO APPEAR IN | JOS |
| 09/13/2002 | COURT, PRELIMINARY FORFEITURE AND ALIAS | JOS |
| 09/13/2002 | ORDERED.   ORIGINAL BOND AMOUNTS REINSTATED, | JOS |
| 09/13/2002 | CASE CONTINUED TO THE OCTOBER 28, 2002, TRIAL | JOS |
| 09/13/2002 | DOCKET. | JOS |
| 09/16/2002 | SET FOR: JURY TRIAL ON 10/28/2002 AT 0900A  (AR10) | JOS |
| 09/19/2002 | PETITION FOR WRIT OF HABEAS CORPUS | JOS |
| 09/23/2002 | MOTION TO COMPEL COMPLIANCE WITH THE COURT'S | JOS |
| 09/23/2002 | ORDER FOR TRANSPORT OF SAMPLES FOR INDEPENDENT | JOS |
| 09/23/2002 | ANALYSIS | JOS |
| 09/26/2002 | RESPONSE TO MOTION TO COMPEL | JOS |
| 10/01/2002 | REPLY TO RESPONES TO MOTION TO COMPEL | JOS |
| 10/09/2002 | WITNESS SUBPOENA ISSUED                    AWP24 | JOS |
| 10/09/2002 | ORDER SETTING HEARING ON MOTION TO SET ASIDE WRIT | JOS |
| 10/09/2002 | OF ARREST AND WITHDRAW REVOCATION OF BOND AND | JOS |
| 10/09/2002 | MOTION IN LIMINE FOR OCTOBER 23, 2002, AT | JOS |
| 10/09/2002 | 3:00 P.M. | JOS |
| 10/10/2002 | MOTION TO COMPEL DENIED | JOS |
| 10/10/2002 | ORDER SETTING HEARING ON WRIT OF HABEAS CORPUS | JOS |
| 10/10/2002 | FOR OCTOBER 23, 2002, AT 3:00 P.M. | JOS |
| 10/11/2002 | MOTION TO CONTINUE | JOS |
| 10/16/2002 | SET FOR: JURY TRIAL ON 12/02/2002 AT 0900A  (AR10) | JOS |
| 10/17/2002 | ORDER CONTINUING TRIAL TO DECEMBER 2, 2002, | JOS |
| 10/17/2002 | MOTIONS HEARING SET FOR OCTOBER 23, 2002, AT | JOS |
| 10/17/2002 | 3:00 P.M. | JOS |
| 10/24/2002 | (10/23/02) MOTION TO REDUCE BOND DENIED.  MOTION | JOS |
| 10/24/2002 | IN LIMINE GRANTED AS TO PHOTOGRAPHS OF CO- | JOS |
| 10/24/2002 | DEFENDANTS AND DENIED AS TO VIDEOTAPE INVOLVING | JOS |
| 10/24/2002 | DEFENDANTS AND CO-DEFENDANTS.  THE COURT | JOS |
| 10/24/2002 | RESERVES RULING ON MOTION IN LIMINE AS TO | JOS |

```
ACRO370              ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2002 000188.00
OPER: TIW                     CASE ACTION SUMMARY
PAGE:   5                      CIRCUIT  CRIMINAL              RUN DATE: 06/05/2003
===============================================================================
IN THE CIRCUIT COURT OF  RUSSELL                                    JUDGE: GRG

CITY OF SL0105214              VS    WHITLEY JERRY EUGENE

CASE: CC 2002 000188.00
                                    FORTSON, GA  31808 0000

DOB: 09/20/1965       SEX: M  RACE: W  HT: 5 06  WT: 145   HR: BRO EYES: BRO
SSN: 259177161  ALIAS NAMES:
===============================================================================
```

| Date | Action | |
|---|---|---|
| 10/24/2002 | SINGLE PHOTOGRAPH OF DEFENDANT. | JOS |
| 10/25/2002 | PETITION FOR WRIT OF HABEAS CORPUS DENIED (BY GRG) | JOS |
| 11/04/2002 | COPY OF ORDER OF DENIAL OF WRIT OF HABEAS CORPUS | JOS |
| 11/20/2002 | WITNESS SUBPOENA ISSUED              AWP24 | JOS |
| 11/22/2002 | PARTY ADDED  W011  STEVEN MOSESON        (AW21) | JOS |
| 11/22/2002 | PARTY W011 ISSUED DATE: 11202002  TYPE:   (AW21) | JOS |
| 11/22/2002 | PARTY ADDED  W012  WAYNE MEADOWS         (AW21) | JOS |
| 11/22/2002 | PARTY ADDED  W007  WAYNE MEADOWS         (AW21) | JOS |
| 11/22/2002 | WAYNE MEADOWS DELETED  W012              (AW21) | JOS |
| 11/22/2002 | WITNESS SUBPOENA ISSUED TO W007 WAYNE MEADOWS | JOS |
| 11/22/2002 | WITNESS SUBPOENA ISSUED TO W011 STEVEN MOSESON | JOS |
| 12/03/2002 | DEFENDANT'S MOTION TO CONTINUE | JOS |
| 12/03/2002 | MOTION FOR APPROVAL OF EXTRAORDINARY EXPENSES | JOS |
| 12/04/2002 | MOTION IN LIMINE | JOS |
| 12/04/2002 | RESPONSE TO MOTION FOR CONTINUANCE AND MOTION FOR | JOS |
| 12/04/2002 | EXPENSES | JOS |
| 12/04/2002 | MOTION TO CONTINUE DENIED | JOS |
| 12/04/2002 | MOTION FOR APPROVAL OF COURT REPORTER EXPENSES | JOS |
| 12/05/2002 | STATE'S REQUEST JURY CHARGE #1 | JOS |
| 12/05/2002 | STATE'S REQUEST JURY CHARGE #2 | JOS |
| 12/05/2002 | STATE'S REQUEST JURY CHARGE #3 | JOS |
| 12/05/2002 | STATE'S REQUEST JURY CHARGE #4 | JOS |
| 12/05/2002 | STATE'S REQUEST JURY CHARGE #5 | JOS |
| 12/05/2002 | DEFENDANT'S REQUESTED JURY CHARGE #1 CONTRUCTIVE | JOS |
| 12/05/2002 | POSSESSION | JOS |
| 12/05/2002 | DEFENDANT'S REQUESTED JURY CHARGE #2 ELEMENTS | JOS |
| 12/05/2002 | OF CONTRUCTIVE POSSESSION | JOS |
| 12/05/2002 | DEFENDANT'S REQUESTED JURY CHARGE #3 REQUIREMENT | JOS |
| 12/05/2002 | OF PROOF OF POSSESSION | JOS |
| 12/05/2002 | ***GUILTY VERDICT*** | JOS |
| 12/05/2002 | ***VERDICT*** | JOS |
| 12/05/2002 | NOW COMES THE JURY AND RETURNS ITS UNANIMOUS | JOS |

```
ACR0370            ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2002 000188.00
OPER: TIW                   CASE ACTION SUMMARY
PAGE:  6                  CIRCUIT   CRIMINAL                 RUN DATE: 06/05/2003
=================================================================================
IN THE CIRCUIT COURT OF  RUSSELL                                      JUDGE: GRG

CITY OF SL0105214           VS    WHITLEY JERRY EUGENE

CASE: CC 2002 000188.00
                                  FORTSON, GA  31808 0000

DOB: 09/20/1965        SEX: M  RACE: W  HT: 5 06  WT: 145   HR: BRO EYES: BRO
SSN: 259177161   ALIAS NAMES:
=================================================================================
```

| | |
|---|---|
| 12/05/2002 | VERDICT AS FOLLOWS: "WE, THE JURY, FIND THE | JOS |
| 12/05/2002 | DEFENDANT, JERRY E. WHITLEY, GUILTY OF THE | JOS |
| 12/05/2002 | OFFENSE OF RESISTING ARREST, AS CHARGED IN THE | JOS |
| 12/05/2002 | INDICTMENT. DATE: DECEMBER 5, 2002, NICOLE | JOS |
| 12/05/2002 | GIBBS, FOREPERSON.  THE DEFENDANT IS REMANDED | JOS |
| 12/05/2002 | REMANDED TO THE CUSTODY OF THE SHERIFF, SENTEN- | JOS |
| 12/05/2002 | CING SET FOR JANUARY 14, 2003, AT 10:00 A.M. | JOS |
| 12/09/2002 | MOTION FOR APPROVAL OF EXPENSES APPROVED OF THE | JOS |
| 12/09/2002 | SUM OF $400.00 | JOS |
| 12/09/2002 | MOTION OF EXTRAORDINARY EXPENSES DENIED | JOS |
| 12/09/2002 | MOTION IN LIMINE DENIED IN PART AND GRANTED IN | JOS |
| 12/09/2002 | PART IN OPEN COURT | JOS |
| 12/09/2002 | DISPOSITION JUDGE ID CHANGED FROM:     TO: GRG | JOS |
| 12/09/2002 | SET FOR:  SENTENCING DKT/HE ON 01/14/2003 AT 1000A | JOS |
| 12/09/2002 | CHARGE 01: RESISTING ARREST/#CNTS: 001    (AR10) | JOS |
| 12/09/2002 | CHARGE 01 DISPOSED BY: CONVICTED ON: 12/05/2002 | JOS |
| 01/14/2003 | ***SENTENCING ORDER*** | JOS |
| 01/14/2003 | ORDER SENTENCING DEFENDANT TO 6 MONTHS HARD LABOR, | JOS |
| 01/14/2003 | CREDIT FOR TIME SERVED, TO RUN CONSECUTIVE TO | JOS |
| 01/14/2003 | CC-2002-186 & 187, COSTS, $100.00 VCF, $10.00 | JOS |
| 01/14/2003 | PER DAY INCARCERATION FEES AND ATTORNEY'S FEES. | JOS |
| 01/14/2003 | THE PAYMENT OF MONIES SHALL BE A CONDITION OF | JOS |
| 01/14/2003 | PAROLE, EARLY RELEASE, SIR OR WORK RELEASE. | JOS |
| 01/14/2003 | ******ORAL NOTICE OF APPEAL**** | JOS |
| 01/14/2003 | NOTICE OF APPEAL AND MOTION TO APPOINT APPELLATE | JOS |
| 01/14/2003 | COUNSEL | JOS |
| 01/14/2003 | CASE APPEALED ON: 01/14/2003            (AR10) | JOS |
| 01/14/2003 | APPEAL "TO" TYPE: "O"                   (AR10) | JOS |
| 01/16/2003 | CASE ACTION SUMMARY PRINTED             (AR08) | JOS |
| 01/17/2003 | APPEAL DATE CHANGED FROM: 00/00/0000    (AR11) | TIW |
| 01/17/2003 | APPEAL TYPE CHANGED FROM:               (AR11) | TIW |
| 01/17/2003 | INDTRL TYPE CHANGED FROM:               (AR11) | TIW |

```
ACRO370            ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2002 000188.00
OPER: TIW                     CASE ACTION SUMMARY
PAGE:   7                     CIRCUIT  CRIMINAL              RUN DATE: 06/05/2003
========================================================================================
IN THE CIRCUIT COURT OF  RUSSELL                                    JUDGE: GRG

CITY OF SL0105214             VS   WHITLEY JERRY EUGENE

CASE: CC 2002 000188.00

                                    FORTSON, GA  31808 0000

DOB: 09/20/1965        SEX: M  RACE: W  HT: 5 06  WT: 145    HR: BRO EYES: BRO
SSN: 259177161  ALIAS NAMES:
========================================================================================
```

| Date | Action | | |
|------|--------|---|---|
| 01/17/2003 | ATYW TYPE CHANGED FROM: | (AR11) | TIW |
| 01/17/2003 | IPA TYPE CHANGED FROM: | (AR11) | TIW |
| 01/17/2003 | COURT REPORTER 1 CHANGED FROM: | (AR11) | TIW |
| 01/17/2003 | PROSECUTOR CHANGED FROM: | (AR11) | TIW |
| 01/17/2003 | ATTY 1 CHANGED FROM: | (AR11) | TIW |
| 01/17/2003 | ATTY 1 TYPE CHANGED FROM: | (AR11) | TIW |
| 01/17/2003 | IPA TYPE CHANGED FROM: Y | (AR11) | SHG |
| 01/17/2003 | APPEAL TYPE CHANGED FROM: O | (AR11) | SHG |
| 01/20/2003 | MOTION TO WITHDRAW TRIAL COUNSEL AND APPOINT | | SHG |
| 01/20/2003 |     COUNSEL ON APPEAL | | SHG |
| 01/20/2003 | MOTION FOR DESIGNATION OF INDIGENCY TO PROCEED ON | | SHG |
| 01/20/2003 |     APPEAL IN FORMA PAUPERIS | | SHG |
| 01/20/2003 | CHECK OUT TO GRG | | SHG |
| 01/21/2003 | PAYMENT TERMS NOTICE MAILED 01/22/2003 | | AOC |
| 01/21/2003 | MOTION CODE 1 CHANGED FROM: | (AR11) | SHG |
| 01/21/2003 | MOTION FILE DATE 1 CHANGED FROM: 00/00/0000 | (AR11) | SHG |
| 01/23/2003 | DOCKETING STATEMENT | | SHG |
| 01/23/2003 | REPORTER'S TRANSCRIPT ORDER | | SHG |
| 01/24/2003 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP | | SHG |
| 01/27/2003 |     CHECK OUT TO GRG W/COPY | | SHG |
| 02/18/2003 | NOTICE OF APPEARANCE BY HON MICHAEL WILLIAMS,SR | | TIW |
| 02/18/2003 | REPORTER'S TRANSCRIPT ORDER | | TIW |
| 02/24/2003 | MOTION ACTION 1 CHANGED FROM: | (AR11) | SHG |
| 02/24/2003 | MOTION ACTION DATE 1 CHANGED FROM: 00/00/0000 | | SHG |
| 02/24/2003 | ATTY 1 CHANGED FROM: FAR036 | (AR11) | SHG |
| 02/24/2003 | ATYW TYPE CHANGED FROM: N | (AR11) | TIW |
| 02/24/2003 | IRA TYPE CHANGED FROM: N | (AR11) | TIW |
| 02/24/2003 | ORDER DESIGNATING INDEGENCY TO PROCEED ON APPEAL | | TIW |
| 02/24/2003 |       IN FORMA PAUPERIS | | TIW |
| 02/24/2003 | ORDER GRANTING MOTION TO WITHDRAW AND APPOINTING | | TIW |
| 02/24/2003 |       COUNSEL ON APPEAL | | TIW |
| 02/27/2003 | ORDER RECALLING DEFENDANT'S MOTION TO PROCEED ON | | TIW |

```
ACRO370              ALABAMA JUDICIAL INFORMATION SYSTEM     CASE: CC 2002 000188.00
OPER: TIW                       CASE ACTION SUMMARY
PAGE:    8                       CIRCUIT  CRIMINAL                  RUN DATE: 06/05/2003
============================================================================================
IN THE CIRCUIT COURT OF  RUSSELL                                           JUDGE: GRG

CITY OF SL0105214             VS     WHITLEY JERRY EUGENE

CASE: CC 2002 000188.00
                                      FORTSON, GA  31808 0000

DOB: 09/20/1965          SEX: M  RACE: W  HT: 5 06  WT: 145    HR: BRO EYES: BRO
SSN: 259177161   ALIAS NAMES:
============================================================================================
| 02/27/2003 |     APPEAL IN FORMA PAUPERIS AND APPOINTMENT OF            TIW |
|------------|-------------------------------------------------------------------|
| 02/27/2003 |     ATTORNEY                                               TIW |
|------------|-------------------------------------------------------------------|
| 02/28/2003 | IPA TYPE CHANGED FROM: Y                        (AR11)      TIW |
|------------|-------------------------------------------------------------------|
| 02/28/2003 | ATTY 1 CHANGED FROM: FLO017                     (AR11)      TIW |
|------------|-------------------------------------------------------------------|
| 02/28/2003 | ATTY 1 TYPE CHANGED FROM: A                     (AR11)      TIW |
|------------|-------------------------------------------------------------------|
| 03/11/2003 | MOTION FOR LOCAL EXTENSION OF TIME TO COMPLETE THE         TIW |
|------------|-------------------------------------------------------------------|
| 03/11/2003 |     REPORTER'S TRANSCRIPT                                  TIW |
|------------|-------------------------------------------------------------------|
| 03/11/2003 | ATTORNEY'S FEES ($10,538.64)                               JOS |
|------------|-------------------------------------------------------------------|
| 03/13/2003 | ORDER GRANTING ADDITIONAL TIME FOR COMPLETION OF           TIW |
|------------|-------------------------------------------------------------------|
| 03/13/2003 |     REPORTER'S TRANSCRIPT                                  TIW |
|------------|-------------------------------------------------------------------|
| 04/08/2003 | MOTION TO COURT OF CRIMINAL APPEALS FOR EXTENSION          TIW |
|------------|-------------------------------------------------------------------|
| 04/08/2003 |   OF TIME TO FILE TRANSCRIPT                               TIW |
|------------|-------------------------------------------------------------------|
| 04/10/2003 | ORDER GRANTING EXTENSION OF TIME TO FILE                   TIW |
|------------|-------------------------------------------------------------------|
| 04/10/2003 |     REPORTER'S TRANSCRIPT                                  TIW |
|------------|-------------------------------------------------------------------|
| 04/14/2003 | PAYMENT DELINQUENT NOTICE MAILED ON 04/15/2003            AOC |
|------------|-------------------------------------------------------------------|
| 04/17/2003 | ADDR1 CHANGED FROM: 150 REYNOLDS ROAD           (AR01)     JOS |
|------------|-------------------------------------------------------------------|
| 04/17/2003 | STATUS CHANGED TO: "P" - PRISON                 (AR01)     JOS |
|------------|-------------------------------------------------------------------|
| 05/05/2003 | MOTION TO COURT OF CRIMINAL APPEALS FOR EXTENSION          TIW |
|------------|-------------------------------------------------------------------|
| 05/05/2003 |   OF TIME TO FILE TRANSCRIPT                               TIW |
|------------|-------------------------------------------------------------------|
| 05/07/2003 | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO             TIW |
|------------|-------------------------------------------------------------------|
| 05/07/2003 |     FILE TRANSCRIPT                                        TIW |
|------------|-------------------------------------------------------------------|
| 05/07/2003 | AMENDED ATTORNEY'S FEES ($1,934.26)                        JOS |
|------------|-------------------------------------------------------------------|
| 06/05/2003 | CERTIFICATE OF COMPLETION AND TRANSMITTAL OF               TIW |
|------------|-------------------------------------------------------------------|
| 06/05/2003 |     RECORD ON APPEAL BY TRIAL CLERK                        TIW |
|------------|-------------------------------------------------------------------|
| 06/05/2003 | CASE ACTION SUMMARY PRINTED                     (AP08)     TIW |
|------------|-------------------------------------------------------------------|
|            |                                                               |
|------------|-------------------------------------------------------------------|
|            |                                                               |
|------------|-------------------------------------------------------------------|
|            |                                                               |
|------------|-------------------------------------------------------------------|
|            |                                                               |
|------------|-------------------------------------------------------------------|
|            |                                                               |
|------------|-------------------------------------------------------------------|
|            |                                                               |
|------------|-------------------------------------------------------------------|
|            |                                                               |
|------------|-------------------------------------------------------------------|
```

OFFICIAL RECORD - MAY NOT BE PUBLIC INFORMATION

**IDENTIFICATION**

| 1 ORI # | 2 AGENCY NAME | | 3 CASE # | 4 SFX |
|---|---|---|---|---|
| 0570000 | METRO | | SC010521.4 | |

3 LAST, FIRST, MIDDLE NAME
Whitley, Jerry Eugene

| 5 SFX | 7 RACE | 8 SEX | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 | □ SCARS | □ MARKS | □ TATOOS | □ AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | M | 5'6 | 145 | Blo | Brd | | | | | | |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Cols, GA | 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 | 09/20/65 | 35 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 021391837 | GA |

| 24 FBI # | HENRY CLASS | 25 IDENTIFICATION COMMENTS |
|---|---|---|
| | NCIC CLASS | |

| 26 □ RESIDENT ☒ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | 75 Rusk Dr. Phenix City, AL | | |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| None | | |

**ARREST**

| 33 LOCATION OF ARREST (CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? □ YES □ NO |
|---|---|---|
| 75 Rusk Dr. Phenix City, AL | | ☒ IN STATE □ OUT STATE □ AGENCY |

| 36 CONDITION OF ARRESTEE: | □ DRUNK ☒ SOBER □ DRINKING ☒ DRUGS | 37 RESIST ARREST? ☒ YES □ NO | 38 INJURIES? □ OFFICER ☒ NONE □ ARRESTEE | 39 ARMED? □ Y ☒ N | 40 DESCRIPTION OF WEAPON □ HANDGUN □ RIFLE □ SHOTGUN □ OTHER FIREARM □ OTHER WEAPON |
|---|---|---|---|---|---|

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 09/29/01 | 17:30 □ AM ☒ PM ☒ MIL. | S M T ☒W☒ T F S | ☒ ON VIEW □ CALL □ WARRANT | ☒ YES □ NO □ UNKNOWN |

| 46 CHARGE—1 ☒ FEL □ MISD | 47 UCR CODE | 48 CHARGE—2 ☒ FEL □ MISD | 49 UCR CODE |
|---|---|---|---|
| Possession of a Controlled Substance | 3599 | Manufacturing a Controlled Substance | 3599 |
| Unlawful | | Unlawful | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| 13A-12-212 | | | 13A-12-211 | | |

| 56 CHARGE—3 □ FEL ☒ MISD | 57 UCR CODE | 58 CHARGE—4 □ FEL □ MISD | 59 UCR CODE |
|---|---|---|---|
| Resisting arrest | 4801 | | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 CHARGE—5 □ FEL □ MISD | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| 13A-10-41 | | | | | |

| 66 ARREST DISPOSITION □ HELD □ TOT—LE □ BAIL □ OTHER □ RELEASED | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? □ YES ☒ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | □ CONTINUED IN NARRATIVE |
|---|---|

**JUVENILE**

| 82 JUVENILE DISPOSITION | □ HANDLED AND RELEASED □ REF. TO JUVENILE COURT | □ REF. TO WELFARE AGENCY □ REF. TO OTHER POLICE AGENCY | ☒ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

**RELEASE**

| 91 DATE AND TIME OF RELEASE | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| 09/29/01 18:30 □ AM ☒ MIL | | | |

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|
| Russell Co. S.O. | Jail | |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE □ YES □ NO □ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: |
|---|---|

101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)
Subject was arrested for poss. of Meth,
and Resisting arrest.
Meth - 7 grams, $700.00 Street Value: Meth LAb

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER |
|---|---|
| | |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # |
|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # |
|---|---|---|---|
| J. Whitton | 272 | Sgt. Price | M |

**TYPE OR PRINT IN BLACK INK ONLY**

A TRUE BILL, presented to the judge Presiding in open Court by the Foreperson of this Grand Jury, and filed in open court this 16th day of _Jan_, 2002.

_G.R. Johnson_
Grand Jury Foreman

_Kathy Coulter_
Clerk of the Circuit Court
of Russell County
Twenty-Sixth Judicial Circuit

CC-02-188

# INDICTMENT

### THE STATE OF ALABAMA
*vs.*
*JERRY E. WHITLEY*
*SID: AL01228937*

*alias*
None Reported

CHARGES:                                                          SECTION

1. RESISTING ARREST

Bail fixed at $1000 this 16 day of _Jan_, 2002.

_signature_
Judge Presiding

THE STATE OF ALABAMA                                      CIRCUIT COURT
RUSSELL COUNTY                                                2002

Prosecutor: BUSTER LANDREAU

KENNETH DAVIS
DISTRICT ATTORNEY
TWENTY-SIXTH JUDICIAL

THE STATE OF ALABAMA, RUSSELL COUNTY

CIRCUIT COURT - TWENTY-SIXTH JUDICAL CIRCUIT

COUNT 1

The Grand Jury of said county charge that, before the finding of this indictment, JERRY E. WHITLEY, whose name is otherwise unknown to the Grand Jury, did on or about SEPTEMBER 21, 2001 intentionally prevent, or attempt to prevent AGENTS WHITTEN, PRICE, MEMMO AND SPEAR from affecting a lawful arrest of himself, in violation of Section 13A-10-41 of the Code of Alabama.

KENNETH DAVIS
District Attorney
Twenty-Sixth Judicial Circuit

WITNESSES:

SHERWIN BOSWELL., P. O. BOX 3510, AUBURN, AL  36831
AGENT MEMMO, METRO NARCOTICS,  P.O. BOX 1866, COLUMBUS, GA  31902
SGT. J. PRICE, METRO, COLUMBUS, GA  31901
AGENT R. SPEAR, METRO, COLUMBUS, GA  31901
AGENT JASON WHITTEN, METRO NARCOTICS TASK FORCE , P.O. BOX 1866, COLUMBUS, GA  31902

ACR390 Case 3:05-cv-00427-MEF-CSC ALABAMA JUDICIAL DATA CENTER Filed 07/18/2005 Page 26 of 48 C00378
GRAND JURY RUSSELL
WARRANT OF ARREST
GJ 2001 000287.00
TERM #: W-02-168
DC-01-2357

TO ANY LAW ENFORCEMENT OFFICER OF THE STATE OF ALABAMA: *CC-02-188*

AN INDICTMENT HAS BEEN RETURNED BY THE GRAND JURY OF RUSSELL COUNTY

AGAINST      WHITLEY JERRY EUGENE
       R.C. JAIL

       PHENIX CITY     AL 36867-0000

CHARGING THE OFFENSE OF:

     RESISTING ARREST     13A-010-041       CNTS:   1

YOU ARE THEREFORE ORDERED TO ARREST THE PERSON NAMED ABOVE AND BRING THAT
PERSON BEFORE A JUDGE OR MAGISTRATE OF THIS COURT TO ANSWER THE CHARGES
AGAINST THAT PERSON AND HAVE WITH YOU THEN AND THERE THE WARRANT OF ARREST
WITH YOUR RETURN THEREON. IF A JUDGE OF MAGISTRATE OF THIS COURT IS
UNAVAILABLE, OR IF THE ARREST IS MADE IN ANOTHER COUNTY, YOU SHALL TAKE
THE ACCUSED PERSON BEFORE THE NEAREST OR MOST ACCESSIBLE JUDGE OF
MAGISTRATE IN THE COUNTY OF ARREST.


  BOND SET AT:      $1,000.00
  DATE ISSUED: 01/17/2002         CLERK      BY *JBS*

---

EXECUTED THIS ____18____ DAY OF ___January___, 2002, BY
ARRESTING THE WITHIN NAMED DEFENDANT *Jerry Eugene Whitley*

                 LAW ENFORCEMENT OFFICER

            BY: _____

---

DEFENDANT'S FEATURES: _____

HT: 5'06"   HAIR: BRO    DOB: 09/20/1965
WT: 145   SEX: M     EYE: BRO   RACE: W
SSN: 259177161

ADDTL COMMENTS: _____

_____

_____

_____

01/17/2002 JOS

State of Alabama
Unified Judicial System

Form C-10
Page 1 of 2          Rev. 2/95

Case Number: CC-02-186-188

# AFFIDAVIT OF SUBSTANTIAL
# HARDWARE AND ORDER

IN THE _____CIRCUIT_____ COURT OF _____RUSSELL COUNTY,_____ ALABAMA
(Circuit, District, or Municipal)                    (Name of County or Municipality)

STYLE OF CASE: _____State of Alabama_____ v. _____Jerry E. Whitley_____
                    Plaintiff(s)                         Defendant(s)

TYPE OF PROCEEDING: _____Criminal_____ CHARGE(s) (if applicable): _____Trafficking/Poss._____

☐ CIVIL CASE-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request
   that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ CIVIL CASE-- (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an
   attorney and I request that the court appoint one for me.

☑ CRIMINAL CASE-- I am financially unable to hire an attorney and request that the court appoint one for me.

☐ DELINQUENCY/NEED OF SUPERVISION-- I am financially unable to hire an attorney and request that the court appoint
   one for my child/me.

## AFFIDAVIT

### SECTION I.

1. IDENTIFICATION _____Jerry E. Whitley_____   Date of birth _____9/20/65_____
   Full name
   Spouse's full name (if married) _____N/A_____
   Complete home address _____N/A_____

   Number of people living in household _____N/A_____
   Home telephone number _____N/A_____
   Occupation/Job _____Mechanic_____ Length of employment _____
   Driver's license number _____ *Social Security Number _____
   Employer _____Lear Seigler Contr._____ Employer's telephone number _____1-800-999-1770_____
   Employer's address _____Oklahoma City, OK_____

2. ASSISTANCE BENEFITS
   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which
   apply.)

   ☐ AFDC    ☐ Food Stamps    ☐ SSI    ☐ Medicaid    ☐ Other _____

3. INCOME/EXPENSE STATEMENT

   Monthly Gross Income:                                          $ Ø
        Monthly Gross Income
        Spouse's Monthly Gross Income (unless a marital offense)
        Other Earnings: Commissions, Bonuses, Interest Income, etc.
        Contributions from Other People Living in Household
        Unemployment/Workmen's Compensation,
           Social Security, Retirements, etc.
        Other Income (be specific) _____
                    TOTAL MONTHLY GROSS INCOME              $ Ø

   Monthly Expenses:
   A.  Living Expenses                                          $ Ø
        Rent/Mortgage
        Total Utilities: Gas, Electricity, Water, etc.
        Food
        Clothing
        Health Care/Medical
        Insurance
        Car Payment(s)/Transportation Expenses
        Loan Payment(s)

*OPTIONAL

Form C-10  Page 2 of 2    Rev. 2/95

# AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER

Monthly Expenses: (cont'd page 1)
    Credit Card Payment(s)
    Educational/Employment Expenses
    Other Expenses (be specific) _____

           Sub-Total                    A $ _____

B.  Child Support Payment(s)/Alimony     $ _____

           Sub-Total                    B $ _____

C.  Exceptional Expenses          $ _____

      TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)  $ __0__

Total Gross Monthly Income Less total monthly expenses:

      DISPOSABLE MONTHLY INCOME            $ __0__

4.  LIQUID ASSETS:
    Cash on Hand/Bank (or otherwise available such as stocks,
    bonds, certificates of deposit)              $ _____
    Equity in Real Estate (value of property less what you owe)
    Equity in Personal Property, etc: (such as the value of
    motor vehicles, stereo, VCR, furnishing, jewelry, tools,
    guns, less what you owe)
    Other (be specific) _____
    Do you own anything else of value? ☐ Yes  ☐ No
    (land, house, boat, TV, stereo, jewelry)
    If so, describe _____

        TOTAL LIQUID ASSETS               $ __0__

5.  Affidavit/Request
I swear or affirm that the answers are true and reflect my current financial status.  I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury.  I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me.  I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

_5th_ day of _March_, _2002_        _____
                                       Affiant's Signature
_____ MY COMMISSION
                EXPIRES 7/2003       _Terry Eugene Whitley_
Judge/Clerk/Notary                         Print or Type Name

# ORDER OF COURT

SECTION II.
    IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
    ☐ Affiant is not indigent and request is DENIED.
    ☑ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay
    $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: _Must reimburse S. Ga Ala for all legal fee_
    ☐ Affiant is indigent and request is GRANTED.
    ☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _L. Farrar_, is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this _30th_ day of _Feb_, _02_.

                                      _____
                                      Judge

000381

STATE OF ALABAMA )          IN THE CIRCUIT COURT OF
       PLAINTIFF, )          RUSSELL COUNTY, ALABAMA
                 )          CASE NO.: CC _02-188_
    VS. )
                 )
_Jerry E. Whitley_ )
       DEFENDANT. )

### ARRAIGNMENT ORDER

Defendant appeared in open court on this date at which time:

_____  The defendant advised the Court that he/she had retained
_____, Attorney at law, to represent him/
her in these proceedings.

✓  The defendant advised the Court that he/she was indigent and
unable to employ counsel to represent him/her in these
proceedings. The Court appointed _Laurel Farras_
an experienced and competent attorney, to represent him/her in
these proceedings.

_____  Arraignment is continued to _____ at _____ A.M.

_____  The defendant applied for youthful offender status. Ruling on
said application was set for March 12, 2002 at 2:00 P.M.

✓  The defendant filed a written waiver or waived the reading of
the indictment and entered a plea of not guilty to the offense
charged therein.

_____  The Court ordered an alias writ and preliminary forfeiture for
the defendant's failure to appear in Court.

✓  Plea deadline and docket call are set for April 9, 2002 at
10:00 A.M.

✓  This case is scheduled for trial docket of May 13, 2002.

_____  The defendant shall pay the sum of $_____ per week/month
towards his/her attorney's fees. Payments to begin _____.

_____  _____
      _____

**DONE** this the 20th day of February, 2002.

_____
JUDGE, CIRCUIT COURT

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA,          )     CRIMINAL CASE NUMBER
       Plaintiff,          )     CC-02-186-188
                       )
vs.                    )
                       )
JERRY E. WHITLEY,      )
       Defendant.      )

## MOTION FOR APPROVAL OF EXPENSES

Comes now JERRY E. WHITLEY, defendant in the above-stated matter, and respectfully

shows the Court as follows:

    1.    Laurel W. Farrar was appointed by the Court on February 20, 2002, to represent

the defendant in this matter.

    2.    The Alabama Court of Criminal Appeals held in *May v. State* that office overhead

expenses constitute "expenses reasonably incurred" and are, therefore, reimbursable under <u>Code</u>

<u>of Alabama</u> 1975, §15-12-21. Under *Ex Parte Barksdale*, 680 So.2d 1029 (1996), office

overhead expenses must be approved by the Trial Court prior to being incurred. In the alterna-

tive, under the provisions of said Code Section 15-12-21(d), the Trial Court has the discretion to

approve such expenses.

    3.    Laurel W. Farrar's employer, Ezell & Chancey, LLP, has informed her that her

portion of the office overhead is estimated to be $80,000.00 per year.

    *WHEREFORE*, movant moves this Court to approve payment of office overhead

expenses to Laurel W. Farrar in the amount of $38.46 per hour ($80,000.00 ÷ 2080).

                     EZELL & CHANCEY, LLP

By:                              
                     Laurel W. Farrar
                     Attorneys for Defendant
                     P. O. Drawer 2500
                     Phenix City, AL  36868-2500
                     (334)  297-2400
                     Attorney Code FAR-036

FILED IN OFFICE
2002 FEB 22 PM 3: 31
CIRCUIT COURT,
RUSSELL CO., AL.

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA,                    )          CRIMINAL CASE NUMBER
                Plaintiff,           )          CC-02-186-188
                                     )
vs.                                  )
                                     )
JERRY E. WHITLEY,                    )
                Defendant.           )

## REQUEST FOR DISCOVERY

Comes now the defendant in the above-styled cause, by and through defendant's attorney

of record, and pursuant to Rules 16.1 and 16.3 of the Alabama Rules of Criminal Procedure

requests the Russell County District Attorney to provide the following-described discovery:

1.     To permit the defendant to inspect, examine and copy any written or recorded

statements made by the defendant to any law enforcement officer, official or employee which are

in the possession, custody or control of the State and/or the existence of which is known to the

District Attorney.

2.     To disclose the substance of any oral statements made by the defendant before or

after arrest to any law enforcement officer, official or employee which the State intends to offer

in evidence at the trial of the defendant.

3.     To permit the defendant to inspect and copy any written or recorded statement

which the State of Alabama intends to offer into evidence at the trial of any co-defendant or

accomplice, whether charged or indicted or not, which are in the possession, custody or control

of the State of Alabama, the existence of which is known to the District Attorney.

4.     To disclose any "deal," "settlement," "agreement," "bargain" or "arrangement"

not to prosecute or for a reduced or lesser charge or offense which the State of Alabama has

reached or concluded with any accomplice or co-defendant, whether charged or indicted or not.

5. To disclose to the defendant any written or oral statement made by a co-defendant or accomplice, either before or after arrest, to any law enforcement officer, official or employee which the State of Alabama intends to offer as evidence in this cause.

6. To permit the defendant to analyze, inspect and copy or photograph books, papers, documents, photographs, tangible objects, controlled substances or portion of any of these things which are in the possession, custody or control of the State and:

    a. which are material to the preparation of the defendant's defense;

    b. which are intended for use by the State as evidence at the trial of the defendant; or

    c. which were obtained from or belonged to the defendant.

7. To disclose to and provide the defendant with any and all exculpatory evidence known to the District Attorney and in the possession, custody and control of the State of Alabama.

8. To permit the Defendant to inspect and copy any results or reports of physical and mental examinations or scientific tests, experiments or analyses made in connection with this particular case and the results or reports, whether written or oral, and whether the results or reports are in the possession, custody or control of the State and/or the existence of which is known to the District Attorney or the State of Alabama or any of its agencies, officers, agents or employees.

9. To furnish to the defendant copies of any and all medical documents, x-rays, emergency room, hospital, paramedical, physician's or nurse's notes, reports, writings, opinions, test results or other like or similar documents known to the District Attorney and which the District Attorney intends to offer into evidence in the trial of this cause.

000385

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | CRIMINAL CASE NUMBER |
| Plaintiff, | ) | CC-02-186-188 |
| | ) | |
| vs. | ) | |
| | ) | |
| JERRY E. WHITLEY, | ) | |
| Defendant. | ) | |

## ORDER ON DEFENDANT'S REQUEST FOR DISCOVERY

Defendant's Request for Discovery having been filed in the above-styled cause pursuant

to Rule 16 of the Alabama Rules of Criminal Procedure, the District Attorney of Russell County,

Alabama is hereby ordered to produce and disclose information and materials discoverable under

the authority of *Brady v. Maryland* and Rule 16 of the Alabama Rules of Criminal Procedure.

SO ORDERED, this 20th day of February, 2002.

Honorable George Greene
Judge, Russell County Circuit Court

FILED IN OFFICE
2002 FEB 26  PM 2: 33
CIRCUIT / DIST. COURT
RUSSELL CO., AL

Page 5

STATE OF ALABAMA       *       IN THE CIRCUIT COURT OF

      *

VS.       *       RUSSELL COUNTY, ALABAMA

      *

JERRY WHITLEY       *       CASE NO. CC-02-186-188

## MOTION FOR CONSOLIDATION OF OFFENSES

The State moves the Court for an order that the above actions be tried together, upon the ground that the alleged offenses charged against the defendant in the indictment in each of said actions could have been joined as a single indictment under Rule 13 of the Alabama Rules of Criminal Procedure in that they are:

1. Of the same or similar character; or

2. Based on the same conduct or are otherwise connected in their commission; or

3. Alleged to have been part of a common scheme or plan.

By trial together of said actions, the expense of and time consumed in trial will be materially reduced.

_(signature)_

BUSTER LANDREAU
CHIEF DEPUTY DISTRICT ATTORNEY
26TH JUDICIAL CIRCUIT
LAN 034

### CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the forgoing Motion upon the Hon. **LAUREL FARRAR** Attorney for the Defendant by placing a copy of the same in a receptacle reserved in his name in the office of the Circuit Clerk of Russell County

Done this_____27TH_____ Day of _____FEBRUARY_____,2002.

_(signature)_

BUSTER LANDREAU

| STATE OF ALABAMA | * | IN THE CIRCUIT COURT OF |
| | * | |
| VS. | * | RUSSELL COUNTY, ALABAMA |
| | * | |
| JERRY WHITLEY | * | CASE NO. CC-02-186-188 |

## MOTION FOR DISCOVERY

Comes now the State of Alabama by and through its District Attorney, Kenneth Davis and moves the Court pursuant to Rule 16.2 of the Alabama Rules of Criminal Procedure to issue an order directed to Hon. **LAUREL FARRAR** Counsel for Defendant, to-wit:

1. To permit the State to analyze, inspect, and copy or photograph books, papers, documents, photographs, audio tapes, video tapes, tangible objects, buildings or places, or portions of any of these things, which are within the possession custody, or control of the Defendant and which the Defendant intends to introduce in evidence at the trial.

2. To permit the State to inspect and copy any results or reports of physical or mental examinations, and of scientific tests or experiments made in connection with this particular case, which are within the possession or control of the Defendant and which he intends to introduce in evidence at the trial or which were prepared by a witness whom the Defendant intends to call at the trial, if the results or reports relate to the witness's testimony.

3. To produce and permit the State to inspect and copy the names and addresses of qualified mental health professionals who have personally examined the Defendant or any evidence in this case, as well as the results of or reports of mental examinations, scientific tests, experiments or comparisons and statements made by such professionals.

FILED IN OFFICE
2002 FEB 27 PM 2:59
CIRCUIT COURT
RUSSELL CO. AL

Done this ____27TH_____ Day of ____February_____,2002.

> KENNETH DAVIS
> DISTRICT ATTORNEY
> 26TH JUDICIAL CIRCUIT
>
> BY: _____
>      Buster Landreau
>      Chief Deputy District Attorney
>      LAN 034

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion for Discovery upon the Hon. **LAUREL FARRAR**, Counsel for the Defendant, by placing the same in a receptacle reserved in his/her name in the Office of the Clerk of the Circuit Court of Russell County, Alabama.

This the __**27th**_____Day of ___February_____, 2002.

_____
Buster Landreau

STATE OF ALABAMA                    *        IN THE CIRCUIT COURT OF

                                    *

vs.                                 *        RUSSELL COUNTY, ALABAMA

                                    *

JERRY WHITLEY                       *        CASE NO. CC-02-186-188

## NOTICE OF COMPLIANCE WITH DISCOVERY REQUEST

TO:        LAUREL FARRAR

FROM:      Buster Landreau

DATE:      February 27, 2002

    You filed a Motion for Discovery in the above-styled case(s).  The materials to which you

are entitled under Rule 16 of the Alabama Rules of Criminal Procedure and **Brady** are ready and

available for you to pick up. This case was assigned to me so the material is being kept by me in

my office. You will need to sign for this when you pick it up, so if I am not available, you can

simply ask Randi Milner or Deborah Kimber and they know where the material is located. If any

audio or video discovery exists, you must make an appointment with me to view the item or have

a copy made.

FILED IN OFFICE
2002 FEB 27 PM 2:59
CIRCUIT/DIST. COURT
RUSSELL CO. AL

STATE OF ALABAMA )    IN THE CIRCUIT COURT OF

    PLAINTIFF,      )    RUSSELL COUNTY, ALABAMA

                     )    CASE NO. CC 02-186-188
VS.
                     )
JERRY WHITLEY
                     )
    DEFENDANT.

O R D E R

The State of Alabama, by and through its District Attorney, has filed a motion for discovery in the above case.  Upon consideration of the motion, it is **ORDERED** by the Court that the Defendant shall:

1. Permit the District Attorney to analyze, inspect, and copy or photograph books, papers, documents, photographs, tangible objects, buildings or places, or portions of any of these things, which are within the possession, custody or control of the defendant and which the defendant intends to introduce in evidence at the trial.

2. Permit the District Attorney to inspect and copy any results or reports of physical or mental examinations, and of scientific tests or experiments made in connection with the particular case, which are within the possession or control of the defendant and which the defendant intends to introduce in evidence at the trial or which were prepared by a witness whom the defendant intends to call at trial, if the results or reports relate to the witness's testimony.

**DONE** this 28th day of February, 2002.

_____
George R. Greene, Circuit Judge

FILED IN OFFICE
2002 FEB 28 PM 4: 23
CIRCUIT COURT
RUSSELL CO. AL

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA,<br>　　　　Plaintiff, | )<br>)<br>) | CRIMINAL CASE NUMBER<br>CC-02-186-188 |
| vs. | )<br>) | |
| JERRY E. WHITLEY,<br>　　　　Defendant. | )<br>) | |

## ORDER ON MOTION FOR APPROVAL OF EXPENSES

Upon consideration of the Motion for Approval of Expenses filed by the attorney for the

defendant in the above-stated cause, the Court is of the opinion that the same is due to be

granted.

IT IS, THEREFORE, ORDERED that the Comptroller for the State of Alabama

reimburse Laurel W. Farrar, at the conclusion of her representation of the defendant at the trial

court level, the sum of $38.46 per hour for each hour committed to such representation.

SO ORDERED, this 20th day of February, 2002.

_George Greene_

Honorable George Greene
Judge, Russell County Circuit Court

FILED IN OFFICE
2002 MAR -1 PM 2:45
CIRCUIT / DIST. COURT
RUSSELL CO., AL

IN THE DISTRICT COURT OF RUSSELL COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | CRIMINAL CASE NUMBER |
| Plaintiff, | ) | DC-02-186, 187 and 188 |
| | ) | CC |
| vs. | ) | |
| | ) | |
| JERRY E. WHITLEY, | ) | |
| Defendant. | ) | |

## MOTION FOR REDUCTION OF BOND

Pursuant to the Alabama Rules of Criminal Procedure, the defendant respectfully moves this Court to reduce the bond set in the above-styled case to a reasonable amount. As grounds for this motion, defendant states:

1.  The defendant's bond is set at $250,000.00 for the charge of Trafficking Methamphetamine, $20,000.00 for the charge of Possession of a Controlled Substance, and $1,000.00 for the charge of Resisting Arrest, for a total of $271,000.00. The defendant is unable to post the bond as presently set. Accordingly, at this time, the defendant is incarcerated at the Russell County Jail.

2.  The aforesaid amount of bond set in this cause is excessive in violation of the constitutional proscription against excessive bail guaranteed to the defendant by Section 16 of the Declaration of Rights of the Alabama Constitution and the Eighth and Fourteenth Amendments to the United States Constitution.

**WHEREFORE,** defendant respectfully moves that his bond be reduced to a reasonable amount, this _1st_ day of _March_, 2002.

EZELL & CHANCEY, LLP

By: _____
Laurel W. Farrar
Attorneys for Defendant
P. O. Drawer 2500
Phenix City, AL 36868-2500
(334) 297-2400
Attorney Code FAR-036

## CERTIFICATE OF SERVICE

I hereby certify that I am attorney for the defendant and that I have served a copy of the within and foregoing MOTION FOR REDUCTION OF BOND upon the District Attorney of Russell County, Alabama, by placing a copy thereof in a receptacle held in his name in the Office of the Clerk of this Court, this _1st_ day of ___March___, 2002.

Laurel W. Farrar

| State of Alabama<br>Unified Judicial System | PLEA OF NOT GUILTY AND WAIVER OF<br>ARRAIGNMENT | Case Number |
|---|---|---|
| CR-9    Rev. 3/95 | | CC-02-186-188 |

IN THE _____CIRCUIT_____ COURT OF _____RUSSELL COUNTY_____, ALABAMA
     _(Circuit, District, or Municipal)_              _(Name of County or Municipality)_

☑ STATE OF ALABAMA v. ___JERRY E. WHITLEY___, Defendant

---

Comes now, the defendant in the above-styled matter, and to the offense charged enters a plea of

☑ Not Guilty
☐ Not Guilty by Reason of Mental Disease or Defect
☐ Not Guilty and Not Guilty by Reason of Mental Disease or Defect

Defendant acknowledges receipt of the copy of the charge against him/her and further waives the right to have an arraignment at which the defendant is present in person, or at which the defendant is represented by an attorney.

But, the defendant specifically and expressly reserves the right upon the filing hereof to hereafter, but before trial or before such date as may be set by the court, to interpose any defenses, objections, or motions which the defendant had the right as a matter of law or rule to interpose in this cause, prior to the filing hereof.

Defendant's date of birth is _____    Defendant's age is __36__
The defendant is not eligible for consideration by the court for youthful offender status as provided by law.

9/20/65

___3/5/2002___            _____
Date                                     Defendant

___3/5/02___            _____
Date                                     Attorney for Defendant

This is to certify that I am the attorney for the defendant in this matter, and that I have fully explained this form and all matters set forth herein, and pertaining hereto, to the defendant. I further state to the court that I have explained to the defendant his right to be arraigned in person and his right to have me represent him at arraignment. I further certify to the court that my client hereby knowingly, voluntarily, and intelligently waives these rights after a full and complete explanation of each and every one of them to him/her by me. BOTH MYSELF AND THE DEFENDANT UNDERSTAND THAT I AM RESPONSIBLE FOR ASCERTAINING WHAT DATE, IF ANY, HAS BEEN SET BY THE COURT FOR THE MAKING OR FILING OF ANY DEFENSES, OBJECTIONS, OR MOTIONS. I FURTHER UNDERSTAND THAT I AM RESPONSIBLE FOR NOTIFYING MY CLIENT OF THE DATE HIS/HER CASE IS SET FOR TRIAL, AND THAT I HAVE ADVISED AND INFORMED HIM/HER THAT IN THE EVENT HE/SHE FAILS TO APPEAR ON THE DATE HIS/HER CASE IS SET FOR TRIAL, ALL APPROPRIATE LEGAL ACTION WILL BE TAKEN BY THE COURT AGAINST THE DEFENDANT AND HIS/HER BOND. I further certify to the court that I have advised my client that he/she is responsible for obtaining the date his/her case is set for trial in this matter and that in the event he/she fails to appear on the date his/her case is set for trial all appropriate legal action will be taken by the court against the defendant and his/her bond, and I hereby certify that the defendant knows that he/she is personally responsible for obtaining the date his/her case is set for trial and for being present in court on that date.

___2/2/02___            _____
Date                                     Attorney for Defendant Signature

I certify that I served a copy of the foregoing        ___LAUREL W. FARRAR___
plea and waiver of arraignment on the Prosecutor         Printed or Typed Attorney's Name
by mailing/delivering a copy of the same to him/her on:
                                    ___P.O. Drawer 2500, Phenix City, AL 36868___
___3/5/02___                              Address
Date

This is to certify that my attorney has explained each and every matter and right set forth in this form and I have completely and fully read and do so understand each and every matter set forth in this form. I further state to the court that I do not wish to be personally present at an arraignment in this case and that I do not want to have an attorney represent me at an arraignment and WITH FULL KNOWLEDGE OF EACH OF THESE RIGHTS, I HEREBY EXPRESSLY WAIVE SUCH RIGHTS. I further state to the court that I have been informed of the charge against me and have received a copy of the charge.

___3/5/2002___            _____
Date                                     Defendant Signature

Filed in office this date ___3/5/02___     ___Kathy Coulter___        By __JBS__
                                              Clerk

STATE OF ALABAMA            )     IN THE CIRCUIT COURT OF

                         )

        PLAINTIFF,     )     RUSSELL COUNTY, ALABAMA

                         )

    VS.               )     CASE NO.: CC 02-186,187,

                         )               188

JERRY E. WHITLEY      )

                         )

        DEFENDANT.     )

ORDER

    The defendant having filed a motion for reduction of bond and the court having considered same, it is ORDERED that the motion to reduce bond is denied.

    DONE this the 6th day of March, 2002.

                      _George Greene_

                    JUDGE, CIRCUIT COURT

FILED IN OFFICE

2002 MAR -6 PM 3: 01

CIRCUIT/DIST. COURT
RUSSELL CO. AL.

IN THE COURT OF CRIMINAL APPEALS OF ALABAMA

| | |
|---|---|
| JERRY E. WHITLEY,<br>　　　　Petitioner, | CASE NO. _____ |
| | |
| vs. | RUSSELL COUNTY<br>CIRCUIT COURT<br>CASE NO. CC-02-186, 187, 188 |
| STATE OF ALABAMA and THOMAS F.<br>BOSWELL, Sheriff of Russell County, Alabama,<br>　　　　Respondents. | |

## PETITION FOR WRIT OF *HABEAS CORPUS*

Petitioner petitions this Court to issue a writ of *habeas corpus* requiring Thomas F.

Boswell, Sheriff of Russell County, Alabama, to bring petitioner before this Honorable Court to

show just cause as to why petitioner's bond should not be reduced, and as cause therefor, states

as follows:

　　　　1.　　　This petition for a writ of *habeas corpus* is made on behalf of Jerry E. Whitley, by

and through his attorney, Laurel W. Farrar.

　　　　2.　　　Petitioner is imprisoned and restrained of his liberty in the Russell County Jail in

Phenix City, Alabama, by the Sheriff on felony charges, *to-wit*: Possession of methamphetamine,

resisting arrest and trafficking in methamphetamine, pursuant to indictments issued on January

16, 2002, copies of which are attached hereto.

　　　　3.　　　Petitioner is restrained of his liberty on said felony charges with bails in the

amounts of $250,000.00 for the charge of Trafficking Methamphetamine, $20,000.00 for the

charge of Possession of a Controlled Substance, and $1,000.00 for the misdemeanor charge of

Resisting Arrest, for a total of $271,000.00.  Said amounts were set by the Honorable George

Greene, Russell County Circuit Court Judge.

4.    On or about March 4, 2002, the undersigned attorney submitted to the Circuit Court a Motion for Reduction of Bond requesting that petitioner's bond be reduced for the reason that the bond as set was excessive in violation of the constitutional rights of petitioner as set forth in the Eighth and Fourteenth Amendments to the United States Constitution and in violation of the constitutional rights of petitioner as set forth in Article I, Section XVI of the Alabama Constitution, and said motion was denied on March 6, 2002. Copies of said motion and order are attached hereto.

5.    The present bond amount is contrary to the provisions of Section 15-13-2, Code of Alabama, as amended, which recognizes the allowance of bail as a matter of right prior to conviction.

6.    The present bond amount is excessive to such a degree that it effectively denies petitioner the right to bail prior to conviction.

7.    The present bond amount greatly and unreasonably exceeds the recommended range of bail as provided under Rule 7.2 of the Alabama Rules of Criminal Procedure.

WHEREFORE, petitioner prays:

a.    That this Honorable Court grant a writ of *habeas corpus*, and after reviewing all of the evidence and argument of counsel;

b.    That this Honorable Court set a bond that is reasonable and not excessive, all within the guidelines dictated by the Constitutions of Alabama and the United States; and

c.    Grant such other and further relief as may be deemed just in the premises.

Page 2

EZELL & CHANCEY, LLP

By: _____

Laurel W. Farrar
Attorneys for Petitioner
P. O. Drawer 2500
Phenix City, AL  36868-2500
(334)  297-2400
Attorney Code FAR-036

STATE OF ALABAMA
JUDICIAL BUILDING
P.O. BOX 301555
MONTGOMERY, AL 36130-1555

000399

H. W. "Bucky" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges

Lane W. Mann
Clerk
Wanda K. Ivey
Assistant Clerk
(334) 242-4590
FAX (334) 242-4689

## ORDER

CR-01-1243

Ex parte Jerry E. Whitley (In re: State of Alabama vs. Jerry E. Whitley) (Russell Circuit Court: CC02-186, 187, & 188).

Pursuant to the provisions of Rule 21(b), Alabama Rules of Appellate Procedure, the respondent is hereby granted fourteen (14) days to respond to the allegations contained in this petition for writ of habeas corpus.

Done this the 18th day of March, 2002.

_____
H.W. "Bucky" McMILLAN, PRESIDING JUDGE

CCA/wki

cc: Honorable George R. Greene, Circuit Judge
    Honorable Kathy S. Coulter, Circuit Clerk
    Honorable Tommy Boswell, Sheriff
    Honorable Bill Pryor, Attorney General
    Honorable Laurel Wheeling Farrar, Attorney, Petitioner
    Honorable Kenneth Davis, District Attorney
    Office of Attorney General

IN THE COURT OF CRIMINAL APPEALS OF ALABAMA

JERRY E. WHITLEY,  )    CASE NO _____.
    Petitioner,  )
  )    RUSSELL COUNTY
vs.  )    CIRCUIT COURT
  )    CASE NO. CC-02-186, 187, 188
STATE OF ALABAMA and THOMAS F.  )
BOSWELL, Sheriff of Russell County, Alabama,  )
    Respondents.  )

## PETITION FOR WRIT OF *HABEAS CORPUS*

Petitioner petitions this Court to issue a writ of *habeas corpus* requiring Thomas F.

Boswell, Sheriff of Russell County, Alabama, to bring petitioner before this Honorable Court to

show just cause as to why petitioner's bond should not be reduced, and as cause therefor, states

as follows:

1.    This petition for a writ of *habeas corpus* is made on behalf of Jerry E. Whitley, by

and through his attorney, Laurel W. Farrar.

2.    Petitioner is imprisoned and restrained of his liberty in the Russell County Jail in

Phenix City, Alabama, by the Sheriff on felony charges, *to-wit*: Possession of methamphetamine,

resisting arrest and trafficking in methamphetamine, pursuant to indictments issued on January

16, 2002, copies of which are attached hereto.

3.    Petitioner is restrained of his liberty on said felony charges with bails in the

amounts of $250,000.00 for the charge of Trafficking Methamphetamine, $20,000.00 for the

charge of Possession of a Controlled Substance, and $1,000.00 for the misdemeanor charge of

Resisting Arrest, for a total of $271,000.00.  Said amounts were set by the Honorable George

Greene, Russell County Circuit Court Judge.

*Bond reduced to 60,000 on trafficking charge, 10,000 on possession of controlled substance, 1,000 resisting arrest.*

Page 1