| | | |
|---|---|---|
| STATE OF ALABAMA | ) | IN THE CIRCUIT COURT OF |
| VS. | ) | RUSSELL COUNTY, ALABAMA |
| JERRY E. WHITLEY | ) | CASE NOS.: CC 02-186, -187, -188 |

## MOTION TO WITHDRAW

Comes now attorney for the Defendant in the above styled cases, and moves the Court to allow her to withdraw from representation and appoint an attorney to represent him on appeal.

WHEREFORE, the undersigned respectfully requests that the Court allow her to withdraw as attorney of record.

This the 31st Day of _January_, 2003.

EZELL & CHANCEY, LLP

By: _____

Laurel W. Farrar
Attorneys for Defendant
1200 8th Avenue
P. O. Drawer 2500
Phenix City, AL   36868-2500
(334)   297-2400
Attorney Code FAR-036

CERTIFICATE OF SERVICE

I hereby certify that I am attorney for the defendant and that I have served a copy of the within and foregoing Motion to Withdraw upon the District Attorney of Russell County, Alabama, by placing a copy thereof in a receptacle held in his name in the Office of the Clerk of this Court, this 21st day of January, 2003.

Laurel W. Farrar

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA,                    )        CRIMINAL CASE NUMBER
        Plaintiff,                   )        CC-02-186-188
                           )
vs.                                  )
                           )
JERRY E. WHITLEY,                    )
        Defendant.                   )

## MOTION FOR DESIGNATION OF INDIGENCY TO PROCEED ON APPEAL IN FORMA PAUPERIS

Comes now the defendant in the above styled action, and respectfully the Court to allow him to proceed on appeal forma pauperis upon the following grounds, to wit:

1. The defendant is penniless and unable to obtain money to appeal his case.

2. The defendant meets every test under State law that prescribes standards of indigency and an affidavit is attached herein in support thereof.

WHEREFORE, the defendant prays that he be designated an indigent for purposes of appealing from the judgment and verdict of conviction entered in this Court on the 14th of January, 2003.

Respectfully requested, this the ___31st___ Day of __January__, 2003.

EZELL & CHANCEY, LLP

By: _____

Laurel W. Farrar
Attorneys for Defendant
1200 8th Avenue
P. O. Drawer 2500
Phenix City, AL  36868-2500
(334)  297-2400
Attorney Code FAR-036

## CERTIFICATE OF SERVICE

I hereby certify that I am attorney for the defendant and that I have served a copy of the within and foregoing Motion to for Designation of Indigency upon the District Attorney of Russell County, Alabama, by placing a copy thereof in a receptacle held in his name in the Office of the Clerk of this Court, this _____ day of January, 2003.

Laurel W. Farrar

State of Alabama
Unified Judicial System

Form ARAP- 26 (front)     8/91

Criminal Appeal Number
_____

# COURT OF CRIMINAL APPEAL
## DOCKETING STATEMENT

## A. GENERAL INFORMATION:

☑ CIRCUIT COURT   ☐ DISTRICT COURT   ☐ JUVENILE COURT OF   **RUSSELL**   COUNTY

**JERRY EUGENE WHITLEY** , Appellant

v.   ☑ STATE OF ALABAMA   ☐ MUNICIPALITY OF _____

| | | |
|---|---|---|
| Case Number **CC-02-186,187,188** | Date of Complaint or Indictment **01/16/02** | Date of Judgment/Sentence/Order **01/14/03** |
| Number of Days of Trial/Hearing **2** Days | Date of Notice of Appeal Oral: **01/14/03** | Written: **01/14/03** |
| Indigent Status Requested: ☑ Yes ☐ No | Indigent Status Granted: ☐ Yes ☐ No | |

## B. REPRESENTATION:

Is Attorney Appointed or Retained?   ☑ Appointed ☐ Retained.   If no attorney, will appellant represent self?   ☐ Yes ☐ No

Appellant's Attorney (Appellant if pro se) (Attach additional pages if necessary)
**LAUREL W. FARRAR (trial)**

Telephone Number **334 297-2400**

Address **P.O. Drawer 2500**   City **Phenix City**   State **AL**   Zip Code **36868-2500**

## C. CODEFENDANTS: List each CODEFENDANT and the codefendant's case number.

| | |
|---|---|
| Codefendant **Caylene E. White** | Case Number **CC 2002-110,11** |
| Codefendant **Wayne M. Meadows** | Case Number **CC 2002-179,180,-181** |
| Codefendant **Steven D. Moseson** | Case Number **CC 2002-160** |

## D. TYPE OF APPEAL: Please check the applicable block.

1 ☑ State Conviction
2 ☐ Post-Conviction Remedy
3 ☐ Probation Revocation
4 ☐ Pretrial Order
5 ☐ Contempt Adjudication
6 ☐ Municipal Conviction
7 ☐ Juvenile Transfer Order
8 ☐ Juvenile Delinquency
9 ☐ Habeas Corpus Petition
10 ☐ Other (Specify) _____

## E. UNDERLYING CONVICTION/CHARGE: Regardless of the type of appeal checked in Section D, please check the box beside each offense category for which the appellant has been convicted or charged as it relates to this appeal. Also include the applicable section of the Code of Alabama for State convictions.

1 ☐ Capital Offense - § _____
2 ☐ Homicide - § _____
3 ☐ Assault - § _____
4 ☐ Kidnapping/Unlawful Imprisonment - § _____
5 ☑ Drug Possession - § **13A-12-212**
6 ☑ Trafficking in Drugs - § **13A-12-231**
7 ☐ Theft - § _____
8 ☐ Damage or Intrusion to Property - § _____
9 ☐ Escape - § _____
10 ☐ Weapons/Firearms - § _____
11 ☐ Fraudulent Practices - § _____
12 ☐ Offense Against Family - § _____
13 ☐ Traffic - DUI - § _____
14 ☐ Traffic - Other - § _____
15 ☑ Miscellaneous (Specify): **Resisty Arrest - § 13A-10-41**

## F. DEATH PENALTY:

Does this appeal involve a case where the death penalty has been imposed?   ☐ Yes ☑ No

## G. TRANSCRIPT:

1. Will the record on appeal have a reporter's transcript?   ☑ Yes ☐ No
2. If the answer to question "1" is "Yes," state the date the Reporter's Transcript Order was filed.   **01/23/03** (Date)
3. If the answer to question "1" is "No":
   (a) Will a stipulation of facts be filed with the circuit clerk?   ☐ Yes ☐ No
   (b) Will the parties stipulate that only questions of law are involved and will the trial court certify the questions?   ☐ Yes ☐ No

NOTE: If the appeal is from the district or juvenile court and the answer to question "1" is "No," then a positive response is required for question 3(a) or 3(b).

H. POST-JUDGMENT MOTIONS: List all post-judgment motions by date of filing, type, and date of disposition (whether by trial court order or by the provisions of Rules 20.3 and 24.4 (ARCrP)):

| DATE OF FILING | | | TYPE OF POST-JUDGMENT MOTION | DATE OF DISPOSITION | | |
|---|---|---|---|---|---|---|
| Month | Day | Year | | Month | Day | Year |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

I. NATURE OF THE CASE: Without argument, briefly summarize the facts of the case.

J. ISSUE(S) ON APPEAL: Briefly state the anticipated issues that will be presented on appeal. *(Attach additional pages if necessary.)*

K. SIGNATURE:

_____    _____
Date                           Signature of Attorney/ Party Filing this Form

TRANSCRIPT PURCHASE ORDER
OF APPELLANT

*(See Rules 10(b) and 11(a) of the Alabama Rules of Appellate Procedure)*

Appellate Case Number

000503

---

| APPELLANT | JERRY EUGENE WHITLEY |
|---|---|
| v.   APPELLEE | STATE OF ALABAMA |

| Civil Action Number | Trial Judge GEORGE R. GREENE | |
|---|---|---|
| Court Reporter LINDA WILSON | County RUSSELL | Date of Notice of Appeal 1/14/03 1/17/03 written ORAL & WRITTEN |

**PART I.   TO BE COMPLETED AND FILED WITH THE COURT REPORTER BY APPELLANT WITHIN 7 DAYS OF THE FILING OF THE NOTICE OF APPEAL.**

A. Request is hereby made to the reporter for a transcript of the following proceedings (give particulars):

NOTE: Exhibits are included in the clerk's record and need not be specified - see Rule 10(b)(1), A.R.App.p.

- ☑ Entire Transcript
- ☐ Testimony of Plaintiff
- ☐ Testimony of Defendant
- ☐ Testimony of Witness _____
- ☐ Testimony of Witness _____

- ☐ Oral Charges to the Jury
- ☐ Objection to Oral Charge
- ☐ Objection to Refused Requested Written Charge(s), Numbers _____
- ☐ Others: _____

NOTE: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Pages 4 and 5.

B. I CERTIFY that I HAVE paid the Court Reporter the estimated cost of transcribing that part of the proceedings I have deemed necessary to be included in the record.

1/23/03          Signature _____          334-297-2400
Date                                                         Telephone Number

NOTE:   Upon Completion of PART I, Appellant should distribute pages as follows:

| * Pages 1, 2 and 3 - Court Reporter | Page 4 - Trial Court | Page 5 - Appellee | Page 6 - Retained by Appellant |
|---|---|---|---|

---

**PART II.   TO BE COMPLETED BY COURT REPORTER ON SAME DATE TRANSCRIPT PURCHASE ORDER IS RECEIVED.**

A.

| Date Transcript Purchase Order Received | Estimated Completion Date |
|---|---|
| Estimated Number of Pages                         ) | Estimated Cost |

B. I CERTIFY THAT ☐ I HAVE ☐ I HAVE NOT *(check one)* been paid the estimated cost of the transcript.

_____          _____          _____
Date                    Signature                    Telephone Number

NOTE:   Upon Completion of PART II, Court Reporter should distribute pages as follows:

| * Pages 1 and 2 - Retained by the Court Reporter | Page 3 - Transmitted to the Appropriate Appellate Court on Same Date Transcript Purchase Order is Received. |
|---|---|

---

**PART III.   CERTIFICATE OF COMPLETION OF REPORTER'S TRANSCRIPT.**

NOTE: This is to be completed by court reporter on date of filing of transcript in trial court. On the day of completion, this certificate must be forwarded to the appropriate appellate court (Page 2) and copies thereof shall be served on the clerk of the trial court and each of the parties.

I CERTIFY that I have this date completed and filed with the clerk of the trial court the original of a true and correct transcript of the evidence and matters designated by the parties. All pages are numbered serially in the upper right corner of the pages, prefaced by an index, and ending with the following number: _____

I CERTIFY that photocopies of this certificate are this date being served on the clerk of the trial court and each of the parties, along with a copy of the index (with copies of the transcript as ordered).

Dated this _____ day of _____          _____
                                                                              Court Reporter

NOTE:   Upon Completion of PART III, Court Reporter should distribute pages as follows:

| * Page 1 - Retained by the Court Reporter | Page 2 - Transmitted to the Appropriate Appellate Court |
|---|---|

---

| • Distribution Code: | Page 1: White | Page 2: Blue | Page 3: Green | Page 4: Canary | Page 5: Pink | Page 6: Goldenro |
|---|---|---|---|---|---|---|

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA,  )        CRIMINAL CASE NUMBER
     Plaintiff,  )        CC-02-186-188
                 )
vs.  )
                 )
JERRY E. WHITLEY,  )
     Defendant.  )

## ORDER ON MOTION TO WITHDRAW AND APPOINTING COUNSEL ON APPEAL

Upon consideration of the Motion to Withdraw filed by the attorney for the defendant in the above-stated cause, the Court is of the opinion that the same is due to be granted.

IT IS, THEREFORE, ORDERED that Laurel W. Farrar, attorney, be, and hereby is, allowed to withdraw from representation, and that the Hon. *Chuck Floyd*, attorney, be, and is, hereby appointed to represent the defendant on appeal.

SO ORDERED, this the 20 day of *Feb*, 2003.

_____
Honorable George Greene
Judge, Russell County Circuit Court

Form C-10  Page 2 of 2   Rev. 2/98

Monthly Expenses: (cont'd page 1)
 Credit Card Payment(s)
 Educational/Employment Expenses
 Other Expenses (be specific) _____

 _____
 Sub-Total

B.  Child Support Payment(s)/Alimony    $ __45 weekly__    A $ _None_

 Sub-Total                              B $ _None_

C.  Exceptional Expenses    $ _None_

TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)   $ _None_

Total Gross Monthly Income Less total monthly expenses:

DISPOSABLE MONTHLY INCOME                $ _None_

4.  LIQUID ASSETS:
 Cash on Hand/Bank (or otherwise available such as stocks,    $ _____
  bonds, certificates of deposit)
 Equity in Real Estate (value of property less what you owe)
 Equity in Personal Property, etc. (such as the value of
  motor vehicles, stereo, VCR, furnishing, jewelry, tools,
  guns, less what you owe)
 Other (be specific)
 Do you own anything else of value? ☐ Yes ☐ No
  (land, house, boat, TV, stereo, jewelry)
 If so, describe _____

TOTAL LIQUID ASSETS                     $ _None_

5.  Affidavit/Request
 I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

 Sworn to and subscribed before me this

 _____ day of _____, 19 _____.        _____
                                                     Affiant's Signature

 _____           _Aaron Whitley_
 Judge/Clerk/Notary                                  Print or Type Name

ORDER OF COURT

SECTION II.
 IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
  ☐ Affiant is not indigent and request is DENIED.
  ☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay
    $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows:
  ☐ Affiant is indigent and request is GRANTED.
  ☐ The prepayment of docket fees is waived.

 IT IS FURTHER ORDERED AND ADJUDGED that _Charles Floyd III_ is hereby appointed as counsel to represent Affiant.
 IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
 Done this _____20_____ day of __Feb__, 19 _2007_        _____
                                                          Judge

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA,  )  CRIMINAL CASE NUMBER
    Plaintiff,  )  CC-02-186-188
      )
vs.  )
      )
JERRY E. WHITLEY,  )
    Defendant.  )

## ORDER DESIGNATING INDIGENCY TO PROCEED ON APPEAL IN FORMA PAUPERIS

The defendant's motion for designation for indigency having been read, and upon defendant's attached affidavit of poverty having been considered, it appears that the said defendant, Jerry E. Whitley, is indigent, and because of his poverty unable to prosecute his appeal and is without funds to pay an attorney for said appeal. Whereupon, the Court does hereby designate defendant, Jerry E. Whitley, because of his poverty, as an indigent and unable to pay an attorney to prosecute this appeal.

SO ORDERED, this the 20 day of _Feb_, 2003.

_____
Honorable George Greene
Judge, Russell County Circuit Court

000507

ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT OF    RUSSELL COUNTY,
STATE OF ALABAMA VS WHITLEY JERRY EUGENE        JUDGE: GEORGE R. GREENE

---

APPEAL DATE: 01/14/2003

INDIGENCY STATUS:
  GRANTED INDIGENCY STATUS AT TRIAL COURT:        __X__ YES    _____ NO
  APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:  __X__ YES    _____ NO
  INDIGENT STATUS REVOKED ON APPEAL:              _____ YES    __X__ NO
  INDIGENT STATUS GRANTED ON APPEAL:              __X__ YES    _____ NO

DEATH PENALTY: NO

APPEAL TYPE: STATE CONVICTION

---

THIS IS AN APPEAL FROM A CONVICTION.

DATE OF CONVICTION: 12/05/2002        DATE OF SENTENCE: 01/14/2003

YOUTHFUL OFFENDER STATUS: DENIED

CO/CASE NUMBER: 57/CC 2002 000188.00    ACTION: CONVICTED
CODE: REST    CONVICTION: RESISTING ARREST    STATUTE: 13A-010-041
SENTENCE:   CONF: 00 YRS 06 MOS 000 DAYS
SENTENCE:   PROB: 00 YRS 00 MOS 000 DAYS        LIFE: NO    LIFEWO: NO

---

| POST-JUDGMENT MOTIONS FILED: | DT FILED | DT DENIED | CON BY AGREE |
|---|---|---|---|
| ___ MOTION FOR NEW TRIAL | -------- | -------- | ------------ |
| ___ MOTION FOR JUDG. OF ACQUIT | -------- | | |
| ___ MOTION TO W/D GUILTY PLEA | -------- | -------- | ------------ |
| _X_ MOTION FOR ATTY TO W/DRAW | 01/20/2003 | -------- | 02/24/2003 |
| ___ OTHER _____ | -------- | -------- | ------------ |

---

COURT REPORTER(S):            WILSON, LINDA S.
ADDRESS:                      C/O HON. GEORGE R. GREENE
                              PHENIX CITY   , AL  36867

APPELLATE COUNSEL #1:         FLOYD CHARLES EDDIE III
ADDRESS:                      P. O. BOX 759

                              PHENIX CITY   , AL  36868
PHONE NUMBER:                 205-297-3378

APPELLATE COUNSEL #2:         ------------------------------
ADDRESS:                      ------------------------------
                              ------------------------------
                              ------------------------------
PHONE NUMBER:                 ------------------------------

APPELLANT (PRO SE):           WHITLEY JERRY EUGENE
ADDRESS:                      150 REYNOLDS ROAD
                              FORTSON    , GA  318080000
AIS #:

APPELLEE (IF CITY APPEAL):    ------------------------------
ADDRESS:                      ------------------------------
                              ------------------------------

---

I CERTIFY THAT THE INFORMATION PROVIDED        OPERATOR: SHG
ABOVE IS ACCURATE TO THE BEST OF MY        PREPARED: 02/24/2003
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 24th DAY OF February, 2003

_Kathy Coulter_ /fw
CIRCUIT COURT CLERK

IN THE IRCUIT COURT OF

_____,                    )      RUSSELL COUNTY, ALABAMA

       PLAINTIFF,                          )

                        )      CASE NO.: CC 02-186-188

      VS.                                 )

                        )

JERRY WHITLEY                              )

       DEFENDANT.                          )

## ORDER

The Order dated February 20, 2003 granting defendant's motion to proceed on appeal in forma pauperis and appointment of attorney is hereby recalled and set aside as this Order was issued in error. The defendant has retained Hon. Michael Williams, Sr., Attorney for purposes of appeal.

DONE this the 27th day of February 2003.

_____
JUDGE, CIRCUIT COURT

ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT OF   RUSSELL COUNTY
STATE OF ALABAMA VS WHITLEY JERRY EUGENE         JUDGE: GEORGE R. GREENE

APPEAL DATE: 01/14/2003

INDIGENCY STATUS:
  GRANTED INDIGENCY STATUS AT TRIAL COURT:       __X__ YES   _____ NO
  APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: __X__ YES   _____ NO
  INDIGENT STATUS REVOKED ON APPEAL:             _____ YES   _____ NO
  INDIGENT STATUS GRANTED ON APPEAL:             _____ YES   __X__ NO

DEATH PENALTY: NO

APPEAL TYPE: STATE CONVICTION

THIS IS AN APPEAL FROM A CONVICTION.

DATE OF CONVICTION: 12/05/2002          DATE OF SENTENCE: 01/14/2003

YOUTHFUL OFFENDER STATUS: DENIED

CO/CASE NUMBER: 57/CC 2002 000188.00     ACTION: CONVICTED
CODE: REST   CONVICTION: RESISTING ARREST   STATUTE: 13A-010-041
SENTENCE:  CONF: 00 YRS 06 MOS 000 DAYS
SENTENCE:  PROB: 00 YRS 00 MOS 000 DAYS        LIFE: NO   LIFEWO: NO

| POST-JUDGMENT MOTIONS FILED: | DT FILED | DT DENIED | CON BY AGREE |
|---|---|---|---|
| ___ MOTION FOR NEW TRIAL | _____ | _____ | _____ |
| ___ MOTION FOR JUDG. OF ACQUIT | _____ | _____ | _____ |
| ___ MOTION TO W/D GUILTY PLEA | _____ | _____ | 02/24/2003 |
| _X_ MOTION FOR ATTY TO W/DRAW | 01/20/2003 | _____ | |
| ___ OTHER _____ | _____ | | |

COURT REPORTER(S):              WILSON, LINDA S.
ADDRESS:                        C/O HON. GEORGE R. GREENE
                                PHENIX CITY   ,  AL  36867

APPELLATE COUNSEL #1:           WILLIAMS J MICHAEL SR
ADDRESS:                        P O BOX 1068

                                AUBURN        ,  AL  36831
PHONE NUMBER:                   205-705-0200

APPELLATE COUNSEL #2:           _____
ADDRESS:                        _____
                                _____
                                _____
PHONE NUMBER:                   _____

APPELLANT (PRO SE):             WHITLEY JERRY EUGENE
ADDRESS:                        150 REYNOLDS ROAD
                                FORTSON      ,  GA  318080000
AIS #:

APPELLEE (IF CITY APPEAL):      _____
ADDRESS:                        _____
                                _____

I CERTIFY THAT THE INFORMATION PROVIDED                    OPERATOR: SHG
ABOVE IS ACCURATE TO THE BEST OF MY               PREPARED: 02/28/2003
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO            *Kathy Coulter / tw*
THIS ACTION ON THIS 28th DAY OF February, 2003       CIRCUIT COURT CLERK

State of Alabama
Unified Judicial System

Form C-62A    Rev. 7/2000

**ATTORNEY FEE DECLARATION**
(Adult)
[For Work Performed On or After 10/1/2000]

County | Case Number
5 2 | CC 02 - and 188
| Jurisdiction  Year  Case  Suffix

Mark Appropriate Court:

Circuit Court of **Russell** County

☐ District Court of _____ County
☐ Municipal Court of _____
☐ Alabama Court of Criminal Appeals
☐ Alabama Court of Civil Appeals
☐ Supreme Court of Alabama

Indicate if Original Charge is:

Capital Case (or charge carrying sentence of life without parole)
Class A Felony
Class B Felony
Class C Felony
Other
Appeal
Petition for Writ of Certiorari
Post-Conviction/Habeas Corpus

Limits

☐ (No Limit) CC
☒ ($3,500) FA
☒ ($2,500) FB
☒ ($1,500) FC
☒ ($1,000) OT
☐ ($2,000) AP
☐ ($2,000) WC
☐ ($1,000) PC

Attorney Name (Please type or print)

LAUREL W. FARRAR

63-1246664
Social Security Number or FEIN

STYLE OF CASE: ☒ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. **Jerry E. Whitley**
Defendant

CHARGE: **Trafficking, Possession, Resisting Arrest**

Companion case numbers and charges or convictions: _____

The undersigned attorney declares that on (date) **2/20/02**, the Honorable **George R. Greene**, Judge, appointed the undersigned to represent the above-named defendant or appellant, and on (date) **12/5/02**, Judge. The case was disposed of by the case was heard by the Honorable **George R. Greene**, Judge.
**Conviction**
(Plea of guilty, conviction, acquittal, affirmance, reversal, cert. denied)

| | | Total Hours | | | |
|---|---|---|---|---|---|
| (1) | In-Court Appearance (Trial Level or Post-Conviction Proceeding) | 18.6 x $ 60.00 per hour = | 1,116.00 |
| (2) | Out-of-Court Preparation (Trial Level or Post-Conviction Proceeding) | 103.5 x $ 40.00 per hour = | 4,140.00 |
| (3) | Preparation (Appellate Level) | ___ x $ 60.00 per hour = | |
| (4) | Extraordinary Expenses (If approved in advance by court) | | 586.67 |
| (5) | Overhead Expenses (If approved in advance by court) | Total Hours 122.1 x $38.46 Per hour = | 4,695.97 |
| | | TOTAL CLAIM OF ATTORNEY | 10,538.64 |

**NOTICE TO ATTORNEY:** Complete this form. Attach a copy of a complete itemization of (1) in-court appearances; (2) out-of-court preparation; (3) preparation for appeals; (4) extraordinary expenses; and/or (5) overhead expenses reflecting the date of actions and amount of time involved in each activity. Make a copy of same for the court's record and a copy for your records.

The undersigned attorney further declares that the above claim is true and correct and represents the services actually rendered by him/her as an attorney and the amount is due and payable. I further declare that the above claim is not a duplication of charges and expenses in any case (companion or otherwise).

Signature of Attorney

Attorney Code **FAR-036**

Sworn to and subscribed before me this **13th** day of **February**, **2003**

_Notary Public_
My Commission Expires 11-23-06

Mailing Address of Attorney
(please type or print) (including city, state, and zip code)
EZELL & CHANCEY, LLP
P.O. Drawer 2500, 1200 8th Avenue
Phenix City, AL 36868-2500
Telephone Number (334) 297-2400 Fax Number (334) 297-3842

I, the undersigned judge, hereby certify that the foregoing claim has been presented to me, and I have reviewed the same and believe the same to be true and correct. I am further of the opinion that said attorney is not duplicating said charges and expenses in any case (companion or otherwise).

Based on the above, I hereby approve the declaration and claim in the amount of $ **10,538.64**

Done this **10** day of **March** **2003**

Judge's Signature

**NOTICE TO ATTORNEY AND JUDGE:** Sections 15-12-21 through 15-12-23, Code of Alabama 1975, provide for the payment of attorney fees and extraordinary expenses incurred by counsel appointed to represent indigent defendants at the trial level, on appeal (including petition for writ of certiorari to the Alabama Supreme Court) and in post-conviction proceedings.

THIS FORM MUST CONTAIN ORIGINAL SIGNATURES OF THE ATTORNEY AND THE JUDGE. THIS FORM WITH ATTACHED ITEMIZATION MUST BE SUBMITTED TO THE TRIAL COURT JUDGE OR PRESIDING JUDGE OR CHIEF JUSTICE OF THE APPELLATE COURT FOR APPROVAL. AFTER APPROVAL, FILE WITH THE CLERK, WHO SHALL SUBMIT THE ORIGINAL DECLARATION TO THE STATE COMPTROLLER (EXCEPT IN MUNICIPAL CASES) FOR AUDIT.

Filed in the Clerk's Office at **Russell Co**, Alabama, on **3/11/03**
date

EXCEPT IN MUNICIPAL CASES, MAIL TO: State Comptroller, Indigent Defense Section, P. O. BOX 302602, Montgomery, Alabama 36130-2602

Original: Comptroller          Yellow: Court File          Pink: Attorney

| | | | |
|---|---|---|---|
| Total In-Court Time | 18.6 | hours x $60.00= | 1,116.00 |
| Total Out-of-Court Time | 103.5 | hours x $40.00= | 4,140.00 |
| Overhead Expenses: Overhead | 122.1 | hours x $38.46= | 4,695.97 |
| Photocopies (correspondence 68; pleadings 570; copies of cases 105) | 743.0 | copies x 25¢= | 185.75 |
| Postage and fax charges | 40.0 | x 37¢= | 14.80 |
| Certified Mail charges | 2.0 | x $4.80= | 9.60 |
| Mileage to Auburn 10/22/02 | 78.0 | miles @34¢ | 26.52 |
| Extraordinary Expenses: Independent Laboratory Analyses | 2.0 | tests x $75.00 | 350.00 |

TOTAL AMOUNT DUE................................................................................10,538.64

EZELL & CHANCEY, LLP

By: _____

Laurel W. Farrar
Attorneys for Defendant
P. O. Drawer 2500
Phenix City, AL   36868-2500
(334)   297-2400
Attorney Code FAR-036

000512

IN THE CIRCUIT COURT OF RUSSELL COURT

STATE OF ALABAMA,                          )      CRIMINAL CASE NUMBER
            Plaintiff,                     )      CC-02-186, 187, 188
                                           )
                                           )
vs.                                        )
                                           )
                                           )
JERRY E. WHITLEY,                          )
            Defendant.                     )

## ATTORNEY'S FEE DECLARATION

| DATE | IN-COURT TIME | | TIME |
|---|---|---|---|
| | **ACTION** | | |
| 2/20/02 | In court - hearing - appointment | | 0.4 |
| 4/9/02 | In court - hearing - docket call | | 0.5 |
| 6/19/02 | In court - hearing docket call | | 0.6 |
| 6/20/02 | In court - motion hearing | | 1.8 |
| 7/29/02 | In court - hearing - docket call | | 0.2 |
| 8/26/02 | In court - hearing on motion to suppress | | 1.7 |
| 9/4/02 | In court - hearing - docket call | | 3.1 |
| 10/16/02 | In court - hearing - docket call | | 0.2 |
| 10/23/02 | In court - hearing - motion in limine and writ of habeas corpus | | 0.5 |
| 11/19/02 | In court - hearing - docket call | | 0.4 |
| 12/2/02 | In court - hearing - jury qualification | | 1.3 |
| 12/5/02 | In court - trial | | 7.0 |
| 1/14/03 | In court - hearing - sentencing | | 0.9 |
| | **Total In-Court Time** | | 18.6 |

| DATE | OUT-OF-COURT TIME | TIME |
|---|---|---|
| | **ACTION** | |
| 2/20/02 | Travel from court | 0.2 |
| 2/20/02 | Preparation of, filing and serving motions | 0.5 |
| 2/20/02 | Review of indictments | 0.3 |
| 2/22/02 | Conference with attorney Rick Chancey, client's attorney at preliminary hearing level | 0.3 |
| 2/26/02 | Receipt and review of orders | 0.1 |
| 2/27/02 | Receipt and review of State's motion for discovery and motion for consolidation of offenses | 0.3 |

## OUT-OF-COURT TIME

| DATE | ACTION | TIME |
|---|---|---|
| 2/28/02 | Receipt and review of message from client's brother | 0.1 |
| 2/28/02 | Preparation of motion for reduction of bond | 0.4 |
| 2/28/02 | Conference with D.A.; Receipt and review of discovery and plea offer | 0.3 |
| 2/28/02 | Letter to client | 0.4 |
| 3/1/02 | Review, revise and finalize motion for reduction of bond; filing and serving | 0.3 |
| 3/4/02 | Conference with attorney Rick Chancey | 0.4 |
| 3/4/02 | Receipt and review of order on State's motion for discovery | 0.3 |
| 3/4/02 | Receipt and review of letters from client | 0.4 |
| 3/4/02 | Telephone call from client's brother | 0.1 |
| 3/5/02 | Travel to and from jail for conference with client | 1.6 |
| 3/8/02 | Receipt and review of order denying motion for reduction of bond; forward copy to client. | 0.2 |
| 3/8/02 | Legal research re reasonableness of bond | 0.5 |
| 3/11/02 | Telephone conference with Clerk of Court of Criminal Appeals | 0.2 |
| 3/11/02 | Drafting writ of petition for habeas corpus | 0.6 |
| 3/12/02 | Legal research | 0.4 |
| 3/12/02 | Review, revise and finalize petition for writ of habeas corpus | 0.5 |
| 3/12/02 | Filing and service of petition for writ of habeas corpus; letter to client; Receipt and review of letter from client | 0.7 |
| 3/13/02 | Receipt and review of letter from client | 0.1 |
| 3/14/02 | Receipt and review of letter from client | 0.1 |
| 3/15/02 | Receipt and review of letter from client | 0.1 |
| 3/16/02 | Receipt and review of letter from client | 0.1 |
| 3/18/02 | Receipt and review of message from client | 0.1 |
| 3/20/02 | Receipt and review of letter from client | 0.1 |
| 3/21/02 | Receipt and review of order reducing bond amounts | 0.1 |
| 3/21/02 | Receipt and review of order from Court of Criminal Appeals for response to petition for writ of habeas corpus | 0.1 |
| 3/22/02 | Travel to and from jail for conference with client | 1.0 |
| 3/28/02 | Letter to client re bond reduction | 0.1 |
| 4/2/02 | Receipt and review of response to petition for writ of habeas corpus | 0.5 |
| 4/3/02 | Conference with attorney Rick Chancey | 0.1 |

| | OUT-OF-COURT TIME | |
|---|---|---|
| DATE | ACTION | TIME |
| 4/4/02 | Telephone call from client's father | 0.2 |
| 4/4/02 | Legal research | 0.1 |
| 4/9/02 | Travel to and from court for docket call | 0.3 |
| 4/10/02 | Receipt and review of Attorney General's motion to accept substitute exhibit to response | 0.2 |
| 4/10/02 | Letter to client with copies of filings | 0.4 |
| 4/11/02 | Receipt and review of Court of Criminal Appeals dismissal of petition for writ of habeas corpus; letter to client with copy | 0.1 |
| 4/17/02 | Telephone conference with client | 0.9 |
| 4/25/02 | Letter to client | 0.1 |
| 5/23/02 | Telephone conference with Buster Landreau | 0.2 |
| 5/23/02 | Receipt and review of State's motion for joinder of defendants at trial | 0.1 |
| 5/24/02 | Preparation of, filing and serving objection to motion for joinder; forward copies of filings to client | 0.4 |
| 5/24/02 | Travel to and from D.A.'s office; review of prosecutor's tapes | 2.0 |
| 6/4/02 | Conference with client; notes | 0.6 |
| 6/11/02 | Telephone conference with D.A.'s office; telephone call to client; notes | 0.4 |
| 6/11/02 | Legal research; drafting motions | 0.5 |
| 6/13/02 | Review, revise and finalize motions; preparation of, filing and serving Motion to Suppress Arrest and Evidence and Search Warrant, Motion to Permit Independent Analysis and Motion for Approval of Extraordinary Expenses; forward copies to client | 1.2 |
| 6/17/02 | Receipt and review of lab report and message from D.A. | 0.2 |
| 6/17/02 | Conference with Buster Landreau | 0.8 |
| 6/18/02 | Legal research re lab/mixture | 0.6 |
| 6/18/02 | Preparation of, filing and serving Motion for Further Analysis of Alleged Controlled Substance and Motion to Exclude Laboratory Report | 1.0 |
| 6/19/02 | Travel to and from court for docket call | 0.2 |
| 6/19/02 | Legal research | 1.0 |
| 6/19/02 | Drafting and filing motions and subpoena requests; deliver subpoenas to Sheriff's office | 1.5 |
| 6/19/02 | Review, revise and finalize, filing and serving Motion to Continue | 0.2 |
| 6/19/02 | Telephone calls to witnesses and a witness's employer re attendance at hearing on 6/20/02 | 0.2 |

| | OUT-OF-COURT TIME | |
|---|---|---|
| DATE | ACTION | TIME |
| 6/20/02 | Preparation for hearing | 0.3 |
| 6/20/02 | Travel to and from court for hearing | 0.3 |
| 6/20/02 | Conference with client prior to hearing | 0.3 |
| 6/20/02 | Conference with co-defendant's attorney Jeremy Armstrong | 0.9 |
| 6/20/02 | Legal research on issues re sentencing | 1.4 |
| 6/20/02 | Telephone calls to Department of Corrections and Department of Pardons and Paroles | 0.6 |
| 6/20/02 | Letters to witnesses | 0.2 |
| 6/20/02 | E-mail to Department of Corrections | 0.3 |
| 6/20/02 | Telephone call to office of Federal Public Defenders | 0.1 |
| 6/20/02 | Telephone call from Federal Public Defenders; telephone call to Buster Landreau | 0.4 |
| 6/20/02 | Telephone call to Martindale-Hubbell to look for expert witness | 0.2 |
| 6/20/02 | Telephone call to Buster Landreau; telephone call from client | 0.2 |
| 6/21/02 | Travel to and from D.A.'s office to pick up tapes and player | 0.5 |
| 6/21/02 | Conference with client | 1.0 |
| 6/21/02 | Receipt and review of order denying approval of extraordinary expenses | 0.1 |
| 6/21/02 | Preparation of, filing and serving Motion for Reconsideration of motion for extraordinary expenses | .4 |
| 6/21/02 | Conference with Buster Landreau | 0.6 |
| 6/25/02 | Telephone call from Department of Corrections | 0.3 |
| 6/25/02 | Receipt and review of order denying motion for reconsideration; letter to client | 0.2 |
| 7/3/02 | Telephone call from client | 0.4 |
| 7/8/02 | Telephone calls to Smith-Kline Laboratories | 0.3 |
| 7/11/02 | Receipt of notice of docket call; letter to client; conference with client | 0.3 |
| 7/16/02 | Telephone call from client; notes; telephone calls to Smith-Kline | 0.3 |
| 7/23/20 | Telephone calls to witnesses | 0.1 |
| 7/24/02 | Telephone call to potential expert witness Dr. Hiatt; fax lab report to Dr. Hiatt; telephone call from Dr. Hiatt | 0.6 |
| 7/25/02 | Receipt and review of order to show cost and time for completion of independent analysis | 0.1 |
| 7/25/02 | Telephone call to Buster Landreau; telephone call to client | 0.3 |

| | OUT-OF-COURT TIME | |
|---|---|---|
| DATE | ACTION | TIME |
| 7/26/02 | Preparation of, filing and serving Supplemental Information in Support of Motion for Reconsideration of Extraordinary Expenses | 0.7 |
| 7/29/02 | Travel to and from court for hearing, docket call, filing | 0.4 |
| 7/29/02 | Conference with Buster Landreau and conference with client prior to hearing | 0.2 |
| 7/29/02 | Receipt and review of order granting motion for consolidation of cases for trial | 0.1 |
| 7/31/02 | Preparation of proposed order; fax to Dr. Hiatt | 0.6 |
| 8/6/02 | Telephone call to Dr. Hiatt | 0.1 |
| 8/6/02 | Telephone calls to Forensic Sciences, Department of Transportation re method for shipping samples | 0.7 |
| 8/7/02 | Telephone calls to shipping agencies | 0.4 |
| 8/9/02 | Receipt and review of Order for Transport of samples | 0.1 |
| 8/15/02 | Receipt and review of State's motion to amend order for transport | 0.5 |
| 8/16/02 | Preparation of, filing and serving objection to motion to amend order | 0.5 |
| 8/19/02 | Letter to client; telephone call to Buster Landreau; telephone call to Dr. Hiatt | 0.3 |
| 8/22/02 | Conference with attorney Rick Chancey | 0.8 |
| 8/22/02 | Telephone call from client; telephone call from Ed Berry | 0.2 |
| 8/22/02 | Telephone calls to attorneys Joel Collins, Tommy Worthy and Jeremy Armstrong re co-defendants | 0.5 |
| 8/22/02 | Letter to Buster Landreau | 0.2 |
| 8/23/02 | Preparation of, filing and serving motion in limine | 0.3 |
| 8/23/02 | Telephone call from client | 0.2 |
| 8/23/02 | Preparation and delivery of subpoenas; telephone calls and letters to witnesses | 1.3 |
| 8/23/02 | Conference with Clerk; preparation of, filing and serving motion to transport witness Steven Mosseson to suppression hearing; deliver motion | 0.8 |
| 8/23/02 | Telephone conference with client | 0.2 |
| 8/23/02 | Telephone conference with witness Carolyn Martin | 0.2 |
| 8/23/02 | Receipt and review of Buster Landreau and State's Notice of Intent to Seek Sentencing Enhancements | 0.1 |
| 8/23/02 | Conference with attorney Rick Chancey | 0.7 |
| 8/23/02 | Telephone call to Buster Landreau; telephone call to Forensic Science lab | 0.3 |
| 8/26/02 | Preparation for hearing on motion to suppress | 1.9 |

## OUT-OF-COURT TIME

| DATE | ACTION | TIME |
|------|--------|------|
| 8/26/02 | Telephone call to Jeremy Armstrong; telephone call to client | 0.4 |
| 8/26/02 | Travel to and from court for hearing | 0.4 |
| 8/26/02 | Conference with client prior to hearing | 0.2 |
| 8/26/02 | Conference with client after hearing | 0.1 |
| 8/28/02 | Receipt and review of order denying motion | 0.1 |
| 8/28/02 | Preparation of, filing and serving motion to continue | 0.4 |
| 9/4/02 | Travel to and from court for docket call | 0.3 |
| 9/4/02 | Preparation of motion to set aside writ of arrest and withdraw revocation of bond (client was late for docket call); conference with client's mother; preparation of affidavit for client's mother in support of motion; filing and serving motion | 1.0 |
| 9/4/02 | Telephone conferences with Dr. Hiatt; telephone call to Forensic Science lab | 0.3 |
| 9/5/02 | Preparation of, filing and serving amendment to motion | 0.3 |
| 9/5/02 | Receipt and review of letter from Buster Landreau re shipping samples | 0.2 |
| 9/18/02 | Receipt and review of several letters from client | 0.4 |
| 9/18/02 | Preparation of, filing and serving petition for writ of habeas corpus | 0.6 |
| 9/23/02 | Preparation of, filing and serving motion to compel compliance with order for transport of samples | 1.0 |
| 9/23/02 | Letter to client | 0.2 |
| 9/23/20 | Letter to client; delivery of letter to jail with copies of filings | 0.6 |
| 9/24/02 | Travel to and from jail for conference with client; notes to file | 0.5 |
| 9/27/02 | Receipt and review of State's response to motion to compel | 0.3 |
| 10/1/02 | Preparation of, filing and serving reply to State's response | 0.7 |
| 10/7/02 | Receipt and review of letters from client | 0.3 |
| 10/9/02 | Telephone call from client's mother | 0.1 |
| 10/10/02 | Receipt and review of letter from client | 0.3 |
| 10/10/02 | Receipt and review of order on motion to compel and order setting hearing on motions to set aside writ of arrest and revocation of bond and motion in limine | 0.3 |
| 10/10/02 | Receipt and review of order setting hearing on petition for writ of habeas corpus and order denying motion to compel | 0.2 |
| 10/10/02 | Research best way to ship samples | 0.3 |
| 10/10/02 | Telephone call from Buster Landreau | 0.2 |

## OUT-OF-COURT TIME

| DATE | ACTION | TIME |
|---|---|---|
| 10/11/02 | Preparation of, filing and serving motion to continue | 0.5 |
| 10/11/02 | Travel to and from jail for conference with client | 0.8 |
| 10/11/02 | Telephone call to Dr. Hiatt | 0.1 |
| 10/15/02 | Telephone conference with Buster Landreau re obtaining samples from Forensic Sciences | 0.3 |
| 10/16/02 | Travel to and from court for docket call | 0.4 |
| 10/16/02 | Telephone conference with Buster Landreau, receipt and review of plea offer | 0.4 |
| 10/16/02 | Telephone calls from client's father | 0.3 |
| 10/16/02 | Conference with client's uncle, Vince Maci; receipt and review of paper from him | 0.4 |
| 10/16/02 | Travel to and from jail for conference with client to discuss plea offer | 0.4 |
| 10/16/02 | Receipt and review of order setting motion hearing | 0.1 |
| 10/17/02 | Telephone call to Buster Landreau with counteroffer to plea agreement | 0.2 |
| 10/17/02 | Travel to and from jail for conference with client | 0.6 |
| 10/18/02 | Travel to and from jail for conference with client | 0.6 |
| 10/21/02 | Letter to client confirming his rejection of plea offer and options | 0.3 |
| 10/21/01 | Travel to and from jail for conference with client | 0.4 |
| 10/22/02 | Telephone call from client's father | 0.1 |
| 10/22/02 | Travel to and from Forensic Sciences Lab to observe collection and packaging of samples for shipment; telephone call to Federal Express agents to pick up samples; telephone call to Dr. Hiatt with tracking number | 3.1 |
| 10/22/02 | Mailing petition for writ of habeas corpus to Court of Criminal Appeals; filing and serving petition; forward copy to client | 0.3 |
| 10/23/02 | Preparation for hearing | 0.4 |
| 10/23/02 | Travel to and from court for hearing | 0.4 |
| 10/23/02 | Telephone conference with client's father | 0.2 |
| 10/24/02 | Letter to court reporter requesting transcripts of guilty pleas and hearing | 0.3 |
| 10/24/02 | Letter to client concerning status of case | 0.4 |
| 10/25/02 | Attempt to reach Dr. Hiatt; fax letter to Dr. Hiatt to request copy of CV | 0.3 |
| 10/25/02 | Receipt and review of order on motion to reduce bond and motion in limine; letter to client with copies | 0.2 |
| 10/29/02 | Telephone calls from client's father | 0.1 |
| 10/29/02 | Receipt and review of letter from client | 0.4 |

Page 7

## OUT-OF-COURT TIME

| DATE | ACTION | TIME |
|------|--------|------|
| 10/29/02 | Response letter to client | 0.4 |
| 10/30/02 | Receipt and review of message from Dr. Hiatt re status of tests | 0.1 |
| 11/4/02 | Telephone call from client's father | 0.2 |
| 11/4/02 | Receipt and review of letter from client | 0.2 |
| 11/6/02 | Receipt and review of Court of Appeals denial of writ of habeas corpus | 0.1 |
| 11/6/02 | Letter to client with copy of order | 0.1 |
| 11/15/02 | Receipt and review of letter from client | 0.1 |
| 11/15/02 | Telephone call from Dr. Hiatt regarding analyses | 0.3 |
| 11/19/02 | Travel to and from court for docket call | 0.2 |
| 11/21/02 | Receipt and review of letter from client | 0.1 |
| 11/22/02 | Receipt and review of telephone messages from client's father | 0.1 |
| 11/25/02 | Receipt and review of letter from client | 0.1 |
| 11/25/02 | Telephone call from court reporter regarding transcripts | 0.1 |
| 11/26/02 | Telephone call and fax to fire department re call on 9/21/02 | 0.3 |
| 11/26/02 | Preparation of motions for trial | 0.3 |
| 11/26/02 | Preparation of jury instructions | 0.2 |
| 11/26/02 | Receipt and review of lab reports and Dr. Hiatt's CV | 0.5 |
| 11/26/02 | Copy reports and CV, dictation of letter to Buster Landreau with copies | 0.3 |
| 11/26/02 | Review of various letters from client; legal research; letter to client | 1.0 |
| 11/26/02 | Preparation of, filing and serving subpoena to fire department | 0.3 |
| 11/26/02 | Legal research re witnesses | 0.5 |
| 12/2/02 | Receipt and review of jury list (venire) | 0.5 |
| 12/2/02 | Synthesis and analysis of juror information | 1.2 |
| 12/2/02 | Review and research of venire | 1.0 |
| 12/2/02 | Travel to and from court for jury qualification | 0.2 |
| 12/2/02 | Preparation for trial | 4.0 |
| 12/3/02 | Preparation of, filing and serving motion to continue and motion for extraordinary expenses | 0.8 |
| 12/3/02 | Letter to client with copies of pleadings and documents; hand deliver to jail | 0.6 |
| 12/3/02 | Preparation for trial | 8.6 |

## OUT-OF-COURT TIME

| DATE | ACTION | TIME |
|---|---|---|
| 12/4/02 | Receipt and review of D.A.'s motion in limine and response to motion for continuance, motion for extraordinary expenses | 0.4 |
| 12/4/02 | Receipt and review of order on motion to continue | 0.1 |
| 12/4/02 | Preparation for trial | 4.7 |
| 12/5/02 | Travel to and from court | 0.4 |
| 12/9/02 | Receipt and review of orders on motions | 0.3 |
| 1/13/03 | Receipt and review of pre-sentencing report | 0.4 |
| 1/14/03 | Travel to and from court | 0.2 |
| 1/14/03 | Preparation of, filing and serving notice of appeal and motion to appoint appellate counsel | 0.6 |
| 1/17/03 | Receipt and review of Notice of Appeal to the Alabama Court of Criminal Appeals | 0.2 |
| 1/17/03 | Telephone conference with Sherrie Greenlees; notes | 0.2 |
| 1/21/03 | Preparation of, filing and service of Motion to Withdraw Representation and to Appoint Appellate Counsel and motion for indigency status | 0.9 |
| 1/21/03 | Travel to and from courthouse to file documents | 0.3 |
| 1/23/03 | Receipt and completion of docketing statement and transcript purchase order, deliver to clerk | 0.5 |
| 1/26/03 | Receipt and review of Informational Notice to Appellant | 0.2 |
| 1/27/03 | Receipt and review of filed copies of above | 0.2 |
| 1/28/03 | Preparation of and mailing certified request for reimbursement of office overhead expenses | 0.5 |
| 2/11/03 | Follow-up telephone call to Sherrie Greenlees at Russell County Circuit Clerk's office re why indigency status motion not ruled on | 0.2 |
| 2/11/03 | Telephone call to Court of Criminal Appeals re delayed paperwork; advised March 11 deadline to produce transcript | 0.1 |
| 2/11/03 | Dictation of letter to clerk with copies of paperwork from Court file | 0.3 |
| 2/12/03 | Letter to client with all of above information | 0.2 |
| 2/12/03 | Preparation of billing; close file | 0.5 |
| | Total Out-of-Court Time | 103.5 |

| OVERHEAD EXPENSE | | |
|---|---|---|
| 2/20/02 | Order Approved | 122.1 |

REQUEST FOR LOCAL EXTENSION O TIME
TO COMPLETE THE REPORTER'S ...

000521

Case 3:05-cv-00427-MEF-CSC    Document 12-12    Filed 07/19/2005    Page 25 of 50

Terry Whitley _____ v. State of Alabama _____
Appellant's Name                              Appellee

Trial Court Case No. CC 02-186    Notice of Appeal Date 1/14/03
                     CC 02-187
                     CC 02-188

On appeal from the: [X] Circuit Court of
                    [ ] District Court of    Russell _____ County
                    [ ] Juvenile Court of

I, Linda Wilson _____, a court reporter in the above referenced case,

hereby request a 28- day extension to complete the transcript in said cause for the reasons

I have set out below.  Currently this transcript is due on 3/11/03 _____, and with this extension

the transcript will be due on 4/8/03.

REASONS: _____

_____

_____

_____

Linda Wilson _____        3/11/03 _____
Court Reporter                        Date

============================================================

## TRIAL COURT ACTION

[X] Upon consideration of the above request, I hereby grant a 28- day extension to complete said transcript, thus extending
the transcript's due date to 4/8/03 _____.  Upon granting this request, I direct the court reporter to file this order
with the Clerk of this Court and to mail or fax a copy hereof to the Clerk of the Court of Criminal Appeals at the address
noted below by no later than the transcript due date in effect immediately preceding this order.

[ ] The above referenced request for a local extension is denied.

_____              3/11/03 _____
Judge's Signature                      Date

Note:    Pursuant to Rule 11(c) of the Alabama Rules of Appellate Procedure, local extensions cannot total more than 28
days and cannot be to a date more than 84 days from the date of the notice of appeal.

============================================================

The Clerk of the Court of Criminal Appeals      Fax (334) 242-4689
P. O. Box 301555
Montgomery, Alabama 36130-1555

H. W. ~~~~~~~~~~~ ~~~~~~~~~, 300 DEXTER ~ ~~
Presiding Judge                    MONTGOMERY, AL 36130-1555
SUE BELL COBB                                                        Wanda K. Ivey
PAMELA W. BASCHAB                   March 11th, 2003               Assistant Clerk
GREG SHAW                                                          (334) 242-4590
A. KELLI WISE                                                   FAX (334) 242-4689
Judges

RE: CR-02-0739

Jerry Eugene Whitley v. State of Alabama (Appeal from Russell Circuit Court: CC02-186;
CC02-187; CC02-188).


        You are hereby notified that the Court of Criminal Appeals acknowledges that the
following action was taken in the above cause by the trial court:

        Additional time is granted to certify the completion of reporter's transcript to
and including 04/08/2003.

                                            Lane W. Mann, Clerk
                                            Court of Criminal Appeals

LWM/sm


cc: Honorable George R. Greene, Circuit Judge
    Honorable Kathy S. Coulter, Circuit Clerk
    Linda S. Wilson, Court Reporter
    Honorable J. Michael Williams, Sr., Attorney, Appellant

MOTION FOR EXTENSION OF TIME
COURT OF CRIMINAL APPEALS
TO FILE TRANSCRIPT

Fax: (334) 242-4689

TO: The Clerk of the Court of Criminal Appeals
P. O. Box 301555
Montgomery, Alabama 36130-1555

Criminal Appeals Case Number    CR 02- 0739

Terry Whitley                                    v.  State of Alabama
Appellant's Name                                     Appellee

Trial Court Case No. CC 02-186        Notice of Appeal Date 1/14/03
CC 02-187
CC 02-188

On appeal from the: [X] Circuit Court of  } Russell  County
                    [ ] District Court of
                    [ ] Juvenile Court of

I, Linda Wilson                          , a court reporter in the above referenced case,
hereby request a 28- day extension to complete the transcript in said cause for the reasons
I have set out below.  Currently this transcript is due on 4/8/03       , and with this extension
the transcript will be due on 5/6/03    .

REASONS: _____

_____

_____

_____

_____

_____

_____

Linda Wilson                              4/8/03
Court Reporter                            Date

Note:   Rule 11(c) of the Alabama Rules of Appellate Procedure prohibits an appellate court from
granting an extension if the request is not received by the clerk of the appellate court within the time
originally prescribed or before the expiration of an extension previously granted.  Based on internal
policy of the Court of Criminal Appeals, no more than two 28-day extensions will be granted.

STATE OF ALABAMA
P.O. BOX 301555
MONTGOMERY, AL 36130-1555

H. W. "Bucky" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
KELLI WISE
Judges

April 8th, 2003

Lane W. Mann
Clerk
Wanda K. Ivey
Assistant Clerk
(334) 242-4590
FAX (334) 242-4689

RE: CR-02-0739

Jerry Eugene Whitley v. State of Alabama (Appeal from Russell Circuit Court: CC02-186; CC02-187; CC02-188).

You are hereby notified that the following action was taken in the above cause by the Court of Criminal Appeals:

Additional time is granted to certify the completion of reporter's transcript to and including 05/06/2003.

Lane W. Mann, Clerk
Court of Criminal Appeals

LWM/sm

cc: Honorable George R. Greene, Circuit Judge
Honorable Kathy S. Coulter, Circuit Clerk
Linda S. Wilson, Court Reporter
Honorable J. Michael Williams, Sr., Attorney, Appellant

MOTION FOR COURT OF CRIMINAL
APPEALS FOR EXTENSION OF TIME
TO FILE TRANSCRIPT

Fax: (334) 242-4689

): The Clerk of the Court of Criminal Appeals
   P. O. Box 301555
   Montgomery, Alabama 36130-1555

minal Appeals Case Number      CR 02 - 0739

_Terry Whitley_                v. _State of Alabama_
ppellant's Name                        Appellee

rial Court Case No. _CC02-186_     Notice of Appeal Date _1/14/03_
                    _CC02-187_
                    _CC02-188_

)n appeal from the: [X] Circuit Court of    _Russell_    County
                    [ ] District Court of
                    [ ] Juvenile Court of

I, _Linda Wilson_____, a court reporter in the above referenced case,
hereby request a _28-_ day extension to complete the transcript in said cause for the reasons
I have set out below. Currently this transcript is due on _5/6/03_____, and with this extension
the transcript will be due on _6/3/03_.

REASONS: _____

_____

_____

_____

_____

_____

_Linda Wilson_____            _5/5/03_
Court Reporter                     Date

Note:    Rule 11(c) of the Alabama Rules of Appellate Procedure prohibits an appellate court from
granting an extension if the request is not received by the clerk of the appellate court within the time
originally prescribed or before the expiration of an extension previously granted. Based on internal
policy of the Court of Criminal Appeals, no more than two 28-day extensions will be granted.

STATE OF ALABAMA
COURT OF CRIMINAL APPEALS
P.O. BOX 301555
MONTGOMERY, AL 36130-1555

H. W. "Bucky" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
REG SHAW
A. KELLI WISE
Judges

Lane W. Mann
Clerk
Wanda K. Ivey
Assistant Clerk
(334) 242-4590
FAX (334) 242-4689

May 5th, 2003

RE: CR-02-0739

Jerry Eugene Whitley v. State of Alabama (Appeal from Russell Circuit Court: CC02-186; CC02-187; CC02-188).

You are hereby notified that the following action was taken in the above cause by the Court of Criminal Appeals:

Additional time is granted to certify the completion of reporter's transcript to and including 06/03/2003.

Lane W. Mann, Clerk
Court of Criminal Appeals

LWM/sm

cc: Honorable George R. Greene, Circuit Judge
    Honorable Kathy S. Coulter, Circuit Clerk
    Linda S. Wilson, Court Reporter
    Honorable J. Michael Williams, Sr., Attorney, Appellant

STATE OF ALABAMA
IN THE CIRCUIT COURT FOR THE COUNTY OF RUSSELL
TWENTY-SIXTH JUDICIAL CIRCUIT


JERRY E. WHITLEY,

      Appellant,        CRIMINAL ACTION
                           CASE NOS.
      v.                CC 02-186, 187, 188

STATE OF ALABAMA,

      Appellee.


### REPORTER'S INDEX TO EXHIBITS

NO.                          DESCRIPTION                     ADMITTED

Suppression Hearing
State's Exhibit 1   Search Warrant                              X


Trial
* State's Exhibit 1   Large Plastic Bag                          X
* State's Exhibit 1A  Methamphetamine                            X
* State's Exhibit 2   Envelope                                   X
* State's Exhibit 3   Envelope                                   X
* State's Exhibit 4   Plastic container                          X
* State's Exhibit 5   Large Glass Jar                            X
* State's Exhibit 6   Envelope                                   X
* State's Exhibit 7   Glass Jar                                  X
* State's Exhibit 8   Glass Jar                                  X
* State's Exhibit 9   Glass Jar                                  X
* State's Exhibit 10  Glass Jar                                  X
* State's Exhibit 11  Plastic Container                          X
* State's Exhibit 12  Envelope                                   X
* State's Exhibit 13  Glass Jar                                  X
* State's Exhibit 14  Blue Plastic Jug                           X
* State's Exhibit 15  Glass Jar                                  X
  State's Exhibit 16  Lab Report                                 X
  State's Exhibit 17  Photo                                      X
  State's Exhibit 18  Photo                                      X
  State's Exhibit 19  Photo                                      X
  State's Exhibit 20  Photo                                      X
  State's Exhibit 21  Photo                                      X


    * By agreement of parties, returned to
      forensics lab.

State v. Whitley
Exhibit List Continued

| NO. | DESCRIPTION | ADMITTED |
|-----|-------------|----------|
| State's Exhibit 22 | Photo | X |
| State's Exhibit 23 | Photo | X |
| State's Exhibit 24 | Photo | X |
| State's Exhibit 25 | Photo | X |
| State's Exhibit 26 | Photo | X |
| State's Exhibit 27 | Photo | X |
| State's Exhibit 28 | Rent Receipt | X |
| State's Exhibit 30 | Videotape | X |
| State's Exhibit 32 | Steve Moseson's Statement | X |
| Deft.'s Exhibit 1 | Forensic Report | X |

## SEARCH WARRANT

(X ) State of Alabama

SL0105214
Case Number

( ) Municipality

VS.

STATE OF ALABAMA
In the_____ Court
Of Russell_____County

Jerry Whitley_____
Defendant

### TO ANY LAW ENFORCEMENT OFFICER WITHIN THE STATE OF ALABAMA:

Affidavit in support of application for a search warrant having been made before me, and the Court's finding that grounds for the issuance exists or that there is probable Cause to believe that they exist, pursuant to Rule 3.8 Alabama Rules of Criminal Procedure, you are hereby ordered and authorized to fore with search:

**THE FOLLOWING PERSON OR PLACE:** _a green and white trailer home on Rusk Drive, Phenix City, Alabama. This residence is between Lots #21 and #50 and accross from Lot #50. See exhibit A for diagram of area._

**FOR THE FOLLOWING PROPERTY:** _There is being concealed at the above residence methamphetamine, materials for making methamphetamine, weapons and hazardous chemical byproducts form making methamphetamine. The use,possession and manufacturing being a violation of Sections 13A-12-211 and 13A-12-212 of The Code of Alabama, as Amended._

and make return of this warrant and an inventory of all property seized by me within _____ (___) days (not to exceed ten (10) days as required by law.)

( ) This warrant may only be executed
( ) in the daytime between the hours of
_____ __.M., and
_____ __.M.

( ) The Court finds probable cause to believe that a nighttime search is necessary and this warrant may by executed at any time of the day or night.

ISSUED TO: _Agent Jason Whitten, Metro Narcotics Task Force._
at _8.25_ o'clock. pm _XX_, this 21st day of September_____ , _2001_ .

_____
Judge

STATE'S EXHIBIT

RETURN AND INVENTORY

I certify that I executed the foregoing Search Warrant as directed therein by searching the person or place therein described at 2045 o'clock D.M. Sept. 21  2001 , and:

( ) Did not find and seize any property located

or:

(✓) Found and seized the following described property and made return of same to the court at 2045 o'clock A.M. Sept. 21  2001 :
1.) Ithaca 22 cal rifle model M-49 (Bedroom TW)
2.) Ruger M77 rifle 308 Cal (Bedroom) TW
3.) Ruger 22 Cal Pistol Mark II (Safe) TW  4.) Davis 22 cal pistol DM22.
5.) Bryco Arms 9mm pistol J9 (Living room JW), 6.) Ruger P-89 9mm Pistol (case TW)
7.) Glock M-31 357 pistol (Living room TW) 8.) Radio Shack Scanning receiver.
9.) Three walkee-Talkee's, (10.) Cobra Scanner, (11.) Three Cell phones
12.) CCTV Camera System, (13.) Minolta Camera 35mm @
14.) Canon Camcorder 8mm   @ JW
15.) 4 Chemistry Books, 16.) Night Owl optics Night Vision
17.) 7 pistol Magazines, 18.) Four Boxes of pistol Ammo
19.) One brief Case w/ Papers, 20.) four 8mm Tapes.
21.) Quantity of Methamphetamine, 22.) Meth Making Materials
23.) Quantity of Marijuana, 24.) Various paperwork and documents.

( ) Copy or warrant and endorsed copy of inventory left in accordance with Rule 3.11(a), Alabama Rules of Criminal Procedure.

Date: 09 21 01                    S/a  O. WL      M16
                              Signature of Law Enforcement Officer

                              Agent, Metro N.T.F.
                              Title and Agency

## RECEIPT

I acknowledge receipt of return of the foregoing Search Warrant and all items, if noted on the foregoing inventory, at the date and time noted above.

Date: _____          _____
                                      Judge

ALABAMA
DEPARTMENT OF FORENSIC SCIENCES

341 WIRE ROAD                P O BOX 3510
AUBURN, ALABAMA 36830    AUBURN, ALABAMA 36831-3510
(334) 887-2001              FACSIMILE (334) 887-7531



CERTIFICATE OF ANALYSIS

AGENT JASON WHITTEN
METRO TASK FORCE
510 10TH ST.
COLUMBUS, GA 31901

CASE NUMBER: 01AB02507          SUBMITTING AGENCY CASE NUMBER: SL0105214

| SUSPECT(S) | RACE | SEX | BIRTH DATE | STATUS |
|---|---|---|---|---|
| Jerry Whitley | W | M | / / | Adult |

SERVICE REQUESTED: Drug Analyses

CHAIN OF CUSTODY:

| RELINQUISHED BY | RECEIVED BY | DATE | TIME |
|---|---|---|---|
| Scene | Sherwin K Boswell | 09/21/2001 | 915 |

DESCRIPTION OF EVIDENCE:

1. One sealed manila envelope holding plant material.
2. One sealed manila envelope containing paper coffee filters holding residue.
3. One sealed manila envelope containing one partially charred piece of aluminum foil holding beige residue.
4. One plastic container sealed with a blue plastic lid holding a bi-layered liquid.
5. One large glass jar sealed with a white plastic pipe fitting and a metal fitting. The jar is holding an off-white sludge.
6. One sealed manila envelope containing paper coffee filters holding beige residue.
7. One glass jar holding a beige residue.
8. One glass jar holding a yellow substance.
9. One glass jar sealed with a white plastic lid holding a clear liquid.
10. One glass jar sealed with a metal lid holding a clear liquid.
11. One plastic container sealed with a blue plastic lid holding a cloudy liquid and off-white substance.
12. One sealed manila envelope containing one blister seal package labeled in part "ANTIHISTAMINE TABLETS Pseudoephedrine HCl 60 mg Triprolidine HCl 2.5 mg". The package is holding seventeen circular white tablets each imprinted "257" on one side and a single score on the opposite side.
13. One glass jar sealed with a wooden lid holding a clear liquid and off-white substance.
14. One large blue plastic jug sealed with a white plastic lid holding a cloudy liquid and white powder.
15. One glass jar sealed with a white plastic lid holding a cloudy liquid and off-white powder.

Continued On Page 2

DESCRIPTION OF EVIDENCE:

RESULTS OF ANALYSES:                    DATE(S) OF ANALYSES: 05/20/2002 - 06/11/2002

1. Laboratory analyses revealed the plant material to be marihuana.  Weight in grams - 3.82
2. Laboratory analyses of the residue removed from the coffee filters revealed the presence of methamphetamine hydrochloride and pseudoephedrine. Methamphetamine is a Schedule II controlled substance. Pseudoephedrine is a precursor drug used in the manufacture of methamphetamine.
3. Laboratory analyses of the residue removed from the aluminum foil revealed the presence of d-methamphetamine hydrochloride and pseudoephedrine.
4. Laboratory analyses of the bottom layer of liquid revealed the presence of methamphetamine and pseudoephedrine. Laboratory analyses of the top layer of liquid failed to reveal the presence of any prohibited substance.
5. Laboratory analyses of the sludge revealed the presence of pseudoephedrine. Pseudoephedrine is a precursor drug used in the manufacture of methamphetamine.
6. Laboratory analyses of the residue removed from the coffee filters revealed the presence of d-methamphetamine and pseudoephedrine hydrochloride.
7. Laboratory analyses of the residue removed from the glass jar revealed the presence of d-methamphetamine and pseudoephedrine hydrochloride.
8. Laboratory analyses of the yellow substance revealed the presence of pseudoephedrine hydrochloride. Weight in grams - 16.50
9. Laboratory analyses of the liquid revealed the presence of d-methamphetamine and pseudoephedrine. Weight in grams - 500.00
10. Laboratory analyses of the liquid failed to reveal the presence of prohibited substance.
11. Laboratory analyses of the liquid and off-white substance revealed the presence of pseudoephedrine. Total weight in grams - 760.00
12. Laboratory analyses of the tablets revealed the presence of pseudoephedrine hydrochloride. These tablets are consistent with a product containing pseudoephedrine and triprolidine by Granutec. Pseudoephedrine is a precursor drug used in the manufacture of methamphetamine.
13. Laboratory analyses of the liquid and off-white substance revealed the presence of pseudoephedrine. Total weight in grams - 204.00
14. Laboratory analyses of the liquid and white powder revealed the presence of pseudoephedrine. Total weight in grams - 7,778.00
15. Laboratory analyses of the liquid and off-white powder revealed the presence of d-methamphetamine and pseudoephedrine. Total weight in grams - 1,435.00

Sworn to and subscribed before me this the _14TH_ Day of _June_ 20 _02_ as true and correct.

_Sherwin K Boswell_                                    _Alice W Harvey_

Sherwin K Boswell                                      Notary Public
FORENSIC SCIENTIST IV
Analyst







STATES
EXHIBIT
79









Case 3:05-cv-00427-MEF-CSC   Document 12-12   Filed 05/19/2006   Page 45 of 50







Case 3:20-cv-00406-MEH-CSD    Document 12-8    Filed 01/22/2021    Page 47 of 50

Receipt  Date 3-16-06  No. 189278

FROM Jerry                                    $450

Four Hundred + Fifty                          DOLLARS
FOR RENT

FOR _____

FROM _____  TO _____

| ACCT |        |   ⊘ cash          |
| PAID | 450.00 |   check           |
| DUE  |        |   money           |
|      |        |   order   BY Carl |

DC 25.



STATE'S EXHIBIT
28

28

IN THE CIRCUIT COURT OF RUSSELL COUNTY
STATE OF ALABAMA

JERRY E. WHITLEY,                  )
      Appellant,                )
                     )        CRIMINAL ACTION
      v.                        )        CASE NO.  CC-02-186-188
                     )
STATE OF ALABAMA                   )
      Appellee.                 )

## CERTIFICATE OF INCAPABILITY OF PHOTOCOPYING EXHIBIT

I, Kathy Coulter, Clerk of the Circuit Court of Russell County, Alabama, do hereby certify that State's Exhibit 30 in the above-styled cause are incapable of being photocopied, and will upon request, be mailed or under separate cover to the Court of Criminal Appeals of Alabama.

Witness my hand and the Seal of the Circuit Court of Russell County, Alabama, this the 2nd day of July, 2003.

*Kathy Coulter*
CLERK OF THE CIRCUIT COURT
RUSSELL COUNTY, ALABAMA

Steve Moseson

All that I know is that Jerry
The only one involved in the
Manufacturing I was there that day
to get dope and there was always
a strong smell of ammonia there
I only got dope for my own personal
use I never gave anyone or sold
anyone dope I never actually saw
him making it because noone was
allowed past the kitchen in the trailer
~~I~~ Jerry Whitley was letting
me use the truck (Chevrolet S10) to
move because I was moving from my
residence at #2 Faye Drive to Cleggs
Firework stand on Highway 80 in phenixcity
My Car a mercury Sable that was broke
down at Cleggs Fireworkstand and
I had known Jerry Whitley since I
was 15 years old and that's why he allowed
me to use his truck to move
I have a drug problem I am addicted
to methamphetamines but I have no
knowledge of how to make the stuff
I need rehab and want to get my
life straightened out I have an eight year
old son who needs me and I miss him
So.

S Moseson                    12/27/