IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED 2005 AUG 23 A 9:55

JERRY EUGENE WHITLEY, #227246
    PETITIONER,

VS.

J.C. GILES, WARDEN, ET AL.,
    RESPONDENTS.

CIVIL ACTION NO.
3:05CV-427-F

## Request For Additional Time In Which To Respond

Comes now the Petitioner in the above styled cause, requesting an additional twenty days to respond to the Court's order for Petitioner to respond to the States answer which was issued on August 9, 2005.

Petitioner has very limited access to materials due to the inadequacies of the law library where he is currently being detained. Also, in preparation of response, Petitioner must mail materials to family members for copying purposes due to his financial inability to afford said copies. This additional time is very pertinent in the Petitioner's proper preparation for an adequate defense.

(1)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT OF THE FOREGOING HAS BEEN FORWARDED BY PRE-PAID UNITED STATES POSTAL SERVICE BY PLACING SAID IN THE MAIL-BOX AT VENTRESS CORRECTIONAL FACILITY P.O. BOX 767, CLAYTON, ALA. 36016 ON THIS NINETEENTH (19TH) DAY OF AUGUST 2005 TO THE FOLLOWING:

(1) OFFICE OF THE ATTORNEY GENERAL
    CRIMINAL APPEALS DIVISION
    11 SOUTH UNION STREET
    MONTGOMERY, ALABAMA 36130

(2) CLERK OF THE UNITED STATES DISTRICT COURT
    MIDDLE DISTRICT
    POST OFFICE BOX 711
    MONTGOMERY, ALABAMA 36101

PETITIONER / AFFIANT

_Terry Whitley_
TERRY EUGENE WHITLEY
#227246 / DORM 9-A
VENTRESS CORR. FACILITY
PO BOX 767
CLAYTON, ALA. 36016