IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JERRY EUGENE WHITLEY, #227 246 | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO. 3:05-CV-427-F |
| J.C. GILES, WARDEN, *et al.*, | * |
| Respondents. | * |

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Petitioner's Motion for Extension of Time (Doc. No. 14) is GRANTED;

2. Petitioner is GRANTED an extension from August 29, 2005 to September 19, 2005 to file his response to Respondents' answer.

Done this 25th day of August, 2005.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE