IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JERRY EUGENE WHITLEY, #227 246  *

   Petitioner,  *

v.  * CIVIL ACTION NO. 3:05-CV-427-F

J.C. GILES, WARDEN, *et al.*,  *

   Respondents.  *

**ORDER ON MOTION**

Upon consideration of Petitioner's August 26, 2005 Amended Motion for Extension of Time to respond to Respondents' answer and in light of the court's August 25, 2005 order granting Petitioner an extension to and including September 19, 2005 to file his response, it is

ORDERED that the motion (Doc. No. 16) be and is hereby DENIED as moot.

Done this 31st day of August, 2005.

                        /s/Charles S. Coody
                        CHARLES S. COODY
                        CHIEF UNITED STATES MAGISTRATE JUDGE