IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| JERRY EUGENE WHITLEY, #227 246 | * | |
| Petitioner, | * | |
| v. | * | 3:05-CV-427-MEF |
| J.C. GILES, WARDEN, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's March 16, 2006 pleading, which the court construes as a Motion to Expand the Record, and for good cause, it is

ORDERED that the motion (Doc. No. 19) be and is hereby GRANTED.

Done this 20th day of March, 2006.

           /s/Charles S. Coody
           CHARLES S. COODY
           CHIEF UNITED STATES MAGISTRATE JUDGE