State of _GEORGIA_
County of _MUSCOGEE_

## AFFIDAVIT OF KAYLENE WHITE

Before me, a Notary Public in the County of _MUSCOGEE_, State of _GEORGIA_, personally appeared Kaylene White, on this the _8th_ day of _MARCH_, 20_06_, and did depose and state as follows:

My name is Kaylene White. I am over the age of 21 years, both competent and willing to testify to the following:

On September 21, 2001, I arrived at the residence of Jerry Whitley at 5:30 p.m., eastern standard time. This address is Lot 29 Rusk Drive, Russell County, Alabama.

I was at the residence for a few minutes. Steve Moseson departed from the residence after borrowing a truck from Jerry Whitley.

Only seconds after he exited the residence a loud knock came from the front door and there was an agent yelling "Police, open up!" I went toward the front door which was being opened by Agent Jim Price. I was confronted in the doorway by Mr. Price, pointing a gun at my head. He asked if Jerry lived there. I said "Yes, he does." I yelled for Jerry. He then grabbed me and pulled me out of the trailer where I was handcuffed by another agent, "Jason Whitten." I was ordered to sit down beside Steve Moseson in the front yard, who was also in handcuffs.

While on the ground in front of the trailer, I noticed many other police arriving and the Fire Department was there.

Agent Price went back to the door of the trailer with his gun pointed at the door where I could see Jerry standing inside the trailer.

Agent Price told Jerry they were there to search the trailer and Jerry asked him for a copy of the search warrant. Agent Price then said he did not need a warrant, holstered his gun, grabbed Jerry and snatched him out of the trailer, slammed him on the ground, handcuffed him and searched him. Inside Jerry's watch pocket of his jeans Agent Price pulled out some type of bag that he said was Meth.

Agent Price asked me if anyone was still in the trailer. Jerry was demanding for them to let go of him. They told him to shut up.

Agent Price then went back to the front door behind Agent Whitten and Agent Memmo. They then pulled Wayne Meadows out of the trailer, already in handcuffs.

We were all placed in a patrol car and taken to the Russell County Jail and charged with Manufacturing.

**I swear and affirm under penalty of perjury the foregoing is true and correct.**

_____
Kaylene White, Affiant


**NOTARY BLOCK**

Subscribed and sworn to before me this the 8th day of

_____March_____, 2006.

_____
Notary Public

8/7/06
Comm. Exp. Date

-2-