IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Jerry Eugene Whitley, #227246, | * | |
| Petitioner, | * | |
| v. | * | CIVIL ACTION NO: 3:05-CV-427-MEF (WO) |
| J.C. Giles, Warden, et al., | * | |
| Respondents | * | |

### REQUEST FOR ADDITIONAL TIME IN WHICH TO OBJECT TO MAGISTRATES RECOMMENDATION FOR DISMISSAL

COMES NOW Petitioner in the above styled cause, requesting an additional thirty (30) days in which to object to the Magistrate Judge's Recommendation to Dismiss the Habeas Petition filed in this on May 4, 2005. In support of this request Petitioner shows as follows:

(1) Petitioner did not contemplate the findings of the Magistrate in his filings to this Court and was considerably unprepared for those findings.

(2) Petitioner himself lacks proper legal training to prepare his objection and must rely on the assistance of other inmates in order for a legal proper objection to be made and additional time is very much needed.

WHEREFORE, in consideration of the foregoing reasons, Petitioner respectfully requests that this Court grant an extension of thirty (30) days additional time to prepare his objection.

Respectfully submitted on this 25 day of September, 2006.

_____
                Petitioner

## CERTIFICATE OF SERVICE

     I hereby certify that I have mailed a true copy of the foregoing postage paid in the U.S. Postal Service Box to be mailed to the below listed parties on this 25 day of September, 2006.

(1)   Office of the Clerk of the United States District Court

(2)   Office of the Alabama Attorney General

_____
                Petitioner