IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JERRY EUGENE WHITLEY, #227 246 | * |
| Petitioner, | * |
| v. | *   3:05-CV-427-MEF |
| J.C. GILES, WARDEN, *et al*., | * |
| Respondents. | * |

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Petitioner's motion (Doc. No. 23) is GRANTED; and

2. Petitioner is granted an extension from September 27, 2006 to October 27, 2006 to file his objections. Given the substantial amount of additional time Petitioner is being granted to file his objections, the court will **not** entertain any further requests to extend the objection period deadline.[1]

Done this 27th day of September, 2006.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner is reminded that the purpose of filing objections is to specifically identify findings in the Recommendation to which Plaintiff has an objection. The purpose is <u>not</u> to re-argue the merits of the complaint nor to present additional arguments. Frivolous, conclusive, or general objections will not be considered. Additionally, Rule 8(e)(1), *Federal Rules of Civil Procedure*, directs that [e]ach averment of a pleading shall be **simple**, **concise**, and **direct**.