| ADDITIONAL INCIDENT/OFFENSE NARRATIVE CONTINUED | DATE AND TIME OF REPORT 09-22-01 / 1500 | TIME | ☐ AM ☐ PM ☒ MIL | CASE# SL0105214 | SFX |
|---|---|---|---|---|---|
| | TYPE OF REPORT  ☐ 1. CONTINUATION  ☒ 2. FOLLOW UP | | | | |

On 09-21-01 Agent Whitten spoke to confidential informant / concerned citizen on the phone. This informant stated that they had information about a subject named Jerry Whitley cooking methamphetamine in the Rusk Trailer Park in Phenix City. During the conversation, the informant stated that Jerry Whitley had a methamphetamine lab, several handguns, video surveillance equipment and that the residence was booby trapped in case the police ever came to the residence. The informant also stated that Jerry Whitley would blow up or burn down the residence if the police went there. Agent Whitten asked the informant what lot number the residence was and the informant stated they did not know but it was on the left side, had many cars in the driveway, one would be a red truck with a Texas tag, a blue camaro, a red full sized pick-up and that all if the vehicles were Jerry's however he put them in his friends names.

Agents Whitten, Memmo and Price had received information about Jerry Whitley cooking methamphetamine on Rusk Drive within the last few weeks. Agents knew which trailer was Whitley's and went to Rusk Drive to conduct surveillance. Once on Rusk Drive, Agent set up surveillance on Whitley's residence. The description of the property and vehicle matched what the informant stated earlier that day.

At about 1720 hours, Agents observed a subject (Steven Moseson) exit the residence. Agents exited their vehicle and approached the subject. As Agent Whitten approached Moseson, he started walking towards the red truck (TX) and attempted to open the door. When Agent Whitten made contact with Moseson, he attempted to reach in his right front pants pocket, Agent Whitten stopped him and asked him his name and if he lived there. Moseson become very nervous and looked back at the residence before answering. Agent Whitten noticed that Moseson had the odor of ammonia and ether about his person. At this point, Agent Whitten cuffed Moseson and advised him he was being cuffed for his and officer safety.

Agents Whitten and Price went to the front door and Agent Memmo went to the back. Agent Price knocked at the door and a female opened it. As the door opened, Agents were overwhelmed by the chemical odors. Agent Price asked the female if Jerry was there. At this point, Jerry Whitley stepped out of the door and half way down the three steps from the trailer and turned towards the female (Caylene White) and yelled at her to set it off, do it, do it. Whitley then tried run and Agent Price pulled him away from the door. Agent Price removed one foot and a half long wench from Whitley's rear pocket and one from his front right pocket. When the wench in the front pocket was removed during the struggle with Whitley a plastic bag containing methamphetamine came out with it. Whitley continued to yell at the female and male subject inside to set it off, do it Wayne, do it Wayne blow it! At this point, Agents fearing that the female and male in the residence would blow the residence up and endanger the residents of the trailer park that were standing just feet from the property entered the residence and removed them.

☒ CONTINUE ON ADDITIONAL

SUPERVISORS [signature]

EXHIBIT "L"

| ADDITIONAL INCIDENT/OFFENSE NARRATIVE CONTINUED | DATE AND TIME OF REPORT 09-22-01 | 1500 | ☐ AM ☐ PM ☒ MIL | CASE # SL0105214 |
|---|---|---|---|---|
| | TYPE OF REPORT ☒ 1. CONTINUATION ☐ 2. FOLLOW UP | | | |

Agent Whitten pulled Ms. White from the residence and cuffed her. She resisted and Agents had to use force to place cuffs on her. Agent Whitten asked her who else was in the residence and she stated Wayne. At this point, Whitley continued yelling to Wayne to set it off, you know what you have got to do, set it off. Agent Whitten then ran back inside the residence to assist Agent Memmo. Agent Whitten ran inside and assisted Agent Memmo in cuffing Wayne Meadows. Meadows had ammonia or ether on his pants and it was still wet. Agents then cleared the residence for person or booby traps. As Agents walked through the residence, Agents noticed several handguns about the residence, materials for making methamphetamine and fishing line affixed the ceiling and doors. Whitley was arrested for the quantity of methamphetamine on his person, Meadows was arrested for a plastic tube with methamphetamine with residue found in his front pocket, Moseson was arrested for a quantity of methamphetamine found in his front right pocket and White was arrested for a quantity of methamphetamine found in her purse. All four subjects were arrested for Unlawful Manufacturing of a Controlled Substance / methamphetamine.

Agent Whitten completed a search warrant and had it signed by Judge Funderburk based on the evidence seized and observed in the trailer. Also, Agent Whitten contacted the DEA and advised Agent Lance Abbot of the incident. Agent Abbot contacted Environmental Management and sent a team to clean up the hazardous materials and dangerous compressed gas tanks found throughout the residence. Also, Sherwin Boswell (Forensic Scientist) from the Alabama Department of Forensic Sciences was notified and stated that he would come and collect the evidence and coordinate the cleanup.

Once the Environmental Management and Boswell arrived, they began the collecting of evidence and the disposal of hazardous materials. Boswell collected and transported the evidence to the ADFS lab and Environmental Management disposed of hazardous materials. See lab results supplement for description of evidence seized by Boswell.

During the search a safe was found and opened, in the safe was a Ruger 9mm pistol (loaded), one 35mm camera and various paperwork with Cayleen White's name on them. The safe was photographed and left at the scene. Also, a briefcase was seized and opened in it was a Bryco Arms 9mm pistol loaded and had several loaded magazines, ammo and various paperwork with Cayleen White's name on them. Agent Whitten seized a loaded Davis 22cal pistol and loaded Glock 357 pistol that was found on a hutch near the front door. The Glock 357 had two loaded magazines near it. A loaded Ruger 22 cal pistol was also found in the living room on the loveseat near the front door. Agent Whitten also found a loaded Ruger M77 308 cal Rifle under the bed in the bedroom and loaded Ithaca 22 cal rifle behind the seat of the red Chev 1500 pickup truck.

☒ CONTINUE ON ADDITIONAL

SUPERVISORS

EXHIBIT "L"

| ADDITIONAL INCIDENT/OFFENSE NARRATIVE CONTINUED | DATE AND TIME OF REPORT 09-22-01 | TIME | ☐ AM ☐ PM ☐ ML | CASE# SL0105214 | SFX |
|---|---|---|---|---|---|
| | TYPE OF REPORT  ☒ 1.CONTINUATION  ☐ 2.FOLLOW UP | | | | |

In addition, Agent Whitten seized three walkie-talkies, three CCTV cameras, two police scanners, three cell phones, cannon camcorder, night owl night vision and various chemistry books. These items seized were all evolved in the clandestine methamphetamine lab as counter-police-surveillance equipment and to operate the clandestine methamphetamine lab. Various equipment such as tubes, brass fittings, gas cylinders, chemicals were seized and transported away by ADFS and Environmental Management. In addition, the same type brass fittings and plastic tubing were found in the 1991 Chev 1500 truck. This vehicle was seized as well as a 1967 Chev Camaro and a 1988 Chev S10 truck. These vehicles were seized based on the fact that Agents had information that Whitley was the owner of the vehicles and had other people put them in their names to hide his (Whitley) assets, the transporting of the equipment to operate the clandestine methamphetamine lab and the transporting methamphetamine. Agent Whitten had information that the counter-police-surveillance equipment was used to alert the clandestine methamphetamine lab if the police were coming and that if the police were coming Whitley would blow up or burn down the trailer. In the residence, Agents found a monofilament fishing line running around the ceiling of the residence through eyehooks leading to the bathroom. In the bathroom was a large candle near the fishing line. The informant stated the Whitley would light the candle and had fuel or chemicals hooked to the line and if the line was pulled the trailer would blowup. In addition, several 8mm videotapes were seized. On one of the tapes were Whitley and Meadows, in the residence setting up a hidden camera and the equipment to operate the clandestine methamphetamine lab in the residence with Whitley and Meadows. At one point during the tape it appeared that a plastic bag containing methamphetamine was placed on the kitchen counter by Whitley with Meadows standing next to him.

*****Other case information*****

**The crime scene was video taped by Boswell of ADFS and by Agent Spear. Also, Spear took photographs of the residence and methamphetamine lab. Agent Whitten will keep the photos and videotapes in the case file.

**A copy of the search warrant was placed in Whitley's personal property at the Russell County Jail. All suspect were transported to the jail by Officer Skeen and Agent Winston.

**The following statements were made by Whitley after he was arrested: my life is over because of this stuff and I didn't mean for them to blow it up, I meant for them (Meadows and White) to pour it (the methamphetamine) down the sink. These statements were made spontaneous and unsolicited.

**After the suspects were arrested and the residence was secured, Agent Whitten called Chance Corbett the Russell County Emergency Management Director and he evacuated the area due to the danger of the trailer exploding or burning. At about 2330 hours, Corbett advised that residents could return to their homes.

**During the investigation, the owner of the trailer park stated that Whitley was sub-leasing the trailer from the subject that rented it from him.

**Agents Whitten, Memmo and Price were exposed to the fumes of the clandestine methamphetamine lab during this investigation.

☒ CONTINUE ON ADDITIONAL

SUPERVISORS