IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| JERRY EUGENE WHITLEY, #227246, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 3:05-cv-427-MEF |
| | ) |
| J. C. GILES, *et al.*, | ) |
| | ) |
| Respondent. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #25) filed on October 19, 2006 is overruled;

(2) The Recommendation of the United States Magistrate Judge entered on September 14, 2006 (Doc. #22) is adopted;

(3) The petition for habeas corups relief filed by petitioner is DENIED and DISMISSED with prejudice.

DONE this the 30th day of October, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE