IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Jerry Eugene Whitley, 227246, | * | |
| Petitioner, | * | |
| v. | * | CASE NO. 3:05-CV-427-MEF |
| J.C. Giles, et al., | * | |
| Respondents. | * | |

## NOTICE OF APPEAL

Please take notice that the above Petitioner appeals to the United States Court of Appeals for the Eleventh Circuit from the Order entered on October 30, 2006, dismissing Petitioner's Petition for Writ of Habeas Corpus brought pursuant to 28 U.S.C. §2254.

_____
Jerry Whitley, Petitioner, pro se
AIS #227246, Dorm 9
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016-0767

NOVEMBER 9, 2006
DATE OF SIGNATURE