IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-16099-F

JERRY EUGENE WHITLEY,

　　　　　　　　　　　　　　　　　　　　　　　　　Petitioner-Appellant,

versus

J.C. GILES, Warden,
TROY KING, The Attorney
General of the state of
Alabama,

　　　　　　　　　　　　　　　　　　　　　　　　　Respondents-Appellees.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

ORDER:

　　　Appellant's motion for a certificate of appealability is DENIED because appellant has failed to make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

　　　Appellant's motion for leave to proceed in forma pauperis is DENIED AS MOOT.

　　　Appellant's motion for appointment of counsel on appeal is DENIED AS MOOT.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Gerald Bard Tjoflat
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE

A True Copy - Attested:
Clerk, U. S. Court of Appeals,
Eleventh Circuit

By: _____
　　　Deputy Clerk
　　　Atlanta, Georgia